UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Scheherazade, Inc.,

          Debtor.

Chapter 7
Case No. 19-40658

## ORDER

The trustee's application to approve the employment of Manty & Associates, P.A. as the trustee's attorneys came before the court.

Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

IT IS ORDERED:  The employment is approved.

Dated: *April 1, 2019*

                                               /e/ Kathleen H. Sanberg
                                               _____
                                               Kathleen H. Sanberg
                                               Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/01/2019
Lori Vosejpka, Clerk, by SD