# LDM COMPANY

Attention: Bankruptcy Court

This letter is in reference to Case Number: 19-40658-KHS the debtor is Scheherazade, Inc.

LDM Company's address has changed. The address on file is 4050 Highway 55, Suite 200, Golden Valley MN 55416. The new address is as follows 4517 Minnetonka Blvd, Suite 300, Minneapolis MN 55416.

I Chaim Kutoff as a partner in LDM Company authorize the address to be changed to our new address.

*[signature]*