UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

    Debtor.

Chapter 7
BKY 19-40658-KHS

## WITHDRAWAL OF CLAIM

I, Mary Jeanne Levitt, hereby agree to withdraw Proof of Claim No. 19-40658 in the amount of

$19,555.00, filed in the above-referenced bankruptcy estate.

Dated: April 2, 2019

*Mary Jeanne Levitt*
Mary Jeanne Levitt
1999 Wellesley Ave.
St. Paul, MN 55101
Email: mjlevitt1@gmail.com

Send original to:
U.S. Bankruptcy Court
404 U.S. Courthouse
515 West First Street
Duluth, MN 55802