UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Scheherazade, Inc.,

Debtor.

Chapter 7
Case No. 19-40658

## ORDER

The trustee's application to approve the employment of Manty & Associates, P.A. as the trustee's attorneys came before the court.

Based on the application, the recommendation of the United States Trustee and 11 United States Code §327,

IT IS ORDERED:  The employment is approved.

Dated: April 1, 2019

/e/ Kathleen H. Sanberg
_____
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/01/2019
Lori Vosejpka, Clerk, by SD

United States Bankruptcy Court
District of Minnesota

In re:  
Scheherazade, Inc.  
    Debtor

Case No. 19-40658-KHS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: shelia     Page 1 of 1     Date Rcvd: Apr 01, 2019  
                Form ID: pdf111     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2019.  
db           +Scheherazade, Inc.,    3181 West 69th Street,    Edina, MN 55435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2019 at the address(es) listed below:

       Adam Altman    on behalf of Interested Party    LDM Company adam@altmanizek.com  
       Andrew J. Glasnovich    on behalf of Interested Party    Estate of Frank S. Sunberg andrew.glasnovich@stinson.com, bonnie.heidtke@Stinson.com  
       Benjamin J. Court    on behalf of Interested Party    Estate of Frank S. Sunberg benjamin.court@stinson.com, aong.moua@stinson.com;jess.rehbein@stinson.com  
       Chad A. Kelsch    on behalf of Debtor 1    Scheherazade, Inc. chad@kelschlawfirm.com  
       Colin F Dougherty    on behalf of Interested Party    Galleria Shopping Center, LLC colin.dougherty@faegrebd.com, barb.zappa@faegrebd.com  
       John D. Lamey, III    on behalf of Interested Party JOHN D LAMEY, III bankrupt@lameylaw.com, shari.nelson@lameylaw.com;ewright@lameylaw.com  
       John R. Stoebner    on behalf of Trustee John R. Stoebner jstoebner@lapplibra.com, lfrey@lapplibra.com;kstimpel@lapplibra.com;MN04@ecfcbis.com;nspooner@lapplibra.com  
       Joseph W. Lawver    on behalf of Interested Party    BHM Capital LLC jlawver@messerlikramer.com, rwulff@messerlikramer.com  
       Manty & Associates PA    on behalf of Trustee Nauni Jo Manty ecf@mantylaw.com  
       Mary F. Sieling    on behalf of Trustee Nauni Jo Manty mary@mantylaw.com, janet@mantylaw.com;krisann@mantylaw.com  
       Nauni Jo Manty    ecf@mantylaw.com, mn12@ecfcbis.com  
       Ralph Mitchell    on behalf of Interested Party Ralph V. Mitchell rmitchell@lapplibra.com, JCollins@lapplibra.com  
       Richard J. Reding    on behalf of Interested Party    Michael Bondanza, Inc. rreding@askllp.com, lmiskowiec@askllp.com  
       US Trustee    ustpregion12.mn.ecf@usdoj.gov  
       William G. Cottrell    on behalf of Interested Party    Gemco International Inc becca@cottrelllawfirm.com, bill@cottrelllawfirm.com;andrew@cottrelllawfirm.com

                                                                              TOTAL: 15