UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:     Chapter 7

Scheherazade, Inc.,     BKY 19-40658-KHS

Debtor.

## ORDER

The trustee's application to approve the employment of Eaton Hudson, Inc., as the trustee's auctioneer came before the court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C. § 327,

IT IS ORDERED: The employment is approved.

Dated: *April 16, 2019*

/e/ Kathleen H. Sanberg

Kathleen H. Sanberg
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/16/2019*
Lori Vosejpka, Clerk, by SD