UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

    Debtor.

Chapter 7
BKY 19-40658-KHS

**AFFIDAVIT OF ROBERT EPSTEIN**

I, Robert Epstein, the Chief Executive Office of Eaton Hudson, Inc. state under penalty of perjury and in connection with the bankruptcy of Scheherazade, Inc. that:

1. Eaton Hudson has managed thousands of store and distribution center closings and has liquidated billions of dollars of retail inventory. Eaton Hudson has specific experience with jewelry retailers, including performing projects for Whitehall Jewelers, Freidman Jewelers, Ross Simons, Michael C. Fina, Saks Fifth Avenue, J.C. Penney, Macy's and others. Eaton Hudson has more than 30 years of retail and retail disposition expertise.

2. Eaton Hudson has prior experience working with Scheherazade. Eaton Hudson has conducted two prior promotional sales for Scheherazade, one in 2009 and one as recent as September 2018 through January 2019.

3. Based upon the prior sales at Scheherazade, Eaton Hudson is very familiar with the store, the inventory, the vendors, the employees and the Galleria Mall.

4. Eaton Hudson participated in a conference call with the landlord, addressing the concerns of the landlord in conducting a going out of business sale and reassured the landlord that it would be respectful in maintaining the integrity of the Galleria's image. The trustee and

Eaton Hudson negotiated with the landlord regarding constraints on signage to be used and will be respectful of those agreements.

5. Eaton Hudson has been in contact with former employees and vendors of the debtor in anticipation and preparation of the sale.

6. Eaton Hudson's goals as a liquidator is to maximize the value of the store-owned inventory. It will work with the trustee in setting pricing goals to assure the goals of the trustee and the estate are met.

7. Eaton Hudson will augment the inventory in order to attract customers as the store-owned inventory is sold. In connection with the augmented inventory, the estate will receive the profit on the augmented inventory over the costs of sale.

8. Eaton Hudson's goal is to sell all of the store-owned inventory, not just the augmented inventory.

9. Eaton Hudson believes the secured lender will be paid in full within the 30 days of commencing the sale. Attached as Exhibit A is Eaton Hudson's projections related to the anticipated store closing sale.

Dated: April 17, 2019.

EATON HUDSON, INC.
By: _____
Robert Epstein, CEO
3015 Dunes West Boulevard
Suite 201
Mount Pleasant, SC 29466

| | week 1 | week 2 | week 3 | week 4 | week 5 | week 6 | week 7 | week 8 | final days | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Projected Revenue | | | | | | | | | | |
| Owned Inventory | 100,000 | 135,000 | 180,000 | 190,000 | 190,000 | 200,000 | 185,000 | 150,000 | 100,000 | 1,430,000 |
| Augmented Inventory | 40,000 | 40,000 | 40,000 | 40,000 | 60,000 | 55,000 | 50,000 | 75,000 | 100,000 | 500,000 |
| Residue | | | | | | | | | 60,750 | 60,750 |
| Total Revenue | 140,000 | 175,000 | 220,000 | 230,000 | 250,000 | 255,000 | 235,000 | 225,000 | 260,750 | 1,990,750 |
| Costs: | | | | | | | | | | |
| Augment Cost | 26,000 | 26,000 | 26,000 | 26,000 | 39,000 | 35,750 | 32,500 | 48,750 | 65,000 | 325,000 |
| Store payroll | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 60,750 |
| rent | 15,000 | | | | 15,000 | | | | | 30,000 |
| Utilities | 1,000 | | | | 1,000 | | | | | 2,000 |
| Tele & Other | 500 | | | | 500 | | | | | 1,000 |
| Security/Insurance | | 2,500 | | | | | | | | 2,500 |
| Shipping | 150 | 150 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,000 |
| Security | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 3,600 |
| consulting fees | 750 | 750 | | | | | | | | 1,500 |
| miscellaneous | 250 | 250 | 250 | 250 | 225 | 200 | 200 | 200 | 175 | 2,000 |
| Credit Card fees | 2,800 | 3,500 | 4,400 | 4,600 | 5,000 | 5,100 | 4,700 | 4,500 | 4,000 | 38,600 |
| Surety Bond | 5,500 | | | | | | | | | 5,500 |
| Employee Bonus Pool | | | | | | | | | 40,000 | 40,000 |
| Supervisor | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 22,500 |
| Agents Fee | 7,000 | 8,750 | 11,000 | 11,500 | 12,500 | 12,750 | 11,750 | 11,250 | 13,038 | 99,538 |
| Advertising | 20,000 | 7,500 | 7,500 | 7,500 | 7,500 | 14,000 | 6,000 | 5,000 | 5,000 | 80,000 |
| Total Costs | 88,600 | 59,050 | 58,900 | 59,600 | 90,475 | 77,550 | 64,900 | 79,450 | 136,963 | 715,488 |
| Projected Net Cash Generated | 51,400 | 115,950 | 161,100 | 170,400 | 159,525 | 177,450 | 170,100 | 145,550 | 123,788 | 1,275,263 |

Exhibit A