# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Scheherazade, Inc.,<br><br>Debtor. | Chapter 7<br><br>Bky. No. 19-40658-KHS<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to Local Rule 9011-4(f), each of the undersigned parties authorizes the e-filing of this document with their electronic signatures affixed below.

The undersigned, Joseph W. Lawver, hereby consents to the withdrawal as attorney of record for BHM Capital, LLC.

**MESSERLI & KRAMER P.A.**

Dated: April 17, 2019     By: s/Joseph W. Lawver
                                              Joseph W. Lawver (151269)
                                              1400 Fifth St. Towers
                                              100 South Fifth St.
                                              Minneapolis, MN 55402
                                              612-672-3600

The undersigned, Kenneth C. Edstrom, hereby enters his appearance as attorney of record for BHM Capital, LLC.

**SAPENTIA LAW GROUP**

Dated: April 17, 2019     By: s/Kenneth C. Edstrom
                                              Kenneth C. Edstrom (148696)
                                              120 South Sixth St., Ste. 1000
                                              Minneapolis, MN 55402
                                              kene@sapientialaw.com
                                              612-756-7108

1755705.1