UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                                                Chapter 7
                                                                                                                                      BKY 19-40658-KHS
Scheherazade, Inc,

      Debtor.

## ORDER APPROVING USE OF CASH COLLATERAL

This case is before the court on the trustee's expedited motion to approve use of cash collateral and for grant of adequate protection.

For reasons stated orally and recorded in open court,

**IT IS ORDERED:**

1.    The request for expedited hearing is granted.

2.    The motion for use of cash collateral is granted.  The trustee is authorized to use cash collateral in connection with the sale as defined in the motion and for the expenses set forth in <u>Exhibit A</u> to the motion as well as any other expenses necessary to preserve and protect the collateral.

3.    The trustee is authorized to grant a replacement lien to BHM Capital, LLC on the BHM collateral as defined in the motion, which replacement lien shall have the same nature, character, validity, priority, dignity, extent and effect of any such lien as the pre-petition lien held by BHM.

4.    No additional steps need to be taken to perfect the replacement lien authorized herein.

Dated:  April 18, 2019                          /e/ Kathleen H. Sanberg
                                                                             Kathleen H. Sanberg
                                                                             Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/18/2019*
Lori Vosejpka, Clerk, by TT