UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

　　　　　Debtor.

BKY No. 19-40658
Chapter 7

### ORDER AUTHORIZING 2004 EXAMINATIONS

This case is before the court on the motion of the trustee for an order allowing her to conduct examinations pursuant to Federal Rule of Bankruptcy Procedure 2004 and in connection with the transfer of the debtor's telephone number 952-926-2455.

For reasons stated orally and recorded in open court,

**IT IS ORDERED**:

1.　The trustee may examine Daniel Christensen, Alex Christensen, Christensen Jewelers, and Comcast Corporation pursuant to Bankruptcy Rule 2004.

2.　Within 24 hours of the date of this order, Comcast Corporation shall transfer telephone number 952-926-2455 to the bankruptcy estate.

Dated:  May 1, 2019

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/01/2019*
Lori Vosejpka, Clerk, by LH