ADDress Correction
CASE # 19-40658
TARYN Nelson
514 AMERICA'S WAY
# 5751
Box Elder S.D.
57719

[Stamp: U.S. BANKRUPTCY COURT MINNEAPOLIS, MN — RECEIVED 19 MAY -9 AM 9:41]

Do something Silly.