## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| In re:<br><br>Scheherazade Inc,<br><br>Debtor. | Case No. 19-40658<br><br>Chapter 7 |

### Notice of Hearing and Motion for Relief from Stay

TO: The Debtor, the Debtor's attorney, Nauni J. Manty, Chapter 7 Trustee, U.S. Trustee, and other entities specified in Local Rule 9013-3.

1.    LDM Company moves the court for the relief requested below and gives notice of hearing.

2.    The court will hold a hearing on this motion at 1:30 p.m. on Thursday June 13, 2019, in Courtroom No. 8 West, at the United States Courthouse, at 300 S 4th St, Minneapolis, MN 55415-1320.

3.    Any response to this motion must be filed and served not later than Friday June 7, 2019, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.    This court has jurisdiction over this motion pursuant to 28 USC §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this chapter 7 case was filed on March 10, 2019. The case is now pending in this court.

5.    This motion arises under 11 USC § 362, and Fed. R. Bankr. P. 4001. This motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9006-1, 9013-1 through 9013-3. LDM Company1 seeks relief from the automatic stay of 11 U.S.C. § 362 with respect

to certain consignment jewelry, in which LDM Compnay retains title and ownership, but is in the possession of the Debtor, ("Commercial Consigned Jewelry").

6. Evidence of perfection of LDM Company's interest in the Commercial Consigned Jewelry, and copies of LDM Company's consignment agreements (the "Memos"), and are attached as Exhibits A and B.

7. As of March 13, 2019, Debtor is in possession of Consigned Commercial Jewelry, provided by LDM Company, valued at $131,048.00 ; a copy of the statements of memorandum, listing the Consigned Commercial Jewelry delivered to Debtor is attached as Exhibit C. Debtor values the Consigned Commercial Jewelry at only $117,823.50  in its schedules[1].

8. Debtor has no appreciable equity in the Commercial Consignment Jewelry as LDM Company retains all title to the Commercial Consignment Jewelry. In view of the fact that this is a Chapter 7 liquidation proceeding, neither the Collateral nor the Commercial Consignment Jewelry is necessary for an effective reorganization.

9. The failure of the Debtor to provide LDM Company with adequate protection of its interest in the Consigned Commercial Jewelry, the failure of the Debtor to provide evidence of insurance, and the fact that the Debtor has no equity within the Consigned Commercial Jewelry, constitutes cause, within the meaning of 11 U.S.C. §§ 362(d)(1) and 362 (d)(2), entitling LDM Company to relief from the stay.

10. The Consigned Commercial Jewelry is depreciating and therefore LDM Company requests an order modifying the automatic stay be effective immediately as allowed under Fed. R. Bankr. P. 4001(a)(3).

---

[1] Debtor refers to the movant as "LDM Company," in Debtor's schedules. (Schedule D 10 § 2.3, Dkt. No. 22.)

11.     If testimony is required as to any facts relevant to this motion, Daniel Kutoff, or some

other representative will testify on behalf of LDM Company.

12.     This notice of motion and motion also serves as "*Cobb* notice," if required. *See Cobb*

*v. Midwest Recovery Bureau Co*., 295 N.W.2d 232, 237 (Minn. 1980). If the default is

not cured before the hearing, LDM Company will repossess the Commercial

Consignment Jewelry promptly upon the court signing the order.


Wherefore, LDM Company moves the court for an order that (1) modifying the

automatic stay of 11 U.S.C. § 362 so as to permit LDM Company to foreclose its interest in

the Collateral and take possession of the Consigned Commercial Jewelry in accordance with

nonbankrutpcy law, (2) finding that Fed. R. Bankr. P. 4001(a)(3) is not applicable, and (3)

granting such other relief as may be just and equitable.


Date: May 23, 2019                                    By: *s/ Adam M. Altman*
                                                       Adam M. Altman (0393515)
                                                       **ALTMAN & IZEK**
                                                       901 North Third Street, Suite 140
                                                       Minneapolis, MN 55401
                                                       Telephone: (612) 335-3700
                                                       Email: adam@altmanizek.com


*(verification on the following page)*

Verification

I, Daniel Kutoff, an authorized agent and principal of LDM Company, declare under penalty and perjury that the forgoing information is true and correct according to the best of my knowledge information and belief.

Date: May 23, 2019

_____
Daniel Kutoff

**Filing Number: 854000400028**
**Date: 11/12/2015**
**Time: 3:03 PM**
**STATE OF MINNESOTA**
**Office: Office of the Minnesota**
**Secretary of State**

# UCC1 - Original Filing - UCC Financing Statement

**RETURN ACKNOWLEDGEMENT TO:**
**Adam Altman**
**901 North Third Street**
**Minneapolis, MN  55401**

## DEBTOR INFORMATION

**ORGANIZATION'S NAME**
SCHEHERAZADE INC

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3525 W 69TH STR | Edina | MN | 55435 | USA |

## SECURED PARTY INFORMATION

**ORGANIZATION'S NAME**
LDM COMPANY, a Minnesota Partnership

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4050 HWY 55 #200 | Minneapolis | MN | 55422 | USA |

## COLLATERAL

Diamond jewelry, gold and diamond jewelry, platinum and diamond jewelry, loose diamonds, and other jewelry and goods, now or in the future delivered and consigned by Secured Party (Consignor) to Debtor (Consignee), together with all cash and non-cash proceeds. Title to the consigned goods shall remain in the Secured Party (Consignor), and the interest of the Secured Party (Consignor) to the consigned merchandise shall be superior to all other interests. The consignment interest of the Secured Party (Consignor) shall be binding upon the Debtor (Consignee) at any and all present and future addresses, business locations and concessions.

## ADDITIONAL INFORMATION(IF ANY)

**ALTERNATE DESIGNATION:** Consignee/Consignor

# Exhibit A

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:  30696

Memo Order Date:  7/27/2016

*Page      1 of 2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment
Sales Rep
Ship Date    7/27/2016         Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 484 | Blue Zircon & Diamond Pendant - 5.81ct TGW 5.01ct Blue Zircon, .80ct TDW CLR-278 | | Each | 1 | 1.00 | 1,995.00 | 1,995.00 |
| 131-ADMQ7P | Diamond Pendant 20171 | | Each | 1 | 1.39 | 2,995.00 | 2,995.00 |
| 537 | Peridot & Diamond Pendant 5.37ct TGW, 18K WG 4.95ct Peridot, .42ct TDW | | Each | 1 | 1.00 | 1,960.00 | 1,960.00 |
| 131-A7E | Round Diamond Earrings 1 1/2ct TDW Appears 2ct 20173 | | Each | 1 | 1.07 | 1,890.00 | 1,890.00 |
| 13-C14268BZ | Blue Zircon & Diamond Pendant 20015 | | Each | 1 | 4.55 | 850.00 | 850.00 |
| 119-E4408BZ | Blue Zircon & Diamond Earrings SN11593 | | Each | 1 | 3.36 | 1,210.00 | 1,210.00 |
| 13-C13504SB | Blue Sapphire & Diamond Pendant 20184 | | Each | 1 | 0.88 | 660.00 | 660.00 |
| 13-E4702SB | Blue Sapphire & Diamond Earrings - 2 3/4ct tgw 80 1pt Dia, 2 7x5 Ov SN11797 | | Each | 1 | 2.87 | 2,640.00 | 2,640.00 |
| 13-E4623SB | Blue Sapphire & Diamond Earrings 20042 | | Each | 1 | 1.80 | 1,260.00 | 1,260.00 |
| 13-E4519SB | Blue Sapphire & Diamond Earrings sn11954 | | Each | 1 | 1.41 | 900.00 | 900.00 |
| 161-H242S-WG | Blue Sapphire & Diamond Ring 20076 | | Each | 1 | 4.37 | 4,700.00 | 4,700.00 |
| 13-20273L-SB | Blue Sapphire & Diamond Ring - 4 3/4ct tgw sn11633 | | Each | 1 | 4.75 | 10,500.00 | 10,500.00 |
| 13-17819L-SB | Blue Sapphire & Diamond Ring - 2ct TGW 8x6 Oval Sap & 2 5x5 Tril Dia SN11258 | | Each | 1 | 2.03 | 2,390.00 | 2,390.00 |
| 119-3D455DI | Diamond & Blue Sapphire Ring - 1 1/2ct TGW SN11291 | | Each | 1 | 1.64 | 3,710.00 | 3,710.00 |
| 225-3642BD | Black & White Diamond Ring .17ct White Dia, 1.53ct Black Dia 18K WG 20050 | | Each | 1 | 1.70 | 2,500.00 | 2,500.00 |
| 221-15644RU-7 | Ruby Ring with Diamond Halo - Size 7 1/2ct Ruby + 1/5ct Diamonds SN12009 | | Each | 1 | 0.75 | 725.00 | 725.00 |
| 1215-LR1869ZSB-7 | Blue Sapphire & Diamond Ring - Size 7 SN11969 | | Each | 1 | 1.13 | 475.00 | 475.00 |
| 119-3B917SB | Blue Sapphire & Diamond Ring - 1 1/4ct | | Each | 1 | 1.32 | 850.00 | 850.00 |

