UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Chapter 7
Bankruptcy 19-40658

Debtor.

**NOTICE OF SETTLEMENT AND SALE**

TO:   THE UNITED STATES TRUSTEE, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

On June 20, 2019, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy and sell property of the estate as follows:

Prior to the filing of the petition in this bankruptcy case, Chardonnay Diamonds, LLC ("Chardonnay"), an Illinois limited liability company, delivered the following three (3) pieces of jewelry to the debtor, to be sold by the debtor in the ordinary course:

1. Item No. CR16017: A 1.30 carat Cushion Cut Chardonnay Diamond® (graded W-X / / VS1 GIA1205884606) – set in an 18 karat Tri-Color Semi Mtg with 18 Ideal Cut Diamonds = .21 total weight;

2. Item No. CR16016: A 1.11 carat Oval Cut Chardonnay Diamond® (W-X *I I* VSl GIA1172344012)- set in an 18 karat Yellow & Rose Gold Mtg with 20 Ideal cut diamonds = .17 total weight; and

3. Item No. CR16019: A 1.50 carat Marquise Cut Chardonnay Diamond® W-X *II* VS1 GIA2206962005 - set in 18 karat Tri-Color Mounting wl20 Ideals = .28 total weight;

   (collectively the "Jewelry")

The trustee argues the relationship between the debtor and Chardonnay was a consignment governed by Article 9 of the Uniform Commercial Code, as adopted in Minnesota. Chardonnay does not dispute it did not file a UCC Financing Statement to perfect its interest in the Jewelry under Article 9. The trustee therefore argues that Chardonnay Diamonds' security interest is avoidable and can be preserved for the benefit of the bankruptcy estate under 11 U.S.C. §§ 544, 550, and 551. Chardonnay disputes the trustee's claims. Chardonnay argues the relationship was not a consignment as defined by Article 9 and that the debtor and bankruptcy estate merely have a possessory interest in the Jewelry.

To settle the dispute and in exchange for the estate's rights, title and interest in the Jewelry, Chardonnay Diamonds will deliver the sum of $6,500.00 to the trustee. The sale of the Jewelry to Chardonnay Diamonds is "as is" without any representation or warranties.

Chardonnay Diamonds also sold item CR 15012, GIA 1162550156 to the debtor. On the petition date, item 15012 was included in the debtor's store-owned inventory and not a memo or consignment piece. Item 15012 will be sold by the trustee during the store closing sale and all proceeds from the sale of item 15012 will be estate property.

The trustee believes this sale is in the best interest of the bankruptcy estate.

The trustee requests that the stay pursuant to Federal Rule of Bankruptcy Procedure 6004(h) be waived and shall not apply to this sale.

## OBJECTION: MOTION: HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>300 South Fourth Street<br>301 U.S. Courthouse<br>Minneapolis, MN 55415 | United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Nauni Manty, Trustee<br>401 2nd Ave N, Ste 400<br>Minneapolis, MN 55401 |

Dated: May 28, 2019

By: /e/ Nauni Manty
Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Scheherazade, Inc. | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 5/28/2019, I did cause a copy of the following documents, described below,

Notice of Settlement and Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/28/2019

/s/ Nauni Manty
Nauni Manty  230352
Manty & Associates, PA
401 2nd Avenue North, Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Scheherazade, Inc. | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/28/2019, a copy of the following documents, described below,

