# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                          Chapter 7

Scheherazade, Inc,                                                                Bankruptcy 19-40658

        Debtor.

## STIPULATION ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Nauni Manty, chapter 7 trustee for the bankruptcy estate of Scheherazade, Inc. and K Takahashi & Co Inc ("Takahashi") stipulate and agree as follows:

### RECITALS

1. On March 10, 2019, Scheherazade, Inc. filed a voluntary petition under Chapter 7 of title 11 of the United States Code.

2. On May 10, 2019, Takahashi filed a motion for relief from the automatic stay, seeking relief with respect to Consigned Jewelry delivered by Takahashi to the debtor. [Doc. No. 65].

3. On May 30, 2019, the trustee filed a response to the motion for relief from the automatic stay. [Doc. No. 71]. The trustee argues that Takahashi's interest in the consigned jewelry was unperfected. As such, the trustee argues, with the rights and power of a lien creditor, she holds a priority interest in the consigned jewelry.

4. The definition of Consigned Jewelry described in the motion and response is incorporated herein.

5. The Consigned Jewelry currently in the possession of bankruptcy estate is set forth in Exhibit E to the motion.

6. No other party objected to or otherwise responded to the motion.

7. In order to resolve the motion and the trustee's avoidance claims in connection with the Consigned Jewelry, the trustee and Takahashi have entered into this stipulation.

## **STIPULATION**

**IT IS HEREBY STIPULATED** by and between the trustee and Takahashi:

1. The trustee shall return the following items to Takahashi and will claim no interest in such items:

   | | | | | | |
   |---|---|---|---|---|---|
   | a. | # 3738 | earrings | Tahiti | 11.9x10mm | SS5402 |
   | b. | # 4102 | earrings | Tahiti | 11.8x9.2mm | K14 WG |
   | c. | # 38683 | necklace | Akoya | 7.5x7mm | K14 WG |
   | d. | # 5974 | necklace | Akoya | 8.5x8mm | K14 WG |
   | e. | # 10 | necklace | Akoya | 9.5x9mm | K14 WG |
   | f. | # 11 | necklace | Akoya | 9.5x9mm | K14 WG |

2. The following items and proceeds thereof shall be property of the bankruptcy estate.

   | | | | | | |
   |---|---|---|---|---|---|
   | a. | # 5157 | necklace | Akoya | 6x5.5mm | 18" |
   | b. | 85CPE | necklace | Akoya | 8.5-9mm | 18" |
   | c. | 10TPE | necklace | Tahiti | 10.2mm | 18" |
   | d. | 85CPE AA | necklace | Tahiti | 8.5-9mm | 18" |
   | e. | 9CPED | necklace | Tahiti | 9-9.5mm | 18" |
   | f. | E85D | necklace | Tahiti | 8.5-9mm | 18" |
   | g. | # 5179 | necklace | Tahiti | 6x5.6mm | K14 YG |
   | h. | # 36505 | necklace | Tahiti | 6x5.6mm | SS5402 |
   | i. | K-11 | necklace | Tahiti | 7x6.5mm | SS5402 |
   | j. | # 277 | necklace | Tahiti | 7.5x7mm | SS5402 |
   | k. | # 223 | necklace | Tahiti | 7.5x7mm | K14 WG |
   | l. | # 12 | necklace | Tahiti | 8.5x8mm | SS5402 |
   | m. | SP105D | pendant | SSP | 10.5mm | K18 YG |
   | n. | SP120D | pendant | SSP | 12.0mm | K18 WG |
   | o. | TP139D | pendant | SSP | 13.9mm | K18 WG |
   | p. | SSP111 | earrings | SSP | 11.1mm | K18 WG |
   | q. | SSP113 | earrings | SSP | 11.3mm | K18 WG |
   | r. | KG-11 | earrings | SSP | 11.9mm | K18 WG |
   | s. | 105SSP | earrings | SSP | 10.5mm | K18 WG |
   | t. | GAK735 | necklace | Akoya | 7x3.5mm | K14 YG |
   | u. | # 223 | necklace | Akoya | 7.5x7mm | K14 WG |

| | | | | | |
|---|---|---|---|---|---|
| v. | # 90342-25 | necklace | Akoya | 8x7.5mm | K14 WG |
| w. | NAK75 | 2 row bracelet | Akoya | 8x7.5mm | K14 YG |
| x. | 6CPE | earrings | Akoya | 6-6.5mm | K18 WG |
| y. | 65CPE | earrings | Akoya | 6.5-7mm | K18 WG |
| z. | 7CPE | earrings | Akoya | 7-7.5mm | K18 WG |
| aa. | 75CPE | earrings | Akoya | 7.5-8mm | K18 WG |
| bb. | 8CPE | earrings | Akoya | 8-8.5mm | K18 WG |
| cc. | 85CPE | earrings | Akoya | 8.5-9mm | K18 WG |
| dd. | TAH12 | pieces | Tahiti | 12-13mm | DT |

3. In accordance with Local Rule 9011-4(f), the parties authorize the filer to submit this document with their electronic signature.

