UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:   Chapter 7

Scheherazade, Inc,   Bankruptcy 19-40658

Debtor.   **ORDER APPROVING STIPULATION**

This case is before the court pursuant to the stipulation of the trustee and K Takahashi & Co, Inc. filed in connection with Takahashi's motion for relief from the automatic stay. This order resolves the motion and the trustee's avoidance claims related to the Takahashi jewelry.

**IT IS ORDERED:**

1. The stipulation is approved.

2. The trustee shall return the following items to Takahashi and will claim no interest in such items:

   | | | | | | |
   |---|---|---|---|---|---|
   | a. | # 3738 | earrings | Tahiti | 11.9x10mm | SS5402 |
   | b. | # 4102 | earrings | Tahiti | 11.8x9.2mm | K14 WG |
   | c. | # 38683 | necklace | Akoya | 7.5x7mm | K14 WG |
   | d. | # 5974 | necklace | Akoya | 8.5x8mm | K14 WG |
   | e. | # 10 | necklace | Akoya | 9.5x9mm | K14 WG |
   | f. | # 11 | necklace | Akoya | 9.5x9mm | K14 WG |

3. The following items and proceeds thereof shall be property of the bankruptcy estate.

   | | | | | | |
   |---|---|---|---|---|---|
   | g. | # 5157 | necklace | Akoya | 6x5.5mm | 18" |
   | h. | 85CPE | necklace | Akoya | 8.5-9mm | 18" |
   | i. | 10TPE | necklace | Tahiti | 10.2mm | 18" |
   | j. | 85CPE AA | necklace | Tahiti | 8.5-9mm | 18" |
   | k. | 9CPED | necklace | Tahiti | 9-9.5mm | 18" |
   | l. | E85D | necklace | Tahiti | 8.5-9mm | 18" |
   | m. | # 5179 | necklace | Tahiti | 6x5.6mm | K14 YG |

1

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/06/2019*
Lori Vosejpka, Clerk, by LH

| | | | | | |
|---|---|---|---|---|---|
| n. | # 36505 | necklace | Tahiti | 6x5.6mm | SS5402 |
| o. | K-11 | necklace | Tahiti | 7x6.5mm | SS5402 |
| p. | # 277 | necklace | Tahiti | 7.5x7mm | SS5402 |
| q. | # 223 | necklace | Tahiti | 7.5x7mm | K14 WG |
| r. | # 12 | necklace | Tahiti | 8.5x8mm | SS5402 |
| s. | SP105D | pendant | SSP | 10.5mm | K18 YG |
| t. | SP120D | pendant | SSP | 12.0mm | K18 WG |
| u. | TP139D | pendant | SSP | 13.9mm | K18 WG |
| v. | SSP111 | earrings | SSP | 11.1mm | K18 WG |
| w. | SSP113 | earrings | SSP | 11.3mm | K18 WG |
| x. | KG-11 | earrings | SSP | 11.9mm | K18 WG |
| y. | 105SSP | earrings | SSP | 10.5mm | K18 WG |
| z. | GAK735 | necklace | Akoya | 7x3.5mm | K14 YG |
| aa. | # 223 | necklace | Akoya | 7.5x7mm | K14 WG |
| bb. | # 90342-25 | necklace | Akoya | 8x7.5mm | K14 WG |
| cc. | NAK75 | 2 row bracelet | Akoya | 8x7.5mm | K14 YG |
| dd. | 6CPE | earrings | Akoya | 6-6.5mm | K18 WG |
| ee. | 65CPE | earrings | Akoya | 6.5-7mm | K18 WG |
| ff. | 7CPE | earrings | Akoya | 7-7.5mm | K18 WG |
| gg. | 75CPE | earrings | Akoya | 7.5-8mm | K18 WG |
| hh. | 8CPE | earrings | Akoya | 8-8.5mm | K18 WG |
| ii. | 85CPE | earrings | Akoya | 8.5-9mm | K18 WG |
| jj. | TAH12 | pieces | Tahiti | 12-13mm | DT |

Dated: June 6, 2019

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

2