UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Chapter 7
Bankruptcy 19-40658

Debtor.

## NOTICE OF SETTLEMENT

TO: THE UNITED STATES TRUSTEE, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

On July 1, 2019, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

Prior to the filing of the petition in this bankruptcy case, Somerset MFG, Inc, delivered items to the debtor to be sold in the ordinary course. Some such items were sold by Somerset to the debtor (the "Invoiced Jewelry") and others were delivered on memo to be sold on consignment (the "Consigned Jewelry").  The trustee discovered that the Consigned Jewelry was missing from the Scheherazade store prior to the petition date.  If the Consigned Jewelry is found or otherwise recovered, the trustee and Somerset dispute whether the Consigned Jewelry is considered a consignment as defined by Article 9 of the Uniform Commercial Code, as adopted in Minnesota. If it is a consignment, the trustee could avoid Somerset's interest in the Consigned Jewelry since Somerset did not perfect its interest by filing a UCC financing statement.  The avoided interest would be preserved for the bankruptcy estate under 11 U.S.C. §§ 544, 547, 550, and 551. However, if Somerset prevailed on their argument, then common law applies and it would have all rights, title and interest to the Consigned Goods, which would not be subject to any claims of Scheherazade creditors.

To settle the dispute between the trustee and Somerset and to settle the estate's interest in the Invoiced Jewelry and Consigned Jewelry, the trustee and Somerset agree to the following:

The trustee shall sell the following seven items back to Somerset for the sum of $4,450.00:

| | | |
|---|---|---|
| 001-260-00049 | JS-2936P#3 | 18K W PEND, D: .18CTS, SAPPH: .81CTS |
| 001-260-00104 | JS-3729 | PLAT RING, D: .91CTS, SAPP: 3.10 CTS |
| 001-260-00123 | JR-2069P | 18K W PEND, D: .56CTS, RUB: 1.50 CTS |
| 001-260-00110 | JS-1865P | 18K W PEND, D: .73CTS, SAPPH: 1.79CTS |
| 001-260-00116 | JR-3699E | 14K W EARR, D: .20 CTS, RUBY: .87 CTS |
| 001-230-00002 | JR-3480P | 18K W PEND, D: .90CTS, RUB: 2.10CTS |
| 001-200-03273 | JE-3799 | 18K W RING, D: .75CTS, EMER: 1.98 CTS |

All remaining items delivered by Somerset to the debtor, including remaining Invoiced Jewelry and Consigned Jewelry, plus proceeds thereof, shall be property of the bankruptcy estate, including the following:

| | | |
|---|---|---|
| 001-260-00041 | JS-3667 | 18KW 0.75CTW AND 0.73CTW DIAMOND RING |
| 001-260-00050 | JS-2817EH | 18KW 1.90TW BLUE SAPPHIRE, 0.67TW DIAMOND EARRINGS |
| 001-260-00065 | JS-1840 | 18KW 1.35CT SAPHIRE, 0.70TW DIAMOND RING |
| 001-260-00105 | JS-3170BS | 14KW 3.50TW BLUE SAPPHIRE AND 0.33TW DIAMOND BRACELET |
| 001-260-00113 | JS-2193P | 18KW 0.86CTSAPPHIRE AND 0.35TW DIAMOND PENDANT |
| 001-260-00114 | JS-2829 | 18KW 1.30TW SAPPHIRE AND 0.51TW DIAMOND RING |
| 001-260-00118 | PX1590 | 14KW 0.37TW EMERALD, AND 0.21TW DIAMOND PENDANT |
| 001-200-03274 | JR-2829 | 18KW 0.47TW DIAMOND AND RUBY RING |
| 001-200-03275 | JS-3753 | 18KW 0.54TW DIA/SAP RING |

The trustee will continue to sell these items throughout the notice period for this settlement during the store-closing sale approved by the court. If the trustee recovers any of the missing Consigned Jewelry, it shall also be estate property and part of the store-closing sale. The trustee believes this settlement is in the best interest of the bankruptcy estate.

