UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Scheherazade, Inc,

Debtor.

Chapter 7
Bankruptcy 19-40658

---

**NOTICE OF SETTLEMENT**

---

TO: THE UNITED STATES TRUSTEE, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

On July 5, 2019, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

Prior to the filing of the petition in this bankruptcy case, A.Glam, Inc. delivered items to the debtor to be sold in the ordinary course. Some such items were sold by A.Glam to the debtor (the "Invoiced Jewelry") and others were delivered on memo to be sold on consignment (the "Consigned Jewelry"). The trustee and A.Glam dispute whether the Consigned Jewelry is considered a consignment as defined by Article 9 of the Uniform Commercial Code, as adopted in Minnesota. If it is a consignment, the trustee argues she could avoid A.Glam's interest in the Consigned Jewelry since A.Glam did not perfect its interest by filing a UCC financing statement. The avoided interest would be preserved for the bankruptcy estate under 11 U.S.C. §§ 544, 547, 550, and 551. However, if A.Glam were to prevail on their argument that Article 9 does not apply, then common law applies and it would have all rights, title and interest to the Consigned Goods, which would not be subject to any claims of Scheherazade creditors.

To settle the dispute between the trustee and A.Glam and to settle the estate's interest in the Invoiced Jewelry and Consigned Jewelry, the trustee and A.Glam agree to the following:

The trustee shall sell the following items back to A.Glam for the sum of $7,970.00:

| | |
|---|---|
| 190-01238 | 0.90CT CUSHION GVS2 GIA 6183979392 |
| 190-01242 | 1.01 CT RB FSI1 GIA |
| | |
| 125-00050 | 18KTT 1.11 MIXED LINKED BRAC-DIAMONDS 114= 1.11TW |
| 125-00124 | 18KW 1.98CT EARRINGS DIAMOND 235=1.98TW |
| 125-00125 | 18K 1.35CT DOUBLE CIRCLE PENDANT DIAMONDS 67=1.35TW |
| 125-00183 | 18K 1.61TW DIAMOND SWIRL RING DIAMONDS 209=1.61TW |
| 125-00253 | 18KY 0.26TW MULTI STONE EARRINGS DIAMONDS 16=0.26TW |
| 150-03859 | 0.51CT 1/2 PAIR PLATINUM DIAMOND STUD EARRING |
| 150-03867 | 0.30CT 1/2 PAIR 14KW DIAMOND STUD EARRING |

In addition, the bankruptcy estate sold the following items during the store-closing sale and the trustee shall keep the proceeds for the bankruptcy estate:

Item 125-00244    18K 1.05TW CENTER 0.79TW, ROUND 0.26TW DIAMONDS CENTER 9=0.79TW
Item 129572      0.84ctw Diamond Studs
Item 129564      1.11ctw Diamond Studs

Finally, the trustee was advised that certain A.Glam jewelry was missing prior to the petition date. If the trustee recovers any A.Glam Consigned Jewelry or Invoiced Jewelry that was missing as of the petition date, it shall also be estate property. The trustee believes this settlement is in the best interest of the bankruptcy estate as the cost to litigate the consignment issue would likely offset the recovery to the estate.

## OBJECTION: MOTION: HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Nauni Manty, Trustee |
| United States Bankruptcy Court | 1015 U.S. Courthouse | 401 2nd Ave N, Ste 400 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55401 |
| 301 U.S. Courthouse | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: June 12, 2019

By:/e/ Nauni Manty
Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 6/12/2019, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/12/2019

