## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re:<br><br>Scheherazade Inc,<br><br>                Debtor. | Case No. 19-40658<br><br>Chapter 7 |

**Order**

This case is before the Court on the motion of LDM Company for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED:**

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the Collateral and Consigned Commercial Jewelry referenced in LDM Company's motion for relief from the automatic stay.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Date: June 13, 2019

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/13/2019*
Lori Vosejpka, Clerk, by LH