UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,                                       BKY 19-40658

Debtor.

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Bremer Bank, National Association, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

IT IS ORDERED:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated to allow Bremer Bank to offset prepetition amounts owed to the debtor and held in the Bremer Bank accounts, against the prepetition amount of $18,696.05 that the debtor owes to Bremer Bank.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: June 13, 2019

                                            /e/ Kathleen H. Sanberg
                                            CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/13/2019*
Lori Vosejpka, Clerk, by LH