UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Chapter 7
Bankruptcy 19-40658

Debtor.

### NOTICE OF ABONDONMENT ON SHORTENED NOTICE

TO:   The United States Trustee, all creditors, and other parties in interest:

On Monday, June 24, 2019, or as soon thereafter as the transaction may be completed, the trustee of the estate will abandon the property of the estate as follows:

The trustee will abandon old books and records of the debtor prior to 2017. The trustee has gathered books and records that are or may be necessary in the administration of the debtor's bankruptcy estate. However, there are older records in the office and the store at the Galleria that are unnecessary for the administration of the estate. The trustee and the landlord have agreed that the trustee will be out of the leased premises on or before June 30, 2019, so it can retake possession of the property. As such, the trustee will destroy the older books and records before June 30, 2019. She intends to have Shred-it destroy the documents as they may contain sensitive customer or other sensitive, protected information. Shortened notice of the abandonment is necessary due to the fact that the debtor's premises must be returned to the landlord at the end of June 2019.

### OBJECTION: MOTION: HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Nauni Manty, Trustee |
| United States Bankruptcy Court | 1015 U.S. Courthouse | 401 2nd Ave N, Ste 400 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55401 |
| 301 U.S. Courthouse | Minneapolis, MN 55415 | |
| Minneapolis, MN  55415 | | |

Dated: June 17, 2019                                    By:/e/ Nauni Manty
                                                                     Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 6/17/2019, I did cause a copy of the following documents, described below,

Notice of Abandonment on Shortened Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2019

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates
401 Second Avenue North #400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 6/17/2019, a copy of the following documents, described below,

Notice of Abandonment on Shortened Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2019

_/s/ Jay S. Jump_
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates
401 Second Avenue North #400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                          BHM CAPITAL LLC                    EATON HUDSON INC
 LABEL MATRIX FOR LOCAL NOTICING   785 WESTON RIDGE PARKWAY           3015 DUNES W BLVD
08644                              CHASKA MN 55318-1202               STE 201
CASE 19-40658                                                         MOUNT PLEASANT SC 29466-8218
DISTRICT OF MINNESOTA
MINNEAPOLIS
MON JUN 17 13-29-52 CDT 2019


GALLERIA SHOPPING CENTER LLC       GEMCO INTERNATIONAL INC            K TAKAHASHI  CO INC
CO FAEGRE BAKER DANIELS LLP        1660 HIGHWAY 100 S STE 578         250 E 54TH ST APT 12D
ATTN- COLIN DOUGHERTY              ST LOUIS PARK MN 55416-1566        NEW YORK NY 10022-4812
90 SOUTH 7TH ST STE 2200
MINNEAPOLIS MN 55402-3924




LDM COMPANY                        MICHAEL BONDANZA INC               DEBTOR
SUITE 300                          CO MORRISON COHEN LLP              SCHEHERAZADE INC
4517 MINNETONKA BLVD               909 THIRD AVENUE                   3181 WEST 69TH STREET
ST LOUIS PARK MN 55416             NEW YORK NY 10022-4731             EDINA MN 55435




WELLS FARGO VENDOR FINANCIAL SERV LLC    EXCLUDE                      6300 YORK AVE S
FKA G                                    MINNEAPOLIS                  102
CO A RICOH USA PROGRAM FDBA IKON         301 US COURTHOUSE            EDINA MN 55435-2287
FINANC                                   300 SOUTH FOURTH STREET
PO BOX 13708                             MINNEAPOLIS MN 55415-1320
MACON GA 31208-3708




AGLAM INC                          AGLAM INC                          AMY HAN
2409 FROSTED GREEN LANE            4651 LOUIS AVE                     249 1ST AVE SOUTH
PLANO TX 75025-6440                LOS ANGELES CA 91316-3924          SOUTH ST PAUL MN 55075-2302




ATT                                ABBOT JEWELRY SYSTEMS INC          ADAM ALTMAN
PO BOX 6416                        3 CORPORATE DRIVE                  901 NORTH THIRD STREET SUITE 140
CAROL STREAM IL 60197-6416         SUITE 215                          MINNEAPOLIS MN 55401-1169
                                   SHELTON CT 06484-6252




