UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
Bankruptcy 19-40658

**NOTICE OF ABONDONMENT AND REJECTION OF LEASE ON SHORTENED NOTICE**

TO: The United States Trustee, all creditors, and other parties in interest:

On Thursday, June 27, 2019, or as soon thereafter as the transaction may be completed, the trustee of the estate will abandon the property of the estate as follows:

Pursuant to the Store Closing Agreement ("Agreement") reached with Galleria Shopping Center, LLC (the "Landlord"), the Lease shall be deemed rejected as of June 30, 2019. Also, pursuant to the Agreement, any abandoned FF&E remaining at the premises shall be deemed abandoned to the Landlord, with the Landlord having a right to dispose of the same as the Landlord chooses without any liability whatsoever on the part of the Landlord to any party.

With the above being said, the trustee will abandon any of the items that were not otherwise removed or sold in connection with the liquidation of debtor's assets, including the Cannon printer. In connection with the Cannon printer, Cannon must make arrangements with the Landlord to remove it as Cannon has indicated to the trustee that it cannot pick it up until AFTER June 30, 2019. There may be a few old file cabinets or small furniture items that were not sold with little or no value. If the trustee is able before June 30, the trustee will arrange for someone to remove the FF&E before the 30th. However, she will not move the Cannon printer. Shortened notice of the abandonment is necessary because the debtor's premises must be returned to the Landlord on July 1, 2019.

**OBJECTION: MOTION: HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Nauni Manty, Trustee |
| United States Bankruptcy Court | 1015 U.S. Courthouse | 401 2nd Ave N, Ste 400 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55401 |
| 301 U.S. Courthouse | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: June 24, 2019          By:/e/ Nauni Manty
                                                           Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 6/24/2019, I did cause a copy of the following documents, described below,

Notice of Abandonment and Rejection of Lease on Shortened Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/24/2019

/s/ Nauni Manty
Nauni Manty  230352
Manty & Associates, P.A.
401 2nd Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 6/24/2019, a copy of the following documents, described below,

Notice of Abandonment and Rejection of Lease on Shortened Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/24/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
401 2nd Ave. N., Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                         BHM CAPITAL LLC                  EATON HUDSON INC
 LABEL MATRIX FOR LOCAL NOTICING  785 WESTON RIDGE PARKWAY         3015 DUNES W BLVD
08644                             CHASKA MN 55318-1202             STE 201
CASE 19-40658                                                      MOUNT PLEASANT SC 29466-8218
DISTRICT OF MINNESOTA
MINNEAPOLIS
MON JUN 24 13-51-28 CDT 2019


GALLERIA SHOPPING CENTER LLC      GEMCO INTERNATIONAL INC          K TAKAHASHI  CO INC
CO FAEGRE BAKER DANIELS LLP       1660 HIGHWAY 100 S STE 578       250 E 54TH ST APT 12D
ATTN- COLIN DOUGHERTY             ST LOUIS PARK MN 55416-1566      NEW YORK NY 10022-4812
90 SOUTH 7TH ST STE 2200
MINNEAPOLIS MN 55402-3924


LDM COMPANY                       MICHAEL BONDANZA INC             DEBTOR
SUITE 300                         CO MORRISON COHEN LLP            SCHEHERAZADE INC
4517 MINNETONKA BLVD              909 THIRD AVENUE                 3181 WEST 69TH STREET
ST LOUIS PARK MN 55416 UNITED STATES  NEW YORK NY 10022-4731       EDINA MN 55435
55416-5411


WELLS FARGO VENDOR FINANCIAL SERV LLC   EXCLUDE                    6300 YORK AVE S
FKA G                                   MINNEAPOLIS                102
CO A RICOH USA PROGRAM FDBA IKON        301 US COURTHOUSE          EDINA MN 55435-2287
FINANC                                  300 SOUTH FOURTH STREET
PO BOX 13708                            MINNEAPOLIS MN 55415-1320
MACON GA 31208-3708


AGLAM INC                         AGLAM INC                        AMY HAN
2409 FROSTED GREEN LANE           4651 LOUIS AVE                   249 1ST AVE SOUTH
PLANO TX 75025-6440               LOS ANGELES CA 91316-3924        SOUTH ST PAUL MN 55075-2302


