# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| Scheherazade, Inc., | Bankruptcy 19-40658 |
| Debtor. | |

## LIMITED OBJECTION TO TRUSTEE'S NOTICE OF SETTLEMENT

BHM Capital, LLC ("BHM") submits this limited objection to [074] Trustee's Notice of Settlement and Sale dated June 7, 2019 ("Notice 2").  BHM objects to Notice 2 on substantially the same basis as its [079] Limited Objection to Trustee's Notice of Settlement dated June 18, 2019, and it incorporates those objections here by reference.

Respectfully submitted,

**MESSERLI & KRAMER**

Dated:   June 27, 2019

*s/Joseph W. Lawver*
Joseph W. Lawver
100 South Fifth Street
Suite 1400
Minneapolis, MN  55402-4218
Telephone:  (612) 672-3733
Fax: (612) 672-3777

**ATTORNEY FOR BHM CAPITAL, LLC**

1778953.1