**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Chapter 7 |
| Scheherazade, Inc., | Bankruptcy 19-40658 |
| Debtor. | |

---

### LIMITED OBJECTION TO TRUSTEE'S NOTICE OF SETTLEMENT

---

BHM Capital, LLC ("BHM") submits this limited objection to [075] Trustee's Notice of Settlement and Sale dated June 12, 2019 ("Notice 2"). BHM objects to Notice 2 on substantially the same basis as its [079] Limited Objection to Trustee's Notice of Settlement dated June 18, 2019, and it incorporates those objections here by reference.

Respectfully submitted,

**MESSERLI & KRAMER**

Dated: June 27, 2019

*s/Joseph W. Lawver*
Joseph W. Lawver
100 South Fifth Street
Suite 1400
Minneapolis, MN 55402-4218
Telephone: (612) 672-3733
Fax: (612) 672-3777

**ATTORNEY FOR BHM CAPITAL, LLC**

1778954.1