UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Chapter 7
Bankruptcy 19-40658

Debtor.

## NOTICE OF SETTLEMENT

TO: THE UNITED STATES TRUSTEE, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

On July 31, 2019, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

Prior to the filing of the petition in this bankruptcy case, eFiligree, Inc. delivered items to the debtor to be sold on memo or consignment. The trustee and eFiligree dispute whether the business transaction between eFiligree and the debtor is considered a consignment as defined by Article 9 of the Uniform Commercial Code, as adopted in Minnesota. If it is a consignment, the trustee argues she could avoid eFiligree's interest in the jewelry since eFiligree did not perfect its interest by filing a UCC financing statement. The avoided interest would be preserved for the bankruptcy estate under 11 U.S.C. §§ 544, 547, 550, and 551. However, if eFiligree were to prevail on their argument that Article 9 does not apply, then common law applies and it would have all rights, title and interest to the jewelry, which would not be subject to any claims of Scheherazade creditors.

To settle the dispute between the trustee and eFiligree and to settle the estate's interest in the eFiligree jewelry delivered to the debtor, the trustee and eFiligree agree to the following:

The trustee shall return the following items to eFiligree within 14 days of a court order approving this settlement:

| Description | Style Number | Value |
|---|---|---|
| ESTATE 14KW FILIGREE DIAMOND RING | 901-00001 | $ 1,500.00 |
| ESTATRTE PLT 18K OEC DIAMOND SOL RG | 901-00009 | $ 1,380.00 |
| ESTATE 18KW CITRINGE FILIGREE RG | 410-01081 | $ 660.00 |

| | | | |
|---|---|---|---|
| ESTATE 14KY DIA SAPPHIRE RG | 310-01129 | $ | 1,400.00 |
| VINTAGE PLAT AQUA DIA NECKLACE | 530-00043 | $ | 2,700.00 |
| VINTAGE PLAT DIA SOLITAIRE | 510-00252 | $ | 2,500.00 |
| VINTAGE PLT DIA SOLITAIRE | 510-00197 | $ | 1,580.00 |
| VINTAGE 14KW 0.50TW DIA ENG RING | 410-01294 | $ | 1,000.00 |
| VINTAGE 14KYUG 0.15TW DIA SOLITAIRE | 901-00018 | $ | 540.00 |
| ESTATE 14KW DIA WEDDING BAND | 970-00107 | $ | 520.00 |

The trustee shall keep the following items or proceeds thereof for the benefit of the bankruptcy estate:

Description                                   Style Number    Value

| | | | |
|---|---|---|---|
| ESTATE 18KW DIA/SYN SAPPHIRE | 410-01311 | $ | 960.00 |
| ESTATE 18KW DIA ANTIQUE RING | 410-00939 | $ | 1,100.00 |
| ESTATE 18K DIA/SYN SAPPHIRE RING | 410-01290 | $ | 900.00 |
| ESTATE 18K DIAMOND DINNER RING | 410-00523 | $ | 1,180.00 |
| ESTATE 14KWGARNET FILIGREE RG | 410-01243 | $ | 720.00 |
| ESTATE 14KW DIA CRYSTAL FILIGREE | 410-00896 | $ | 780.00 |
| VINTAGE 14KW 0.25TW DIA ENG RING | 410-01275 | $ | 940.00 |
| VINTAGE 14KTT 0.28CTW DIA ENG RING | 310-00857 | $ | 460.00 |
| ESTAT3E 18KW DIAMOND ANTQ BAND | 410-01334 | $ | 1,880.00 |
| ESTATE 14KY DIAMOND RING | 350-00607 | $ | 640.00 |
| ESTATE 14KTT DIAMOND BAND | 350-00625 | $ | 1,080.00 |
| ESTATE 14KW DIAMOND WEDDING BAND | 970-00095 | $ | 1,320.00 |
| ESTATE 14KW DIAMOND WEDDING BAND | 450-00493 | $ | 1,040.00 |
| VINTAGE PLT DIA ENG RING | 922-00066 | $ | 4,520.00 |
| VINTAGE 14KW DIAMOND 5 STONE RG | 450-00361 | $ | 2,280.00 |

In addition, if the trustee locates any additional items sold or sent by eFiligree to the debtor, such items and proceeds thereof, shall belong to the bankruptcy estate. The trustee believes this settlement is in the best interest of the bankruptcy estate as the cost to litigate the consignment issue would likely offset the recovery to the estate.

