UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
BKY 19-40658-KHS

**ORDER**

This case is before the court on the Chapter 7 trustee's notice of settlement with A.Glam, Inc, dated June 12, 2019, Docket No. 75. An objection was filed by BHM Capital, LLC. The court held a hearing on the matter on July 18, 2019 and appearances were noted on the record.

For reasons stated orally and recorded in open court,

**IT IS ORDERED:** The settlement, as described in the notice of settlement, docket no. 75, is approved. The lien of BHM Capital, LLC shall attach to the settlement proceeds with the same nature, validity, priority, and dignity as held against the Chardonnay jewelry prior to the settlement and sale.

Dated: *July 19, 2019*

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/19/2019*
Lori Vosejpka, Clerk, by LH