UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Debtor.

Chapter 7
Bankruptcy No. 19-40658

**ORDER**

This case is before the court on the Chapter 7 trustee's notice of settlement dated July 8, 2019, docket No. 87. No objections having been filed and based upon the notice of settlement,

**IT IS ORDERED:** The settlement, as described in the notice of settlement dated July 8, 2019, is approved.

Dated: *August 1, 2019*

/e/ Kathleen H. Sanberg
Kathleen Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/01/2019*
Lori Vosejpka, Clerk, by LH