UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| Scheherazade, Inc., | BKY 19-40658 |
| Debtor. | |

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF APPRAISER, RECOMMENDATION AND ORDER**

1. Applicant is the Trustee in this case.

2. Applicant applies for approval of the employment of Embellir Gallery of Gems, 750 Main Street, Suite 111, Mendota Heights, Minnesota, 55118-3765, Telephone No. 651-905-1168 (hereafter "Embellir"), as an agent to liquidate jewelry owned by the debtor as well as to process the unsalable scrap owned by the debtor.

3. The terms and conditions of compensation and reimbursement of expenses are as follows: 20% commission, plus reimbursement of credit card fees. Said commission and credit card fees are to be deducted from the proceeds of sale, without further order of the bankruptcy court, and the net sale proceeds shall be delivered to the Trustee.

4. The Trustee has verified bonding and insurance coverage. However, if the bond and insurance needs are inadequate based upon the jewelry delivered to Embellir, the estate shall reimburse Embellir for the increased costs of the bond and insurance.

5. Said professional has disclosed to the undersigned that she does not have any connections with the debtors, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States

Trustee. However, Embellir has been retained by the Trustee in another unrelated bankruptcy case to liquidate a ring. Embellir also has been employed by other panel trustees to liquidate jewelry or prepare appraisals for debtors in other unrelated bankruptcy cases.

WHEREFORE, Applicant requests that the bankruptcy court approve such employment by the Trustee.

Dated: September 12, 2019

*/e/ Nauni Jo Manty*
Nauni Jo Manty, Trustee
401 Second Avenue North, Suite 400
Minneapolis, MN  55401-2097
Phone:  (612) 465-0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7

BKY 19-40658

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Brenda S. Machnik and Embellir Gallery of Gems ("Embellir"), the professional named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee. However, Embellir has been retained by the Trustee in another unrelated bankruptcy case to liquidate a ring. Embellir also has been employed by other panel trustees to liquidate jewelry or prepare appraisals for debtors in other unrelated bankruptcy cases.

Dated: September 5, 2019

_____
Brenda S. Machnik
Embellir Gallery of Gems
750 Main Street, Suite 111
Mendota Heights, MN 55118-3765
Phone: 651-905-1168

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:     Chapter 7

Scheherazade, Inc.,     BKY 19-40658

Debtor.

**ORDER**

The application to employ Embellir Gallery of Gems as an agent for the trustee came before the court. Based on the application, the recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code §327,

IT IS ORDERED: The professional employment applied for is approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

Dated:

_____
Kathleen H. Sanberg
United States Bankruptcy Judge