UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:      Chapter 7

Scheherazade, Inc.,     BKY 19-40658

Debtor.

## ORDER

The application to employ Embellir Gallery of Gems as an agent for the trustee came before the court. Based on the application, the recommendation of the United States Trustee, and pursuant to the provisions of Title 11, United States Code §327,

IT IS ORDERED: The professional employment applied for is approved subject to the limitations on compensation provided by Title 11, United States Code, §328.

Dated: *September 17, 2019*

/e/ Kathleen H. Sanberg

Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/17/2019*
Lori Vosejpka, Clerk, by SD