**Exhibit B**

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30696

Memo Order Date:   7/27/2016

*Page      2  of  2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment

Sales Rep

Ship Date    7/27/2016          Ship Via

Customer Phone #    (952) 926-2455

Customer P.O.#

Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | TGW | | | | | | |
| | SN11451 | | | | | | |
| 11-SB849-SB | Blue Sapphire & Diamond Bracelet Blue Sapphires, 7s 6x4, 7s 5x3 Diamonds, 126s, 1.2mm 14K White Gold 20145 | | Each | 1 | 6.74 | 4,200.00 | 4,200.00 |

| | | | |
|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | 19 | TOTAL AMOUNT, EXCLUDING S/H: | 46,410.00 |
| **TOTAL LOOSE STONES ON MEMO** | | ESTIMATED S/H: | 0.00 |
| **TOTAL ITEMS ON MEMO:** | 19 | ESTIMATED TOTAL: | 46,410.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____ *PRESIDENT*          Date: 7/29/16

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30708

Memo Order Date:   8/22/2016

*Page      1 of  2*

Sold To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment
Sales Rep
Ship Date    8/22/2016    Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

| Item No. | Description | Detail | | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|
| DER2X037W14 | Diamond Earrings - 3/8ct tdw, 14K WG, 4 Prong<br>sn11619 | I1 | H/I | Each | 1 | 0.36 | 230.00 | 230.00 |
| DER2X050W | Diamond Earrings - 1/2ct tdw, 18K WG, 3P Martini<br>sn10385 | SI | G/H | Each | 1 | 0.45 | 510.00 | 510.00 |
| DER2X075W | Diamond Earrings - 3/4ct tdw, 18K WG, 3P Martini<br>20062 | SI | G/H | Each | 1 | 0.68 | 1,052.00 | 1,052.00 |
| 13-23486L | 3 Diamond Anniversary Band - 1ct TDW<br>20155 | | | Each | 1 | 1.02 | 1,750.00 | 1,750.00 |
| 13-23476L | 3 Diamond Ring 2 ct TDW<br>20208 | | | Each | 1 | 1.50 | 4,650.00 | 4,650.00 |
| 119-3B913RU | Ruby & Diamond Ring - 1 1/4ct TGW<br>sn11432 | | | Each | 1 | 1.25 | 1,910.00 | 1,910.00 |
| 13-24581L-RU | Ruby Ring with Diamond Halo<br>20037 | | | Each | 1 | 0.50 | 594.00 | 594.00 |
| 12-BB14-14KW | Diamond Bangle Bracelet - 3ct - WG<br>SN11167 | | | Each | 1 | 3.01 | 3,875.00 | 3,875.00 |
| 11-BB14-300-SB | 3ct Blue Sapphire & Diamond Bangle Bracelet<br>20234 | | | Each | 1 | 3.51 | 3,590.00 | 3,590.00 |
| 12-BB1-14KW | Diamond Solitare Bangle Bracelet - 1ct TDW<br>sn11837 | VS1 | H | Each | 1 | 1.01 | 5,355.00 | 5,355.00 |
| 1-B4D-F35-RU | Ruby & Diamond Bracelet<br>sn12001 | | | Each | 1 | 3.44 | 3,200.00 | 3,200.00 |
| 119-B147-SB | Blue Sapphire & Diamond Bracelet - 13ct TGW<br>20144 | | | Each | 1 | 13.70 | 5,200.00 | 5,200.00 |
| 119-SB849-6X4-SB | Blue Sapphire & Diamond Bracelet<br>20266 | | | Each | 1 | 6.69 | 4,000.00 | 4,000.00 |
| 13-E3639TA | Tanzanite Earrings with Diamond Halo 11x11mm Cushion Cut Tanzanite 14K White Gold<br>20195 | | | Each | 1 | 12.55 | 5,900.00 | 5,900.00 |

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #: 30708

Memo Order Date: 8/22/2016

*Page 2 of 2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment

Sales Rep

Ship Date 8/22/2016    Ship Via

Customer Phone #    (952) 926-2455

Customer P.O.#

Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|----------|-------------|--------|------|--------|--------|------------|-------------|
| | | | | | | | |

| | | | |
|---|---|---|---|
| TOTAL FINISHED PIECES ON MEMO | 14 | TOTAL AMOUNT, EXCLUDING S/H: | 41,816.00 |
| TOTAL LOOSE STONES ON MEMO | | ESTIMATED S/H: | 0.00 |
| TOTAL ITEMS ON MEMO: | 14 | ESTIMATED TOTAL: | 41,816.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____    Date: 8/22/16

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:  30744
Memo Order Date:  11/28/2016

*Page      1 of 1*

| | |
|---|---|
| **Sold To:** Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 | **Ship To:** Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 |

Comment

Sales Rep

Ship Date    11/28/2016    Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

| Item No. | Description | Detail | | | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|
| 161-3860D | Diamond Ring - 3ct TW | VV<br>S2 | F | EGL Int | Each | 1 | 2.92 | 14,750.00 | 14,750.00 |
| | sn11884 | | | | | | | | |
| DER2X150W | Diamond Earrings - 1 1/2ct tdw, 18K WG, 3P Martini | SI | G/H | | Each | 1 | 1.59 | 4,850.00 | 4,850.00 |
| | 20291 | | | | | | | | |
| 119-B41D-300-SB | 3ct tgw Blue Sapphire & Diamond Bracelet | | | | Each | 1 | 3.04 | 2,200.00 | 2,200.00 |
| | 20261 | | | | | | | | |
| 226 | Diamond Bracelet - 5 1/2 ct 40 Dia | | | | Each | 1 | 1.00 | 5,775.00 | 5,775.00 |
| 13-C13902DI | Diamond Pendant - 1 1/2ct 1.62 ct | | | | Each | 1 | 1.62 | 7,800.00 | 7,800.00 |
| | sn11007 | | | | | | | | |
| 443 | 1.51ct Diamond Soliare Pendant DIA-246 | SI2 | I | EGL Int | Each | 1 | 1.00 | 5,650.00 | 5,650.00 |
| 119-SB893-2CT-SB | Blue Sapphire & Diamond Bracelet | | | | Each | 1 | 2.43 | 1,600.00 | 1,600.00 |
| | 20267 | | | | | | | | |
| 430 | 3 Diamond Pendant - 1ct TDW | | | | Each | 1 | 1.00 | 1,325.00 | 1,325.00 |
| 549 | 3 Diamond Ring - 4.04ct TDW Center: 3.00ct RBC VS2/H EGL-I Platinum | | | | Each | 1 | 1.00 | 32,450.00 | 32,450.00 |

| | | | |
|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | 9 | **TOTAL AMOUNT, EXCLUDING S/H:** | 76,400.00 |
| **TOTAL LOOSE STONES ON MEMO** | | **ESTIMATED S/H:** | 0.00 |
| **TOTAL ITEMS ON MEMO:** | 9 | **ESTIMATED TOTAL:** | 76,400.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____        Date: 11-29-16

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30748
Memo Order Date:   12/5/2016

*Page    1 of 2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

| | | |
|---|---|---|
| Comment | Customer Phone # | (952) 926-2455 |
| Sales Rep | Customer P.O.# | |
| Ship Date   12/5/2016   Ship Via | Old Memo # | |