Notice of Settlement and Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/28/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, PA
401 2nd Avenue North, Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 19-40658    Doc 69    Filed 05/28/19    Entered 05/28/19 13:45:27    Desc Main
Document      Page 5 of 15

```
LABEL MATRIX FOR LOCAL NOTICING          BHM CAPITAL LLC                         EATON HUDSON INC
08644                                    785 WESTON RIDGE PARKWAY                3015 DUNES W BLVD
CASE 19-40658                            CHASKA MN 55318-1202                    STE 201
DISTRICT OF MINNESOTA                                                            MOUNT PLEASANT SC 29466-8218
MINNEAPOLIS
TUE MAY 28 13-29-57 CDT 2019



GALLERIA SHOPPING CENTER LLC             GEMCO INTERNATIONAL INC                 K TAKAHASHI  CO INC
CO FAEGRE BAKER DANIELS LLP              1660 HIGHWAY 100 S STE 578              250 E 54TH ST APT 12D
ATTN- COLIN DOUGHERTY                    ST LOUIS PARK MN 55416-1566             NEW YORK NY 10022-4812
90 SOUTH 7TH ST STE 2200
MINNEAPOLIS MN 55402-3924



LDM COMPANY                              MICHAEL BONDANZA INC                    DEBTOR
SUITE 300                                CO MORRISON COHEN LLP
4517 MINNETONKA BLVD                     909 THIRD AVENUE                        SCHEHERAZADE INC
ST LOUIS PARK MN 55416 UNITED STATES     NEW YORK NY 10022-4731                  3181 WEST 69TH STREET
55416-5411                                                                       EDINA MN 55435



WELLS FARGO VENDOR FINANCIAL SERV LLC    MINNEAPOLIS                             6300 YORK AVE S
FKA G                                    301 US COURTHOUSE                       102
CO A RICOH USA PROGRAM FDBA IKON         300 SOUTH FOURTH STREET                 EDINA MN 55435-2287
FINANC                                   MINNEAPOLIS MN 55415-1320
PO BOX 13708
MACON GA 31208-3708



AGLAM INC                                AGLAM INC                               ATT
2409 FROSTED GREEN LANE                  4651 LOUIS AVE                          PO BOX 6416
PLANO TX 75025-6440                      LOS ANGELES CA 91316-3924               CAROL STREAM IL 60197-6416



ABBOT JEWELRY SYSTEMS INC                ADAM ALTMAN                             ALICIA SCHAAL
3 CORPORATE DRIVE                        901 NORTH THIRD STREET SUITE 140        2919 BUCHANAN STREET NE
SUITE 215                                MINNEAPOLIS MN 55401-1169               MINNEAPOLIS MN 55418-2208
SHELTON CT 06484-6252



ALLIE HAFEZ                              AMANDA MORAN                            AMDEN JEWELRY
PO BOX 270534                            7206 STEWART DRIVE                      550 S HILL ST
MINNEAPOLIS MN 55427-6534                EDEN PRAIRIE MN 55346-3248              SUITE 950
                                                                                 LOS ANGELES CA 90013-2429



AMDEN JEWELRY INC                        AMENTA                                  AMERICAN EXPRESS NATIONAL BANK
550 S HILL ST SUITE950                   106901 S SAM HOUSTON PARKWAY            CO BECKET AND LEE LLP
LOS ANGELES CA 90013-2429                SUITE 100                               PO BOX 3001
                                         HOUSTON TX 77071                        MALVERN PA 19355-0701



AMERICAN GEM SOCIETY                     AMY ANDERSON                            AMY J ANDERSON
8881 W SAHARA AVE                        5725 36TH AVE S                         5725 36TH AVE S
LAS VEGAS NV 89117-5865                  MINNEAPOLIS MN 55417-2907               MINNEAPOLIS MN 55417-2907