Dated: June 4, 2019                           MANTY & ASSOCIATES, P.A.

*/e/ Mary F. Sieling*
Nauni J. Manty (#230352)
Mary F. Sieling (#389893)
401 Second Avenue North, Suite 400
Minneapolis, MN 55401-2097
Phone: (612) 465-0901
*Attorneys for the Trustee*

Dated: June 4, 2019                           COTTRELL GREEN PA

*/e/ Andrew A. Green*
William G. Cottrell (#0146092)
Andrew A. Green (#0394873)
2287 Waters Dr
Mendota Heights MN 55120-1363
(651) 905-0496
bill@cottrelllawfirm.com
andrew@cottrelllawfirm.com
*Attorneys for K Takahashi & Co Inc*

3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Chapter 7 |
| Scheherazade, Inc, | Bankruptcy 19-40658 |
| Debtor. | **ORDER APPROVING STIPULATION** |

This matter is before the court pursuant to the stipulation of the trustee and K Takahashi & Co, Inc. filed in connection with Takahashi's motion for relief from the automatic stay. This order resolves the motion and the trustee's avoidance claims related to the Takahashi jewelry.

**IT IS ORDERED:**

1. The stipulation is approved.

2. The trustee shall return the following items to Takahashi and will claim no interest in such items:

   a. # 3738      earrings    Tahiti    11.9x10mm   SS5402
   b. # 4102      earrings    Tahiti    11.8x9.2mm  K14 WG
   c. # 38683     necklace    Akoya     7.5x7mm     K14 WG
   d. # 5974      necklace    Akoya     8.5x8mm     K14 WG
   e. # 10        necklace    Akoya     9.5x9mm     K14 WG
   f. # 11        necklace    Akoya     9.5x9mm     K14 WG

3. The following items and proceeds thereof shall be property of the bankruptcy estate.

   g. # 5157      necklace    Akoya     6x5.5mm     18"
   h. 85CPE       necklace    Akoya     8.5-9mm     18"
   i. 10TPE       necklace    Tahiti    10.2mm      18"
   j. 85CPE AA    necklace    Tahiti    8.5-9mm     18"
   k. 9CPED       necklace    Tahiti    9-9.5mm     18"
   l. E85D        necklace    Tahiti    8.5-9mm     18"
   m. # 5179      necklace    Tahiti    6x5.6mm     K14 YG

4

| | | | | | |
|---|---|---|---|---|---|
| n. | # 36505 | necklace | Tahiti | 6x5.6mm | SS5402 |
| o. | K-11 | necklace | Tahiti | 7x6.5mm | SS5402 |
| p. | # 277 | necklace | Tahiti | 7.5x7mm | SS5402 |
| q. | # 223 | necklace | Tahiti | 7.5x7mm | K14 WG |
| r. | # 12 | necklace | Tahiti | 8.5x8mm | SS5402 |
| s. | SP105D | pendant | SSP | 10.5mm | K18 YG |
| t. | SP120D | pendant | SSP | 12.0mm | K18 WG |
| u. | TP139D | pendant | SSP | 13.9mm | K18 WG |
| v. | SSP111 | earrings | SSP | 11.1mm | K18 WG |
| w. | SSP113 | earrings | SSP | 11.3mm | K18 WG |
| x. | KG-11 | earrings | SSP | 11.9mm | K18 WG |
| y. | 105SSP | earrings | SSP | 10.5mm | K18 WG |
| z. | GAK735 | necklace | Akoya | 7x3.5mm | K14 YG |
| aa. | # 223 | necklace | Akoya | 7.5x7mm | K14 WG |
| bb. | # 90342-25 | necklace | Akoya | 8x7.5mm | K14 WG |
| cc. | NAK75 | 2 row bracelet | Akoya | 8x7.5mm | K14 YG |
| dd. | 6CPE | earrings | Akoya | 6-6.5mm | K18 WG |
| ee. | 65CPE | earrings | Akoya | 6.5-7mm | K18 WG |
| ff. | 7CPE | earrings | Akoya | 7-7.5mm | K18 WG |
| gg. | 75CPE | earrings | Akoya | 7.5-8mm | K18 WG |
| hh. | 8CPE | earrings | Akoya | 8-8.5mm | K18 WG |
| ii. | 85CPE | earrings | Akoya | 8.5-9mm | K18 WG |
| jj. | TAH12 | pieces | Tahiti | 12-13mm | DT |

Dated:

_____
Kathleen H. Sanberg
Chief United States Bankruptcy Judge