## **OBJECTION: MOTION: HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>300 South Fourth Street<br>301 U.S. Courthouse<br>Minneapolis, MN 55415 | United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Nauni Manty, Trustee<br>401 2nd Ave N, Ste 400<br>Minneapolis, MN 55401 |

Dated: June 7, 2019

By: /e/ Nauni Manty
    Nauni Manty, Trustee

Document      Page 3 of 16

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Scheherazade, Inc | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 6/7/2019, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/7/2019

/s/ Nauni Manty
Nauni Manty
Manty & Associates, P.A.
401 2nd Avenue North, Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: Scheherazade, Inc

CASE NO: 19-40658

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 6/7/2019, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/7/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
401 2nd Avenue North, Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 19-40658<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>FRI JUN 7 13-14-27 CDT 2019 | BHM CAPITAL LLC<br>785 WESTON RIDGE PARKWAY<br>CHASKA MN 55318-1202 | EATON HUDSON INC<br>3015 DUNES W BLVD<br>STE 201<br>MOUNT PLEASANT SC 29466-8218 |
| GALLERIA SHOPPING CENTER LLC<br>CO FAEGRE BAKER DANIELS LLP<br>ATTN- COLIN DOUGHERTY<br>90 SOUTH 7TH ST STE 2200<br>MINNEAPOLIS MN 55402-3924 | GEMCO INTERNATIONAL INC<br>1660 HIGHWAY 100 S STE 578<br>ST LOUIS PARK MN 55416-1566 | K TAKAHASHI CO INC<br>250 E 54TH ST APT 12D<br>NEW YORK NY 10022-4812 |
| LDM COMPANY<br>SUITE 300<br>4517 MINNETONKA BLVD<br>ST LOUIS PARK MN 55416-5411 | MICHAEL BONDANZA INC<br>CO MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK NY 10022-4731 | DEBTOR<br>SCHEHERAZADE INC<br>3181 WEST 69TH STREET<br>EDINA MN 55435 |
| WELLS FARGO VENDOR FINANCIAL SERV LLC<br>FKA G<br>CO A RICOH USA PROGRAM FDBA IKON FINANC<br>PO BOX 13708<br>MACON GA 31208-3708 | ~~EXCLUDE~~<br>~~MINNEAPOLIS~~<br>~~301 US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415-1320~~ | 6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 |
| AGLAM INC<br>2409 FROSTED GREEN LANE<br>PLANO TX 75025-6440 | AGLAM INC<br>4651 LOUIS AVE<br>LOS ANGELES CA 91316-3924 | ATT<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 |
| ABBOT JEWELRY SYSTEMS INC<br>3 CORPORATE DRIVE<br>SUITE 215<br>SHELTON CT 06484-6252 | ADAM ALTMAN<br>901 NORTH THIRD STREET SUITE 140<br>MINNEAPOLIS MN 55401-1169 | ALICIA SCHAAL<br>2919 BUCHANAN STREET NE<br>MINNEAPOLIS MN 55418-2208 |
| ALLIE HAFEZ<br>PO BOX 270534<br>MINNEAPOLIS MN 55427-6534 | AMANDA MORAN<br>7206 STEWART DRIVE<br>EDEN PRAIRIE MN 55346-3248 | AMDEN JEWELRY<br>550 S HILL ST<br>SUITE 950<br>LOS ANGELES CA 90013-2429 |
| AMDEN JEWELRY INC<br>550 S HILL ST SUITE950<br>LOS ANGELES CA 90013-2429 | AMENTA<br>106901 S SAM HOUSTON PARKWAY<br>SUITE 100<br>HOUSTON TX 77071 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMERICAN GEM SOCIETY<br>8881 W SAHARA AVE<br>LAS VEGAS NV 89117-5865 | AMY ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 | ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 | ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 |
| ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 | ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 | BEVERLY DANN<br>100 3RD AVE S<br>APT 2602<br>MINNEAPOLIS MN 55401-2722 |
| BHM CAPITAL LLC<br>MESSERLI   KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 | BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 |
| BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 | BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 | BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 |
| BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 | BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 | BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 |
| BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 | BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 | BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 |
| BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 | BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 | BRUCE CUMMINGS<br>4012 LORD LYON DR<br>GIBSONIA PA 15044-9722 |
| CARLA CORPORATION<br>33 SUTTON AVE<br>EAST PROVIDENCE RI 02914-3400 | CAROLINE BANKS<br>4271 SHERIDAN AVE SOUTH APT 408<br>MINNEAPOLIS MN 55410-1624 | CATHERINE SCHURMAN<br>18117 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346-4128 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CHERIE Y ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 | CUSTOM BUSINESS FORMS<br>210 EDGE PLACE NE<br>MPLS MN 55418-1153 | CYNTHIA WIZNER<br>8970 HILLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 |
| CAMILLA CARLSON<br>25440 SMITHTOWN ROAD<br>SHOREWOOD MN 55331-8443 | CAPITAL ONE<br>PO BOX 6492<br>CAROL STREAM IL 60197-6492 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CARLA CORPORATION<br>PO BOX 14192<br>EAST PROVIDENCE RI 02914-0192 | CAROL J PETERSON<br>3146B FARNUM DR<br>EAGAN MN 55121-1921 | CAROL SCHUETTE<br>13230 KERRY LANE<br>EDEN PRAIRIE MN 55346-3140 |
| CAROLINE BASSETT<br>4042 ABBOT AVE S<br>MINNEAPOLIS MN 55410-1001 | CARRIE BELL<br>17038 SADDLE WOOD<br>MINNETONKA MN 55345-2680 | CATHERINE R KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 |
| CATHERINE ZIMBA<br>5454 MAYVIEW ROAD<br>MINNETONKA MN 55345-5935 | CATHY KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 | CATIE SCHUMAN<br>29228 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346 |
| CENTRAL TELEPHONE SALES   SERV<br>12857 INDUSTRIAL PARK BLVD<br>MINNEAPOLIS MN 55441-3910 | CHARLOTTE OHANLON<br>826 9TH STREET NW<br>ROCHESTER MN 55901-2660 | CHASE<br>CARDMEMBER SERVICE<br>PO BOX 6294<br>CAROL STREAM IL 60197-6294 |
| CHERIE ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 | CINDY WIZNER<br>8970 HOLLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 | CITY PAGES<br>PO BOX 790445<br>SAINT LOUIS MO 63179-0445 |
| CLAIRE WHITE<br>543 SAXONY COURT<br>CHASKA MN 55318-1471 | CONNOISSEURS CORP<br>17 PRESIDENTIAL WAY<br>WOBURN MA 01801-1040 | CORPORATE FOUR INSURANCE<br>7220 METRO BLVD<br>EDINA MN 55439-2133 |
| CORRIN ROBINSON<br>249 6TH ST NE<br>MINNEAPOLIS MN 55413-4202 | CULLIGAN<br>DEPT 8511<br>PO BOX 77043<br>MINNEAPOLIS MN 55480-7743 | DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD  5<br>ST LOUIS PARK MN 55426-4806 | DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |
| DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 |
| DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 | DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 |
| DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 | DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 |
| EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 | ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 |
| ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 | ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 |
| ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 |
| FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2614 |
| GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
GALLERIA SHOPPING CENTER LLC        GAYLE MEYER                         GEMCO
62810 COLLECTION CENTER DRIVE       8001 33RD AVE S                     1660 SOUTH HIGHWAY100
CHICAGO IL 60693-6281               D468                                SUITE 578
                                    BLOOMINGTON MN 55425-4639           ST LOUIS PARK MN 55416-1566