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates
401 Second Avenue North #400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 6/12/2019, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/12/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates
401 Second Avenue North #400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL NOTICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 19-40658<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>WED JUN 12 11-09-02 CDT 2019 | BHM CAPITAL LLC<br>785 WESTON RIDGE PARKWAY<br>CHASKA MN 55318-1202 | EATON HUDSON INC<br>3015 DUNES W BLVD<br>STE 201<br>MOUNT PLEASANT SC 29466-8218 |
| GALLERIA SHOPPING CENTER LLC<br>CO FAEGRE BAKER DANIELS LLP<br>ATTN- COLIN DOUGHERTY<br>90 SOUTH 7TH ST STE 2200<br>MINNEAPOLIS MN 55402-3924 | GEMCO INTERNATIONAL INC<br>1660 HIGHWAY 100 S STE 578<br>ST LOUIS PARK MN 55416-1566 | K TAKAHASHI CO INC<br>250 E 54TH ST APT 12D<br>NEW YORK NY 10022-4812 |
| LDM COMPANY<br>SUITE 300<br>4517 MINNETONKA BLVD<br>ST LOUIS PARK MN 55416 UNITED STATES<br>55416-5411 | MICHAEL BONDANZA INC<br>CO MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK NY 10022-4731 | DEBTOR<br>SCHEHERAZADE INC<br>3181 WEST 69TH STREET<br>EDINA MN 55435 |
| WELLS FARGO VENDOR FINANCIAL SERV LLC<br>FKA G<br>CO A RICOH USA PROGRAM FDBA IKON FINANC<br>PO BOX 13708<br>MACON GA 31208-3708 | ~~EXCLUDE~~<br>~~MINNEAPOLIS~~<br>~~301 US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415-1320~~ | 6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 |
| AGLAM INC<br>2409 FROSTED GREEN LANE<br>PLANO TX 75025-6440 | AGLAM INC<br>4651 LOUIS AVE<br>LOS ANGELES CA 91316-3924 | ATT<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 |
| ABBOT JEWELRY SYSTEMS INC<br>3 CORPORATE DRIVE<br>SUITE 215<br>SHELTON CT 06484-6252 | ADAM ALTMAN<br>901 NORTH THIRD STREET SUITE 140<br>MINNEAPOLIS MN 55401-1169 | ALICIA SCHAAL<br>2919 BUCHANAN STREET NE<br>MINNEAPOLIS MN 55418-2208 |
| ALLIE HAFEZ<br>PO BOX 270534<br>MINNEAPOLIS MN 55427-6534 | AMANDA MORAN<br>7206 STEWART DRIVE<br>EDEN PRAIRIE MN 55346-3248 | AMDEN JEWELRY<br>550 S HILL ST<br>SUITE 950<br>LOS ANGELES CA 90013-2429 |
| AMDEN JEWELRY INC<br>550 S HILL ST SUITE950<br>LOS ANGELES CA 90013-2429 | AMENTA<br>106901 S SAM HOUSTON PARKWAY<br>SUITE 100<br>HOUSTON TX 77071 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMERICAN GEM SOCIETY<br>8881 W SAHARA AVE<br>LAS VEGAS NV 89117-5865 | AMY ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ANDREA REISS
8325 LABONT WAY
EDEN PRAIRIE MN 55344-4425

ANDREW A GREEN
COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS MN 55120-1363