ALICIA SCHAAL                      ALLIE HAFEZ                        AMANDA MORAN
2919 BUCHANAN STREET NE            PO BOX 270534                      7206 STEWART DRIVE
MINNEAPOLIS MN 55418-2208          MINNEAPOLIS MN 55427-6534          EDEN PRAIRIE MN 55346-3248




AMDEN JEWELRY                      AMDEN JEWELRY INC                  AMENTA
550 S HILL ST                      550 S HILL ST SUITE950             106901 S SAM HOUSTON PARKWAY
SUITE 950                          LOS ANGELES CA 90013-2429          SUITE 100
LOS ANGELES CA 90013-2429                                             HOUSTON TX 77071




AMERICAN EXPRESS NATIONAL BANK     AMERICAN GEM SOCIETY               AMY ANDERSON
CO BECKET AND LEE LLP              8881 W SAHARA AVE                  5725 36TH AVE S
PO BOX 3001                        LAS VEGAS NV 89117-5865            MINNEAPOLIS MN 55417-2907
MALVERN PA 19355-0701
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
AMY J ANDERSON                          ANDREA REISS                            ANDREW A GREEN
5725 36TH AVE S                         8325 LABONT WAY                         COTTRELL GREEN PA
MINNEAPOLIS MN 55417-2907               EDEN PRAIRIE MN 55344-4425              2287 WATERS DR
                                                                                MENDOTA HEIGHTS MN 55120-1363


ANN BROSCIOUS                           ANNA FIESER                             ASSAEL INC
4523 SHORELINE DRIVE                    1002 VIRGINIA ST                        589 5TH AVE
SPRING PARK MN 55384-9755               SAINT PAUL MN 55117-5136                1154
                                                                                NEW YORK NY 10017-4711


BEVERLY DANN                            BHM CAPITAL LLC                         BARBARA A WEST
100 3RD AVE S                           MESSERLI   KRAMER PA                    17112 SANDY LANE
APT 2602                                JOSEPH W LAWVER                         MINNETONKA MN 55345-3353
MINNEAPOLIS MN 55401-2722               100 S FIFTH STREET 1400 FIFTH STREET T
                                        MINNEAPOLIS MN 55402


BARBARA ANN WEST                        BARBARA HAMILTON SUSTAD                 BARBARA TISEHART
17112 SANDY LANE                        10618 SANOMA RIDGE                      1095 NENA COURT
MINNETONKA MN 55345-3353                EDEN PRAIRIE MN 55347-1169              STILLWATER MN 55082-4592


BARCLAY MASTER CARD                     BECKY CANTLEBERRY                       BENY SOFER
PO BOX 13337                            34346 45TH AVE                          555 FIFTH AVE
PHILADELPHIA PA 19101-3337              MOTLEY MN 56466-2423                    NEW YORK NY 10017-2416


BENY SOFER INC                          BERNICK  LIFSON PA                      BEST BUY VISA
65 ROOSEVELT AVENUE                     5500 WAYZATA BLVD                       PO BOX 78009
SUITE 103A                              SUITE 1200                              PHOENIX AZ 85062-8009
VALLEY STREAM NY 11581-1106             MINNEAPOLIS MN 55416-1251


BETSY BOND                              BETSY BOND                              BEVERLY DANN
3517 FEDERAL DR 303                     3517 FEDERAL DRIVE                      2701 N OCEAN BLVD
EAGAN MN 55122-1374                     SAINT PAUL MN 55122-3509                UNIT E301
                                                                                BOCA RATON FL 33431-7015


BLUE MOON PACKAGING                     BREMER BANK                             BRINKS
PO BOX 24726                            6900 FRANCE AVE S                       PO BOX 677444
JACKSONVILLE FL 32241-4726              EDINA MN 55435-2002                     DALLAS TX 75267-7444


BRINKS GLOBAL SERVICES USA INC          BRUCE CUMMINGS                          CARLA CORPORATION
580 5TH AVENUE                          4012 LORD LYON DR                       33 SUTTON AVE
SUITE 400                               GIBSONIA PA 15044-9722                  EAST PROVIDENCE RI 02914-3400
NEW YORK CITY NY 10036-4725
```