ATT                               ABBOT JEWELRY SYSTEMS INC        ADAM ALTMAN
PO BOX 6416                       3 CORPORATE DRIVE                901 NORTH THIRD STREET SUITE 140
CAROL STREAM IL 60197-6416        SUITE 215                        MINNEAPOLIS MN 55401-1169
                                  SHELTON CT 06484-6252


ALICIA SCHAAL                     ALLIE HAFEZ                      AMANDA MORAN
2919 BUCHANAN STREET NE           PO BOX 270534                    7206 STEWART DRIVE
MINNEAPOLIS MN 55418-2208         MINNEAPOLIS MN 55427-6534        EDEN PRAIRIE MN 55346-3248


AMDEN JEWELRY                     AMDEN JEWELRY INC                AMENTA
550 S HILL ST                     550 S HILL ST SUITE950           106901 S SAM HOUSTON PARKWAY
SUITE 950                         LOS ANGELES CA 90013-2429        SUITE 100
LOS ANGELES CA 90013-2429                                          HOUSTON TX 77071


AMERICAN EXPRESS NATIONAL BANK    AMERICAN GEM SOCIETY             AMY ANDERSON
CO BECKET AND LEE LLP             8881 W SAHARA AVE                5725 36TH AVE S
PO BOX 3001                       LAS VEGAS NV 89117-5865          MINNEAPOLIS MN 55417-2907
MALVERN PA 19355-0701
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 19-40658    Doc 81    Filed 06/24/19    Entered 06/24/19 15:25:34    Desc Main
Document    Page 6 of 16

```
AMY J ANDERSON                        ANDREA REISS                          ANDREW A GREEN
5725 36TH AVE S                       8325 LABONT WAY                       COTTRELL GREEN PA
MINNEAPOLIS MN 55417-2907             EDEN PRAIRIE MN 55344-4425            2287 WATERS DR
                                                                            MENDOTA HEIGHTS MN 55120-1363


ANN BROSCIOUS                         ANNA FIESER                           ASSAEL INC
4523 SHORELINE DRIVE                  1002 VIRGINIA ST                      589 5TH AVE
SPRING PARK MN 55384-9755             SAINT PAUL MN 55117-5136              1154
                                                                            NEW YORK NY 10017-4711


BEVERLY DANN                          BHM CAPITAL LLC                       BARBARA A WEST
100 3RD AVE S                         MESSERLI   KRAMER PA                  17112 SANDY LANE
APT 2602                              JOSEPH W LAWVER                       MINNETONKA MN 55345-3353
MINNEAPOLIS MN 55401-2722             100 S FIFTH STREET 1400 FIFTH STREET T
                                      MINNEAPOLIS MN 55402


BARBARA ANN WEST                      BARBARA HAMILTON SUSTAD               BARBARA TISEHART
17112 SANDY LANE                      10618 SANOMA RIDGE                    1095 NENA COURT
MINNETONKA MN 55345-3353              EDEN PRAIRIE MN 55347-1169            STILLWATER MN 55082-4592


BARCLAY MASTER CARD                   BECKY CANTLEBERRY                     BENY SOFER
PO BOX 13337                          34346 45TH AVE                        555 FIFTH AVE
PHILADELPHIA PA 19101-3337            MOTLEY MN 56466-2423                  NEW YORK NY 10017-2416


BENY SOFER INC                        BERNICK  LIFSON PA                    BEST BUY VISA
65 ROOSEVELT AVENUE                   5500 WAYZATA BLVD                     PO BOX 78009
SUITE 103A                            SUITE 1200                            PHOENIX AZ 85062-8009
VALLEY STREAM NY 11581-1106           MINNEAPOLIS MN 55416-1251


BETSY BOND                            BETSY BOND                            BEVERLY DANN
3517 FEDERAL DR 303                   3517 FEDERAL DRIVE                    2701 N OCEAN BLVD
EAGAN MN 55122-1374                   SAINT PAUL MN 55122-3509              UNIT E301
                                                                            BOCA RATON FL 33431-7015