## **OBJECTION: MOTION: HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>300 South Fourth Street<br>301 U.S. Courthouse<br>Minneapolis, MN 55415 | United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Nauni Manty, Trustee<br>401 2nd Ave N, Ste 400<br>Minneapolis, MN 55401 |

Dated: July 8, 2019

By: /e/ Nauni Manty
    Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 7/8/2019, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/8/2019

/s/ Nauni Manty
Nauni Manty  230352
Manty & Associates
401 2nd Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 7/8/2019, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/8/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates
401 2nd Ave. N., Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CASE INFO                         BHM CAPITAL LLC                   EATON HUDSON INC
 LABEL MATRIX FOR LOCAL NOTICING  785 WESTON RIDGE PARKWAY          3015 DUNES W BLVD
08644                             CHASKA MN 55318-1202              STE 201
CASE 19-40658                                                       MOUNT PLEASANT SC 29466-8218
DISTRICT OF MINNESOTA
MINNEAPOLIS
MON JUL 8 12-06-30 CDT 2019


GALLERIA SHOPPING CENTER LLC      GEMCO INTERNATIONAL INC           K TAKAHASHI  CO INC
CO FAEGRE BAKER DANIELS LLP       1660 HIGHWAY 100 S STE 578        250 E 54TH ST APT 12D
ATTN- COLIN DOUGHERTY             ST LOUIS PARK MN 55416-1566       NEW YORK NY 10022-4812
90 SOUTH 7TH ST STE 2200
MINNEAPOLIS MN 55402-3924


LDM COMPANY                       MICHAEL BONDANZA INC              DEBTOR
SUITE 300                         CO MORRISON COHEN LLP             SCHEHERAZADE INC
4517 MINNETONKA BLVD              909 THIRD AVENUE                  3181 WEST 69TH STREET
ST LOUIS PARK MN 55416 UNITED STATES  NEW YORK NY 10022-4731        EDINA MN 55435
55416-5411


WELLS FARGO VENDOR FINANCIAL SERV LLC  EXCLUDE                      6300 YORK AVE S
FKA G                             MINNEAPOLIS                       102
CO A RICOH USA PROGRAM FDBA IKON  301 US COURTHOUSE                 EDINA MN 55435-2287
FINANC                            300 SOUTH FOURTH STREET
PO BOX 13708                      MINNEAPOLIS MN 55415-1320
MACON GA 31208-3708


AGLAM INC                         AGLAM INC                         AMY HAN
2409 FROSTED GREEN LANE           4651 LOUIS AVE                    249 1ST AVE SOUTH
PLANO TX 75025-6440               LOS ANGELES CA 91316-3924         SOUTH ST PAUL MN 55075-2302


ATT                               ABBOT JEWELRY SYSTEMS INC         ADAM ALTMAN
PO BOX 6416                       3 CORPORATE DRIVE                 901 NORTH THIRD STREET SUITE 140
CAROL STREAM IL 60197-6416        SUITE 215                         MINNEAPOLIS MN 55401-1169
                                  SHELTON CT 06484-6252


ALICIA SCHAAL                     ALLIE HAFEZ                       AMANDA MORAN
2919 BUCHANAN STREET NE           PO BOX 270534                     7206 STEWART DRIVE
MINNEAPOLIS MN 55418-2208         MINNEAPOLIS MN 55427-6534         EDEN PRAIRIE MN 55346-3248


AMDEN JEWELRY                     AMDEN JEWELRY INC                 AMENTA
550 S HILL ST                     550 S HILL ST SUITE950            106901 S SAM HOUSTON PARKWAY
SUITE 950                         LOS ANGELES CA 90013-2429         SUITE 100
LOS ANGELES CA 90013-2429                                           HOUSTON TX 77071