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 12-BB9-14KW | Diamond Bangle Bracelet - 1 1/4ct tdw - 14K Gold, White 20321 | | Each | | 2.40 | 2,900.00 | |
| 12-BB14-14KW | Diamond Bangle Bracelet - 3ct - WG 20327 | | Each | | 2.15 | 2,775.00 | |
| 550 | 3 Diamond Ring - 2.97ct TDW Center: 1.51ct RBC SI2/F EGL-I Platinum Engagement Set | | Each | | 1.00 | 12,815.00 | |
| 336 | 3 Stone Ring - Blue Sapphire & Diamond - 2.42 TGW 1.46ct Sap + .96ct Dia | | Each | | 1.00 | 3,670.00 | |
| 161-3987-SB | Blue Sapphire & Diamond Ring 7.04ct TGW, 5.45ct Blue Sap, 1.59ct TDW 18K WG 20095 | | Each | | 7.04 | 11,500.00 | |
| 119-B41D-275-SB | 2 3/4 ct tw Blue Sapphire & Diamond Bracelet SN11869 | | Each | | | 2,100.00 | |
| 11-B213-5X3-SB | Blue Sapphire & Diamond Bracelet 5mmx3mm, 14K White Gold 20088 | | Each | | 6.94 | 2,685.00 | |
| 12-SB949-3.0-SB | Diamond & Sapphire Bracelet 5.81 TGW .99 Diamond 78s 4.82 Sapphire 39s 20301 | | Each | | 5.29 | 2,395.00 | |
| 119-B42C-RU | Ruby & Diamond Bracelet 3.18ct TGW, 14K WG 2.85ct Ruby, .33ct TDW | | Each | | 1.00 | 1,580.00 | |
| 119-B42C-5X3-SY | Yellow Sapphire & Diamond Bracelet Yellow Sap: 11 oval 5x3 Dia: 22s 20153 | | Each | | 4.06 | 1,250.00 | |
| RER2X050 | RUBY STUD .50 CTW RUBY 20313 | | Each | | 0.56 | 400.00 | |
| SER2X100 | Sapphire Earrings - 1ct TGW 20305 | | Each | | 1.10 | 450.00 | |
| SER2X062 | Sapphire Earrings - 5/8ct TGW SN11859 | | Each | | 0.65 | 180.00 | |
| 13-E5057SB | Blue Sapphire Earrings 20201 | | Each | | 1.05 | 680.00 | |
| 1215-O5175SB | Blue Sapphire & Diamond Earrings 4mm Sap, 4pt TDW | | Pieces | | 1.00 | 285.00 | |
| 161-H87YS | Yellow Sapphire & Diamond Pendant - 2ct TGW SN11888 | | Each | | 2.12 | 1,100.00 | |
| 13-C11972SP | Pink Sapphire & Diamond Pendant - 1 1/4ct TGW SN11508 | | Each | | | 810.00 | |

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:    30748

Memo Order Date:    12/5/2016

*Page      2 of 2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

| | | |
|---|---|---|
| Comment | Customer Phone # | (952) 926-2455 |
| Sales Rep | Customer P.O.# | |
| Ship Date    12/5/2016    Ship Via | Old Memo # | |

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 13-C14006PP | Spinel & Diamond Pendant  - 2 1/2ct TGW<br>SN11159 | | Each | | 2.60 | 2,710.00 | |
| 161-H243AQ-WG | Aquamarine & Diamond Pendant<br>20069 | | Each | | 18.59 | 4,100.00 | |
| 533 | Diamond Pendant 18K WG 209s = 1.65ct TDW | | Each | | 1.00 | 3,125.00 | |
| 442 | .79ct Diamond Soliare Pendant<br>(DIA-013) | | Each | | 1.00 | 1,680.00 | |
| 119-SP991DI | Diamond Solitare Pendant<br>SN1223 | | Each | | | 825.00 | |
| 13-E4568SB | Whishbone Dangle Earrings with Blue Sapphires & Diamonds 7x5mm Blue Sapphires 14K White Gold<br>20197 | | Each | | 2.33 | 1,525.00 | |
| 161-3905S-WG | Blue Sapphire & Diamond Earrings<br>20001 | | Each | | 5.75 | 4,800.00 | |
| DER2X350 | Diamond Earrings - 3 1/2ct tdw<br>SN11296 | | Each | | 3.53 | 13,102.00 | |
| 131-A7E | Round Diamond Earrings 1 1/2ct TDW Appears 2ct<br>20317 | | Each | | 0.82 | 1,440.00 | |

| | | |
|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | TOTAL AMOUNT, EXCLUDING S/H: | |
| **TOTAL LOOSE STONES ON MEMO** | ESTIMATED S/H: | 0.00 |
| **TOTAL ITEMS ON MEMO:** *26 PCS* | ESTIMATED TOTAL: | |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____          Date: _12/5/16_

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30749

Memo Order Date:   12/5/2016

*Page    1 of 1*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment

Sales Rep

Ship Date   12/5/2016     Ship Via

Customer Phone #   (952) 926-2455

Customer P.O.#

Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 131-A7E | Round Diamond Earrings 1 1/2ct TDW Appears 2ct 20319 | | Each | | 1.65 | 2,775.00 | |

TOTAL FINISHED PIECES ON MEMO

TOTAL LOOSE STONES ON MEMO

TOTAL ITEMS ON MEMO:

TOTAL AMOUNT, EXCLUDING S/H:

ESTIMATED S/H:     0.00

ESTIMATED TOTAL:

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____     Date: 12/5/16

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:    30762

Memo Order Date:   12/15/2016

*Page    1 of 2*

Sold To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

Comment
Sales Rep
Ship Date    12/15/2016    Ship Via

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 13-C13505RU | Ruby & Diamond Pendant - 1 1/4ct TGW 1 ct Ruby, 1/4 ct tdw 20289 | | Each | 1 | 1.25 | 805.00 | 805.00 |
| 13-E4266RU-W | Ruby & Diamond Earrings - 1 1/2ct tgw DIA: 24s, 3/8ct tdw sn11648 | | Each | 1 | 1.47 | 1,290.00 | 1,290.00 |
| 103-R348M50-RU | Ruby Earrings Margarita Style 20230 | | Each | 1 | 1.18 | 775.00 | 775.00 |
| DI-A3942/C | Citrine & Diamond Pendant 6ct TGW sn10628 | | Each | 1 | 6.32 | 640.00 | 640.00 |
| 13-E4624TV | Tsavorite & Diamond Earrings - 5 1/4ct TGW sn11281 | | Each | 1 | | 2,415.00 | 2,415.00 |
| 13-23669L-TV | Tsavorite & Diamond Ring - 2 1/4ct TGW sn11502 | | Each | 1 | | 2,145.00 | 2,145.00 |
| 119-3D475 | Diamond & Pink Sapphire Ring - 2 1/2ct TGW Emerald Cut Sapphires + Radiant Cut Diamond sn11290 | | Each | 1 | 2.45 | 4,680.00 | 4,680.00 |
| 12-BB9-14KW | Diamond Bangle Bracelet - 1 1/4ct tdw - 14K Gold, White 20328 | | Each | 1 | 3.73 | 3,475.00 | 3,475.00 |
| 13-24169LSB | Blue Sapphire & Diamond Ring 20017 | | Each | 1 | 1.10 | 1,050.00 | 1,050.00 |
| 13-E3810-TV | Tsavorite & Diamond Earrings - 4 1/4ct TGW sn11590 | | Each | 1 | 4.39 | 4,960.00 | 4,960.00 |
| 13-25759L-SB | Blue Sapphire & Diamond Ring - 4 1/2ct TGW SN11839 | | Each | 1 | 4.48 | 7,695.00 | 7,695.00 |
| 13-E4623SB | Blue Sapphire & Diamond Earrings 20043 | | Each | 1 | 1.80 | 1,260.00 | 1,260.00 |
| 119-3D614 | Diamond & Blue Sapphire Ring - 2ct TGW SN11287 | | Each | 1 | 1.93 | 3,395.00 | 3,395.00 |
| 119-3B913SB | Blue Sapphire & Diamond Ring - 1ct TGW SN11429 | | Each | 1 | | 650.00 | 650.00 |
| 119-ER5725SB | Blue Sapphire & Diamond Ring SN11572 | | Each | 1 | | 2,950.00 | 2,950.00 |
| 119-3D210SB | Blue Sapphire & Diamond Ring - 4ct TGW SN11570 | | Each | 1 | | 5,875.00 | 5,875.00 |
| 221-13170D-50 | Diamond Ring - Size 5 1/5ct TDW, 42s | | Each | 1 | 1.00 | 625.00 | 625.00 |

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30762
Memo Order Date:   12/15/2016

*Page    2 of 2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment
Sales Rep
Ship Date   12/15/2016    Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 119-WB3432SB | Blue Sapphire & Diamond Ring - 1 1/2ct TGW SN11595 | | Each | 1 | 1.63 | 1,880.00 | 1,880.00 |

| | | | |
|---|---|---|---|
| TOTAL FINISHED PIECES ON MEMO | 18 | TOTAL AMOUNT, EXCLUDING S/H: | 46,565.00 |
| TOTAL LOOSE STONES ON MEMO | | ESTIMATED S/H: | 0.00 |
| TOTAL ITEMS ON MEMO: | 18 | ESTIMATED TOTAL: | 46,565.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature:                                    Date:   12-15-16