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 | ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 | ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 |
| ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 | ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 | BHM CAPITAL LLC<br>MESSERLI  KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 |
| BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 |
| BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 | BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 | BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 |
| BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 |
| BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 | BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 |
| BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 | BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 | BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 |
| BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 | BRUCE CUMMINGS<br>4012 LORD LYON DR<br>GIBSONIA PA 15044-9722 | CARLA CORPORATION<br>33 SUTTON AVE<br>EAST PROVIDENCE RI 02914-3400 |
| CAROLINE BANKS<br>4271 SHERIDAN AVE SOUTH APT 408<br>MINNEAPOLIS MN 55410-1624 | CATHERINE SCHURMAN<br>18117 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346-4128 | CHERIE Y ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CUSTOM BUSINESS FORMS              CYNTHIA WIZNER                     CAMILLA CARLSON
210 EDGE PLACE NE                  8970 HILLOWAY ROAD                 25440 SMITHTOWN ROAD
MPLS MN 55418-1153                 EDEN PRAIRIE MN 55347-2425         SHOREWOOD MN 55331-8443


CAPITAL ONE                        CAPITAL ONE BANK USA NA            CARLA CORPORATION
PO BOX 6492                        BY AMERICAN INFOSOURCE AS AGENT    PO BOX 14192
CAROL STREAM IL 60197-6492         PO BOX 71083                       EAST PROVIDENCE RI 02914-0192
                                   CHARLOTTE NC 28272-1083


CAROL J PETERSON                   CAROL SCHUETTE                     CAROLINE BASSETT
3146B FARNUM DR                    13230 KERRY LANE                   4042 ABBOT AVE S
EAGAN MN 55121-1921                EDEN PRAIRIE MN 55346-3140         MINNEAPOLIS MN 55410-1001


CARRIE BELL                        CATHERINE R KRUSE                  CATHERINE ZIMBA
17038 SADDLE WOOD                  7692 SOUTH BAY DRIVE               5454 MAYVIEW ROAD
MINNETONKA MN 55345-2680           BLOOMINGTON MN 55438-2900          MINNETONKA MN 55345-5935


CATHY KRUSE                        CATIE SCHUMAN                      CENTRAL TELEPHONE SALES   SERV
7692 SOUTH BAY DRIVE               29228 VALLEY VIEW ROAD             12857 INDUSTRIAL PARK BLVD
BLOOMINGTON MN 55438-2900          EDEN PRAIRIE MN 55346              MINNEAPOLIS MN 55441-3910


CHARLOTTE OHANLON                  CHASE                              CHERIE ZACHARY
826 9TH STREET NW                  CARDMEMBER SERVICE                 10223 UPTON PLACE
ROCHESTER MN 55901-2660            PO BOX 6294                        BLOOMINGTON MN 55431-2879
                                   CAROL STREAM IL 60197-6294


CINDY WIZNER                       CITY PAGES                         CLAIRE WHITE
8970 HOLLOWAY ROAD                 PO BOX 790445                      543 SAXONY COURT
EDEN PRAIRIE MN 55347-2425         SAINT LOUIS MO 63179-0445          CHASKA MN 55318-1471


CONNOISSEURS CORP                  CORPORATE FOUR INSURANCE           CORRIN ROBINSON
17 PRESIDENTIAL WAY                7220 METRO BLVD                    249 6TH ST NE
WOBURN MA 01801-1040               EDINA MN 55439-2133                MINNEAPOLIS MN 55413-4202