GEMS ONE CORPORATION                GREGG EGGINTON                      GRETCHEN COHENOUR
16 WEST 46TH STREET                 18327 NICKLAUS WAY                  609 W 77TH ST
NEW YORK NY 10036-4503              EDEN PRAIRIE MN 55347-3440          WINONA MN 55987


HAMILTON USA                        HANSEN CUSTOM JEWELERS              HARVEY WEISS
PO BOX 72476161                     6440 FLYING CLOUD DR                11988 PENDLETON COURT
PHILADELPHIA PA 19170-6161          115                                 EDEN PRAIRIE MN 55347-4945
                                    EDEN PRAIRIE MN 55344-3321


HELEN WINDER                        I REISS                             IREISS CO INC
6533 PAMELL AVE                     45 NORTH STATION PLAZA              45 N STATION PLAZA
EDINA MN 55435                      SUITE 406                           SUITE 406
                                    GREAT NECK NY 11021-5011            GREAT NECK NY 11021-5011


IPFS CORPORATION                    INDOFF INC                          JEAN JOHNSON
30 MONTGOMERY STREET                PO BOX 842808                       9332 80TH AVE SW
SUITE 501                           KANSAS CITY MO 64184-2808           STEWARTVILLE MN 55976-8207
JERSEY CITY NJ 07302-3821


JOLEEN M MOEN                       JORDAN ALAN LARSEN                  JOSEPH YURECKO
790 WOODLAND DRIVE SE               504 SOUTH 7TH ST                    JOE YURECKO
FOREST LAKE MN 55025-1622           OLIVIA MN 56277-1582                315 CLOVERLEAF DR
                                                                        GOLDEN VALLEY MN 55422-5106