ANN BROSCIOUS
4523 SHORELINE DRIVE
SPRING PARK MN 55384-9755

ANNA FIESER
1002 VIRGINIA ST
SAINT PAUL MN 55117-5136

ASSAEL INC
589 5TH AVE
1154
NEW YORK NY 10017-4711

BEVERLY DANN
100 3RD AVE S
APT 2602
MINNEAPOLIS MN 55401-2722

BHM CAPITAL LLC
MESSERLI   KRAMER PA
JOSEPH W LAWVER
100 S FIFTH STREET 1400 FIFTH STREET T
MINNEAPOLIS MN 55402

BARBARA A WEST
17112 SANDY LANE
MINNETONKA MN 55345-3353

BARBARA ANN WEST
17112 SANDY LANE
MINNETONKA MN 55345-3353

BARBARA HAMILTON SUSTAD
10618 SANOMA RIDGE
EDEN PRAIRIE MN 55347-1169

BARBARA TISEHART
1095 NENA COURT
STILLWATER MN 55082-4592

BARCLAY MASTER CARD
PO BOX 13337
PHILADELPHIA PA 19101-3337

BECKY CANTLEBERRY
34346 45TH AVE
MOTLEY MN 56466-2423

BENY SOFER
555 FIFTH AVE
NEW YORK NY 10017-2416

BENY SOFER INC
65 ROOSEVELT AVENUE
SUITE 103A
VALLEY STREAM NY 11581-1106

BERNICK  LIFSON PA
5500 WAYZATA BLVD
SUITE 1200
MINNEAPOLIS MN 55416-1251

BEST BUY VISA
PO BOX 78009
PHOENIX AZ 85062-8009

BETSY BOND
3517 FEDERAL DR 303
EAGAN MN 55122-1374

BETSY BOND
3517 FEDERAL DRIVE
SAINT PAUL MN 55122-3509

BEVERLY DANN
2701 N OCEAN BLVD
UNIT E301
BOCA RATON FL 33431-7015

BLUE MOON PACKAGING
PO BOX 24726
JACKSONVILLE FL 32241-4726

BREMER BANK
6900 FRANCE AVE S
EDINA MN 55435-2002

BRINKS
PO BOX 677444
DALLAS TX 75267-7444

BRINKS GLOBAL SERVICES USA INC
580 5TH AVENUE
SUITE 400
NEW YORK CITY NY 10036-4725

BRUCE CUMMINGS
4012 LORD LYON DR
GIBSONIA PA 15044-9722

CARLA CORPORATION
33 SUTTON AVE
EAST PROVIDENCE RI 02914-3400

CAROLINE BANKS
4271 SHERIDAN AVE SOUTH APT 408
MINNEAPOLIS MN 55410-1624

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CATHERINE SCHURMAN              CHERIE Y ZACHARY                CUSTOM BUSINESS FORMS
18117 VALLEY VIEW ROAD          10223 UPTON PLACE               210 EDGE PLACE NE
EDEN PRAIRIE MN 55346-4128      BLOOMINGTON MN 55431-2879       MPLS MN 55418-1153


CYNTHIA WIZNER                  CAMILLA CARLSON                 CAPITAL ONE
8970 HILLOWAY ROAD              25440 SMITHTOWN ROAD            PO BOX 6492
EDEN PRAIRIE MN 55347-2425      SHOREWOOD MN 55331-8443         CAROL STREAM IL 60197-6492


CAPITAL ONE BANK USA NA         CARLA CORPORATION               CAROL J PETERSON
BY AMERICAN INFOSOURCE AS AGENT PO BOX 14192                    3146B FARNUM DR
PO BOX 71083                    EAST PROVIDENCE RI 02914-0192   EAGAN MN 55121-1921
CHARLOTTE NC 28272-1083


CAROL SCHUETTE                  CAROLINE BASSETT                CARRIE BELL
13230 KERRY LANE                4042 ABBOT AVE S                17038 SADDLE WOOD
EDEN PRAIRIE MN 55346-3140      MINNEAPOLIS MN 55410-1001       MINNETONKA MN 55345-2680


CATHERINE R KRUSE               CATHERINE ZIMBA                 CATHY KRUSE
7692 SOUTH BAY DRIVE            5454 MAYVIEW ROAD               7692 SOUTH BAY DRIVE
BLOOMINGTON MN 55438-2900       MINNETONKA MN 55345-5935        BLOOMINGTON MN 55438-2900


CATIE SCHUMAN                   CENTRAL TELEPHONE SALES   SERV  CHARLOTTE OHANLON
29228 VALLEY VIEW ROAD          12857 INDUSTRIAL PARK BLVD      826 9TH STREET NW
EDEN PRAIRIE MN 55346           MINNEAPOLIS MN 55441-3910       ROCHESTER MN 55901-2660