```
CAROLINE BANKS                      CATHERINE SCHURMAN                 CHERIE Y ZACHARY
4271 SHERIDAN AVE SOUTH APT 408     18117 VALLEY VIEW ROAD             10223 UPTON PLACE
MINNEAPOLIS MN 55410-1624           EDEN PRAIRIE MN 55346-4128         BLOOMINGTON MN 55431-2879


CUSTOM BUSINESS FORMS               CYNTHIA WIZNER                     CAMILLA CARLSON
210 EDGE PLACE NE                   8970 HILLOWAY ROAD                 25440 SMITHTOWN ROAD
MPLS MN 55418-1153                  EDEN PRAIRIE MN 55347-2425         SHOREWOOD MN 55331-8443


CANON FINANCIAL SERVICES INC        CAPITAL ONE                        CAPITAL ONE BANK USA NA
EISENBERG GOLD  AGRAWAL PC          PO BOX 6492                        BY AMERICAN INFOSOURCE AS AGENT
1040 NORTH KINGS HIGHWAY             CAROL STREAM IL 60197-6492         PO BOX 71083
SUITE 200                                                              CHARLOTTE NC 28272-1083
CHERRY HILL NJ 08034-1925


CARLA CORPORATION                   CAROL J PETERSON                   CAROL SCHUETTE
PO BOX 14192                        3146B FARNUM DR                    13230 KERRY LANE
EAST PROVIDENCE RI 02914-0192       EAGAN MN 55121-1921                EDEN PRAIRIE MN 55346-3140


CAROLINE BASSETT                    CARRIE BELL                        CATHERINE R KRUSE
4042 ABBOT AVE S                    17038 SADDLE WOOD                  7692 SOUTH BAY DRIVE
MINNEAPOLIS MN 55410-1001           MINNETONKA MN 55345-2680           BLOOMINGTON MN 55438-2900


CATHERINE ZIMBA                     CATHY KRUSE                        CATIE SCHUMAN
5454 MAYVIEW ROAD                   7692 SOUTH BAY DRIVE               29228 VALLEY VIEW ROAD
MINNETONKA MN 55345-5935            BLOOMINGTON MN 55438-2900          EDEN PRAIRIE MN 55346


CENTRAL TELEPHONE SALES  SERV       CHARLOTTE OHANLON                  CHASE
12857 INDUSTRIAL PARK BLVD          826 9TH STREET NW                  CARDMEMBER SERVICE
MINNEAPOLIS MN 55441-3910           ROCHESTER MN 55901-2660            PO BOX 6294
                                                                       CAROL STREAM IL 60197-6294


CHERIE ZACHARY                      CINDY WIZNER                       CITY PAGES
10223 UPTON PLACE                   8970 HOLLOWAY ROAD                 PO BOX 790445
BLOOMINGTON MN 55431-2879           EDEN PRAIRIE MN 55347-2425         SAINT LOUIS MO 63179-0445