BLUE MOON PACKAGING                   BREMER BANK                           BRINKS
PO BOX 24726                          6900 FRANCE AVE S                     PO BOX 677444
JACKSONVILLE FL 32241-4726            EDINA MN 55435-2002                   DALLAS TX 75267-7444


BRINKS GLOBAL SERVICES USA INC        BRUCE CUMMINGS                        CARLA CORPORATION
580 5TH AVENUE                        4012 LORD LYON DR                     33 SUTTON AVE
SUITE 400                             GIBSONIA PA 15044-9722                EAST PROVIDENCE RI 02914-3400
NEW YORK CITY NY 10036-4725
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CAROLINE BANKS                        CATHERINE SCHURMAN                    CHERIE Y ZACHARY
4271 SHERIDAN AVE SOUTH APT 408       18117 VALLEY VIEW ROAD                10223 UPTON PLACE
MINNEAPOLIS MN 55410-1624             EDEN PRAIRIE MN 55346-4128            BLOOMINGTON MN 55431-2879


CUSTOM BUSINESS FORMS                 CYNTHIA WIZNER                        CAMILLA CARLSON
210 EDGE PLACE NE                     8970 HILLOWAY ROAD                    25440 SMITHTOWN ROAD
MPLS MN 55418-1153                    EDEN PRAIRIE MN 55347-2425            SHOREWOOD MN 55331-8443


CANON FINANCIAL SERVICES INC          CAPITAL ONE                           CAPITAL ONE BANK USA NA
EISENBERG GOLD  AGRAWAL PC            PO BOX 6492                           BY AMERICAN INFOSOURCE AS AGENT
1040 NORTH KINGS HIGHWAY              CAROL STREAM IL 60197-6492            PO BOX 71083
SUITE 200                                                                   CHARLOTTE NC 28272-1083
CHERRY HILL NJ 08034-1925


CARLA CORPORATION                     CAROL J PETERSON                      CAROL SCHUETTE
PO BOX 14192                          3146B FARNUM DR                       13230 KERRY LANE
EAST PROVIDENCE RI 02914-0192         EAGAN MN 55121-1921                   EDEN PRAIRIE MN 55346-3140


CAROLINE BASSETT                      CARRIE BELL                           CATHERINE R KRUSE
4042 ABBOT AVE S                      17038 SADDLE WOOD                     7692 SOUTH BAY DRIVE
MINNEAPOLIS MN 55410-1001             MINNETONKA MN 55345-2680              BLOOMINGTON MN 55438-2900


CATHERINE ZIMBA                       CATHY KRUSE                           CATIE SCHUMAN
5454 MAYVIEW ROAD                     7692 SOUTH BAY DRIVE                  29228 VALLEY VIEW ROAD
MINNETONKA MN 55345-5935              BLOOMINGTON MN 55438-2900             EDEN PRAIRIE MN 55346


CENTRAL TELEPHONE SALES  SERV         CHARLOTTE OHANLON                     CHASE
12857 INDUSTRIAL PARK BLVD            826 9TH STREET NW                     CARDMEMBER SERVICE
MINNEAPOLIS MN 55441-3910             ROCHESTER MN 55901-2660               PO BOX 6294
                                                                            CAROL STREAM IL 60197-6294


CHERIE ZACHARY                        CINDY WIZNER                          CITY PAGES
10223 UPTON PLACE                     8970 HOLLOWAY ROAD                    PO BOX 790445
BLOOMINGTON MN 55431-2879             EDEN PRAIRIE MN 55347-2425            SAINT LOUIS MO 63179-0445


CLAIRE WHITE                          CONNOISSEURS CORP                     CORPORATE FOUR INSURANCE
543 SAXONY COURT                      17 PRESIDENTIAL WAY                   7220 METRO BLVD
CHASKA MN 55318-1471                  WOBURN MA 01801-1040                  EDINA MN 55439-2133
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CORRIN ROBINSON<br>249 6TH ST NE<br>MINNEAPOLIS MN 55413-4202 | CULLIGAN<br>DEPT 8511<br>PO BOX 77043<br>MINNEAPOLIS MN 55480-7743 | DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |
| DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD  5<br>ST LOUIS PARK MN 55426-4806 | DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |
| DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 |
| DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 | DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 |
| DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 | DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 |
| EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 | ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 |
| ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 | ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 |
| ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 |
| FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2614 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 |
| GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 | GAYLE MEYER<br>8001 33RD AVE S<br>D468<br>BLOOMINGTON MN 55425-4639 | GEMCO<br>1660 SOUTH HIGHWAY100<br>SUITE 578<br>ST LOUIS PARK MN 55416-1566 |
| GEMS ONE CORPORATION<br>16 WEST 46TH STREET<br>NEW YORK NY 10036-4503 | GREGG EGGINTON<br>18327 NICKLAUS WAY<br>EDEN PRAIRIE MN 55347-3440 | GRETCHEN COHENOUR<br>609 W 77TH ST<br>WINONA MN 55987 |
| HAMILTON USA<br>PO BOX 72476161<br>PHILADELPHIA PA 19170-6161 | HANSEN CUSTOM JEWELERS<br>6440 FLYING CLOUD DR<br>115<br>EDEN PRAIRIE MN 55344-3321 | HARVEY WEISS<br>11988 PENDLETON COURT<br>EDEN PRAIRIE MN 55347-4945 |
| HELEN WINDER<br>6533 PAMELL AVE<br>EDINA MN 55435 | I REISS<br>45 NORTH STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 | IREISS CO INC<br>45 N STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | INDOFF INC<br>PO BOX 842808<br>KANSAS CITY MO 64184-2808 | JEAN JOHNSON<br>9332 80TH AVE SW<br>STEWARTVILLE MN 55976-8207 |
| JOLEEN M MOEN<br>790 WOODLAND DRIVE SE<br>FOREST LAKE MN 55025-1622 | JORDAN ALAN LARSEN<br>504 SOUTH 7TH ST<br>OLIVIA MN 56277-1582 | JOSEPH YURECKO<br>JOE YURECKO<br>315 CLOVERLEAF DR<br>GOLDEN VALLEY MN 55422-5106 |
| JOSEPH YUREKO<br>315 CLOVER LEAF DRIVE<br>GOLDEN VALLEY MN 55422-5106 | JUDITH H FREEBERG<br>8624 PINE HILL ROAD<br>BLOOMINGTON MN 55438-1340 | JACKIE GOLDARIS<br>5701 WYCLIFFE ROAD<br>EDINA MN 55436-2264 |
| JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 | JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 | JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 |
| JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 | JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 |
| JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 | JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 |
| JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 | JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 |
| JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 | JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 |
| KAREN M TATE<br>6315 JAMES AVENUE SOUTH<br>RICHFIELD MN 55423-1229 | KATHLEEN DEYOUNG<br>5224 KNOX S<br>MPLS MN 55419-1042 | KELLI M DALY<br>5520 GIRARD AVE S<br>MPLS MN 55419-1651 |
| KENNETH J ROBINSON<br>11383 ENTREVAUX DRIVE<br>EDEN PRAIRIE MN 55347-2862 | KIR<br>6525 GUN PARK DR<br>SUITE 370-413<br>BOULDER CO 80301-3346 | KONSTANTINO INC<br>CO DAVID H WANDER ESQ<br>DAVIDOFF HUTCHER  CITRON LLP<br>605 THIRD AVE<br>NEW YORK NY 10158-3499 |
| KAREN J DEKRO<br>4226 HARRIET AVE S<br>MINNEAPOLIS MN 55409 1836 | KAREN MOODY<br>2505 SKYBLUE CT<br>WHITE BEAR LAKE MN 55110-4770 | KAREN QUIST<br>3417 BRYANT AVE S<br>MINNEAPOLIS MN 55408-4111 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KAREN TATE                        KATE MAYBERRY                     KATE WALLIN
6315 JAMES AVE                    PO BOX 15                         1950 GRANT ALCOVE
RICHFIELD MN 55423-1229           HAYWARD WI 54843-0015             EAGAN MN 55122-2458


KATE WALTERS                      KATHERINE REYNOLDS                KATHY WINNICK