AMERICAN EXPRESS NATIONAL BANK    AMERICAN GEM SOCIETY              AMY ANDERSON
CO BECKET AND LEE LLP             8881 W SAHARA AVE                 5725 36TH AVE S
PO BOX 3001                       LAS VEGAS NV 89117-5865           MINNEAPOLIS MN 55417-2907
MALVERN PA 19355-0701
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 | ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 |
| ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 | ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 | ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 |
| BEVERLY DANN<br>100 3RD AVE S<br>APT 2602<br>MINNEAPOLIS MN 55401-2722 | BHM CAPITAL LLC<br>MESSERLI  KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 | BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 |
| BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 | BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 |
| BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 | BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 | BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 |
| BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 | BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 |
| BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 | BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 | BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 |
| BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 | BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 | BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 |
| BRINKS GLOBAL SERVICES USA INC<br>580 5TH AVENUE<br>SUITE 400<br>NEW YORK CITY NY 10036-4725 | BRUCE CUMMINGS<br>4012 LORD LYON DR<br>GIBSONIA PA 15044-9722 | CARLA CORPORATION<br>33 SUTTON AVE<br>EAST PROVIDENCE RI 02914-3400 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CAROLINE BANKS                      CATHERINE SCHURMAN                  CHERIE Y ZACHARY
4271 SHERIDAN AVE SOUTH APT 408     18117 VALLEY VIEW ROAD              10223 UPTON PLACE
MINNEAPOLIS MN 55410-1624           EDEN PRAIRIE MN 55346-4128          BLOOMINGTON MN 55431-2879


CUSTOM BUSINESS FORMS               CYNTHIA WIZNER                     CAMILLA CARLSON
210 EDGE PLACE NE                   8970 HILLOWAY ROAD                 25440 SMITHTOWN ROAD
MPLS MN 55418-1153                  EDEN PRAIRIE MN 55347-2425         SHOREWOOD MN 55331-8443


CANON FINANCIAL SERVICES INC        CAPITAL ONE                        CAPITAL ONE BANK USA NA
EISENBERG GOLD  AGRAWAL PC          PO BOX 6492                        BY AMERICAN INFOSOURCE AS AGENT
1040 NORTH KINGS HIGHWAY            CAROL STREAM IL 60197-6492         PO BOX 71083
SUITE 200                                                              CHARLOTTE NC 28272-1083
CHERRY HILL NJ 08034-1925


CARLA CORPORATION                   CAROL J PETERSON                   CAROL SCHUETTE
PO BOX 14192                        3146B FARNUM DR                    13230 KERRY LANE
EAST PROVIDENCE RI 02914-0192       EAGAN MN 55121-1921                EDEN PRAIRIE MN 55346-3140


CAROLINE BASSETT                    CARRIE BELL                        CATHERINE R KRUSE
4042 ABBOT AVE S                    17038 SADDLE WOOD                  7692 SOUTH BAY DRIVE
MINNEAPOLIS MN 55410-1001           MINNETONKA MN 55345-2680           BLOOMINGTON MN 55438-2900


CATHERINE ZIMBA                     CATHY KRUSE                        CATIE SCHUMAN
5454 MAYVIEW ROAD                   7692 SOUTH BAY DRIVE               29228 VALLEY VIEW ROAD
MINNETONKA MN 55345-5935            BLOOMINGTON MN 55438-2900          EDEN PRAIRIE MN 55346


CENTRAL TELEPHONE SALES  SERV       CHARLOTTE OHANLON                  CHASE
12857 INDUSTRIAL PARK BLVD          826 9TH STREET NW                  CARDMEMBER SERVICE
MINNEAPOLIS MN 55441-3910           ROCHESTER MN 55901-2660            PO BOX 6294
                                                                       CAROL STREAM IL 60197-6294


CHERIE ZACHARY                      CINDY WIZNER                       CITY PAGES
10223 UPTON PLACE                   8970 HOLLOWAY ROAD                 PO BOX 790445
BLOOMINGTON MN 55431-2879           EDEN PRAIRIE MN 55347-2425         SAINT LOUIS MO 63179-0445