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30763

Memo Order Date:   12/15/2016

*Page      1  of  2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment

Sales Rep

Ship Date    12/15/2016    Ship Via

Customer Phone #    (952) 926-2455

Customer P.O.#

Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 161-3989-AQ | Aquamarine & Diamond Earrings 12.11ct TGW, 10.23ct Aqua, 1.88ct TDW 18K WG 20097 | | Each | 1 | 12.11 | 4,750.00 | 4,750.00 |
| 131-OVM-MM-18K | DIAMOND PENDANT 1.14CTW DIAMOND 18K WHITE GOLD 20320 | | Each | 1 | 1.14 | 2,200.00 | 2,200.00 |
| 568 | Blue Zircon & Diamond Earings (21.08ct TGW) 20.44 Blue Zircon .64ct Diamond 14K White Gold | | Each | 1 | 1.00 | 5,050.00 | 5,050.00 |
| 161-H254BD | Black Diamond Briolette & Diamond Earrings 20194 | | Each | 1 | 10.31 | 6,600.00 | 6,600.00 |
| 535 | Diamond Earrings 18K WG 352s = 2.20ct TDW | | Each | 1 | 1.00 | 4,860.00 | 4,860.00 |
| 534 | Diamond Pendant 18K WG 176s = 1.22ct TDW | | Each | 1 | 1.00 | 3,125.00 | 3,125.00 |
| 12-SB924-6CT | Bracelet Diamond 6CT TDW 14k WG 20331 | | Each | 1 | 6.29 | 6,025.00 | 6,025.00 |
| 161-H83AQ | Diamond & Aquamarine Ring - 11ct TGW SN11883 | | Each | 1 | 11.24 | 14,100.00 | 14,100.00 |
| 119-3D232SP | Pink Sapphire & Diamond Ring SN11430 | | Each | 1 | 2.70 | 2,625.00 | 2,625.00 |
| 119-3SR1SB | 3 1/2ct tgw Blue Sapphire & Diamond 3-Stone Ring SN11890 | | Each | 1 | 3.45 | 6,595.00 | 6,595.00 |
| 161-H92YS-WG | Yellow Sapphire & Diamond Ring White Gold SN11896 | | Each | 1 | 4.40 | 2,500.00 | 2,500.00 |

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30763
Memo Order Date:   12/15/2016

*Page    2  of  2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment
Sales Rep
Ship Date    12/15/2016    Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|----------|-------------|--------|------|--------|--------|------------|-------------|
| | | | | | | | |

| | | | |
|---|---|---|---|
| TOTAL FINISHED PIECES ON MEMO | 11 | TOTAL AMOUNT, EXCLUDING S/H: | 58,430.00 |
| TOTAL LOOSE STONES ON MEMO | | ESTIMATED S/H: | 0.00 |
| TOTAL ITEMS ON MEMO: | 11 | ESTIMATED TOTAL: | 58,430.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature:                                     Date: 12-15-16

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30788

Memo Order Date:   2/6/2017

*Page     1 of 1*

| | | |
|---|---|---|
| **Sold To:** Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 | **Ship To:** Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 | |

Comment

Sales Rep

Ship Date    2/6/2017         Ship Via

Customer Phone #    (952) 926-2455

Customer P.O.#

Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 547 | Kunzite Heart Shaped Earrings 25.45 ct | | Each | 1 | 1.00 | 1,850.00 | 1,850.00 |
| 569 | Blue Tourmaline & Diamond Pendant (4.13ct TGW) 3.77ct Blue Tourmaline .36ct Diamond 18k White Gold | | Each | 1 | 1.00 | 2,995.00 | 2,995.00 |
| 570 | Blue Tourmaline & Diamond Ring (3.14ct TGW) 2.82ct Blue Tourmanline .72ct Diamond 14k White Gold | | Each | 1 | 1.00 | 1,785.00 | 1,785.00 |
| 437 | Yellow Sapphire & Diamond Pendant - 3.68ct TGW 3.08ct Heart Shaped Sapphire + .60ct TDW CLR-116 - 18K 14K Gold, Yellow | | Each | 1 | 1.00 | 2,885.00 | 2,885.00 |
| 161-H245D-WG | Heart Shaped Diamond Dangle Earrings 20067 | | Each | 1 | 3.15 | 12,200.00 | 12,200.00 |
| 131-PS15E | Pear Shaped Diamond Earrings 2ct tdw - Appearance of 3ct tw  omega top sn11182 | | Each | 1 | 2.00 | 5,100.00 | 5,100.00 |

| | | | | |
|---|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | 6 | **TOTAL AMOUNT, EXCLUDING S/H:** | 26,815.00 |
| **TOTAL LOOSE STONES ON MEMO** | | **ESTIMATED S/H:** | 0.00 |
| **TOTAL ITEMS ON MEMO:** | 6 | **ESTIMATED TOTAL:** | 26,815.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____    Date: 2/6/17

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:    30801

Memo Order Date:  2/13/2017

*Page      1 of 2*

Sold To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment
Sales Rep
Ship Date    2/13/2017    Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 559 | Diamond Heart Necklace 14K WG | | Each | 1 | 1.00 | 450.00 | 450.00 |
| 11-SE47 | Diamond Hoop Earrings 36ct 18KT gpld sn11910 | | Each | 1 | 0.36 | 380.00 | 380.00 |
| 11-SE871 | DIAMOND EARRINGS 1.08 CT TDW 20345 | | Each | 1 | 1.08 | 1,180.00 | 1,180.00 |
| 11-SE25 | DIAMOND EARRING 1CT TDW 20339 | | Each | 1 | 0.93 | 1,050.00 | 1,050.00 |
| 13-E4571SB | Whishbone Dangle Earrings with Blue Sapphires & Diamonds 5mm Blue Sapphires 14K White Gold 20196 | | Each | 1 | 1.85 | 990.00 | 990.00 |
| 103-R348M50-SB | 1/2 ct tgw Blue Sap & Dia Margarita Style Earrings 20213 | | Each | 1 | 0.48 | 415.00 | 415.00 |
| 13-E4527SB | Blue Sapphire & Diamond Earrings 20358 | | Each | 1 | 1.06 | 740.00 | 740.00 |
| 12-SE18-SB | EARRINGS BLUE SHAPPHIRE & DIAMONDS 1CT TGW 20370 | | Each | 1 | 1.00 | 825.00 | 825.00 |
| 12-SP78-7X5-SB | PENDANT BLUE SAPPHIRE & DIAMOND 20366 | | Each | 1 | 1.42 | 970.00 | 970.00 |
| 12-SE53 | EARRINGS DIAMOND 20362 | | Each | 1 | 0.95 | 1,225.00 | 1,225.00 |

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:    30801

Memo Order Date:    2/13/2017

*Page      2 of 2*

| | | |
|---|---|---|
| Sold To: | Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 | Ship To: Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 |

Comment

Sales Rep

Ship Date    2/13/2017        Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | |
|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | 10 | **TOTAL AMOUNT, EXCLUDING S/H:** | 8,225.00 |
| **TOTAL LOOSE STONES ON MEMO** | | **ESTIMATED S/H:** | 0.00 |
| **TOTAL ITEMS ON MEMO:** | 10 | **ESTIMATED TOTAL:** | 8,225.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____        Date: _____

# MEMO ORDER

**LDM Company**
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:  10106

Memo Order Date:  1/10/2015

*Page      1 of 2*

| Sold To: | Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 | Ship To: | Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 |
|---|---|---|---|

| | | |
|---|---|---|
| Comment | Customer Phone # | (952) 926-2455 |
| Ship Via | Customer P.O.# | |
| Ship Date  1/10/2015 | Old Memo # | MO000481 |