CULLIGAN                           DAVID MELDAHL CARLSON              DIANE YURECKO
DEPT 8511                          1003 BOSTON HILL ROAD              9326 COLORADO RD
PO BOX 77043                       EAGAN MN 55123-1539                BLOOMINGTON MN 55438-1506
MINNEAPOLIS MN 55480-7743
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID J WAGERS<br>300 FORD ROAD<br>4<br>ST LOUIS PARK MN 55426-4806 | DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 |
| DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 | DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 |
| DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 | DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 | DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 |
| DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 | DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 | EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 |
| ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 | ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 | ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 |
| ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 | ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 |
| ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 | FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 |
| FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2614 | GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 |
| GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 | GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GAYLE MEYER                         GEMCO                               GEMS ONE CORPORATION
8001 33RD AVE S                     1660 SOUTH HIGHWAY100               16 WEST 46TH STREET
D468                                SUITE 578                           NEW YORK NY 10036-4503
BLOOMINGTON MN 55425-4639           ST LOUIS PARK MN 55416-1566


GREGG EGGINTON                      GRETCHEN COHENOUR                   HAMILTON USA
18327 NICKLAUS WAY                  609 W 77TH ST                       PO BOX 72476161
EDEN PRAIRIE MN 55347-3440          WINONA MN 55987                     PHILADELPHIA PA 19170-6161


HANSEN CUSTOM JEWELERS              HARVEY WEISS                        HELEN WINDER
6440 FLYING CLOUD DR                11988 PENDLETON COURT               6533 PAMELL AVE
115                                 EDEN PRAIRIE MN 55347-4945          EDINA MN 55435
EDEN PRAIRIE MN 55344-3321


I REISS                             IREISS CO INC                       IPFS CORPORATION
45 NORTH STATION PLAZA              45 N STATION PLAZA                  30 MONTGOMERY STREET
SUITE 406                           SUITE 406                           SUITE 501
GREAT NECK NY 11021-5011            GREAT NECK NY 11021-5011            JERSEY CITY NJ 07302-3821


INDOFF INC                          JOLEEN M MOEN                       JOSEPH YURECKO
PO BOX 842808                       790 WOODLAND DRIVE SE               JOE YURECKO
KANSAS CITY MO 64184-2808           FOREST LAKE MN 55025-1622           315 CLOVERLEAF DR
                                                                        GOLDEN VALLEY MN 55422-5106


JOSEPH YUREKO                       JUDITH H FREEBERG                   JACKIE GOLDARIS
315 CLOVER LEAF DRIVE               8624 PINE HILL ROAD                 5701 WYCLIFFE ROAD
GOLDEN VALLEY MN 55422-5106         BLOOMINGTON MN 55438-1340           EDINA MN 55436-2264


JAMES CONWAY                        JANET DOUGLAS                       JANET POKORNY
4075 W 51ST ST                      5513 COUNTRYSIDE ROAD               20329 ISLANDVIEW CIRCLE