JOSEPH YUREKO                       JUDITH H FREEBERG                   JACKIE GOLDARIS
315 CLOVER LEAF DRIVE               8624 PINE HILL ROAD                 5701 WYCLIFFE ROAD
GOLDEN VALLEY MN 55422-5106         BLOOMINGTON MN 55438-1340           EDINA MN 55436-2264


JAMES CONWAY                        JANET DOUGLAS                       JANET POKORNY
4075 W 51ST ST                      5513 COUNTRYSIDE ROAD               20329 ISLANDVIEW CIRCLE
209                                 EDINA MN 55436-2503                 LAKEVILLE MN 55044-4921
EDINA MN 55424-1410


JAYNE KENNELLY                      JEANNE KENADY                       JEFF YURECKO
14207 GLEN LAKE DR                  3964 PRINCETON AVE                  4532 RUTLEDGE AVE
MINNETONKA MN 55345-4978            ST LOUIS PARK MN 55416-3019         EDINA MN 55436-1419
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JEFFREY C ROBBINS ESQ              JENNELLE R GOODRIE                  JENNIFER SIMON
AVISEN                             10500 VIRGINIA CIR                  3209 GALLERIA
901 MARQUETTE AVE SUITE 1675       BLOOMINGTON MN 55438-2022           1701
MINNEAPOLIS MN 55402-3275                                              EDINA MN 55435-2556


JESSICA DANLER                     JESSICA POTTS                       JEWELERS MUTUAL INSURANCE
14850 GILLASPIE RD                 320 EAST 152ND ST                   25804 NETWORK PLACE
WAMEGO KS 66547-9343               BURNSVILLE MN 55306-5008            CHICAGO IL 60673-1258


JEWELERS SERVICE CO INC            JEWELRY WORKS LLC                   JO MUNDY
1300 GODWARD ST NE                 2502 HILLSBORO AVE N                5500 GROVE STREET
MINNEAPOLIS MN 55413-1741          GOLDEN VALLEY MN 55427-3107         EDINA MN 55436-2212


JODY HARDER                        JOLEEN MOEN                         JOYCE SWANSON
2800 BAILEY COURT                  790 WOODLAND DR SE                  249 INTERLACHEN ROAD
NEWPORT MN 55055-4500              FOREST LAKE MN 55025-1622           HOPKINS MN 55343-8525


JULIA JEVNICK                      JULIE JEVNICK                       KAREN M TATE
3508 IVY PLACE                     9487 MCGEE WAY                      6315 JAMES AVENUE SOUTH
WAYZATA MN 55391-9746              EDEN PRAIRIE MN 55347-3494          RICHFIELD MN 55423-1229


KATHLEEN DEYOUNG                   KELLI M DALY                        KENNETH J ROBINSON
5224 KNOX S                        5520 GIRARD AVE S                   11383 ENTREVAUX DRIVE
MPLS MN 55419-1042                 MPLS MN 55419-1651                  EDEN PRAIRIE MN 55347-2862


KIR                                KONSTANTINO INC                     KAREN J DEKRO
6525 GUN PARK DR                   CO DAVID H WANDER ESQ               4226 HARRIET AVE S
SUITE 370-413                      DAVIDOFF HUTCHER  CITRON LLP        MINNEAPOLIS MN 55409-1836
BOULDER CO 80301-3346              605 THIRD AVE
                                   NEW YORK NY 10158-3499


KAREN MOODY                        KAREN QUIST                         KAREN TATE
2505 SKYBLUE CT                    3417 BRYANT AVE S                   6315 JAMES AVE
WHITE BEAR LAKE MN 55110-4770      MINNEAPOLIS MN 55408-4111           RICHFIELD MN 55423-1229


KATE MAYBERRY                      KATE WALLIN                         KATE WALTERS
PO BOX 15                          1950 GRANT ALCOVE                   18986 FIRETHORN PT
HAYWARD WI 54843-0015              EAGAN MN 55122-2458                 EDEN PRAIRIE MN 55347-2106
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KATHERINE REYNOLDS
23 HIGHVIEW TERRACE
BLOOMFIELD NJ 07003-3121