CHASE                           CHERIE ZACHARY                  CINDY WIZNER
CARDMEMBER SERVICE              10223 UPTON PLACE               8970 HOLLOWAY ROAD
PO BOX 6294                     BLOOMINGTON MN 55431-2879       EDEN PRAIRIE MN 55347-2425
CAROL STREAM IL 60197-6294


CITY PAGES                      CLAIRE WHITE                    CONNOISSEURS CORP
PO BOX 790445                   543 SAXONY COURT                17 PRESIDENTIAL WAY
SAINT LOUIS MO 63179-0445       CHASKA MN 55318-1471            WOBURN MA 01801-1040


CORPORATE FOUR INSURANCE        CORRIN ROBINSON                 CULLIGAN
7220 METRO BLVD                 249 6TH ST NE                   DEPT 8511
EDINA MN 55439-2133             MINNEAPOLIS MN 55413-4202       PO BOX 77043
                                                                MINNEAPOLIS MN 55480-7743
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD  5<br>ST LOUIS PARK MN 55426-4806 |
| DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 |
| DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 | DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 |
| DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 | DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 |
| DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 | EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 |
| ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 | ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 | ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 |
| EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 | ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 |
| FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 | FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 |
| FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2614 | GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GAIL BERMAN
11915 ST ALBANS HOLLOW DR
MINNETONKA MN 55305-3983

GALLERIA SHOPPING CENTER LLC
62810 COLLECTION CENTER DRIVE
CHICAGO IL 60693-6281

GAYLE MEYER
8001 33RD AVE S
D468
BLOOMINGTON MN 55425-4639

GEMCO
1660 SOUTH HIGHWAY100
SUITE 578
ST LOUIS PARK MN 55416-1566

GEMS ONE CORPORATION
16 WEST 46TH STREET
NEW YORK NY 10036-4503

GREGG EGGINTON
18327 NICKLAUS WAY
EDEN PRAIRIE MN 55347-3440

GRETCHEN COHENOUR
609 W 77TH ST
WINONA MN 55987

HAMILTON USA
PO BOX 72476161
PHILADELPHIA PA 19170-6161

HANSEN CUSTOM JEWELERS
6440 FLYING CLOUD DR
115
EDEN PRAIRIE MN 55344-3321

HARVEY WEISS
11988 PENDLETON COURT
EDEN PRAIRIE MN 55347-4945

HELEN WINDER
6533 PAMELL AVE
EDINA MN 55435

I REISS
45 NORTH STATION PLAZA
SUITE 406
GREAT NECK NY 11021-5011

IREISS CO INC
45 N STATION PLAZA
SUITE 406
GREAT NECK NY 11021-5011

IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821

INDOFF INC
PO BOX 842808
KANSAS CITY MO 64184-2808

JEAN JOHNSON
9332 80TH AVE SW
STEWARTVILLE MN 55976-8207

JOLEEN M MOEN
790 WOODLAND DRIVE SE
FOREST LAKE MN 55025-1622

JORDAN ALAN LARSEN
504 SOUTH 7TH ST
OLIVIA MN 56277-1582

JOSEPH YURECKO
JOE YURECKO
315 CLOVERLEAF DR
GOLDEN VALLEY MN 55422-5106

JOSEPH YUREKO
315 CLOVER LEAF DRIVE
GOLDEN VALLEY MN 55422-5106

JUDITH H FREEBERG
8624 PINE HILL ROAD
BLOOMINGTON MN 55438-1340

JACKIE GOLDARIS
5701 WYCLIFFE ROAD
EDINA MN 55436-2264

JAMES CONWAY
4075 W 51ST ST
209
EDINA MN 55424-1410

JANET DOUGLAS
5513 COUNTRYSIDE ROAD
EDINA MN 55436-2503

JANET POKORNY
20329 ISLANDVIEW CIRCLE
LAKEVILLE MN 55044-4921

JAYNE KENNELLY
14207 GLEN LAKE DR
MINNETONKA MN 55345-4978

JEANNE KENADY
3964 PRINCETON AVE
ST LOUIS PARK MN 55416-3019

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JEFF YURECKO                         JEFFREY C ROBBINS ESQ                JENNELLE R GOODRIE
4532 RUTLEDGE AVE                    AVISEN                               10500 VIRGINIA CIR
EDINA MN 55436-1419                  901 MARQUETTE AVE SUITE 1675         BLOOMINGTON MN 55438-2022
                                     MINNEAPOLIS MN 55402-3275