CLAIRE WHITE                        CONNOISSEURS CORP                  CORPORATE FOUR INSURANCE
543 SAXONY COURT                    17 PRESIDENTIAL WAY                7220 METRO BLVD
CHASKA MN 55318-1471                WOBURN MA 01801-1040               EDINA MN 55439-2133
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CORRIN ROBINSON<br>249 6TH ST NE<br>MINNEAPOLIS MN 55413-4202 | CULLIGAN<br>DEPT 8511<br>PO BOX 77043<br>MINNEAPOLIS MN 55480-7743 | DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |
| DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD  5<br>ST LOUIS PARK MN 55426-4806 | DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |
| DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 |
| DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 | DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 |
| DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 | DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 |
| EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 | ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 |
| ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 | ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 |
| ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 |
| FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2614 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 |
| GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 | GAYLE MEYER<br>8001 33RD AVE S<br>D468<br>BLOOMINGTON MN 55425-4639 | GEMCO<br>1660 SOUTH HIGHWAY100<br>SUITE 578<br>ST LOUIS PARK MN 55416-1566 |
| GEMS ONE CORPORATION<br>16 WEST 46TH STREET<br>NEW YORK NY 10036-4503 | GREGG EGGINTON<br>18327 NICKLAUS WAY<br>EDEN PRAIRIE MN 55347-3440 | GRETCHEN COHENOUR<br>609 W 77TH ST<br>WINONA MN 55987 |
| HAMILTON USA<br>PO BOX 72476161<br>PHILADELPHIA PA 19170-6161 | HANSEN CUSTOM JEWELERS<br>6440 FLYING CLOUD DR<br>115<br>EDEN PRAIRIE MN 55344-3321 | HARVEY WEISS<br>11988 PENDLETON COURT<br>EDEN PRAIRIE MN 55347-4945 |
| HELEN WINDER<br>6533 PAMELL AVE<br>EDINA MN 55435 | I REISS<br>45 NORTH STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 | IREISS CO INC<br>45 N STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | INDOFF INC<br>PO BOX 842808<br>KANSAS CITY MO 64184-2808 | JEAN JOHNSON<br>9332 80TH AVE SW<br>STEWARTVILLE MN 55976-8207 |
| JOLEEN M MOEN<br>790 WOODLAND DRIVE SE<br>FOREST LAKE MN 55025-1622 | JORDAN ALAN LARSEN<br>504 SOUTH 7TH ST<br>OLIVIA MN 56277-1582 | JOSEPH YURECKO<br>JOE YURECKO<br>315 CLOVERLEAF DR<br>GOLDEN VALLEY MN 55422-5106 |
| JOSEPH YUREKO<br>315 CLOVER LEAF DRIVE<br>GOLDEN VALLEY MN 55422-5106 | JUDITH H FREEBERG<br>8624 PINE HILL ROAD<br>BLOOMINGTON MN 55438-1340 | JACKIE GOLDARIS<br>5701 WYCLIFFE ROAD<br>EDINA MN 55436-2264 |
| JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 | JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 | JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 |
| JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 | JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 |
| JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 | JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 |
| JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 | JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 |
| JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 | JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 |
| KAREN M TATE<br>6315 JAMES AVENUE SOUTH<br>RICHFIELD MN 55423-1229 | KATHLEEN DEYOUNG<br>5224 KNOX S<br>MPLS MN 55419-1042 | KELLI M DALY<br>5520 GIRARD AVE S<br>MPLS MN 55419-1651 |
| KENNETH J ROBINSON<br>11383 ENTREVAUX DRIVE<br>EDEN PRAIRIE MN 55347-2862 | KIR<br>6525 GUN PARK DR<br>SUITE 370-413<br>BOULDER CO 80301-3346 | KONSTANTINO INC<br>CO DAVID H WANDER ESQ<br>DAVIDOFF HUTCHER  CITRON LLP<br>605 THIRD AVE<br>NEW YORK NY 10158-3499 |
| KAREN J DEKRO<br>4226 HARRIET AVE S<br>MINNEAPOLIS MN 55409-1836 | KAREN MOODY<br>2505 SKYBLUE CT<br>WHITE BEAR LAKE MN 55110-4770 | KAREN QUIST<br>3417 BRYANT AVE S<br>MINNEAPOLIS MN 55408-4111 |

Case 19-40658    Doc 78    Filed 06/17/19    Entered 06/17/19 14:16:07    Desc Main
              Document       Page 10 of 15

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KAREN TATE
6315 JAMES AVE
RICHFIELD MN 55423-1229

KATE MAYBERRY
PO BOX 15
HAYWARD WI 54843-0015

KATE WALLIN
1950 GRANT ALCOVE
EAGAN MN 55122-2458

KATE WALTERS
18986 FIRETHORN PT
EDEN PRAIRIE MN 55347-2106

KATHERINE REYNOLDS
23 HIGHVIEW TERRACE
BLOOMFIELD NJ 07003-3121

KATHY WINNICK
4680 OLD KENT ROAD
DEEPHAVEN MN 55331-9267

KELLI WENTZ
3641 422ND AVE S
MINNEAPOLIS MN 55406

KERI SMASAL
9607 CHICAGO AVE S
BLOOMINGTON MN 55420-4524

KEVIN DYBAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KEVIN DYBDAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KIM LEE
14350 ROBIN ROAD NE
PRIOR LAKE MN 55372-1292