18986 FIRETHORN PT                23 HIGHVIEW TERRACE               4680 OLD KENT ROAD
EDEN PRAIRIE MN 55347-2106        BLOOMFIELD NJ 07003-3121          DEEPHAVEN MN 55331-9267


KELLI WENTZ                       KERI SMASAL                       KEVIN DYBAL
3641 422ND AVE S                  9607 CHICAGO AVE S                793 HAVENVIEW CT
MINNEAPOLIS MN 55406              BLOOMINGTON MN 55420-4524         MENDOTA HEIGHTS MN 55120-1800


KEVIN DYBDAL                      KIM LEE                           KONSTANTINO
793 HAVENVIEW CT                  14350 ROBIN ROAD NE               3315 N 124TH ST
MENDOTA HEIGHTS MN 55120-1800     PRIOR LAKE MN 55372-1292          SUITE N
                                                                    BROOKFIELD WI 53005-3105


LDM COMPANY                       LORI SANDBERG                     LAI CHING WOO
4517 MINNETONKA BLVD              PO BOX 1125                       16965 GALLEON CIRCLE
STE 300                           CHANHASSEN MN 55317-1125          ROSEMOUNT MN 55068-1993
MINNEAPOLIS MN 55416-5411


LAPP LIBRA THOMSON                LAUREN GJOVIG                     LAVENDER MEDIA INC
120 S 6TH ST                      1215 HILLCOURT                    7701 YORK AVE S
SUITE 2500                        WILLISTON ND 58801                SUITE 225
MINNEAPOLIS MN 55402-5155                                           EDINA MN 55435-5884


LEDDEL DESIGNS                    LETHERT SKWIRA SCHULTZ            LINDA GARETZ
875 MARINERS ISLAND BLVD          170 E SEVENTH PLACE               6300 YORK AVE S
104                               SUITE 100                         102
SAN MATEO CA 94402                SAINT PAUL MN 55101-2361          EDINA MN 55435-2287


LINDA R GARETZ                    LINDA SCHILTZ                     LINDA STANDAGE
6300 YORK AVE S                   11957 TIFFANY LANE                93846 VIKING WAY
102                               EDEN PRAIRIE MN 55344-5384        STURGEON LAKE MN 55783-3534
EDINA MN 55435-2287


LINDA THIELEN                     LINEA BAUSSAN                     LISA A ESTLOW
11201 INDEPENDENCE AVE            265 CESAR CHAVEZ ST               100 SHASTA CIR W
CHAMPLIN MN 55316-3119            SAINT PAUL MN 55107-2352          CHANHASSEN MN 55317-9470
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LISA ERICKSON<br>3225 W 38TH ST<br>MINNEAPOLIS MN 55410-1158 | LISA ESTLOW<br>100 SHASTA CIRCLE<br>CHANHASSEN MN 55317-9470 | LORI SCHAAR<br>PO BOX 1125 CHANHASSEN<br>CHANHASSEN MN 55317-1125 |
| LYNNE ASPNES<br>PO BOX 261<br>PETOSKEY MI 49770-0261 | MARTHA EK BELTZ<br>1901 PENN AVE S<br>MPLS MN 55405-2210 | MINNEAPOLIS GEMOLOGICAL SERVICES<br>CO CARL WEIMER<br>1316 LIBERTY CT<br>NORTHFIELD MN 55057-2915 |
| MAD MONKEY MEDIA<br>PO BOX 302<br>SAINT MICHAEL MN 55376-0302 | MAGGIE HENJUM<br>3224 WEBSTER AVE<br>ST LOUIS PARK MN 55416-2131 | MARGARET BUCHANAN<br>5400 VERNON AVE S<br>5400 VERNON AVE S APT 301 MN 55436<br>-2341 |
| MARGARET KENNEALLY<br>6220 W 34TH ST<br>1<br>ST LOUIS PARK MN 55416-2078 | MARGARET MACRAE<br>4940 DODD ROAD<br>SAINT PAUL MN 55123-2350 | MARGARET MARSH<br>526 COUNTY ROAD 9 SE<br>WILLMAR MN 56201-4749 |
| MARGARET THOMAS<br>267 WEAVER ST<br>MANKATO MN 56001-4664 | MARILYN J RUDD<br>141 EAST 105TH STREET CIR<br>MINNEAPOLIS MN 55420-5309 | MARILYN PALMER<br>1 RIVERCREST LANE<br>STILLWATER MN 55082-4258 |
| MARILYN AND BILL KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | MARLENE PAULEY<br>5700 DUNCAN LANE<br>EDINA MN 55436-1604 | MARSHA SHOTLEY<br>13928 21ST ST N<br>STILLWATER MN 55082-1502 |
| MARSHA UNTHANK<br>1014 W 53RD ST<br>MINNEAPOLIS MN 55419-1166 | MARTI BELTZ<br>1901 PENN AVE<br>MINNEAPOLIS MN 55405-2210 | MARY ANN CAMPO<br>510 W 53RD ST<br>MINNEAPOLIS MN 55419-1225 |