CLAIRE WHITE                        CONNOISSEURS CORP                  CORPORATE FOUR INSURANCE
543 SAXONY COURT                    17 PRESIDENTIAL WAY                7220 METRO BLVD
CHASKA MN 55318-1471                WOBURN MA 01801-1040               EDINA MN 55439-2133
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CORRIN ROBINSON<br>249 6TH ST NE<br>MINNEAPOLIS MN 55413-4202 | CULLIGAN<br>DEPT 8511<br>PO BOX 77043<br>MINNEAPOLIS MN 55480-7743 | DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |
| DEBRA CHESEN<br>7507 HAROLD AVENUE<br>GOLDEN VALLEY MN 55427-4858 | DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD  5<br>ST LOUIS PARK MN 55426-4806 |
| DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 |
| DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 | DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 |
| DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 | DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 |
| DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 | EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 |
| ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 | ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 | ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 |
| EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 | ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 |
| FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 | FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2614 | GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 |
| GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 | GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 | GAYLE MEYER<br>8001 33RD AVE S<br>D468<br>BLOOMINGTON MN 55425-4639 |
| GEMCO<br>1660 SOUTH HIGHWAY100<br>SUITE 578<br>ST LOUIS PARK MN 55416-1566 | GEMS ONE CORPORATION<br>16 WEST 46TH STREET<br>NEW YORK NY 10036-4503 | GREGG EGGINTON<br>18327 NICKLAUS WAY<br>EDEN PRAIRIE MN 55347-3440 |
| GRETCHEN COHENOUR<br>609 W 77TH ST<br>WINONA MN 55987 | HAMILTON USA<br>PO BOX 72476161<br>PHILADELPHIA PA 19170-6161 | HANSEN CUSTOM JEWELERS<br>6440 FLYING CLOUD DR<br>115<br>EDEN PRAIRIE MN 55344-3321 |
| HARVEY WEISS<br>11988 PENDLETON COURT<br>EDEN PRAIRIE MN 55347-4945 | HELEN WINDER<br>6533 PAMELL AVE<br>EDINA MN 55435 | I REISS<br>45 NORTH STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 |
| IREISS CO INC<br>45 N STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 | IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | INDOFF INC<br>PO BOX 842808<br>KANSAS CITY MO 64184-2808 |
| JEAN JOHNSON<br>9332 80TH AVE SW<br>STEWARTVILLE MN 55976-8207 | JOLEEN M MOEN<br>790 WOODLAND DRIVE SE<br>FOREST LAKE MN 55025-1622 | JORDAN ALAN LARSEN<br>504 SOUTH 7TH ST<br>OLIVIA MN 56277-1582 |
| JOSEPH YURECKO<br>JOE YURECKO<br>315 CLOVERLEAF DR<br>GOLDEN VALLEY MN 55422-5106 | JOSEPH YUREKO<br>315 CLOVER LEAF DRIVE<br>GOLDEN VALLEY MN 55422-5106 | JUDITH H FREEBERG<br>8624 PINE HILL ROAD<br>BLOOMINGTON MN 55438-1340 |
| JACKIE GOLDARIS<br>5701 WYCLIFFE ROAD<br>EDINA MN 55436-2264 | JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 | JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 |
| JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 | JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 |
| JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 | JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 |
| JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 | JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 |
| JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 | JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 |
| JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 | KAREN M TATE<br>6315 JAMES AVENUE SOUTH<br>RICHFIELD MN 55423-1229 | KATHLEEN DEYOUNG<br>5224 KNOX S<br>MPLS MN 55419-1042 |
| KELLI M DALY<br>5520 GIRARD AVE S<br>MPLS MN 55419-1651 | KENNETH J ROBINSON<br>11383 ENTREVAUX DRIVE<br>EDEN PRAIRIE MN 55347-2862 | KIR<br>6525 GUN PARK DR<br>SUITE 370-413<br>BOULDER CO 80301-3346 |
| KONSTANTINO INC<br>CO DAVID H WANDER ESQ<br>DAVIDOFF HUTCHER  CITRON LLP<br>605 THIRD AVE<br>NEW YORK NY 10158-3499 | KAREN J DEKRO<br>4226 HARRIET AVE S<br>MINNEAPOLIS MN 55409 1836 | KAREN MOODY<br>2505 SKYBLUE CT<br>WHITE BEAR LAKE MN 55110-4770 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KAREN QUIST                       KAREN TATE                        KATE MAYBERRY
3417 BRYANT AVE S                 6315 JAMES AVE                    PO BOX 15
MINNEAPOLIS MN 55408-4111         RICHFIELD MN 55423-1229           HAYWARD WI 54843-0015


KATE WALLIN                       KATE WALTERS                      KATHERINE REYNOLDS
1950 GRANT ALCOVE                 18986 FIRETHORN PT                23 HIGHVIEW TERRACE
EAGAN MN 55122-2458               EDEN PRAIRIE MN 55347-2106        BLOOMFIELD NJ 07003-3121