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 108 | Bracelet ASB8691 1.04ct Brac | | Each | 1 | 1.00 | 1,075.00 | 1,075.00 |
| 343 | 7.22ct TGW Green Tourmaline & Diamond Ring | | Each | 1 | 1.00 | 1,770.00 | 1,770.00 |
| 119-3B733DI | Diamond & Blue Sapphire Ring - 1.32ct SN11436 | | Each | 1 | 1.32 | 1,755.00 | 1,755.00 |
| 119-3B734DI | Diamond & Red Sapphire Ring - 1.31ct SN11431 | | Each | 1 | 1.31 | 1,975.00 | 1,975.00 |
| 119-3D455DI | Diamond & Blue Sapphire Ring - 1.64ct SN11291 | | Each | 1 | 1.64 | 3,710.00 | 3,710.00 |
| 119-3D475 | Diamond & Pink Sapphire Ring - 2.45ct SN11290 | | Each | 1 | 2.45 | 4,680.00 | 4,680.00 |
| 119-3D614 | Diamond & Blue Sapphire Ring - 1.93ct SN11287 | | Each | 1 | 1.93 | 3,395.00 | 3,395.00 |
| 119-6L2340SE | Spessarite & Diamond Earrings - 7.10ct SN11674 | | Each | 1 | | 1,250.00 | 1,250.00 |
| 119-6L2340SO | Orange Sapphire & Diamond Earrings - 4.98ct SN11637 | | Each | 1 | | 1,050.00 | 1,050.00 |
| 119-N369SP-9 | Riveria Necklace - 9.04ct TDW - 4P - 17" | | Each | 1 | 1.00 | 7,550.00 | 7,550.0 |
| 119-SB896-4X3-SB | 4.07ct tgw Blue Sapphire & Diamond Bracelet SN11691 | | Each | 1 | 4.07 | 2,010.00 | 2,010.00 |
| 119-WB3432SB | Blue Sapphire & Diamond Ring - 1.74ct SN11596 | | Each | 1 | 1.78 | 1,900.00 | 1,900.00 |
| 12-ASB924-2CT-W | Diamond Bracelet - 2 ct TW - WG - 1.96ct SN11317 | SI1  H | Each | 1 | 1.96 | 1,975.00 | 1,975.00 |
| 12-E14WD1-ZO | Orange Zircon & Diamond Earrings - 12.83ct SN11609 | | Each | 1 | | 1,295.00 | 1,295.00 |
| 13-20476L-SB | Blue Sapphire & Diamond Ring - 3.57ct SN11511 | S#R | Each | 7/17/21 1 | 3.57 | 5,150.00 | 5,150.00 |
| 13-C10924RU-YG | Ruby & Diamond Pendant - .78ct SN10603 | | Each | 1 | | 690.00 | 690.00 |
| 13-C13505RU | Ruby & Diamond Pendant - 1.26ct SN10667 | | Each | 1 | 1.26 | 805.00 | 805.00 |
| 13-C13967SY | Yellow Sapphire & Diamond Pendant - 1.72ct | | Each | 1 | 1.72 | 1,410.00 | 1,410.00 |

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #: 10106

Memo Order Date: 1/10/2015

*Page　　2 of 2*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment
Ship Via
Ship Date　　1/10/2015

Customer Phone #　　(952) 926-2455
Customer P.O.#
Old Memo #　　MO000481

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|----------|-------------|--------|------|--------|--------|-----------|-------------|
| | SN11499 | | | | | | |
| 13-E3881TA | Tanzanite & Diamond Earrings - 5.18ct | | Each | 1 | 5.18 | 3,350.00 | 3,350.00 |
| | SN10562 | | | | | | |
| 13-E4265RU-YG | Ruby & Diamond Earrings - YG - .89ct | | Each | 1 | | 725.00 | 725.00 |
| | SN11154 | | | | | | |

| | | | |
|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | 20 | **TOTAL AMOUNT, EXCLUDING S/H:** | 47,520.00 |
| **TOTAL LOOSE STONES ON MEMO** | | **ESTIMATED S/H:** | 0.00 |
| **TOTAL ITEMS ON MEMO:** | 20 | **ESTIMATED TOTAL:** | 47,520.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____　　　Date: _____

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30018

Memo Order Date:   1/30/2014

*Page        1  of  1*

Sold To: Scheherazade
3182 Galleria
Edina, MN 55435

Ship To: Scheherazade
3181 Galleria
Edina, MN 55435

Comment
Sales Rep
Ship Date    1/30/2014        Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #    MOB100818

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|----------|-------------|--------|------|--------|--------|-----------|-------------|
| DER2X125 | Diamond Earrings - 1 1/4ct TW sn10021 | | Each | 1 | 1.27 | 2,386.00 | 2,386.00 |

| | | | |
|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | **1** | **TOTAL AMOUNT, EXCLUDING S/H:** | **2,386.00** |
| **TOTAL LOOSE STONES ON MEMO** | | **ESTIMATED S/H:** | **0.00** |
| **TOTAL ITEMS ON MEMO:** | **1** | **ESTIMATED TOTAL:** | **2,386.00** |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____        Date: _____

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30615

Memo Order Date:   5/24/2016

*Page      1  of  1*

| | | |
|---|---|---|
| Sold To: | Scheherazade | |
| | 3182 Galleria | |
| | Edina, MN 55435 | |

| | |
|---|---|
| Ship To: | Scheherazade |
| | 3181 Galleria |
| | Edina, MN 55435 |

| | |
|---|---|
| Comment | |
| Sales Rep | |
| Ship Date | 5/24/2016    Ship Via |

| | |
|---|---|
| Customer Phone # | (952) 926-2455 |
| Customer P.O.# | |
| Old Memo # | |

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| LDP0076-DI150 | Diamond Pendant - 1 1/2ct | | Each | | 1.62 | 7,800.00 | |
| | SN11007 | | | | | | |

| | | | |
|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | | **TOTAL AMOUNT, EXCLUDING S/H:** | |
| **TOTAL LOOSE STONES ON MEMO** | | **ESTIMATED S/H:** | 0.00 |
| **TOTAL ITEMS ON MEMO:** | | **ESTIMATED TOTAL:** | |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____      Date: _____

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30661

Memo Order Date:   6/15/2016

*Page     1  of  1*

| | | |
|---|---|---|
| Sold To: | Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 | Ship To: Scheherazade<br>3525 W 69th Street<br>Edina, MN 55435 |

Comment

Sales Rep

Ship Date    6/15/2016        Ship Via

Customer Phone #    (952) 926-2455

Customer P.O.#

Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 131-H9MP | Heart Shaped Diamond Pendant, 18K WG 1 1/4ct tdw - Appearance of 2ct TDW SN11541 | | Each | 1 | | 3,015.00 | 3,015.00 |

| | | | |
|---|---|---|---|
| TOTAL FINISHED PIECES ON MEMO | 1 | TOTAL AMOUNT, EXCLUDING S/H: | 3,015.00 |
| TOTAL LOOSE STONES ON MEMO | | ESTIMATED S/H: | 0.00 |
| TOTAL ITEMS ON MEMO: | 1 | ESTIMATED TOTAL: | 3,015.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____        Date: _____

# Memo Order with Images

LDM Company

4050 Highway 55, Suite 200

Golden Valley, MN 55422

(763) 521-4660

(763) 521-4661FAX

(800) 272-4697TOLL-FREE

Memo Order #:    30741

Memo Order Date:  11/22/2016

*Page       1 of 4*

Sold To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

| | | |
|---|---|---|
| Comment | Customer Phone # | (952) 926-2455 |
| Ship Via | Customer P.O.# | |
| Ship Date  11/22/2016 | Other DOC # | |

| | |
|---|---|
| **Item No.** | DER2X200W |
| **Description** | Diamond Earrings - 2ct tdw, 18K WG, 3P Martini 2.13 tw |
| **Detail** | sn11941 |
| **Unit** | Each |
| **Pieces** | 1 |
| **Weight** | 2.13 |
| **Unit Price** | 6,680.00 |
| **Total Price** | 6,680.00 |

| | |
|---|---|
| **Item No.** | DER2X150W |
| **Description** | Diamond Earrings - 1 1/2ct tdw, 18K WG, 3P Martini |
| **Detail** | 20054 |
| **Unit** | Each |
| **Pieces** | 1 |
| **Weight** | 1.40 |
| **Unit Price** | 2,900.00 |
| **Total Price** | 2,900.00 |

| | |
|---|---|
| **Item No.** | DER2X075W |
| **Description** | Diamond Earrings - 3/4ct tdw, 18K WG, 3P Martini |
| **Detail** | 20060 |
| **Unit** | Each |
| **Pieces** | 1 |
| **Weight** | 0.73 |
| **Unit Price** | 1,134.00 |
| **Total Price** | 1,134.00 |

| | |
|---|---|
| **Item No.** | 13-24170L-SB |
| **Description** | Blue Sapphire & Diamond Ring 1ct Blue Sapphire 3/4ct Diamonds (22 individual diamonds) 14K White Gold |
| **Detail** | 20025 |
| **Unit** | Each |
| **Pieces** | 1 |
| **Weight** | 1.90 |
| **Unit Price** | 1,555.00 |
| **Total Price** | 1,555.00 |