209                                 EDINA MN 55436-2503                 LAKEVILLE MN 55044-4921
EDINA MN 55424-1410


JAYNE KENNELLY                      JEANNE KENADY                       JEFF YURECKO
14207 GLEN LAKE DR                  3964 PRINCETON AVE                  4532 RUTLEDGE AVE
MINNETONKA MN 55345-4978            ST LOUIS PARK MN 55416-3019         EDINA MN 55436-1419


JEFFREY C ROBBINS ESQ               JENNELLE R GOODRIE                  JENNIFER SIMON
AVISEN                              10500 VIRGINIA CIR                  3209 GALLERIA
901 MARQUETTE AVE SUITE 1675        BLOOMINGTON MN 55438-2022           1701
MINNEAPOLIS MN 55402-3275                                                EDINA MN 55435-2556
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JESSICA DANLER                      JESSICA POTTS                       JEWELERS MUTUAL INSURANCE
14850 GILLASPIE RD                  320 EAST 152ND ST                   25804 NETWORK PLACE
WAMEGO KS 66547-9343                BURNSVILLE MN 55306-5008            CHICAGO IL 60673-1258




JEWELERS SERVICE CO INC             JEWELRY WORKS LLC                   JO MUNDY
1300 GODWARD ST NE                  2502 HILLSBORO AVE N                5500 GROVE STREET
MINNEAPOLIS MN 55413-1741           GOLDEN VALLEY MN 55427-3107         EDINA MN 55436-2212




JODY HARDER                         JOLEEN MOEN                         JOYCE SWANSON
2800 BAILEY COURT                   790 WOODLAND DR SE                  249 INTERLACHEN ROAD
NEWPORT MN 55055-4500               FOREST LAKE MN 55025-1622           HOPKINS MN 55343-8525




JULIA JEVNICK                       JULIE JEVNICK                       KAREN M TATE
3508 IVY PLACE                      9487 MCGEE WAY                      6315 JAMES AVENUE SOUTH
WAYZATA MN 55391-9746               EDEN PRAIRIE MN 55347-3494          RICHFIELD MN 55423-1229




KATHLEEN DEYOUNG                    KENNETH J ROBINSON                  KIR
5224 KNOX S                         11383 ENTREVAUX DRIVE               6525 GUN PARK DR
MPLS MN 55419-1042                  EDEN PRAIRIE MN 55347-2862          SUITE 370-413
                                                                        BOULDER CO 80301-3346




KONSTANTINO INC                     KAREN J DEKRO                       KAREN MOODY
CO DAVID H WANDER ESQ               4226 HARRIET AVE S                  2505 SKYBLUE CT
DAVIDOFF HUTCHER  CITRON LLP        MINNEAPOLIS MN 55409 1836           WHITE BEAR LAKE MN 55110-4770
605 THIRD AVE
NEW YORK NY 10158-3499




KAREN QUIST                         KAREN TATE                          KATE MAYBERRY
3417 BRYANT AVE S                   6315 JAMES AVE                      PO BOX 15
MINNEAPOLIS MN 55408-4111           RICHFIELD MN 55423-1229             HAYWARD WI 54843-0015




KATE WALLIN                         KATE WALTERS                        KATHERINE REYNOLDS
1950 GRANT ALCOVE                   18986 FIRETHORN PT                  23 HIGHVIEW TERRACE
EAGAN MN 55122-2458                 EDEN PRAIRIE MN 55347-2106          BLOOMFIELD NJ 07003-3121




KATHY WINNICK                       KELLI WENTZ                         KERI SMASAL
4680 OLD KENT ROAD                  3641 422ND AVE S                    9607 CHICAGO AVE S
DEEPHAVEN MN 55331-9267             MINNEAPOLIS MN 55406                BLOOMINGTON MN 55420-4524
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KEVIN DYBAL<br>793 HAVENVIEW CT<br>MENDOTA HEIGHTS MN 55120-1800 | KEVIN DYBDAL<br>793 HAVENVIEW CT<br>MENDOTA HEIGHTS MN 55120-1800 | KIM LEE<br>14350 ROBIN ROAD NE<br>PRIOR LAKE MN 55372-1292 |