KATHY WINNICK
4680 OLD KENT ROAD
DEEPHAVEN MN 55331-9267

KELLI WENTZ
3641 422ND AVE S
MINNEAPOLIS MN 55406

KERI SMASAL
9607 CHICAGO AVE S
BLOOMINGTON MN 55420-4524

KEVIN DYBAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KEVIN DYBDAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KIM LEE
14350 ROBIN ROAD NE
PRIOR LAKE MN 55372-1292

KONSTANTINO
3315 N 124TH ST
SUITE N
BROOKFIELD WI 53005-3105

LDM COMPANY
4517 MINNETONKA BLVD
STE 300
MINNEAPOLIS MN 55416-5411

LAI CHING WOO
16965 GALLEON CIRCLE
ROSEMOUNT MN 55068-1993

LAPP LIBRA THOMSON
120 S 6TH ST
SUITE 2500
MINNEAPOLIS MN 55402-5155

LAUREN GJOVIG
1215 HILLCOURT
WILLISTON ND 58801

LAVENDER MEDIA INC
7701 YORK AVE S
SUITE 225
EDINA MN 55435-5884

LEDDEL DESIGNS
875 MARINERS ISLAND BLVD
104
SAN MATEO CA 94402

LETHERT SKWIRA SCHULTZ
170 E SEVENTH PLACE
SUITE 100
SAINT PAUL MN 55101-2361

LINDA GARETZ
6300 YORK AVE S
102
EDINA MN 55435-2287

LINDA R GARETZ
6300 YORK AVE S
102
EDINA MN 55435-2287

LINDA SCHILTZ
11957 TIFFANY LANE
EDEN PRAIRIE MN 55344-5384

LINDA STANDAGE
93846 VIKING WAY
STURGEON LAKE MN 55783-3534

LINDA THIELEN
11201 INDEPENDENCE AVE
CHAMPLIN MN 55316-3119

LINEA BAUSSAN
265 CESAR CHAVEZ ST
SAINT PAUL MN 55107-2352

LISA A ESTLOW
100 SHASTA CIR W
CHANHASSEN MN 55317-9470

LISA ERICKSON
3225 W 38TH ST
MINNEAPOLIS MN 55410-1158

LISA ESTLOW
100 SHASTA CIRCLE
CHANHASSEN MN 55317-9470

LORI SCHAAR
PO BOX 1125 CHANHASSEN
CHANHASSEN MN 55317-1125

LYNNE ASPNES
PO BOX 261
PETOSKEY MI 49770-0261

MARTHA EK BELTZ
1901 PENN AVE S
MPLS MN 55405-2210

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 19-40658    Doc 74    Filed 06/07/19    Entered 06/07/19 14:18:50    Desc Main
                Document      Page 12 of 16

| | | |
|---|---|---|
| MAD MONKEY MEDIA<br>PO BOX 302<br>SAINT MICHAEL MN 55376-0302 | MAGGIE HENJUM<br>3224 WEBSTER AVE<br>ST LOUIS PARK MN 55416-2131 | MARGARET BUCHANAN<br>5400 VERNON AVE S<br>5400 VERNON AVE S APT 301 MN 55436-2341 |
| MARGARET KENNEALLY<br>6220 W 34TH ST<br>1<br>ST LOUIS PARK MN 55416-2078 | MARGARET MACRAE<br>4940 DODD ROAD<br>SAINT PAUL MN 55123-2350 | MARGARET MARSH<br>526 COUNTY ROAD 9 SE<br>WILLMAR MN 56201-4749 |
| MARGARET THOMAS<br>267 WEAVER ST<br>MANKATO MN 56001-4664 | MARILYN J RUDD<br>141 EAST 105TH STREET CIR<br>MINNEAPOLIS MN 55420-5309 | MARILYN PALMER<br>1 RIVERCREST LANE<br>STILLWATER MN 55082-4258 |
| MARILYN AND BILL KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | MARLENE PAULEY<br>5700 DUNCAN LANE<br>EDINA MN 55436-1604 | MARSHA SHOTLEY<br>13928 21ST ST N<br>STILLWATER MN 55082-1502 |
| MARSHA UNTHANK<br>1014 W 53RD ST<br>MINNEAPOLIS MN 55419-1166 | MARTI BELTZ<br>1901 PENN AVE<br>MINNEAPOLIS MN 55405-2210 | MARY ANN CAMPO<br>510 W 53RD ST<br>MINNEAPOLIS MN 55419-1225 |
| MARY BARND<br>413 E 99TH ST<br>BLOOMINGTON MN 55420-4951 | MARY JANE HASCHIG<br>4909 STEEPLECHASE CT<br>EAGAN MN 55122-3046 | MARY JEANNE LEVITT<br>1999 WELLSLEY AVE<br>SAINT PAUL MN 55105-1619 |
| MARY SONNEN<br>5920 OSGOOD ST S<br>AFTON MN 55001-9679 | MAXINE JEFFRIS<br>6629 LOGAN AVE S<br>RICHFIELD MN 55423-2164 | MELANIE TSCHIDA<br>1134 IVY HILL DR<br>MENDOTA HEIGHTS MN 55118-1829 |
| MERYLL PAGE<br>2825 MONTERY PARKWAY<br>ST LOUIS PARK MN 55416-3959 | MICHAEL BONDANZA INC<br>10 EAST 36TH ST<br>NEW YORK NY 10016-3302 | MICHAEL HENDERSON<br>2783 WAGON WHEEL CURVE<br>CHASKA MN 55318-1580 |
| MIMI BAKER<br>3900 W 25TH ST<br>MINNEAPOLIS MN 55416-3865 | MINNEAPOLIS GEMOLOGICAL SERV<br>1316 LIBERTY COURT<br>NORTHFIELD MN 55057-2915 | MOORE CREATIVE TALENT<br>3130 EXCELSIOR BLVD<br>MINNEAPOLIS MN 55416-4667 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
NSP DBAXCEL ENERGY                  NAMBE                               NANCI KNOTT  CO
PO BOX 9477                         200 W DEVARGAS ST                   280 SHEFFIELD ST
MINNEAPOLIS MN 55484-0001           SUITE B                             MOUNTAINSIDE NJ 07092-2303
                                    SANTA FE NM 87501-2672