JENNIFER SIMON                       JESSICA DANLER                       JESSICA POTTS
3209 GALLERIA                        14850 GILLASPIE RD                   320 EAST 152ND ST
1701                                 WAMEGO KS 66547-9343                 BURNSVILLE MN 55306-5008
EDINA MN 55435-2556


JEWELERS MUTUAL INSURANCE            JEWELERS SERVICE CO INC              JEWELRY WORKS LLC
25804 NETWORK PLACE                  1300 GODWARD ST NE                   2502 HILLSBORO AVE N
CHICAGO IL 60673-1258                MINNEAPOLIS MN 55413-1741            GOLDEN VALLEY MN 55427-3107


JO MUNDY                             JODY HARDER                          JOLEEN MOEN
5500 GROVE STREET                    2800 BAILEY COURT                    790 WOODLAND DR SE
EDINA MN 55436-2212                  NEWPORT MN 55055-4500                FOREST LAKE MN 55025-1622


JOYCE SWANSON                        JULIA JEVNICK                        JULIE JEVNICK
249 INTERLACHEN ROAD                 3508 IVY PLACE                       9487 MCGEE WAY
HOPKINS MN 55343-8525                WAYZATA MN 55391-9746                EDEN PRAIRIE MN 55347-3494


KAREN M TATE                         KATHLEEN DEYOUNG                     KELLI M DALY
6315 JAMES AVENUE SOUTH              5224 KNOX S                          5520 GIRARD AVE S
RICHFIELD MN 55423-1229              MPLS MN 55419-1042                   MPLS MN 55419-1651


KENNETH J ROBINSON                   KIR                                  KONSTANTINO INC
11383 ENTREVAUX DRIVE                6525 GUN PARK DR                     CO DAVID H WANDER ESQ
EDEN PRAIRIE MN 55347-2862           SUITE 370-413                        DAVIDOFF HUTCHER   CITRON LLP
                                     BOULDER CO 80301-3346                605 THIRD AVE
                                                                          NEW YORK NY 10158-3499


KAREN J DEKRO                        KAREN MOODY                          KAREN QUIST
4226 HARRIET AVE S                   2505 SKYBLUE CT                      3417 BRYANT AVE S
MINNEAPOLIS MN 55409 1836            WHITE BEAR LAKE MN 55110-4770        MINNEAPOLIS MN 55408-4111


KAREN TATE                           KATE MAYBERRY                        KATE WALLIN
6315 JAMES AVE                       PO BOX 15                            1950 GRANT ALCOVE
RICHFIELD MN 55423-1229              HAYWARD WI 54843-0015                EAGAN MN 55122-2458
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KATE WALTERS                        KATHERINE REYNOLDS                  KATHY WINNICK
18986 FIRETHORN PT                  23 HIGHVIEW TERRACE                 4680 OLD KENT ROAD
EDEN PRAIRIE MN 55347-2106          BLOOMFIELD NJ 07003-3121            DEEPHAVEN MN 55331-9267




KELLI WENTZ                         KERI SMASAL                         KEVIN DYBAL
3641 422ND AVE S                    9607 CHICAGO AVE S                  793 HAVENVIEW CT
MINNEAPOLIS MN 55406                BLOOMINGTON MN 55420-4524           MENDOTA HEIGHTS MN 55120-1800




KEVIN DYBDAL                        KIM LEE                             KONSTANTINO
793 HAVENVIEW CT                    14350 ROBIN ROAD NE                 3315 N 124TH ST
MENDOTA HEIGHTS MN 55120-1800       PRIOR LAKE MN 55372-1292            SUITE N
                                                                        BROOKFIELD WI 53005-3105