KONSTANTINO
3315 N 124TH ST
SUITE N
BROOKFIELD WI 53005-3105

LDM COMPANY
4517 MINNETONKA BLVD
STE 300
MINNEAPOLIS MN 55416-5411

LORI SANDBERG
PO BOX 1125
CHANHASSEN MN 55317-1125

LAI CHING WOO
16965 GALLEON CIRCLE
ROSEMOUNT MN 55068-1993

LAPP LIBRA THOMSON
120 S 6TH ST
SUITE 2500
MINNEAPOLIS MN 55402-5155

LAUREN GJOVIG
1215 HILLCOURT
WILLISTON ND 58801

LAVENDER MEDIA INC
7701 YORK AVE S
SUITE 225
EDINA MN 55435-5884

LEDDEL DESIGNS
875 MARINERS ISLAND BLVD
104
SAN MATEO CA 94402

LETHERT SKWIRA SCHULTZ
170 E SEVENTH PLACE
SUITE 100
SAINT PAUL MN 55101-2361

LINDA GARETZ
6300 YORK AVE S
102
EDINA MN 55435-2287

LINDA R GARETZ
6300 YORK AVE S
102
EDINA MN 55435-2287

LINDA SCHILTZ
11957 TIFFANY LANE
EDEN PRAIRIE MN 55344-5384

LINDA STANDAGE
93846 VIKING WAY
STURGEON LAKE MN 55783-3534

LINDA THIELEN
11201 INDEPENDENCE AVE
CHAMPLIN MN 55316-3119

LINEA BAUSSAN
265 CESAR CHAVEZ ST
SAINT PAUL MN 55107-2352

LISA A ESTLOW
100 SHASTA CIR W
CHANHASSEN MN 55317-9470

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LISA ERICKSON<br>3225 W 38TH ST<br>MINNEAPOLIS MN 55410-1158 | LISA ESTLOW<br>100 SHASTA CIRCLE<br>CHANHASSEN MN 55317-9470 | LORI SCHAAR<br>PO BOX 1125 CHANHASSEN<br>CHANHASSEN MN 55317-1125 |
| LYNNE ASPNES<br>PO BOX 261<br>PETOSKEY MI 49770-0261 | MARTHA EK BELTZ<br>1901 PENN AVE S<br>MPLS MN 55405-2210 | MINNEAPOLIS GEMOLOGICAL SERVICES<br>CO CARL WEIMER<br>1316 LIBERTY CT<br>NORTHFIELD MN 55057-2915 |
| MAD MONKEY MEDIA<br>PO BOX 302<br>SAINT MICHAEL MN 55376-0302 | MAGGIE HENJUM<br>3224 WEBSTER AVE<br>ST LOUIS PARK MN 55416-2131 | MARGARET BUCHANAN<br>5400 VERNON AVE S<br>5400 VERNON AVE S APT 301 MN 55436-2341 |
| MARGARET KENNEALLY<br>6220 W 34TH ST<br>1<br>ST LOUIS PARK MN 55416-2078 | MARGARET MACRAE<br>4940 DODD ROAD<br>SAINT PAUL MN 55123-2350 | MARGARET MARSH<br>526 COUNTY ROAD 9 SE<br>WILLMAR MN 56201-4749 |
| MARGARET THOMAS<br>267 WEAVER ST<br>MANKATO MN 56001-4664 | MARILYN J RUDD<br>141 EAST 105TH STREET CIR<br>MINNEAPOLIS MN 55420-5309 | MARILYN PALMER<br>1 RIVERCREST LANE<br>STILLWATER MN 55082-4258 |
| MARILYN AND BILL KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | MARLENE PAULEY<br>5700 DUNCAN LANE<br>EDINA MN 55436-1604 | MARSHA SHOTLEY<br>13928 21ST ST N<br>STILLWATER MN 55082-1502 |
| MARSHA UNTHANK<br>1014 W 53RD ST<br>MINNEAPOLIS MN 55419-1166 | MARTI BELTZ<br>1901 PENN AVE<br>MINNEAPOLIS MN 55405-2210 | MARY ANN CAMPO<br>510 W 53RD ST<br>MINNEAPOLIS MN 55419-1225 |
| MARY BARND<br>413 E 99TH ST<br>BLOOMINGTON MN 55420-4951 | MARY JANE HASCHIG<br>4909 STEEPLECHASE CT<br>EAGAN MN 55122-3046 | MARY JEANNE LEVITT<br>1999 WELLSLEY AVE<br>SAINT PAUL MN 55105-1619 |
| MARY SONNEN<br>5920 OSGOOD ST S<br>AFTON MN 55001-9679 | MAXINE JEFFRIS<br>6629 LOGAN AVE S<br>RICHFIELD MN 55423-2164 | MELANIE TSCHIDA<br>1134 IVY HILL DR<br>MENDOTA HEIGHTS MN 55118-1829 |