| MARY BARND<br>413 E 99TH ST<br>BLOOMINGTON MN 55420-4951 | MARY JANE HASCHIG<br>4909 STEEPLECHASE CT<br>EAGAN MN 55122-3046 | MARY JEANNE LEVITT<br>1999 WELLSLEY AVE<br>SAINT PAUL MN 55105-1619 |
| MARY SONNEN<br>5920 OSGOOD ST S<br>AFTON MN 55001-9679 | MAXINE JEFFRIS<br>6629 LOGAN AVE S<br>RICHFIELD MN 55423-2164 | MELANIE TSCHIDA<br>1134 IVY HILL DR<br>MENDOTA HEIGHTS MN 55118-1829 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MERYLL PAGE                          MICHAEL BONDANZA INC                 MICHAEL HENDERSON
2825 MONTERY PARKWAY                 10 EAST 36TH ST                      2783 WAGON WHEEL CURVE
ST LOUIS PARK MN 55416-3959          NEW YORK NY 10016-3302               CHASKA MN 55318-1580


MIMI BAKER                           MINNEAPOLIS GEMOLOGICAL SERV         MOORE CREATIVE TALENT
3900 W 25TH ST                       1316 LIBERTY COURT                   3130 EXCELSIOR BLVD
MINNEAPOLIS MN 55416-3865            NORTHFIELD MN 55057-2915             MINNEAPOLIS MN 55416-4667


NSP DBAXCEL ENERGY                   NAMBE                                NANCI KNOTT  CO
PO BOX 9477                          200 W DEVARGAS ST                    280 SHEFFIELD ST
MINNEAPOLIS MN 55484-0001            SUITE B                              MOUNTAINSIDE NJ 07092-2303
                                     SANTA FE NM 87501-2672


NANCY HEINERSCHEID                   NANCY MCDANIELS                      NANTAWAN LEWIS
3116 W LAKE ST                       1938 SHERIDAN AVE                    1225 LASALLE AVE
313                                  SAINT PAUL MN 55116-2657             2104
MINNEAPOLIS MN 55416-5258                                                 MINNEAPOLIS MN 55403-2332


INTERNATIONAL                        NICOLE J PAULBICK                    NICOLE J PAULBICK
NEW ITALIAN ART                      238 CRETIN AVENUE SOUTH 2            238 CRETIN AVE S
VIA TRIESTE 615048                   SAINT PAUL MN 55105-1259             2
VALENZA ITALY                                                             SAINT PAUL MN 55105-1259


ODELIA JEWELRY                       OSCAR HEYMAN  BROTHERS INC           PAULA MURRAY
62 W 47TH ST                         501 MADISON AVE                      710 KELSEY AVENUE 204
SUITE 601                            NEW YORK CITY NY 10022-5676          CLEARWATER MN 55320-1321
NEW YORK CITY NY 10036-3272


PENELOPE  STEVEN RAKES               PO BOX 1588                          PREFERRED ONE INSURANCE
6201 MILDRED AVE                     MORRISTOWN NJ 079621588              COMMERCIAL COLLECTORS INC
EDINA MN 55436-2606                                                       PO BOX 337
                                                                          MONTROSE MN 55363-0337


PARCEL PRO LLC                       PAT DAY                              PATRICIA EBBERT
PO BOX 419398                        10632 UTICA ROAD                     3806 ABBOTT AVE S
BOSTON MA 02241-9398                 BLOOMINGTON MN 55437-2854            MINNEAPOLIS MN 55410-1035


PAULA MURRAY                         PAWNWORKS                            PLASTICREST PRODUCTS INC
725 MINNESOTA STREET                 1301 RIVERWOOD DR                    4519 W HARRISON ST
MONTICELLO MN 55362-5800             UNIT 1                               CHICAGO IL 60624-3099
                                     BURNSVILLE MN 55337-1547
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PRECIOUS JEWELRY<br>PO BOX 5381<br>NEW YORK NY 10185-5381 | REBECCA M BJORNSON<br>5343 PORTLAND AVENUE SOUTH<br>MINNEAPOLIS MN 55417-1722 | REBECCA M BJORNSON<br>5343 PORTLAND AVE<br>MINNEAPOLIS MN 55417-1722 |
| RENEE LINDQUIST<br>8680 MAGNOLIA CT<br>212<br>EDEN PRAIRIE MN 55344-6677 | RICHARD DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 | RICHARD L DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 |