KATHY WINNICK                     KELLI WENTZ                       KERI SMASAL
4680 OLD KENT ROAD                3641 422ND AVE S                  9607 CHICAGO AVE S
DEEPHAVEN MN 55331-9267           MINNEAPOLIS MN 55406              BLOOMINGTON MN 55420-4524


KEVIN DYBAL                       KEVIN DYBDAL                      KIM LEE
793 HAVENVIEW CT                  793 HAVENVIEW CT                  14350 ROBIN ROAD NE
MENDOTA HEIGHTS MN 55120-1800     MENDOTA HEIGHTS MN 55120-1800     PRIOR LAKE MN 55372-1292


KONSTANTINO                       LDM COMPANY                       LORI SANDBERG
3315 N 124TH ST                   4517 MINNETONKA BLVD              PO BOX 1125
SUITE N                           STE 300                           CHANHASSEN MN 55317-1125
BROOKFIELD WI 53005-3105          MINNEAPOLIS MN 55416-5411


LAI CHING WOO                     LAPP LIBRA THOMSON                LAUREN GJOVIG
16965 GALLEON CIRCLE              120 S 6TH ST                      1215 HILLCOURT
ROSEMOUNT MN 55068-1993           SUITE 2500                        WILLISTON ND 58801
                                  MINNEAPOLIS MN 55402-5155


LAVENDER MEDIA INC                LEDDEL DESIGNS                    LETHERT SKWIRA SCHULTZ
7701 YORK AVE S                   875 MARINERS ISLAND BLVD          170 E SEVENTH PLACE
SUITE 225                         104                               SUITE 100
EDINA MN 55435-5884               SAN MATEO CA 94402                SAINT PAUL MN 55101-2361


LINDA GARETZ                      LINDA R GARETZ                    LINDA SCHILTZ
6300 YORK AVE S                   6300 YORK AVE S                   11957 TIFFANY LANE
102                               102                               EDEN PRAIRIE MN 55344-5384
EDINA MN 55435-2287               EDINA MN 55435-2287


LINDA STANDAGE                    LINDA THIELEN                     LINEA BAUSSAN
93846 VIKING WAY                  11201 INDEPENDENCE AVE            265 CESAR CHAVEZ ST
STURGEON LAKE MN 55783-3534       CHAMPLIN MN 55316-3119            SAINT PAUL MN 55107-2352
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LISA A ESTLOW
100 SHASTA CIR W
CHANHASSEN MN 55317-9470