# Memo Order with Images

ŁDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX
(800) 272-4697TOLL-FREE

Memo Order #:  30741

Memo Order Date:  11/22/2016

*Page      2 of  4*

Sold To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

| | |
|---|---|
| Comment | Customer Phone #    (952) 926-2455 |
| Ship Via | Customer P.O.# |
| Ship Date   11/22/2016 | Other DOC # |

| | |
|---|---|
| Item No. | 13-25630L-DI |
| Description | Diamond Ring 62center +36 |
| Detail | sn11946 |
| Unit | Each |
| Pieces | 1 |
| Weight | 0.98 |
| Unit Price | 1,475.00 |
| Total Price | 1,475.00 |

| | |
|---|---|
| Item No. | 13-23476L |
| Description | 3 Diamond Ring 2 ct TDW 1.00center .48 sides |
| Detail | 20204 |
| Unit | Each |
| Pieces | 1 |
| Weight | 1.48 |
| Unit Price | 3,690.00 |
| Total Price | 3,690.00 |

| | |
|---|---|
| Item No. | 360 |
| Description | Custom Diamond Ring 2.00ct Trillion Dia + Melee Platinum - DIA-878 |
| Detail | |
| Unit | Each |
| Pieces | 1 |
| Weight | 1.00 |
| Unit Price | 16,400.00 |
| Total Price | 16,400.00 |

| | |
|---|---|
| Item No. | 12-BB18-1CT |
| Description | Diamond Bangle 1ct TDW 3s 14k White Gold .57+.54 |
| Detail | 20300 |
| Unit | Each |
| Pieces | 1 |
| Weight | 1.08 |
| Unit Price | 2,600.00 |
| Total Price | 2,600.00 |

# Memo Order with Images

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX
(800) 272-4697TOLL-FREE

Memo Order #:    30741

Memo Order Date:    11/22/2016

*Page        3  of  4*

Sold To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To:  Scheherazade
3525 W 69th Street
Edina, MN 55435

Comment

Ship Via

Ship Date    11/22/2016

Customer Phone #    (952) 926-2455

Customer P.O.#

Other DOC #

| | | |
|---|---|---|
| Item No. | 13-24329L-RU | |
| Description | Ruby & Diamond Ring |  |
| Detail | | |
| Unit | Each | |
| Pieces | 0 | |
| Weight | 0.00 | |
| Unit Price | 950.00 | |
| Total Price | 950.00 | |

| | |
|---|---|
| Item No. | 404 |
| Description | 3 Stone Diamond Pendant - .60ct TDW |
| Detail | |
| Unit | Each |
| Pieces | 1 |
| Weight | 1.00 |
| Unit Price | 615.00 |
| Total Price | 615.00 |

| | |
|---|---|
| Item No. | 405 |
| Description | 3 Stone Diamond Pendant - .51ct TDW 18KT |
| Detail | |
| Unit | Each |
| Pieces | 1 |
| Weight | 1.00 |
| Unit Price | 600.00 |
| Total Price | 600.00 |

| | | |
|---|---|---|
| Item No. | 119-N370 | |
| Description | Diamond Riveria Necklace  1.01+1.0+.93... |  |
| Detail | 20059 | |
| Unit | Each | |
| Pieces | 1 | |
| Weight | 14.30 | |
| Unit Price | 20,800.00 | |
| Total Price | 20,800.00 | |

# Memo Order with Images

LDM Company

4050 Highway 55, Suite 200

Golden Valley, MN 55422

(763) 521-4660

(763) 521-4661FAX

(800) 272-4697TOLL-FREE

Memo Order #:   30741

Memo Order Date:   11/22/2016

*Page       4  of  4*

Sold To: Scheherazade
3525 W 69th Street
Edina, MN 55435

Ship To: Scheherazade
3525 W 69th Street
Edina, MN 55435

| | |
|---|---|
| Comment | Customer Phone #   (952) 926-2455 |
| Ship Via | Customer P.O.# |
| Ship Date   11/22/2016 | Other DOC # |

| | | | |
|---|---|---|---|
| TOTAL FINISHED PIECES ON MEMO | 12 | TOTAL AMOUNT, EXCLUDING S/H: | 59,399.00 |
| TOTAL LOOSE STONES ON MEMO | | ESTIMATED S/H: | |
| TOTAL ITEMS ON MEMO: | 12 | ESTIMATED TOTAL: | 59,399.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____     Date: _____

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:    30836

Memo Order Date:    7/25/2017

*Page*      *1 of 2*

Sold To: Scheherazade
3182 Galleria
Edina, MN 55435

Ship To: Scheherazade
3181 Galleria
Edina, MN 55435

Comment

Sales Rep

Ship Date    7/25/2017        Ship Via

Customer Phone #    (952) 926-2455

Customer P.O.#

Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| 158 | Fashion Pendant - 1.46SAP .51DI 26-3.0 18" | | Each | | 1.00 | 750.00 | |
| 1121-ES1916E-RL | Rubelite & Diamond Earrings sn10883 | | Each | | 2.72 | 450.00 | |
| 10-JX6837 | Diamond Ring - Ladies Right Hand | | Each | | 1.00 | 350.00 | |
| NER00268 | Diamond Matchstick Earrings 14W, 1/4ct tdw AEF-C/B052 | | Each | | 1.00 | 175.00 | |
| 221-33997DYC | Yellow & White Diamond Pendant 1/4ct Yel Dia + 1/4ct White Dia | | Each | | 0.00 | 450.00 | |
| 1121-ES1918E-SD | Gold Sapphire & Diamond Earrings sn10564 | | Each | | 2.63 | 400.00 | |
| 13-E4194TV | Tsavorite & Diamond Earrings - 2 3/4ct TGW sn10625 | | Each | | 2.83 | 1,500.00 | |
| 431 | 3 Diamond Necklace - .25ct TDW | | Each | | 1.00 | 200.00 | |
| C11829W | Circle Shaped Gold Pendant with Dia .32 di | | Each | | 0.00 | 350.00 | |
| 564 | Diamond Earrings 1/5ct TDW, 18K WG | | Each | | 0.00 | 400.00 | |
| 361 | Black & White Diamond Earrings 21.67ct Black Dia + .56ct White Dia 18K Gold, White | Black | Each | | 0.00 | 6,000.00 | |
| 457 | Diamond Slice Pendant | | Each | | 0.00 | 2,700.00 | |
| 456 | Diamond Slice Earrings 12.89ct TDW | | Each | | 0.00 | 4,300.00 | |

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:   30836

Memo Order Date:   7/25/2017

*Page      2 of 2*

| | |
|---|---|
| Sold To: Scheherazade<br>3182 Galleria<br>Edina, MN 55435 | Ship To: Scheherazade<br>3181 Galleria<br>Edina, MN 55435 |

Comment

Sales Rep

Ship Date    7/25/2017        Ship Via

Customer Phone #    (952) 926-2455

Customer P.O.#

Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | | |
|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | | **TOTAL AMOUNT, EXCLUDING S/H:** | |
| **TOTAL LOOSE STONES ON MEMO** | | **ESTIMATED S/H:** | 0.00 |
| **TOTAL ITEMS ON MEMO:** | | **ESTIMATED TOTAL:** | |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____        Date: _____

# MEMO ORDER

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422
(763) 521-4660
(763) 521-4661FAX

Memo Order #:    30882
Memo Order Date:    11/21/2017

*Page    1 of 1*

Sold To:  Scheherazade
          3525 W 69th Street
          Edina, MN 55435

Ship To:  Scheherazade
          3525 W 69th Street
          Edina, MN 55435

Comment

Sales Rep

Ship Date    11/21/2017    Ship Via

Customer Phone #    (952) 926-2455
Customer P.O.#
Old Memo #

| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|----------|-------------|--------|------|--------|--------|-----------|-------------|
| 11-BB18-1CT | 3 Diamond Bangle Bracelet - 1CT TDW 54+47 20333 | | Each | 1 | 1.01 | 2,750.00 | 2,750.00 |
| 11-SE871 | DIAMOND EARRINGS 1.08CT TDW 20346 | | Each | 1 | 1.08 | 1,180.00 | 1,180.00 |
| 11-BB14-100-DI | 1ct Diamond Bangle Bracelet 14K White Gold, 39s 20415 | | Each | 1 | | 1,600.00 | 1,600.00 |
| 11-SB986-2CT | DIAMOND BRACELET 2CT TDW 1.87 tw 20338 | | Each | 1 | 1.87 | 2,200.00 | 2,200.00 |

| | | | |
|---|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | 4 | **TOTAL AMOUNT, EXCLUDING S/H:** | 7,730.00 |
| **TOTAL LOOSE STONES ON MEMO** | | **ESTIMATED S/H:** | 0.00 |
| **TOTAL ITEMS ON MEMO:** | 4 | **ESTIMATED TOTAL:** | 7,730.00 |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