| KONSTANTINO<br>3315 N 124TH ST<br>SUITE N<br>BROOKFIELD WI 53005-3105 | LDM COMPANY<br>4517 MINNETONKA BLVD<br>STE 300<br>MINNEAPOLIS MN 55416-5411 | LAI CHING WOO<br>16965 GALLEON CIRCLE<br>ROSEMOUNT MN 55068-1993 |
| LAPP LIBRA THOMSON<br>120 S 6TH ST<br>SUITE 2500<br>MINNEAPOLIS MN 55402-5155 | LAUREN GJOVIG<br>1215 HILLCOURT<br>WILLISTON ND 58801 | LAVENDER MEDIA INC<br>7701 YORK AVE S<br>SUITE 225<br>EDINA MN 55435-5884 |
| LEDDEL DESIGNS<br>875 MARINERS ISLAND BLVD<br>104<br>SAN MATEO CA 94402 | LETHERT SKWIRA SCHULTZ<br>170 E SEVENTH PLACE<br>SUITE 100<br>SAINT PAUL MN 55101-2361 | LINDA GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 |
| LINDA R GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | LINDA SCHILTZ<br>11957 TIFFANY LANE<br>EDEN PRAIRIE MN 55344-5384 | LINDA STANDAGE<br>93846 VIKING WAY<br>STURGEON LAKE MN 55783-3534 |
| LINDA THIELEN<br>11201 INDEPENDENCE AVE<br>CHAMPLIN MN 55316-3119 | LINEA BAUSSAN<br>265 CESAR CHAVEZ ST<br>SAINT PAUL MN 55107-2352 | LISA A ESTLOW<br>100 SHASTA CIR W<br>CHANHASSEN MN 55317-9470 |
| LISA ERICKSON<br>3225 W 38TH ST<br>MINNEAPOLIS MN 55410-1158 | LISA ESTLOW<br>100 SHASTA CIRCLE<br>CHANHASSEN MN 55317-9470 | LORI SCHAAR<br>PO BOX 1125 CHANHASSEN<br>CHANHASSEN MN 55317-1125 |
| LYNNE ASPNES<br>PO BOX 261<br>PETOSKEY MI 49770-0261 | MAD MONKEY MEDIA<br>PO BOX 302<br>SAINT MICHAEL MN 55376-0302 | MAGGIE HENJUM<br>3224 WEBSTER AVE<br>ST LOUIS PARK MN 55416-2131 |
| MARGARET BUCHANAN<br>5400 VERNON AVE S<br>5400 VERNON AVE S APT 301 MN 55436<br>-2341 | MARGARET KENNEALLY<br>6220 W 34TH ST<br>1<br>ST LOUIS PARK MN 55416-2078 | MARGARET MACRAE<br>4940 DODD ROAD<br>SAINT PAUL MN 55123-2350 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MARGARET MARSH                      MARGARET THOMAS                     MARILYN J RUDD
526 COUNTY ROAD 9 SE                267 WEAVER ST                       141 EAST 105TH STREET CIR
WILLMAR MN 56201-4749               MANKATO MN 56001-4664               MINNEAPOLIS MN 55420-5309


MARILYN PALMER                      MARILYN AND BILL KUEHL              MARLENE PAULEY
1 RIVERCREST LANE                   1524 CREEK LANE                     5700 DUNCAN LANE
STILLWATER MN 55082-4258            NORTHFIELD MN 55057-3403            EDINA MN 55436-1604


MARSHA SHOTLEY                      MARSHA UNTHANK                      MARTI BELTZ
13928 21ST ST N                     1014 W 53RD ST                      1901 PENN AVE
STILLWATER MN 55082-1502            MINNEAPOLIS MN 55419-1166           MINNEAPOLIS MN 55405-2210


MARY ANN CAMPO                      MARY BARND                          MARY JANE HASCHIG
510 W 53RD ST                       413 E 99TH ST                       4909 STEEPLECHASE CT
MINNEAPOLIS MN 55419-1225           BLOOMINGTON MN 55420-4951           EAGAN MN 55122-3046


MARY JEANNE LEVITT                  MARY SONNEN                         MAXINE JEFFRIS
1999 WELLSLEY AVE                   5920 OSGOOD ST S                    6629 LOGAN AVE S
SAINT PAUL MN 55105-1619            AFTON MN 55001-9679                 RICHFIELD MN 55423-2164


MELANIE TSCHIDA                     MERYLL PAGE                         MICHAEL BONDANZA INC
1134 IVY HILL DR                    2825 MONTERY PARKWAY                10 EAST 36TH ST
MENDOTA HEIGHTS MN 55118-1829       ST LOUIS PARK MN 55416-3959         NEW YORK NY 10016-3302


MICHAEL HENDERSON                   MIMI BAKER                          MINNEAPOLIS GEMOLOGICAL SERV
2783 WAGON WHEEL CURVE              3900 W 25TH ST                      1316 LIBERTY COURT
CHASKA MN 55318-1580                MINNEAPOLIS MN 55416-3865           NORTHFIELD MN 55057-2915