NANCY HEINERSCHEID                  NANCY MCDANIELS                     NANTAWAN LEWIS
3116 W LAKE ST                      1938 SHERIDAN AVE                   1225 LASALLE AVE
313                                 SAINT PAUL MN 55116-2657            2104
MINNEAPOLIS MN 55416-5258                                               MINNEAPOLIS MN 55403-2332


INTERNATIONAL                       NICOLE J PAULBICK                   ODELIA JEWELRY
NEW ITALIAN ART                     238 CRETIN AVE S                    62 W 47TH ST
VIA TRIESTE 615048                  2                                   SUITE 601
VALENZA ITALY                       SAINT PAUL MN 55105-1259            NEW YORK CITY NY 10036-3272


OSCAR HEYMAN  BROTHERS INC          PENELOPE  STEVEN RAKES              PARCEL PRO LLC
501 MADISON AVE                     6201 MILDRED AVE                    PO BOX 419398
NEW YORK CITY NY 10022-5676         EDINA MN 55436-2606                 BOSTON MA 02241-9398


PAT DAY                             PATRICIA EBBERT                     PAULA MURRAY
10632 UTICA ROAD                    3806 ABBOTT AVE S                   725 MINNESOTA STREET
BLOOMINGTON MN 55437-2854           MINNEAPOLIS MN 55410-1035           MONTICELLO MN 55362-5800


PAWNWORKS                           PLASTICREST PRODUCTS INC            PRECIOUS JEWELRY
1301 RIVERWOOD DR                   4519 W HARRISON ST                  PO BOX 5381
UNIT 1                              CHICAGO IL 60624-3099               NEW YORK NY 10185-5381
BURNSVILLE MN 55337-1547


REBECCA M BJORNSON                  REBECCA M BJORNSON                  RENEE LINDQUIST
5343 PORTLAND AVENUE SOUTH          5343 PORTLAND AVE                   8680 MAGNOLIA CT
MINNEAPOLIS MN 55417-1722           MINNEAPOLIS MN 55417-1722           212
                                                                        EDEN PRAIRIE MN 55344-6677


RICHARD DAHLIN                      RICHARD L DAHLIN                    RIO GRANDE
4652 BLUEBELL TRAIL N               4652 BLUEBELL TRAIL N               7500 BLUEWATER ROAD NW
MEDINA MN 55340-4573                MEDINA MN 55340-4573                ALBUQUERQUE NM 87121-1962