LDM COMPANY                         LAI CHING WOO                       LAPP LIBRA THOMSON
4517 MINNETONKA BLVD                16965 GALLEON CIRCLE                120 S 6TH ST
STE 300                             ROSEMOUNT MN 55068-1993             SUITE 2500
MINNEAPOLIS MN 55416-5411                                               MINNEAPOLIS MN 55402-5155




LAUREN GJOVIG                       LAVENDER MEDIA INC                  LEDDEL DESIGNS
1215 HILLCOURT                      7701 YORK AVE S                     875 MARINERS ISLAND BLVD
WILLISTON ND 58801                  SUITE 225                           104
                                    EDINA MN 55435-5884                 SAN MATEO CA 94402




LETHERT SKWIRA SCHULTZ              LINDA GARETZ                        LINDA R GARETZ
170 E SEVENTH PLACE                 6300 YORK AVE S                     6300 YORK AVE S
SUITE 100                           102                                 102
SAINT PAUL MN 55101-2361            EDINA MN 55435-2287                 EDINA MN 55435-2287




LINDA SCHILTZ                       LINDA STANDAGE                      LINDA THIELEN
11957 TIFFANY LANE                  93846 VIKING WAY                    11201 INDEPENDENCE AVE
EDEN PRAIRIE MN 55344-5384          STURGEON LAKE MN 55783-3534         CHAMPLIN MN 55316-3119




LINEA BAUSSAN                       LISA A ESTLOW                       LISA ERICKSON
265 CESAR CHAVEZ ST                 100 SHASTA CIR W                    3225 W 38TH ST
SAINT PAUL MN 55107-2352            CHANHASSEN MN 55317-9470            MINNEAPOLIS MN 55410-1158




LISA ESTLOW                         LORI SCHAAR                         LYNNE ASPNES
100 SHASTA CIRCLE                   PO BOX 1125 CHANHASSEN              PO BOX 261
CHANHASSEN MN 55317-9470            CHANHASSEN MN 55317-1125            PETOSKEY MI 49770-0261
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MARTHA EK BELTZ                    MINNEAPOLIS GEMOLOGICAL SERVICES    MAD MONKEY MEDIA
1901 PENN AVE S                    CO CARL WEIMER                      PO BOX 302
MPLS MN 55405-2210                 1316 LIBERTY CT                     SAINT MICHAEL MN 55376-0302
                                   NORTHFIELD MN 55057-2915

MAGGIE HENJUM                      MARGARET BUCHANAN                   MARGARET KENNEALLY
3224 WEBSTER AVE                   5400 VERNON AVE S                   6220 W 34TH ST
ST LOUIS PARK MN 55416-2131        5400 VERNON AVE S APT 301 MN 55436  1
                                   -2341                               ST LOUIS PARK MN 55416-2078

MARGARET MACRAE                    MARGARET MARSH                      MARGARET THOMAS
4940 DODD ROAD                     526 COUNTY ROAD 9 SE                267 WEAVER ST
SAINT PAUL MN 55123-2350           WILLMAR MN 56201-4749               MANKATO MN 56001-4664

MARILYN J RUDD                     MARILYN PALMER                      MARILYN AND BILL KUEHL
141 EAST 105TH STREET CIR          1 RIVERCREST LANE                   1524 CREEK LANE
MINNEAPOLIS MN 55420-5309          STILLWATER MN 55082-4258            NORTHFIELD MN 55057-3403

MARLENE PAULEY                     MARSHA SHOTLEY                      MARSHA UNTHANK
5700 DUNCAN LANE                   13928 21ST ST N                     1014 W 53RD ST
EDINA MN 55436-1604                STILLWATER MN 55082-1502            MINNEAPOLIS MN 55419-1166