Case 19-40658    Doc 78    Filed 06/17/19    Entered 06/17/19 14:16:07    Desc Main
               Document      Page 12 of 15

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MERYLL PAGE                         MICHAEL BONDANZA INC               MICHAEL HENDERSON
2825 MONTERY PARKWAY                10 EAST 36TH ST                    2783 WAGON WHEEL CURVE
ST LOUIS PARK MN 55416-3959         NEW YORK NY 10016-3302             CHASKA MN 55318-1580



MIMI BAKER                          MINNEAPOLIS GEMOLOGICAL SERV       MOORE CREATIVE TALENT
3900 W 25TH ST                      1316 LIBERTY COURT                 3130 EXCELSIOR BLVD
MINNEAPOLIS MN 55416-3865           NORTHFIELD MN 55057-2915           MINNEAPOLIS MN 55416-4667



NSP DBAXCEL ENERGY                  NAMBE                              NANCI KNOTT  CO
PO BOX 9477                         200 W DEVARGAS ST                  280 SHEFFIELD ST
MINNEAPOLIS MN 55484-0001           SUITE B                            MOUNTAINSIDE NJ 07092-2303
                                    SANTA FE NM 87501-2672



NANCY HEINERSCHEID                  NANCY MCDANIELS                    NANTAWAN LEWIS
3116 W LAKE ST                      1938 SHERIDAN AVE                  1225 LASALLE AVE
313                                 SAINT PAUL MN 55116-2657           2104
MINNEAPOLIS MN 55416-5258                                              MINNEAPOLIS MN 55403-2332



INTERNATIONAL                       NICOLE J PAULBICK                  ODELIA JEWELRY
NEW ITALIAN ART                     238 CRETIN AVE S                   62 W 47TH ST
VIA TRIESTE 615048                  2                                  SUITE 601
VALENZA ITALY                       SAINT PAUL MN 55105-1259           NEW YORK CITY NY 10036-3272



OSCAR HEYMAN  BROTHERS INC          PAULA MURRAY                       PENELOPE   STEVEN RAKES
501 MADISON AVE                     710 KELSEY AVENUE 204              6201 MILDRED AVE
NEW YORK CITY NY 10022-5676         CLEARWATER MN 55320-1321           EDINA MN 55436-2606



PO BOX 1588                         PREFERRED ONE INSURANCE            PARCEL PRO LLC
MORRISTOWN NJ 079621588             COMMERCIAL COLLECTORS INC          PO BOX 419398
                                    PO BOX 337                         BOSTON MA 02241-9398
                                    MONTROSE MN 55363-0337



PAT DAY                             PATRICIA EBBERT                    PAULA MURRAY
10632 UTICA ROAD                    3806 ABBOTT AVE S                  725 MINNESOTA STREET
BLOOMINGTON MN 55437-2854           MINNEAPOLIS MN 55410-1035          MONTICELLO MN 55362-5800



PAWNWORKS                           PLASTICREST PRODUCTS INC           PRECIOUS JEWELRY
1301 RIVERWOOD DR                   4519 W HARRISON ST                 PO BOX 5381
UNIT 1                              CHICAGO IL 60624-3099              NEW YORK NY 10185-5381
BURNSVILLE MN 55337-1547
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
REBECCA M BJORNSON                  REBECCA M BJORNSON                  RENEE LINDQUIST
5343 PORTLAND AVENUE SOUTH          5343 PORTLAND AVE                   8680 MAGNOLIA CT
MINNEAPOLIS MN 55417-1722           MINNEAPOLIS MN 55417-1722           212
                                                                        EDEN PRAIRIE MN 55344-6677