| RIO GRANDE<br>7500 BLUEWATER ROAD NW<br>ALBUQUERQUE NM 87121-1962 | ROBERT C KLEIN  ASSOC<br>8900 PENN AVE S<br>SUITE 101<br>MINNEAPOLIS MN 55431-2099 | ROBERT J STRUYK TRUSTEE<br>DORSEY   WHITNEY<br>401 E EIGHTH ST SUITE 319<br>SIOUX FALLS SD 57103-7031 |
| ROBIN YOUNG<br>5124 NOLAN DRIVE<br>MINNETONKA MN 55343-8900 | ROFFERS GROUP LLC<br>218 WASHINGON AVE N<br>SUITE 220<br>MINNEAPOLIS MN 55401-2215 | ROGER POMEROY<br>8050 PENNSYLVANIA RD<br>BLOOMINGTON MN 55438-1135 |
| RUTH A AND RAYMOND A REISTER<br>CHARITABLE TR<br>401 E 8TH ST<br>SUITE 319<br>SIOUX FALLS SD 57103-7031 | RUTH A AND RAYMOND A REISTER<br>CHARITABLE TR<br>ERIN BRYAN ESQ<br>DORSEY   WHITNEY LLP<br>50 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1553 | RUTH LORDAN<br>6453 BARRIE ROAD<br>EDINA MN 55435-2301 |
| S KASHI<br>175 GREAT NECK ROAD<br>SUITE 204<br>GREAT NECK NY 11021-3313 | SARAH SIVRIGHT<br>5051 DREW AVE S<br>MINNEAPOLIS MN 55410-2026 | SCOTT A HOLDAHL<br>705 E 57TH ST<br>MINNEAPOLIS MN 55417-2424 |
| SOMERSET MFG INC<br>36 GLEN COVE ROAD<br>ROSLYN HEIGHTS NY 11577-1703 | SUSAN BEISANG<br>4 FALCON LANE<br>NORTH OAKS MN 55127-6317 | SALLY BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 |
| SALLY R BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SANDI CALVELAGE<br>10727 LINDAHL BLUFFS TRAIL<br>BLOOMINGTON MN 55420-5652 | SARAH ROCKLER<br>2950 DEAN PARKWAY APT 1901<br>MINNEAPOLIS MN 55416-4428 |
| SCOTT BROWN<br>4132 VERNON AVE S<br>STE 207<br>ST LOUIS PARK MN 55416-3193 | SCOTT H RUDD<br>7300 GALLAGHER DRIVE<br>APT 311<br>EDINA MN 55435-3104 | SHARON CAREY<br>5237 16TH AVE S<br>MINNEAPOLIS MN 55417-1813 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SHEILA HAGSTROM<br>10391 108TH PLACE N<br>MAPLE GROVE MN 55369-2638 | SIMON G JEWELRY INC<br>WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | SIMON G<br>528 STATE ST<br>GLENDALE CA 91203-1524 |
| SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 |
| SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 | STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 | STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 |
| STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 | STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 |
| SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 | SUSAN K ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 |
| SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 | SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 |
| TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 | TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 |
| THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 |
| TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 | TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 | TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 |
| TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 | TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ | VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 |
| VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 |
| WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 |
| WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 | ZINA<br>470 BEVERLY DRIVE<br>BEVERLY HILLS CA 90212-4402 |
| ~~EXCLUDE~~<br>~~CHAD A KELSCH~~<br>~~KELSCH LAW FIRM PA~~<br>~~3350 ANNAPOLIS LANE N~~<br>~~STE C~~<br>~~PLYMOUTH MN 55447-5389~~ | JOHN D LAMEY III<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | ~~EXCLUDE~~<br>~~NAUNI JO MANTY~~<br>~~MANTY   ASSOCIATES PA~~<br>~~401 SECOND AVENUE NORTH~~<br>~~SUITE 400~~<br>~~MINNEAPOLIS MN 55401-2097~~ |
| RALPH V MITCHELL<br>LAPP LIBRA THOMSON STOEBNER  PUSCH<br>120 SOUTH 6TH STREET SUITE 2500<br>MINNEAPOLIS MN 55402-5155 | | |