LISA ERICKSON
3225 W 38TH ST
MINNEAPOLIS MN 55410-1158

LISA ESTLOW
100 SHASTA CIRCLE
CHANHASSEN MN 55317-9470

LORI SCHAAR
PO BOX 1125 CHANHASSEN
CHANHASSEN MN 55317-1125

LYNNE ASPNES
PO BOX 261
PETOSKEY MI 49770-0261

MARTHA EK BELTZ
1901 PENN AVE S
MPLS MN 55405-2210

MINNEAPOLIS GEMOLOGICAL SERVICES
CO CARL WEIMER
1316 LIBERTY CT
NORTHFIELD MN 55057-2915

MAD MONKEY MEDIA
PO BOX 302
SAINT MICHAEL MN 55376-0302

MAGGIE HENJUM
3224 WEBSTER AVE
ST LOUIS PARK MN 55416-2131

MARGARET BUCHANAN
5400 VERNON AVE S
5400 VERNON AVE S APT 301 MN 55436
-2341

MARGARET KENNEALLY
6220 W 34TH ST
1
ST LOUIS PARK MN 55416-2078

MARGARET MACRAE
4940 DODD ROAD
SAINT PAUL MN 55123-2350

MARGARET MARSH
526 COUNTY ROAD 9 SE
WILLMAR MN 56201-4749

MARGARET THOMAS
267 WEAVER ST
MANKATO MN 56001-4664

MARILYN J RUDD
141 EAST 105TH STREET CIR
MINNEAPOLIS MN 55420-5309

MARILYN PALMER
1 RIVERCREST LANE
STILLWATER MN 55082-4258

MARILYN AND BILL KUEHL
1524 CREEK LANE
NORTHFIELD MN 55057-3403

MARLENE PAULEY
5700 DUNCAN LANE
EDINA MN 55436-1604

MARSHA SHOTLEY
13928 21ST ST N
STILLWATER MN 55082-1502

MARSHA UNTHANK
1014 W 53RD ST
MINNEAPOLIS MN 55419-1166

MARTI BELTZ
1901 PENN AVE
MINNEAPOLIS MN 55405-2210

MARY ANN CAMPO
510 W 53RD ST
MINNEAPOLIS MN 55419-1225

MARY BARND
413 E 99TH ST
BLOOMINGTON MN 55420-4951

MARY JANE HASCHIG
4909 STEEPLECHASE CT
EAGAN MN 55122-3046

MARY JEANNE LEVITT
1999 WELLSLEY AVE
SAINT PAUL MN 55105-1619

MARY SONNEN
5920 OSGOOD ST S
AFTON MN 55001-9679

MAXINE JEFFRIS
6629 LOGAN AVE S
RICHFIELD MN 55423-2164

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MELANIE TSCHIDA                   MERYLL PAGE                       MICHAEL BONDANZA INC
1134 IVY HILL DR                  2825 MONTERY PARKWAY              10 EAST 36TH ST
MENDOTA HEIGHTS MN 55118-1829     ST LOUIS PARK MN 55416-3959       NEW YORK NY 10016-3302


MICHAEL HENDERSON                 MIMI BAKER                        MINNEAPOLIS GEMOLOGICAL SERV
2783 WAGON WHEEL CURVE            3900 W 25TH ST                    1316 LIBERTY COURT
CHASKA MN 55318-1580              MINNEAPOLIS MN 55416-3865         NORTHFIELD MN 55057-2915


MOORE CREATIVE TALENT             NSP DBAXCEL ENERGY                NAMBE
3130 EXCELSIOR BLVD               PO BOX 9477                       200 W DEVARGAS ST
MINNEAPOLIS MN 55416-4667         MINNEAPOLIS MN 55484-0001         SUITE B
                                                                    SANTA FE NM 87501-2672


NANCI KNOTT  CO                   NANCY HEINERSCHEID                NANCY MCDANIELS
280 SHEFFIELD ST                  3116 W LAKE ST                    1938 SHERIDAN AVE
MOUNTAINSIDE NJ 07092-2303        313                               SAINT PAUL MN 55116-2657
                                  MINNEAPOLIS MN 55416-5258


                                  INTERNATIONAL
NANTAWAN LEWIS                    NEW ITALIAN ART                   NICOLE J PAULBICK
1225 LASALLE AVE                  VIA TRIESTE 615048                238 CRETIN AVENUE SOUTH 2
2104                              VALENZA ITALY                     SAINT PAUL MN 55105-1259
MINNEAPOLIS MN 55403-2332


NICOLE J PAULBICK                 ODELIA JEWELRY                    OSCAR HEYMAN  BROTHERS INC
238 CRETIN AVE S                  62 W 47TH ST                      501 MADISON AVE
2                                 SUITE 601                         NEW YORK CITY NY 10022-5676
SAINT PAUL MN 55105-1259          NEW YORK CITY NY 10036-3272


PAULA MURRAY                      PENELOPE  STEVEN RAKES            PO BOX 1588
710 KELSEY AVENUE 204             6201 MILDRED AVE                  MORRISTOWN NJ 079621588
CLEARWATER MN 55320-1321          EDINA MN 55436-2606


PREFERRED ONE INSURANCE           PARCEL PRO LLC                    PAT DAY
COMMERCIAL COLLECTORS INC         PO BOX 419398                     10632 UTICA ROAD
PO BOX 337                        BOSTON MA 02241-9398              BLOOMINGTON MN 55437-2854
MONTROSE MN 55363-0337


PATRICIA EBBERT                   PAULA MURRAY                      PAWNWORKS
3806 ABBOTT AVE S                 725 MINNESOTA STREET              1301 RIVERWOOD DR
MINNEAPOLIS MN 55410-1035         MONTICELLO MN 55362-5800          UNIT 1
                                                                    BURNSVILLE MN 55337-1547
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PLASTICREST PRODUCTS INC            PRECIOUS JEWELRY                    REBECCA M BJORNSON
4519 W HARRISON ST                  PO BOX 5381                         5343 PORTLAND AVENUE SOUTH
CHICAGO IL 60624-3099               NEW YORK NY 10185-5381              MINNEAPOLIS MN 55417-1722