Authorized Signature: _____ 4 PCS        Date: 11/21/17

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422

**Memo Statement**

(763) 521-4660
(763) 521-4661FAX

Memo Statement Date: 3/13/2019

Shipped To: Scheherazade
3181 Galleria
Edina, MN 55435

Sold To: Scheherazade
3182 Galleria
Edina, MN 55435

| Memo # | Memo Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | Description | Detail | | Unit | Pieces | Weight | Unit Price | Total Price |
| **10106   MO000481** | **1/10/2015** | | | | | | | |
| 12-E14WD1-ZO | Orange Zircon & Diamond Earrings - 12.83ct SN11609 | | | Each | 1 | | 1,295.00 | 1,295.00 |
| **30018   MOB100818** | **1/30/2014** | | | | | | | |
| DER2X125 | Diamond Earrings - 1 1/4ct TW sn10021 | | | Each | 1 | 1.27 | 2,386.00 | 2,386.00 |
| **30615** | **5/24/2016** | | | | | | | |
| 13-C13902DI | Diamond Pendant - 1 1/2ct SN11007 | | | Each | | 1.62 | 7,800.00 | |
| **30661** | **6/15/2016** | | | | | | | |
| 131-H9MP | Heart Shaped Diamond Pendant, 18K WG 1 1/4ct tdw - Appearance of 2ct TDW SN11541 | | | Each | 1 | | 3,015.00 | 3,015.00 |
| **30696** | **7/27/2016** | | | | | | | |
| 161-H242S-WG | Blue Sapphire & Diamond Ring 20076 | | | Each | 1 | 4.37 | 4,700.00 | 4,700.00 |
| 119-3B917SB | Blue Sapphire & Diamond Ring - 1 1/4ct TGW SN11451 | | | Each | 1 | 1.32 | 850.00 | 850.00 |
| **30708** | **8/22/2016** | | | | | | | |
| 13-23486L | 3 Diamond Anniversary Band - 1ct TDW 20155 | | | Each | 1 | 1.02 | 1,750.00 | 1,750.00 |
| 119-3B913RU | Ruby & Diamond Ring - 1 1/4ct TGW sn11432 | | | Each | 1 | 1.25 | 1,910.00 | 1,910.00 |
| 12-BB14-14KW | Diamond Bangle Bracelet - 3ct - WG SN11167 | | | Each | 1 | 3.01 | 3,875.00 | 3,875.00 |
| 11-BB14-300-SB | 3ct Blue Sapphire & Diamond Bangle Bracelet 20234 | | | Each | 1 | 3.51 | 3,590.00 | 3,590.00 |
| 12-BB1-14KW | Diamond Solitare Bangle Bracelet - 1ct TDW sn11837 | H | VS1 | Each | 1 | 1.01 | 5,355.00 | 5,355.00 |
| 1-B4D-F35-RU | Ruby & Diamond Bracelet sn12001 | | | Each | 1 | 3.44 | 3,200.00 | 3,200.00 |
| 119-SB849-6X4-SB | Blue Sapphire & Diamond Bracelet 20266 | | | Each | 1 | 6.69 | 4,000.00 | 4,000.00 |
| **30741** | **11/22/2016** | | | | | | | |
| 13-25630L-DI | Diamond Ring 62center +36 sn11946 | | | Each | 1 | 0.98 | 1,475.00 | 1,475.00 |
| 360 | Custom Diamond Ring 2.00ct Trillion Dia + Melee Platinum - DIA-878 | G  SI1 | GIA | Each | 1 | 1.00 | 16,400.00 | 16,400.00 |

**Exhibit C**

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422

**Memo Statement**

Memo Statement Date: 3/13/2019

(763) 521-4660
(763) 521-4661FAX

Shipped To: Scheherazade
3181 Galleria
Edina, MN 55435

Sold To: Scheherazade
3182 Galleria
Edina, MN 55435

| Memo #<br>Item No. | Memo Date<br>Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|
| **30744** | **11/28/2016** | | | | | | |
| 13-C13902DI | Diamond Pendant - 1 1/2ct 1.62 ct<br>sn11007 | | Each | 1 | 1.62 | 7,800.00 | 7,800.00 |
| 119-SB893-2CT-SB | Blue Sapphire & Diamond Bracelet<br>20267 | | Each | 1 | 2.43 | 1,600.00 | 1,600.00 |
| **30748** | **12/5/2016** | | | | | | |
| 12-BB14-14KW | Diamond Bangle Bracelet - 3ct - WG<br>20327 | | Each | 1 | 2.15 | 2,775.00 | 2,775.00 |
| 119-B41D-275-SB | 2 3/4 ct tw Blue Sapphire & Diamond<br>Bracelet<br>SN11869 | | Each | 1 | | 2,100.00 | 2,100.00 |
| 11-B213-5X3-SB | Blue Sapphire & Diamond Bracelet<br>5mmx3mm, 14K White Gold<br>20088 | | Each | 1 | 6.94 | 2,685.00 | 2,685.00 |
| RER2X050 | RUBY STUD .50 CTW RUBY<br>20313 | | Each | 1 | 0.56 | 400.00 | 400.00 |
| SER2X100 | Sapphire Earrings - 1ct TGW<br>20305 | | Each | 1 | 1.10 | 450.00 | 450.00 |
| 13-E5057SB | Blue Sapphire Earrings<br>20201 | | Each | 1 | 1.05 | 680.00 | 680.00 |
| 1215-O5175SB | Blue Sapphire & Diamond Earrings 4mm<br>Sap, 4pt TDW | | Pieces | 1 | 1.00 | 285.00 | 285.00 |
| 13-C11972SP | Pink Sapphire & Diamond Pendant - 1<br>1/4ct TGW<br>SN11508 | | Each | 1 | | 810.00 | 810.00 |
| 13-C14006PP | Spinel & Diamond Pendant - 2 1/2ct<br>TGW<br>SN11159 | | Each | 1 | 2.60 | 2,710.00 | 2,710.00 |
| 442 | .79ct Diamond Soliare Pendant<br>(DIA-013) | | Each | 1 | 1.00 | 1,680.00 | 1,680.00 |
| DER2X350 | Diamond Earrings - 3 1/2ct tdw<br>SN11296 | | Each | 1 | 3.53 | 13,102.00 | 13,102.00 |
| **30749** | **12/5/2016** | | | | | | |
| 131-A7E | Round Diamond Earrings 1 1/2ct TDW<br>Appears 2ct<br>20319 | | Each | 1 | 1.65 | 2,775.00 | 2,775.00 |
| **30762** | **12/15/2016** | | | | | | |
| 13-C13505RU | Ruby & Diamond Pendant - 1 1/4ct TGW<br>1 ct Ruby, 1/4 ct tdw<br>20289 | | Each | 1 | 1.25 | 805.00 | 805.00 |
| 13-E4266RU-W | Ruby & Diamond Earrings - 1 1/2ct tgw<br>DIA: 24s, 3/8ct tdw<br>sn11648 | | Each | 1 | 1.47 | 1,290.00 | 1,290.00 |
| 13-E4624TV | Tsavorite & Diamond Earrings - 5 1/4ct<br>TGW | | Each | 1 | | 2,415.00 | 2,415.00 |