MOORE CREATIVE TALENT               NSP DBAXCEL ENERGY                  NAMBE
3130 EXCELSIOR BLVD                 PO BOX 9477                         200 W DEVARGAS ST
MINNEAPOLIS MN 55416-4667           MINNEAPOLIS MN 55484-0001           SUITE B
                                                                        SANTA FE NM 87501-2672


NANCI KNOTT  CO                     NANCY HEINERSCHEID                  NANCY MCDANIELS
280 SHEFFIELD ST                    3116 W LAKE ST                      1938 SHERIDAN AVE
MOUNTAINSIDE NJ 07092-2303          313                                 SAINT PAUL MN 55116-2657
                                    MINNEAPOLIS MN 55416-5258
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NANTAWAN LEWIS                  INTERNATIONAL                   NICOLE J PAULBICK
1225 LASALLE AVE                NEW ITALIAN ART                 238 CRETIN AVE S
2104                            VIA TRIESTE 615048              2
MINNEAPOLIS MN 55403-2332       VALENZA ITALY                   SAINT PAUL MN 55105-1259


ODELIA JEWELRY                  OSCAR HEYMAN  BROTHERS INC      PENELOPE  STEVEN RAKES
62 W 47TH ST                    501 MADISON AVE                 6201 MILDRED AVE
SUITE 601                       NEW YORK CITY NY 10022-5676     EDINA MN 55436-2606
NEW YORK CITY NY 10036-3272


PARCEL PRO LLC                  PAT DAY                         PATRICIA EBBERT
PO BOX 419398                   10632 UTICA ROAD                3806 ABBOTT AVE S
BOSTON MA 02241-9398            BLOOMINGTON MN 55437-2854       MINNEAPOLIS MN 55410-1035


PAULA MURRAY                    PAWNWORKS                       PLASTICREST PRODUCTS INC
725 MINNESOTA STREET            1301 RIVERWOOD DR               4519 W HARRISON ST
MONTICELLO MN 55362-5800        UNIT 1                          CHICAGO IL 60624-3099
                                BURNSVILLE MN 55337-1547


PRECIOUS JEWELRY                REBECCA M BJORNSON              REBECCA M BJORNSON
PO BOX 5381                     5343 PORTLAND AVENUE SOUTH      5343 PORTLAND AVE
NEW YORK NY 10185-5381          MINNEAPOLIS MN 55417-1722       MINNEAPOLIS MN 55417-1722


RENEE LINDQUIST                 RICHARD DAHLIN                  RICHARD L DAHLIN
8680 MAGNOLIA CT                4652 BLUEBELL TRAIL N           4652 BLUEBELL TRAIL N
212                             MEDINA MN 55340-4573            MEDINA MN 55340-4573
EDEN PRAIRIE MN 55344-6677


RIO GRANDE                      ROBERT C KLEIN  ASSOC           ROBERT J STRUYK TRUSTEE
7500 BLUEWATER ROAD NW          8900 PENN AVE S                 DORSEY  WHITNEY
ALBUQUERQUE NM 87121-1962       SUITE 101                       401 E EIGHTH ST SUITE 319
                                MINNEAPOLIS MN 55431-2099       SIOUX FALLS SD 57103-7031


ROBIN YOUNG                     ROFFERS GROUP LLC               ROGER POMEROY
5124 NOLAN DRIVE                218 WASHINGON AVE N             8050 PENNSYLVANIA RD
MINNETONKA MN 55343-8900        SUITE 220                       BLOOMINGTON MN 55438-1135
                                MINNEAPOLIS MN 55401-2215


RUTH A AND RAYMOND A REISTER    RUTH LORDAN                     S KASHI
CHARITABLE TR                   6453 BARRIE ROAD                175 GREAT NECK ROAD
401 E 8TH ST                    EDINA MN 55435-2301             SUITE 204
SUITE 319                                                       GREAT NECK NY 11021-3313
SIOUX FALLS SD 57103-7031
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SARAH SIVRIGHT                      SOMERSET MFG INC                    SUSAN BEISANG
5051 DREW AVE S                     36 GLEN COVE ROAD                   4 FALCON LANE