ROBERT C KLEIN  ASSOC               ROBERT J STRUYK TRUSTEE             ROBIN YOUNG
8900 PENN AVE S                     DORSEY  WHITNEY                     5124 NOLAN DRIVE
SUITE 101                           401 E EIGHTH ST SUITE 319           MINNETONKA MN 55343-8900
MINNEAPOLIS MN 55431-2099           SIOUX FALLS SD 57103-7031
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ROFFERS GROUP LLC                ROGER POMEROY                    RUTH A AND RAYMOND A REISTER
218 WASHINGON AVE N              8050 PENNSYLVANIA RD             CHARITABLE TR
SUITE 220                        BLOOMINGTON MN 55438-1135        401 E 8TH ST
MINNEAPOLIS MN 55401-2215                                         SUITE 319
                                                                  SIOUX FALLS SD 57103-7031


RUTH LORDAN                      S KASHI                          SARAH SIVRIGHT
6453 BARRIE ROAD                 175 GREAT NECK ROAD              5051 DREW AVE S
EDINA MN 55435-2301              SUITE 204                        MINNEAPOLIS MN 55410-2026
                                 GREAT NECK NY 11021-3313


SOMERSET MFG INC                 SUSAN BEISANG                    SALLY BRUTGER
36 GLEN COVE ROAD                4 FALCON LANE                    7314 PENN AVE S
ROSLYN HEIGHTS NY 11577-1703     NORTH OAKS MN 55127-6317         RICHFIELD MN 55423-2821


SALLY R BRUTGER                  SANDI CALVELAGE                  SARAH ROCKLER
7314 PENN AVE S                  10727 LINDAHL BLUFFS TRAIL       2950 DEAN PARKWAY APT 1901
RICHFIELD MN 55423-2821          BLOOMINGTON MN 55420-5652        MINNEAPOLIS MN 55416-4428


SCOTT BROWN                      SCOTT H RUDD                     SHARON CAREY
4132 VERNON AVE S                7300 GALLAGHER DRIVE             5237 16TH AVE S
STE 207                          APT 311                          MINNEAPOLIS MN 55417-1813
ST LOUIS PARK MN 55416-3193      EDINA MN 55435-3104


SHEILA HAGSTROM                  SIMON G                          SOFER JEWELRY LLC
10391 108TH PLACE N              528 STATE ST                     65 ROOSEVELT AVENUE
MAPLE GROVE MN 55369-2638        GLENDALE CA 91203-1524           SUITE 103A
                                                                  VALLEY STREAM NY 11581-1106


SOFER JEWELRY LLC                SOMERSET MANUFACTURING           SPARK CREATIONS INC
555 FIFTH AVE                    36 GLEN COVE ROAD                10 W 46TH ST
NEW YORK NY 10017-2416           EAST HILLS NY 11577-1703         NEW YORK NY 10036-4515


STACIE OLSON                     STAR TRIBUNE                     STARDUST DESIGN
5300 FARLEY AVE SE               650 3RD AVE S                    550 SOUTH HILL ST
DELANO MN 55328-8156             SUITE 1300                       SUITE 967
                                 MINNEAPOLIS MN 55488-0002        LOS ANGELES CA 90013-2429


STEVEN I HILSENRATH              STRINGING BY LUCY                SUSAN ENGELKING
65 ROOSEVELT AVENUE              8850 RIVER HEIGHTS WAY           565 EBEN COURT
SUITE 103A                       INVER GROVE HEIGHTS MN 55076-3478 STILLWATER MN 55082-3702
VALLEY STREAM NY 11581-1106
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 | SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 |
| SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 |
| TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |
| TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 |
| TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 |
| TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 |
| TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 |
| WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

WILLSON DECLARATION OF TRUST
CO WENDY LEGGE
4100 COFFMAN LANE
MINNEAPOLIS MN 55406-3644

YEDDA MARKS
4508 GARRISON LANE
EDINA MN 55424-1847

ZINA
470 BEVERLY DRIVE
BEVERLY HILLS CA 90212-4402


~~EXCLUDE~~

~~CHAD A KELSCH~~
~~KELSCH LAW FIRM PA~~
~~3350 ANNAPOLIS LANE N~~
~~STE C~~
~~PLYMOUTH MN 55447-5389~~

JOHN D LAMEY III
980 INWOOD AVENUE NORTH
OAKDALE MN 55128-6625

~~EXCLUDE~~

~~NAUNI JO MANTY~~
~~MANTY  ASSOCIATES PA~~
~~401 SECOND AVENUE NORTH~~
~~SUITE 400~~
~~MINNEAPOLIS MN 55401-2097~~


RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER  PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155