MARTI BELTZ                        MARY ANN CAMPO                      MARY BARND
1901 PENN AVE                      510 W 53RD ST                       413 E 99TH ST
MINNEAPOLIS MN 55405-2210          MINNEAPOLIS MN 55419-1225           BLOOMINGTON MN 55420-4951

MARY JANE HASCHIG                  MARY JEANNE LEVITT                  MARY SONNEN
4909 STEEPLECHASE CT               1999 WELLSLEY AVE                   5920 OSGOOD ST S
EAGAN MN 55122-3046                SAINT PAUL MN 55105-1619            AFTON MN 55001-9679

MAXINE JEFFRIS                     MELANIE TSCHIDA                     MERYLL PAGE
6629 LOGAN AVE S                   1134 IVY HILL DR                    2825 MONTERY PARKWAY
RICHFIELD MN 55423-2164            MENDOTA HEIGHTS MN 55118-1829       ST LOUIS PARK MN 55416-3959

MICHAEL BONDANZA INC               MICHAEL HENDERSON                   MIMI BAKER
10 EAST 36TH ST                    2783 WAGON WHEEL CURVE              3900 W 25TH ST
NEW YORK NY 10016-3302             CHASKA MN 55318-1580                MINNEAPOLIS MN 55416-3865
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MINNEAPOLIS GEMOLOGICAL SERV        MOORE CREATIVE TALENT              NSP DBAXCEL ENERGY
1316 LIBERTY COURT                  3130 EXCELSIOR BLVD                PO BOX 9477
NORTHFIELD MN 55057-2915            MINNEAPOLIS MN 55416-4667          MINNEAPOLIS MN 55484-0001


NAMBE                               NANCI KNOTT  CO                    NANCY HEINERSCHEID
200 W DEVARGAS ST                   280 SHEFFIELD ST                   3116 W LAKE ST
SUITE B                             MOUNTAINSIDE NJ 07092-2303         313
SANTA FE NM 87501-2672                                                 MINNEAPOLIS MN 55416-5258


NANCY MCDANIELS                     NANTAWAN LEWIS                     INTERNATIONAL
1938 SHERIDAN AVE                   1225 LASALLE AVE                   NEW ITALIAN ART
SAINT PAUL MN 55116-2657            2104                               VIA TRIESTE 615048
                                    MINNEAPOLIS MN 55403-2332          VALENZA ITALY


NICOLE J PAULBICK                   ODELIA JEWELRY                     OSCAR HEYMAN  BROTHERS INC
238 CRETIN AVE S                    62 W 47TH ST                       501 MADISON AVE
2                                   SUITE 601                          NEW YORK CITY NY 10022-5676
SAINT PAUL MN 55105-1259            NEW YORK CITY NY 10036-3272


PENELOPE  STEVEN RAKES              PARCEL PRO LLC                     PAT DAY
6201 MILDRED AVE                    PO BOX 419398                      10632 UTICA ROAD
EDINA MN 55436-2606                 BOSTON MA 02241-9398               BLOOMINGTON MN 55437-2854


PATRICIA EBBERT                     PAULA MURRAY                       PAWNWORKS
3806 ABBOTT AVE S                   725 MINNESOTA STREET               1301 RIVERWOOD DR
MINNEAPOLIS MN 55410-1035           MONTICELLO MN 55362-5800           UNIT 1
                                                                       BURNSVILLE MN 55337-1547


PLASTICREST PRODUCTS INC            PRECIOUS JEWELRY                   REBECCA M BJORNSON
4519 W HARRISON ST                  PO BOX 5381                        5343 PORTLAND AVENUE SOUTH
CHICAGO IL 60624-3099               NEW YORK NY 10185-5381             MINNEAPOLIS MN 55417-1722


REBECCA M BJORNSON                  RENEE LINDQUIST                    RICHARD DAHLIN
5343 PORTLAND AVE                   8680 MAGNOLIA CT                   4652 BLUEBELL TRAIL N
MINNEAPOLIS MN 55417-1722           212                                MEDINA MN 55340-4573
                                    EDEN PRAIRIE MN 55344-6677