RICHARD DAHLIN                      RICHARD L DAHLIN                    RIO GRANDE
4652 BLUEBELL TRAIL N               4652 BLUEBELL TRAIL N               7500 BLUEWATER ROAD NW
MEDINA MN 55340-4573                MEDINA MN 55340-4573                ALBUQUERQUE NM 87121-1962


ROBERT C KLEIN  ASSOC               ROBERT J STRUYK TRUSTEE             ROBIN YOUNG
8900 PENN AVE S                     DORSEY  WHITNEY                     5124 NOLAN DRIVE
SUITE 101                           401 E EIGHTH ST SUITE 319           MINNETONKA MN 55343-8900
MINNEAPOLIS MN 55431-2099           SIOUX FALLS SD 57103-7031


ROFFERS GROUP LLC                   ROGER POMEROY                       RUTH A AND RAYMOND A REISTER
218 WASHINGON AVE N                 8050 PENNSYLVANIA RD                CHARITABLE TR
SUITE 220                           BLOOMINGTON MN 55438-1135           401 E 8TH ST
MINNEAPOLIS MN 55401-2215                                               SUITE 319
                                                                        SIOUX FALLS SD 57103-7031


RUTH LORDAN                         S KASHI                             SARAH SIVRIGHT
6453 BARRIE ROAD                    175 GREAT NECK ROAD                 5051 DREW AVE S
EDINA MN 55435-2301                 SUITE 204                           MINNEAPOLIS MN 55410-2026
                                    GREAT NECK NY 11021-3313


SCOTT A HOLDAHL                     SOMERSET MFG INC                    SUSAN BEISANG
705 E 57TH ST                       36 GLEN COVE ROAD                   4 FALCON LANE
MINNEAPOLIS MN 55417-2424           ROSLYN HEIGHTS NY 11577-1703        NORTH OAKS MN 55127-6317


SALLY BRUTGER                       SALLY R BRUTGER                     SANDI CALVELAGE
7314 PENN AVE S                     7314 PENN AVE S                     10727 LINDAHL BLUFFS TRAIL
RICHFIELD MN 55423-2821             RICHFIELD MN 55423-2821             BLOOMINGTON MN 55420-5652


SARAH ROCKLER                       SCOTT BROWN                         SCOTT H RUDD
2950 DEAN PARKWAY APT 1901          4132 VERNON AVE S                   7300 GALLAGHER DRIVE
MINNEAPOLIS MN 55416-4428           STE 207                             APT 311
                                    ST LOUIS PARK MN 55416-3193         EDINA MN 55435-3104


SHARON CAREY                        SHEILA HAGSTROM                     SIMON G
5237 16TH AVE S                     10391 108TH PLACE N                 528 STATE ST
MINNEAPOLIS MN 55417-1813           MAPLE GROVE MN 55369-2638           GLENDALE CA 91203-1524
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 |
| SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 | STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 | STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 |
| STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 | STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 |
| SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 | SUSAN K ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 |
| SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 | SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 |
| TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 | TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 |
| THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 |
| TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 | TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 |
| TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 | TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 | TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ | VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 |
| VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 |
| WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 | ZINA<br>470 BEVERLY DRIVE<br>BEVERLY HILLS CA 90212-4402 | ~~EXCLUDE~~<br>~~CHAD A KELSCH~~<br>~~KELSCH LAW FIRM PA~~<br>~~3350 ANNAPOLIS LANE N~~<br>~~STE C~~<br>~~PLYMOUTH MN 55447-5309~~ |
| JOHN D LAMEY III<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | ~~EXCLUDE~~<br>~~NAUNI JO MANTY~~<br>~~MANTY + ASSOCIATES PA~~<br>~~401 SECOND AVENUE NORTH~~<br>~~SUITE 400~~<br>~~MINNEAPOLIS MN 55401-2097~~ | RALPH V MITCHELL<br>LAPP LIBRA THOMSON STOEBNER  PUSCH<br>120 SOUTH 6TH STREET SUITE 2500<br>MINNEAPOLIS MN 55402-5155 |