REBECCA M BJORNSON                  RENEE LINDQUIST                     RICHARD DAHLIN
5343 PORTLAND AVE                   8680 MAGNOLIA CT                    4652 BLUEBELL TRAIL N
MINNEAPOLIS MN 55417-1722           212                                 MEDINA MN 55340-4573
                                    EDEN PRAIRIE MN 55344-6677


RICHARD L DAHLIN                    RIO GRANDE                          ROBERT C KLEIN  ASSOC
4652 BLUEBELL TRAIL N               7500 BLUEWATER ROAD NW              8900 PENN AVE S
MEDINA MN 55340-4573                ALBUQUERQUE NM 87121-1962           SUITE 101
                                                                        MINNEAPOLIS MN 55431-2099


ROBERT J STRUYK TRUSTEE             ROBIN YOUNG                         ROFFERS GROUP LLC
DORSEY  WHITNEY                     5124 NOLAN DRIVE                    218 WASHINGON AVE N
401 E EIGHTH ST SUITE 319           MINNETONKA MN 55343-8900            SUITE 220
SIOUX FALLS SD 57103-7031                                               MINNEAPOLIS MN 55401-2215


ROGER POMEROY                       RUTH A AND RAYMOND A REISTER        RUTH A AND RAYMOND A REISTER
8050 PENNSYLVANIA RD                CHARITABLE TR                       CHARITABLE TR
BLOOMINGTON MN 55438-1135           401 E 8TH ST                        ERIN BRYAN ESQ
                                    SUITE 319                           DORSEY  WHITNEY LLP
                                    SIOUX FALLS SD 57103-7031           50 SOUTH SIXTH STREET SUITE 1500
                                                                        MINNEAPOLIS MN 55402-1553


RUTH LORDAN                         S KASHI                             SARAH SIVRIGHT
6453 BARRIE ROAD                    175 GREAT NECK ROAD                 5051 DREW AVE S
EDINA MN 55435-2301                 SUITE 204                           MINNEAPOLIS MN 55410-2026
                                    GREAT NECK NY 11021-3313


SCOTT A HOLDAHL                     SOMERSET MFG INC                    SUSAN BEISANG
705 E 57TH ST                       36 GLEN COVE ROAD                   4 FALCON LANE
MINNEAPOLIS MN 55417-2424           ROSLYN HEIGHTS NY 11577-1703        NORTH OAKS MN 55127-6317


SALLY BRUTGER                       SALLY R BRUTGER                     SANDI CALVELAGE
7314 PENN AVE S                     7314 PENN AVE S                     10727 LINDAHL BLUFFS TRAIL
RICHFIELD MN 55423-2821             RICHFIELD MN 55423-2821             BLOOMINGTON MN 55420-5652


SARAH ROCKLER                       SCOTT BROWN                         SCOTT H RUDD
2950 DEAN PARKWAY APT 1901          4132 VERNON AVE S                   7300 GALLAGHER DRIVE
MINNEAPOLIS MN 55416-4428           STE 207                             APT 311
                                    ST LOUIS PARK MN 55416-3193         EDINA MN 55435-3104
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
SHARON CAREY                       SHEILA HAGSTROM                    SIMON G JEWELRY INC
5237 16TH AVE S                    10391 108TH PLACE N                WILLIAM J STAVOLE
MINNEAPOLIS MN 55417-1813          MAPLE GROVE MN 55369-2638          TUCKER ELLIS LLP
                                                                      950 MAIN AVENUE SUITE 1100
                                                                      CLEVELAND OH 44113-7213


SIMON G                            SOFER JEWELRY LLC                  SOFER JEWELRY LLC
528 STATE ST                       65 ROOSEVELT AVENUE                555 FIFTH AVE
GLENDALE CA 91203-1524             SUITE 103A                         NEW YORK NY 10017-2416
                                   VALLEY STREAM NY 11581-1106


SOMERSET MANUFACTURING             SPARK CREATIONS INC                STACIE OLSON
36 GLEN COVE ROAD                  10 W 46TH ST                       5300 FARLEY AVE SE
EAST HILLS NY 11577-1703           NEW YORK NY 10036-4515             DELANO MN 55328-8156


STAR TRIBUNE                       STARDUST DESIGN                    STEVEN I HILSENRATH
650 3RD AVE S                      550 SOUTH HILL ST                  65 ROOSEVELT AVENUE
SUITE 1300                         SUITE 967                          SUITE 103A
MINNEAPOLIS MN 55488-0002          LOS ANGELES CA 90013-2429          VALLEY STREAM NY 11581-1106