# Memo Statement

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422

(763) 521-4660
(763) 521-4661FAX

Memo Statement Date: 3/13/2019

Shipped To: Scheherazade
3181 Galleria
Edina, MN 55435

Sold To: Scheherazade
3182 Galleria
Edina, MN 55435

| Memo # | Memo Date | | | | | | |
|---|---|---|---|---|---|---|---|
| **Item No.** | **Description** | **Detail** | **Unit** | **Pieces** | **Weight** | **Unit Price** | **Total Price** |
| | sn11281 | | | | | | |
| 119-3D475 | Diamond & Pink Sapphire Ring - 2 1/2ct TGW Emerald Cut Sapphires + Radiant Cut Diamond | | Each | 1 | 2.45 | 4,680.00 | 4,680.00 |
| | sn11290 | | | | | | |
| 13-E3810-TV | Tsavorite & Diamond Earrings - 4 1/4ct TGW | | Each | 1 | 4.39 | 4,960.00 | 4,960.00 |
| | sn11590 | | | | | | |
| 13-E4623SB | Blue Sapphire & Diamond Earrings | | Each | 1 | 1.80 | 1,260.00 | 1,260.00 |
| | 20043 | | | | | | |
| 119-3D614 | Diamond & Blue Sapphire Ring - 2ct TGW | | Each | 1 | 1.93 | 3,395.00 | 3,395.00 |
| | SN11287 | | | | | | |
| 119-3D210SB | Blue Sapphire & Diamond Ring - 4ct TGW | | Each | 1 | | 5,875.00 | 5,875.00 |
| | SN11570 | | | | | | |
| 221-13170D-70 | Diamond Ring - Size 7 1/5ct TDW, 42s | | Each | | 1.00 | | |
| **30763** | **12/15/2016** | | | | | | |
| 568 | Blue Zircon & Diamond Earings (21.08ct TGW) 20.44 Blue Zircon .64ct Diamond 14K White Gold | | Each | 1 | 1.00 | 5,050.00 | 5,050.00 |
| **30788** | **2/6/2017** | | | | | | |
| 570 | Blue Tourmaline & Diamond Ring (3.14ct TGW) 2.82ct Blue Tourmanline .72ct Diamond 14k White Gold | | Each | 1 | 1.00 | 1,785.00 | 1,785.00 |
| **30801** | **2/13/2017** | | | | | | |
| 11-SE25 | DIAMOND EARRING 1CT TDW | | Each | 1 | 0.93 | 1,050.00 | 1,050.00 |
| | 20339 | | | | | | |
| 12-SE18-SB | EARRINGS BLUE SHAPPHIRE & DIAMONDS 1CT TGW | | Each | 1 | 1.00 | 825.00 | 825.00 |
| | 20370 | | | | | | |
| 12-SE53 | EARRINGS DIAMOND | | Each | 1 | 0.95 | 1,225.00 | 1,225.00 |
| | 20362 | | | | | | |
| **30836** | **7/25/2017** | | | | | | |
| 1121-ES1918E-SD | Gold Sapphire & Diamond Earrings | | Each | | 2.63 | 400.00 | |
| | sn10564 | | | | | | |
| 13-E4194TV | Tsavorite & Diamond Earrings - 2 3/4ct TGW | | Each | | 2.83 | 1,500.00 | |
| | sn10625 | | | | | | |
| **30882** | **11/21/2017** | | | | | | |
| 11-SE871 | DIAMOND EARRINGS 1.08CT TDW | | Each | 1 | 1.08 | 1,180.00 | 1,180.00 |
| | 20346 | | | | | | |
| 11-BB14-100-DI | 1ct Diamond Bangle Bracelet 14K White Gold, 39s | | Each | 1 | | 1,600.00 | 1,600.00 |
| | 20415 | | | | | | |

# Memo Statement

LDM Company
4050 Highway 55, Suite 200
Golden Valley, MN 55422

(763) 521-4660
(763) 521-4661FAX

Memo Statement Date: 3/13/2019

Shipped To: Scheherazade
3181 Galleria
Edina, MN 55435

Sold To: Scheherazade
3182 Galleria
Edina, MN 55435

| Memo # | Memo Date | | | | | | |
|---|---|---|---|---|---|---|---|
| Item No. | Description | Detail | Unit | Pieces | Weight | Unit Price | Total Price |

| | | |
|---|---|---|
| **TOTAL FINISHED PIECES ON MEMO** | 49 | **TOTAL AMOUNT, EXCLUDING S/H:** 131,048.00 |
| **TOTAL LOOSE STONES ON MEMO** | 0 | **ESTIMATED S/H:** 0.00 |
| **TOTAL ITEMS ON MEMO:** | 49 | **ESTIMATED TOTAL:** |

The merchandise described on this form is delivered to you on memorandum, at your risk from all hazards, regardless of the cause of the loss or damage, only for examination and inspection by prospective purchasers, upon the express condition that all such merchandise shall remain the property of LDM Company and shall be returned on demand, in full in its original form. Until the merchandise is returned and actually received by us, you are fully responsible, therefore, and, in the event of damage or loss, whether caused by you or by another, whether or not under your control, you will indemnify us immediately by payment of the stated value which represents the extent of the actual loss and is not intended to constitute a price for the sale of the merchandise. You acquire no right or authority to sell, pledge, hypothecate or otherwise dispose of the merchandise or any part thereof, by memorandum or otherwise, it being expressly understood that regardless of other transactions or prior trade customs, no credit is extended with respect to this merchandise. A sale of all or any portion of the merchandise shall occur only if and when we agree and you shall receive from us a separate invoice. A subsequent sale of any specific part of the merchandise shall not affect the terms hereof with respect to the balance hereof. Receipt of the merchandise constitutes your agreement to the foregoing terms which represent the entire contract with respect to the merchandise herein described and which cannot be varied by oral statements, dealing with respect to other merchandise or any contrary custom of the trade.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Scheherazade Inc, | ) | Case No. 19-40658 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

## Memorandum in Support of Motion for Relief from Stay

LDM Company submits this memorandum of law in support of its motion for relief from the stay in the above-captioned matter.

### Facts

LDM Company holds perfected security interests in jewelry consigned for sale in the possession of Debtor, with LDM Company holding title to the consigned jewelry. As of March 13, 2019, and the Debtor is in possession of Consigned Commercial Jewelry, provided by LDM Company, valued at $131,048.00.

### Argument

"[A] bankruptcy court has the authority to make exceptions to and to annul the automatic stay under 11 U.S.C. § 362(d)." *In re Ballstaedt*, 500 B.R. 586, 594 (Bankr. N.D. Iowa 2013) (citing *In re Myers*, 491 F.3d 120, 127 (3d Cir. 2007)). The bankruptcy court must grant a motion for relief from stay if a movant proves "cause," or proves that debtor has no equity in property and that property is not necessary for successful reorganization. *See In re Martens*, 331 B.R. 395 (B.A.P. 8th Cir. 2005); *see also* 11 U.S.C. §§ 362(d)(1, & 2). "Cause under § 362(d)(1) has been defined 'as any reason whereby a creditor is receiving less than [its] bargain from a debtor and is without a remedy because of the bankruptcy proceeding.'" *In re Timmer*, 423 B.R. 870, 874 (Bankr. N.D. Iowa 2010) (quoting *In re Martens*, 331 B.R. at 398.)

1

LDM Company has not been otherwise provided with adequate protection of interest in the Consigned Commercial Jewelry. The Debtor has not filed a statement of intention with regard to the Consigned Commercial Jewelry. LDM Company has not been provided with evidence of current insurance on the Consigned Commercial Jewelry. Such failures constitute cause, within the meaning of 11 U.S.C. § 362(d)(1), entitling LDM Company to relief from the stay.

Additionally, the Debtor has no equity in the Consigned Commercial Jewelry as rights and ownership remain with LDM Company, and the property is not necessary to an effective reorganization, making relief from automatic stay appropriate under 11 U.S.C. § 362(d)(2). As of March 13, 2019, the Debtor is in possession of Consigned Commercial Jewelry, provided by LDM Company, valued at $131,048.00, in which Debtor's only interest is possessory. As the interest is only possessory, there is no appreciable equity within the Consigned Commercial Jewelry. Finally, as this is a Chapter 7 case, the Collateral and Consigned Commercial Jewelry is not necessary to an effective reorganization.

<u>Conclusion</u>

For the foregoing reasons, LDM Company is entitled to an order terminating the automatic stay of 11 U.S.C. § 362 and authorizing it to foreclose its interest in the Collateral and repossessing the Consigned Commercial Jewelry in accordance with nonbankrutpcy law.

Date: May 23, 2019

By: *s/ Adam M. Altman*
Adam M. Altman (0393515)
**ALTMAN & IZEK**
901 North Third Street, Suite 140
Minneapolis, MN 55401
Telephone: (612) 335-3700
Email: adam@altmanizek.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) |
| Scheherazade Inc, | ) Case No. 19-40658 |
| | ) |
| Debtor. | ) Chapter 7 |
| | ) |

### Unsworn Certificate of Service

I, Adam Altman, certify that I caused copies of LDM Company's notice of hearing and motion for relief from stay, LDM Company's memorandum in support of motion for relief from stay, and (proposed) order, to be served on all parties not automatically served through CM/ECF, by USPS® First-Class Mail® to the following addresses:

Scheherazade Inc
3181 W 69th St
Edina MN 55435

Eaton Hudson, Inc (Auctioneer)
3015 Dunes West Blvd
Ste 201
Mount Pleasant SC 29466-8218

Robert K Dakis
David J Kozlowski
Joseph T Moldovan (Attorneys for Interested Party Michael Bondanza, Inc.)
Morrison Cohen, LLP
909 3rd Ave
New York NY 10022-4731

Date: May 23, 2019                              Signed: s/ Adam Altman_____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Scheherazade Inc, | ) | Case No. 19-40658 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| | ) | |

### Order Granting Relief

This case is before the Court on the motion of LDM Company for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**It is ordered:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the Collateral and Consigned Commercial Jewelry referenced in LDM Company's motion for relief from the automatic stay.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.


Date:_____          _____
                                       Kathleen H. Sanberg
                                       Chief United States Bankruptcy Judge