MINNEAPOLIS MN 55410-2026           ROSLYN HEIGHTS NY 11577-1703        NORTH OAKS MN 55127-6317



SALLY BRUTGER                       SALLY R BRUTGER                     SANDI CALVELAGE
7314 PENN AVE S                     7314 PENN AVE S                     10727 LINDAHL BLUFFS TRAIL
RICHFIELD MN 55423-2821             RICHFIELD MN 55423-2821             BLOOMINGTON MN 55420-5652



SARAH ROCKLER                       SCOTT BROWN                         SCOTT H RUDD
2950 DEAN PARKWAY APT 1901          4132 VERNON AVE S                   7300 GALLAGHER DRIVE
MINNEAPOLIS MN 55416-4428           STE 207                             APT 311
                                    ST LOUIS PARK MN 55416-3193         EDINA MN 55435-3104



SHARON CAREY                        SHEILA HAGSTROM                     SIMON G
5237 16TH AVE S                     10391 108TH PLACE N                 528 STATE ST
MINNEAPOLIS MN 55417-1813           MAPLE GROVE MN 55369-2638           GLENDALE CA 91203-1524



SOFER JEWELRY LLC                   SOFER JEWELRY LLC                   SOMERSET MANUFACTURING
65 ROOSEVELT AVENUE                 555 FIFTH AVE                       36 GLEN COVE ROAD
SUITE 103A                          NEW YORK NY 10017-2416              EAST HILLS NY 11577-1703
VALLEY STREAM NY 11581-1106



SPARK CREATIONS INC                 STACIE OLSON                        STAR TRIBUNE
10 W 46TH ST                        5300 FARLEY AVE SE                  650 3RD AVE S
NEW YORK NY 10036-4515              DELANO MN 55328-8156                SUITE 1300
                                                                        MINNEAPOLIS MN 55488-0002



STARDUST DESIGN                     STEVEN I HILSENRATH                 STRINGING BY LUCY
550 SOUTH HILL ST                   65 ROOSEVELT AVENUE                 8850 RIVER HEIGHTS WAY
SUITE 967                           SUITE 103A                          INVER GROVE HEIGHTS MN 55076-3478
LOS ANGELES CA 90013-2429           VALLEY STREAM NY 11581-1106



SUSAN ENGELKING                     SUSAN HAYNES                        SUSAN MCINTOSH
565 EBEN COURT                      CO KATHY SANDLIN                    1405 NE 4TH PLACE
STILLWATER MN 55082-3702            9324 PARK AVENUE SOUTH              FORT LAUDERDALE FL 33301-1371
                                    BLOOMINGTON MN 55420-3835



SUSAN SCHAEFER                      SUSAN USTIPAK                       TARA CLARK
1920 1ST STREET SOUTH               6301 UPPER 44TH ST N                4808 ROLLING GREEN PKWY
1806                                SAINT PAUL MN 55128-2519            EDINA MN 55436-1348
MINNEAPOLIS MN 55454-1270
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY NEILSON<br>105 SUNRISE COURT<br>MEDINA MN 55340-4554 |
| TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 |
| TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 |
| TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 |
| TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 |
| VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 |
| WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 | ZINA<br>470 BEVERLY DRIVE<br>BEVERLY HILLS CA 90212-4402 | ~~EXCLUDE~~<br>~~CHAD A KELSCH~~<br>~~KELSCH LAW FIRM PA~~<br>~~3350 ANNAPOLIS LANE N~~<br>~~STE C~~<br>~~PLYMOUTH MN 55447-5309~~ |
| JOHN D LAMEY III<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | ~~EXCLUDE~~<br>~~NAUNI JO MANTY~~<br>~~MANTY  ASSOCIATES PA~~<br>~~401 SECOND AVENUE NORTH~~<br>~~SUITE 400~~<br>~~MINNEAPOLIS MN 55401-2097~~ | RALPH V MITCHELL<br>LAPP LIBRA THOMSON STOEBNER  PUSCH<br>120 SOUTH 6TH STREET SUITE 2500<br>MINNEAPOLIS MN 55402-5155 |