RICHARD L DAHLIN                    RIO GRANDE                         ROBERT C KLEIN  ASSOC
4652 BLUEBELL TRAIL N               7500 BLUEWATER ROAD NW             8900 PENN AVE S
MEDINA MN 55340-4573                ALBUQUERQUE NM 87121-1962          SUITE 101
                                                                       MINNEAPOLIS MN 55431-2099
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROBERT J STRUYK TRUSTEE<br>DORSEY WHITNEY<br>401 E EIGHTH ST SUITE 319<br>SIOUX FALLS SD 57103-7031 | ROBIN YOUNG<br>5124 NOLAN DRIVE<br>MINNETONKA MN 55343-8900 | ROFFERS GROUP LLC<br>218 WASHINGON AVE N<br>SUITE 220<br>MINNEAPOLIS MN 55401-2215 |
| ROGER POMEROY<br>8050 PENNSYLVANIA RD<br>BLOOMINGTON MN 55438-1135 | RUTH A AND RAYMOND A REISTER<br>CHARITABLE TR<br>401 E 8TH ST<br>SUITE 319<br>SIOUX FALLS SD 57103-7031 | RUTH LORDAN<br>6453 BARRIE ROAD<br>EDINA MN 55435-2301 |
| S KASHI<br>175 GREAT NECK ROAD<br>SUITE 204<br>GREAT NECK NY 11021-3313 | SARAH SIVRIGHT<br>5051 DREW AVE S<br>MINNEAPOLIS MN 55410-2026 | SCOTT A HOLDAHL<br>705 E 57TH ST<br>MINNEAPOLIS MN 55417-2424 |
| SOMERSET MFG INC<br>36 GLEN COVE ROAD<br>ROSLYN HEIGHTS NY 11577-1703 | SUSAN BEISANG<br>4 FALCON LANE<br>NORTH OAKS MN 55127-6317 | SALLY BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 |
| SALLY R BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SANDI CALVELAGE<br>10727 LINDAHL BLUFFS TRAIL<br>BLOOMINGTON MN 55420-5652 | SARAH ROCKLER<br>2950 DEAN PARKWAY APT 1901<br>MINNEAPOLIS MN 55416-4428 |
| SCOTT BROWN<br>4132 VERNON AVE S<br>STE 207<br>ST LOUIS PARK MN 55416-3193 | SCOTT H RUDD<br>7300 GALLAGHER DRIVE<br>APT 311<br>EDINA MN 55435-3104 | SHARON CAREY<br>5237 16TH AVE S<br>MINNEAPOLIS MN 55417-1813 |
| SHEILA HAGSTROM<br>10391 108TH PLACE N<br>MAPLE GROVE MN 55369-2638 | SIMON G<br>528 STATE ST<br>GLENDALE CA 91203-1524 | SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 | SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 |
| STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 | STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 | STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 | SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 |
| SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 | SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 |
| SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 |
| TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |
| TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 |
| TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 |
| TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 |
| TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 | ZINA<br>470 BEVERLY DRIVE<br>BEVERLY HILLS CA 90212-4402 |
| ~~EXCLUDE~~<br>~~CHAD A KELSCH~~<br>~~KELSCH LAW FIRM PA~~<br>~~3350 ANNAPOLIS LANE N~~<br>~~STE C~~<br>~~PLYMOUTH MN 55447-5309~~ | JOHN D LAMEY III<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | ~~EXCLUDE~~<br>~~NAUNI JO MANTY~~<br>~~MANTY  ASSOCIATES PA~~<br>~~401 SECOND AVENUE NORTH~~<br>~~SUITE 400~~<br>~~MINNEAPOLIS MN 55401-2097~~ |
| RALPH V MITCHELL<br>LAPP LIBRA THOMSON STOEBNER  PUSCH<br>120 SOUTH 6TH STREET SUITE 2500<br>MINNEAPOLIS MN 55402-5155 | | |