STRINGING BY LUCY                  SUSAN ENGELKING                    SUSAN HAYNES
8850 RIVER HEIGHTS WAY             565 EBEN COURT                     CO KATHY SANDLIN
INVER GROVE HEIGHTS MN 55076-3478  STILLWATER MN 55082-3702           9324 PARK AVENUE SOUTH
                                                                      BLOOMINGTON MN 55420-3835


SUSAN K ENGELKING                  SUSAN MCINTOSH                     SUSAN SCHAEFER
565 EBEN COURT                     1405 NE 4TH PLACE                  1920 1ST STREET SOUTH
STILLWATER MN 55082-3702           FORT LAUDERDALE FL 33301-1371      1806
                                                                      MINNEAPOLIS MN 55454-1270


SUSAN USTIPAK                      TAMMY SCHOENROCK                   TARA CLARK
6301 UPPER 44TH ST N               26820 WOODLANDS PKWY               4808 ROLLING GREEN PKWY
SAINT PAUL MN 55128-2519           ZIMMERMAN MN 55398-7603            EDINA MN 55436-1348


TARYN NELSON                       THE ESTATE OF FRANKLIN S SUNBERG   TAMMY SCHOENROCK NEILSON
514 AMERICAS WAY 5751              CO MARK A SUNBERG                  26820 WOODLANDS PKWY
BOX ELDER SD 57719-7600            17 MERILANE AVENUE                 ZIMMERMAN MN 55398-7603
                                   EDINA MN 55436-1335


TARYN NELSON                       TAVA CLARK                         TENNIE CHUBB
1915 CASA DEL RIO                  4808 ROLLING GREEN PARKWAY         13432 WAHBURN AVENUE S
194                                EDINA MN 55436-1348                BURNSVILLE MN 55337-2193
BENSON AZ 85602-7539
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TENNIE L CHUBB
13432 WASHBURN AVE S
BURNSVILLE MN 55337-2193

TERESA FLEMING
4035 WEST 65TH STREET
122
EDINA MN 55435-1749

THOMAS W VON KUSTER JR
5413 WOODCREST DR
MPLS MN 55424-1649

TOM GREENSHIELDS
2920 HIGHLAND CT
MOUND MN 55364-8500

TRANS ALARM INC
PO BOX 776146
CHICAGO IL 60677-6146

TRAVELERS BUSINESS INSURANCE
PO BOX 660317
DALLAS TX 75266-0317

TWIN CITY STAFFING
PO BOX 120474
NEW BRIGHTON MN 55112-0018

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

VICKY SLOMIANY
4604 BRUCE AVE
EDINA MN 55424-1123

VINOANDES LLC
5127 IRVING AVENUE SOUTH
MINNEAPOLIS MN 55419
MINNEAPOLIS MN 55419-1125

WILLIAM AND MARILYN KUEHL
1524 CREEK LANE
NORTHFIELD MN 55057-3403

WALTER DONNELLY
6 ACADEMY WAY S
SAINT PETERSBURG FL 33711-5130

WELLS FARGO VENDOR FINANCIAL SERVICES LLC
ATTN BANKRUPTCY ADMIN
PO BOX 13708
MACON GA 31208-3708

WENDY LEGGE
4100 COFFMAN LANE
MINNEAPOLIS MN 55406-3644

WILLIAM J STAVOLE
TUCKER ELLIS LLP
950 MAIN AVENUE SUITE 1100
CLEVELAND OH 44113-7213

WILLSON DECLARATION OF TRUST
CO WENDY LEGGE
4100 COFFMAN LANE
MINNEAPOLIS MN 55406-3644

YEDDA MARKS
4508 GARRISON LANE
EDINA MN 55424-1847

ZINA
470 BEVERLY DRIVE
BEVERLY HILLS CA 90212-4402

EXCLUDE
CHAD A KELSCH
KELSCH LAW FIRM PA
3350 ANNAPOLIS LANE N
STE C
PLYMOUTH MN 55447-5309

JOHN D LAMEY III
980 INWOOD AVENUE NORTH
OAKDALE MN 55128-6625

EXCLUDE
NAUNI JO MANTY
MANTY ASSOCIATES PA
401 SECOND AVENUE NORTH
SUITE 400
MINNEAPOLIS MN 55401-2097

RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER  PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155