UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Chapter 7
Bankruptcy 19-40658

Debtor.

## NOTICE OF SALE ON SHORTENED NOTICE

TO: The United States Trustee, all creditors, and other parties in interest:

On October 10, 2019, or as soon thereafter as the transaction may be completed, the trustee of the estate will sell property of the estate as follows:

The trustee has filed an application to employ Embellir Gallery of Gems ("Embellir") as the liquidating agent for the estate of all of the store-owned jewelry. Embellir shall be paid as set forth in such application. The sale shall be conducted at 750 Main Street, Suite 111, Mendota Heights, Minnesota, 55118. *See* www.embellirgems.com. The sale shall be completed on or before December 31, 2019, which time period may be extended through further agreement between the trustee and Embellir, if necessary. All sales are "as is, where is" without any representation or warranties. All sales are final. Conspicuous signs will be posted in the store to the effect that all sales are "final." The trustee will not accept any returns or exchanges during the sale.

**NO ESTATE CONSIGNMENT JEWELRY OR OTHER COMMERCIAL CONSIGNMENT JEWERLY WILL BE SOLD WITHOUT THE PERMISSION OF THE CONSIGNORS. THE TRUSTEE IS ONLY SELLING JEWELRY OWNED BY THE DEBTOR.**

The trustee believes this sale is in the best interest of creditors. A sale at the Embellir will maximize the value to the estate. The trustee requests that the stay pursuant to Federal Rule of Bankruptcy Procedure 6004(h) be waived and shall not apply to this sale.

### OBJECTION: MOTION: HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| United States Bankruptcy Court | United States Trustee | Nauni Manty, Trustee |
|---|---|---|
| 300 South Fourth Street | 1015 U.S. Courthouse | 401 2nd Ave N, Ste 400 |
| 301 U.S. Courthouse | 300 South Fourth Street | Minneapolis, MN 55401 |
| Minneapolis, MN  55415 | Minneapolis, MN 55415 | |

Dated: September 23, 2019

By: /e/ Nauni Manty
     Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 <br> **DECLARATION OF MAILING** <br> **CERTIFICATE OF SERVICE** <br> Chapter: 7 |

On 9/23/2019, I did cause a copy of the following documents, described below,

Notice of Sale on Shortened Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/23/2019

/s/ Nauni Manty
Nauni Manty

401 Second Avenue North, Ste 400
Minneapolis, MN  55401
612 465 0990

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 9/23/2019, a copy of the following documents, described below,

Notice of Sale on Shortened Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/23/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty

401 Second Avenue North, Ste 400
Minneapolis, MN  55401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                              BHM CAPITAL LLC                        EMBELLIR GALLERY OF GEMS
 LABEL MATRIX FOR LOCAL NOTICING       785 WESTON RIDGE PARKWAY               750 MAIN ST
08644                                  CHASKA MN 55318-1202                   STE 111
CASE 19-40658                                                                 MENDOTA HEIGHTS MN 55118-3765
DISTRICT OF MINNESOTA
MINNEAPOLIS
MON SEP 23 12-39-51 CDT 2019


EATON HUDSON INC                       GALLERIA SHOPPING CENTER LLC           GEMCO INTERNATIONAL INC
3015 DUNES W BLVD                      CO FAEGRE BAKER DANIELS LLP            1660 HIGHWAY 100 S STE 578
STE 201                                ATTN- COLIN DOUGHERTY                  ST LOUIS PARK MN 55416-1566
MOUNT PLEASANT SC 29466-8218           90 SOUTH 7TH ST STE 2200
                                       MINNEAPOLIS MN 55402-3924


K TAKAHASHI  CO INC                    LDM COMPANY                            MICHAEL BONDANZA INC
250 E 54TH ST APT 12D                  SUITE 300                              CO MORRISON COHEN LLP
NEW YORK NY 10022-4812                 4517 MINNETONKA BLVD                   909 THIRD AVENUE
                                       ST LOUIS PARK MN 55416 UNITED STATES   NEW YORK NY 10022-4731
                                       55416-5411


DEBTOR                                 WELLS FARGO VENDOR FINANCIAL SERV LLC  EXCLUDE
SCHEHERAZADE INC                       FKA G                                  MINNEAPOLIS
3181 WEST 69TH STREET                  CO A RICOH USA PROGRAM FDBA IKON       301 US COURTHOUSE
EDINA MN 55435                         FINANC                                 300 SOUTH FOURTH STREET
                                       PO BOX 13708                           MINNEAPOLIS MN 55415-1320
                                       MACON GA 31208-3708


6300 YORK AVE S                        AGLAM INC                              AGLAM INC
102                                    2409 FROSTED GREEN LANE                4651 LOUIS AVE
EDINA MN 55435-2287                    PLANO TX 75025-6440                    LOS ANGELES CA 91316-3924


AMY HAN                                ATT                                    ABBOT JEWELRY SYSTEMS INC
249 1ST AVE SOUTH                      PO BOX 6416                            3 CORPORATE DRIVE
SOUTH ST PAUL MN 55075-2302            CAROL STREAM IL 60197-6416             SUITE 215
                                                                              SHELTON CT 06484-6252


ADAM ALTMAN                            ALICIA SCHAAL                          ALLIE HAFEZ
901 NORTH THIRD STREET SUITE 140       2919 BUCHANAN STREET NE                PO BOX 270534
MINNEAPOLIS MN 55401-1169              MINNEAPOLIS MN 55418-2208              MINNEAPOLIS MN 55427-6534


AMANDA MORAN                           AMDEN JEWELRY                          AMDEN JEWELRY INC
7206 STEWART DRIVE                     550 S HILL ST                          550 S HILL ST SUITE950
EDEN PRAIRIE MN 55346-3248             SUITE 950                              LOS ANGELES CA 90013-2429
                                       LOS ANGELES CA 90013-2429


AMENTA                                 AMERICAN EXPRESS NATIONAL BANK         AMERICAN GEM SOCIETY
106901 S SAM HOUSTON PARKWAY           CO BECKET AND LEE LLP                  8881 W SAHARA AVE
SUITE 100                              PO BOX 3001                            LAS VEGAS NV 89117-5865
HOUSTON TX 77071                       MALVERN PA 19355-0701
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

AMY ANDERSON
5725 36TH AVE S
MINNEAPOLIS MN 55417-2907

AMY J ANDERSON
5725 36TH AVE S
MINNEAPOLIS MN 55417-2907

ANDREA REISS
8325 LABONT WAY
EDEN PRAIRIE MN 55344-4425


ANDREW A GREEN
COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS MN 55120-1363

ANN BROSCIOUS
4523 SHORELINE DRIVE
SPRING PARK MN 55384-9755

ANNA FIESER
1002 VIRGINIA ST
SAINT PAUL MN 55117-5136


ASSAEL INC
589 5TH AVE
1154
NEW YORK NY 10017-4711

BEVERLY DANN
100 3RD AVE S
APT 2602
MINNEAPOLIS MN 55401-2722

BHM CAPITAL LLC
MESSERLI  KRAMER PA
JOSEPH W LAWVER
100 S FIFTH STREET 1400 FIFTH STREET T
MINNEAPOLIS MN 55402


BARBARA A WEST
17112 SANDY LANE
MINNETONKA MN 55345-3353

BARBARA ANN WEST
17112 SANDY LANE
MINNETONKA MN 55345-3353

BARBARA HAMILTON SUSTAD
10618 SANOMA RIDGE
EDEN PRAIRIE MN 55347-1169


BARBARA TISEHART
1095 NENA COURT
STILLWATER MN 55082-4592

BARCLAY MASTER CARD
PO BOX 13337
PHILADELPHIA PA 19101-3337

BECKY CANTLEBERRY
34346 45TH AVE
MOTLEY MN 56466-2423


BENY SOFER
555 FIFTH AVE
NEW YORK NY 10017-2416

BENY SOFER INC
65 ROOSEVELT AVENUE
SUITE 103A
VALLEY STREAM NY 11581-1106

BERNICK  LIFSON PA
5500 WAYZATA BLVD
SUITE 1200
MINNEAPOLIS MN 55416-1251


BEST BUY VISA
PO BOX 78009
PHOENIX AZ 85062-8009

BETSY BOND
3517 FEDERAL DR 303
EAGAN MN 55122-1374

BETSY BOND
3517 FEDERAL DRIVE
SAINT PAUL MN 55122-3509


BEVERLY DANN
2701 N OCEAN BLVD
UNIT E301
BOCA RATON FL 33431-7015

BLUE MOON PACKAGING
PO BOX 24726
JACKSONVILLE FL 32241-4726

BREMER BANK
6900 FRANCE AVE S
EDINA MN 55435-2002


BRINKS
PO BOX 677444
DALLAS TX 75267-7444

BRINKS GLOBAL SERVICES USA INC
580 5TH AVENUE
SUITE 400
NEW YORK CITY NY 10036-4725

BRUCE CUMMINGS
4012 LORD LYON DR
GIBSONIA PA 15044-9722

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CARLA CORPORATION<br>33 SUTTON AVE<br>EAST PROVIDENCE RI 02914-3400 | CARMEN BERSTAD<br>25288 W MEADOW LAKE DR<br>DETROIT LAKES MN 56501-7224 | CAROLINE BANKS<br>4271 SHERIDAN AVE SOUTH APT 408<br>MINNEAPOLIS MN 55410-1624 |
| CATHERINE SCHURMAN<br>18117 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346-4128 | CHERIE Y ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 | CUSTOM BUSINESS FORMS<br>210 EDGE PLACE NE<br>MPLS MN 55418-1153 |
| CYNTHIA WIZNER<br>8970 HILLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 | CAMILLA CARLSON<br>25440 SMITHTOWN ROAD<br>SHOREWOOD MN 55331-8443 | CANON FINANCIAL SERVICES INC<br>EISENBERG GOLD  AGRAWAL PC<br>1040 NORTH KINGS HIGHWAY<br>SUITE 200<br>CHERRY HILL NJ 08034-1925 |
| CAPITAL ONE<br>PO BOX 6492<br>CAROL STREAM IL 60197-6492 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CARLA CORPORATION<br>PO BOX 14192<br>EAST PROVIDENCE RI 02914-0192 |
| CAROL J PETERSON<br>3146B FARNUM DR<br>EAGAN MN 55121-1921 | CAROL SCHUETTE<br>13230 KERRY LANE<br>EDEN PRAIRIE MN 55346-3140 | CAROLINE BASSETT<br>4042 ABBOT AVE S<br>MINNEAPOLIS MN 55410-1001 |
| CARRIE BELL<br>17038 SADDLE WOOD<br>MINNETONKA MN 55345-2680 | CATHERINE R KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 | CATHERINE ZIMBA<br>5454 MAYVIEW ROAD<br>MINNETONKA MN 55345-5935 |
| CATHY KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 | CATIE SCHUMAN<br>29228 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346 | CENTRAL TELEPHONE SALES   SERV<br>12857 INDUSTRIAL PARK BLVD<br>MINNEAPOLIS MN 55441-3910 |
| CHARLOTTE OHANLON<br>826 9TH STREET NW<br>ROCHESTER MN 55901-2660 | CHASE<br>CARDMEMBER SERVICE<br>PO BOX 6294<br>CAROL STREAM IL 60197-6294 | CHERIE ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 |
| CINDY WIZNER<br>8970 HOLLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 | CITY PAGES<br>PO BOX 790445<br>SAINT LOUIS MO 63179-0445 | CLAIRE WHITE<br>543 SAXONY COURT<br>CHASKA MN 55318-1471 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CONNOISSEURS CORP<br>17 PRESIDENTIAL WAY<br>WOBURN MA 01801-1040 | CORPORATE FOUR INSURANCE<br>7220 METRO BLVD<br>EDINA MN 55439-2133 | CORRIN ROBINSON<br>249 6TH ST NE<br>MINNEAPOLIS MN 55413-4202 |
| CULLIGAN<br>DEPT 8511<br>PO BOX 77043<br>MINNEAPOLIS MN 55480-7743 | DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DEBRA CHESEN<br>7507 HAROLD AVENUE<br>GOLDEN VALLEY MN 55427-4858 |
| DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD  5<br>ST LOUIS PARK MN 55426-4806 | DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |
| DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 |
| DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 | DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 |
| DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 | DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 |
| EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 | ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 |
| ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 | ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 |
| ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 |

Case 19-40658    Doc 102    Filed 09/23/19    Entered 09/23/19 13:08:32    Desc Main
Document      Page 8 of 15

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FRANK SUNBERG
3209 GALLERIA
1403
MINNEAPOLIS MN 55435-2553

FREDERICK GOLDMAN INC
55 HARTZ WAY
SECAUCUS NJ 07094-2425

FREIDA ROTHMAN
80 39TH STREET
SUITE 601-23
BROOKLYN NY 11232-2614

GARY JOHNSON
7310 YORK AVE S
201
EDINA MN 55435-4729

GABRIELLE CASEY
1360 UNIVERSITY AVE 104420
ST PAUL MN 55104-4086

GAIL BERMAN
11915 ST ALBANS HOLLOW DR
MINNETONKA MN 55305-3983

GALLERIA SHOPPING CENTER LLC
62810 COLLECTION CENTER DRIVE
CHICAGO IL 60693-6281

GAYLE MEYER
8001 33RD AVE S
D468
BLOOMINGTON MN 55425-4639

GEMCO
1660 SOUTH HIGHWAY100
SUITE 578
ST LOUIS PARK MN 55416-1566

GEMS ONE CORPORATION
16 WEST 46TH STREET
NEW YORK NY 10036-4503

GREGG EGGINTON
18327 NICKLAUS WAY
EDEN PRAIRIE MN 55347-3440

GRETCHEN COHENOUR
609 W 77TH ST
WINONA MN 55987

HAMILTON USA
PO BOX 72476161
PHILADELPHIA PA 19170-6161

HANSEN CUSTOM JEWELERS
6440 FLYING CLOUD DR
115
EDEN PRAIRIE MN 55344-3321

HARVEY WEISS
11988 PENDLETON COURT
EDEN PRAIRIE MN 55347-4945

HELEN WINDER
6533 PAMELL AVE
EDINA MN 55435

I REISS
45 NORTH STATION PLAZA
SUITE 406
GREAT NECK NY 11021-5011

IREISS CO INC
45 N STATION PLAZA
SUITE 406
GREAT NECK NY 11021-5011

IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821

INDOFF INC
PO BOX 842808
KANSAS CITY MO 64184-2808

JEAN JOHNSON
9332 80TH AVE SW
STEWARTVILLE MN 55976-8207

JOLEEN M MOEN
790 WOODLAND DRIVE SE
FOREST LAKE MN 55025-1622

JORDAN ALAN LARSEN
504 SOUTH 7TH ST
OLIVIA MN 56277-1582

JOSEPH YURECKO
JOE YURECKO
315 CLOVERLEAF DR
GOLDEN VALLEY MN 55422-5106

JOSEPH YUREKO
315 CLOVER LEAF DRIVE
GOLDEN VALLEY MN 55422-5106

JUDITH H FREEBERG
8624 PINE HILL ROAD
BLOOMINGTON MN 55438-1340

JACKIE GOLDARIS
5701 WYCLIFFE ROAD
EDINA MN 55436-2264

Case 19-40658   Doc 102   Filed 09/23/19   Entered 09/23/19 13:08:32   Desc Main
Document      Page 9 of 15

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 | JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 |
| JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 | JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 |
| JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 | JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 |
| JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 | JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 |
| JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 | JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 |
| JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 | JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 |
| KAREN M TATE<br>6315 JAMES AVENUE SOUTH<br>RICHFIELD MN 55423-1229 | KATHLEEN DEYOUNG<br>5224 KNOX S<br>MPLS MN 55419-1042 | KELLI M DALY<br>5520 GIRARD AVE S<br>MPLS MN 55419-1651 |
| KENNETH J ROBINSON<br>11383 ENTREVAUX DRIVE<br>EDEN PRAIRIE MN 55347-2862 | KIR<br>6525 GUN PARK DR<br>SUITE 370-413<br>BOULDER CO 80301-3346 | KONSTANTINO INC<br>CO DAVID H WANDER ESQ<br>DAVIDOFF HUTCHER  CITRON LLP<br>605 THIRD AVE<br>NEW YORK NY 10158-3499 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KAREN J DEKRO<br>4226 HARRIET AVE S<br>MINNEAPOLIS MN 55409 1836 | KAREN MOODY<br>2505 SKYBLUE CT<br>WHITE BEAR LAKE MN 55110-4770 | KAREN QUIST<br>3417 BRYANT AVE S<br>MINNEAPOLIS MN 55408-4111 |
| KAREN TATE<br>6315 JAMES AVE<br>RICHFIELD MN 55423-1229 | KATE MAYBERRY<br>PO BOX 15<br>HAYWARD WI 54843-0015 | KATE WALLIN<br>1950 GRANT ALCOVE<br>EAGAN MN 55122-2458 |
| KATE WALTERS<br>18986 FIRETHORN PT<br>EDEN PRAIRIE MN 55347-2106 | KATHERINE REYNOLDS<br>23 HIGHVIEW TERRACE<br>BLOOMFIELD NJ 07003-3121 | KATHY WINNICK<br>4680 OLD KENT ROAD<br>DEEPHAVEN MN 55331-9267 |
| KELLI WENTZ<br>3641 422ND AVE S<br>MINNEAPOLIS MN 55406 | KERI SMASAL<br>9607 CHICAGO AVE S<br>BLOOMINGTON MN 55420-4524 | KEVIN DYBAL<br>793 HAVENVIEW CT<br>MENDOTA HEIGHTS MN 55120-1800 |
| KEVIN DYBDAL<br>793 HAVENVIEW CT<br>MENDOTA HEIGHTS MN 55120-1800 | KIM LEE<br>14350 ROBIN ROAD NE<br>PRIOR LAKE MN 55372-1292 | KONSTANTINO<br>3315 N 124TH ST<br>SUITE N<br>BROOKFIELD WI 53005-3105 |
| LDM COMPANY<br>4517 MINNETONKA BLVD<br>STE 300<br>MINNEAPOLIS MN 55416-5411 | LORI SANDBERG<br>PO BOX 1125<br>CHANHASSEN MN 55317-1125 | LAI CHING WOO<br>16965 GALLEON CIRCLE<br>ROSEMOUNT MN 55068-1993 |
| LAPP LIBRA THOMSON<br>120 S 6TH ST<br>SUITE 2500<br>MINNEAPOLIS MN 55402-5155 | LAUREN GJOVIG<br>1215 HILLCOURT<br>WILLISTON ND 58801 | LAVENDER MEDIA INC<br>7701 YORK AVE S<br>SUITE 225<br>EDINA MN 55435-5884 |
| LEDDEL DESIGNS<br>675 MARINERS ISLAND BLVD<br>400<br>SAN MATEO CA 94404-1062 | LETHERT SKWIRA SCHULTZ<br>170 E SEVENTH PLACE<br>SUITE 100<br>SAINT PAUL MN 55101-2361 | LINDA GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 |
| LINDA R GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | LINDA SCHILTZ<br>11957 TIFFANY LANE<br>EDEN PRAIRIE MN 55344-5384 | LINDA STANDAGE<br>93846 VIKING WAY<br>STURGEON LAKE MN 55783-3534 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LINDA THIELEN
11201 INDEPENDENCE AVE
CHAMPLIN MN 55316-3119

LINEA BAUSSAN
265 CESAR CHAVEZ ST
SAINT PAUL MN 55107-2352

LISA A ESTLOW
100 SHASTA CIR W
CHANHASSEN MN 55317-9470

LISA ERICKSON
3225 W 38TH ST
MINNEAPOLIS MN 55410-1158

LISA ESTLOW
100 SHASTA CIRCLE
CHANHASSEN MN 55317-9470

LORI SCHAAR
PO BOX 1125 CHANHASSEN
CHANHASSEN MN 55317-1125

LYNNE ASPNES
PO BOX 261
PETOSKEY MI 49770-0261

MARTHA EK BELTZ
1901 PENN AVE S
MPLS MN 55405-2210

MINNEAPOLIS GEMOLOGICAL SERVICES
CO CARL WEIMER
1316 LIBERTY CT
NORTHFIELD MN 55057-2915

MAD MONKEY MEDIA
PO BOX 302
SAINT MICHAEL MN 55376-0302

MAGGIE HENJUM
3224 WEBSTER AVE
ST LOUIS PARK MN 55416-2131

MARGARET BUCHANAN
5400 VERNON AVE S
5400 VERNON AVE S APT 301 MN 55436-2341

MARGARET KENNEALLY
6220 W 34TH ST
1
ST LOUIS PARK MN 55416-2078

MARGARET MACRAE
4940 DODD ROAD
SAINT PAUL MN 55123-2350

MARGARET MARSH
526 COUNTY ROAD 9 SE
WILLMAR MN 56201-4749

MARGARET THOMAS
267 WEAVER ST
MANKATO MN 56001-4664

MARILYN J RUDD
141 EAST 105TH STREET CIR
MINNEAPOLIS MN 55420-5309

MARILYN PALMER
1 RIVERCREST LANE
STILLWATER MN 55082-4258

MARILYN AND BILL KUEHL
1524 CREEK LANE
NORTHFIELD MN 55057-3403

MARLENE PAULEY
5700 DUNCAN LANE
EDINA MN 55436-1604

MARSHA SHOTLEY
13928 21ST ST N
STILLWATER MN 55082-1502

MARSHA UNTHANK
1014 W 53RD ST
MINNEAPOLIS MN 55419-1166

MARTI BELTZ
1901 PENN AVE
MINNEAPOLIS MN 55405-2210

MARY ANN CAMPO
510 W 53RD ST
MINNEAPOLIS MN 55419-1225

MARY BARND
413 E 99TH ST
BLOOMINGTON MN 55420-4951

MARY JANE HASCHIG
4909 STEEPLECHASE CT
EAGAN MN 55122-3046

MARY JEANNE LEVITT
1999 WELLSLEY AVE
SAINT PAUL MN 55105-1619

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MARY SONNEN<br>5920 OSGOOD ST S<br>AFTON MN 55001-9679 | MAXINE JEFFRIS<br>6629 LOGAN AVE S<br>RICHFIELD MN 55423-2164 | MELANIE TSCHIDA<br>1134 IVY HILL DR<br>MENDOTA HEIGHTS MN 55118-1829 |
| MERYLL PAGE<br>2825 MONTERY PARKWAY<br>ST LOUIS PARK MN 55416-3959 | MICHAEL BONDANZA INC<br>10 EAST 36TH ST<br>NEW YORK NY 10016-3302 | MICHAEL HENDERSON<br>2783 WAGON WHEEL CURVE<br>CHASKA MN 55318-1580 |
| MIMI BAKER<br>3900 W 25TH ST<br>MINNEAPOLIS MN 55416-3865 | MINNEAPOLIS GEMOLOGICAL SERV<br>1316 LIBERTY COURT<br>NORTHFIELD MN 55057-2915 | MOORE CREATIVE TALENT<br>3130 EXCELSIOR BLVD<br>MINNEAPOLIS MN 55416-4667 |
| NSP DBAXCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | NAMBE<br>200 W DEVARGAS ST<br>SUITE B<br>SANTA FE NM 87501-2672 | NANCI KNOTT CO<br>280 SHEFFIELD ST<br>MOUNTAINSIDE NJ 07092-2303 |
| NANCY HEINERSCHEID<br>3116 W LAKE ST<br>313<br>MINNEAPOLIS MN 55416-5258 | NANCY MCDANIELS<br>1938 SHERIDAN AVE<br>SAINT PAUL MN 55116-2657 | NANTAWAN LEWIS<br>1225 LASALLE AVE<br>2104<br>MINNEAPOLIS MN 55403-2332 |
| INTERNATIONAL<br>NEW ITALIAN ART<br>VIA TRIESTE 615048<br>VALENZA ITALY | NICOLE J PAULBICK<br>238 CRETIN AVENUE SOUTH 2<br>SAINT PAUL MN 55105-1259 | NICOLE J PAULBICK<br>238 CRETIN AVE S<br>2<br>SAINT PAUL MN 55105-1259 |
| ODELIA JEWELRY<br>62 W 47TH ST<br>SUITE 601<br>NEW YORK CITY NY 10036-3272 | OSCAR HEYMAN BROTHERS INC<br>501 MADISON AVE<br>NEW YORK CITY NY 10022-5676 | PAULA MURRAY<br>710 KELSEY AVENUE 204<br>CLEARWATER MN 55320-1321 |
| PENELOPE STEVEN RAKES<br>6201 MILDRED AVE<br>EDINA MN 55436-2606 | PO BOX 1588<br>MORRISTOWN NJ 079621588 | PREFERRED ONE INSURANCE<br>COMMERCIAL COLLECTORS INC<br>PO BOX 337<br>MONTROSE MN 55363-0337 |
| PARCEL PRO LLC<br>PO BOX 419398<br>BOSTON MA 02241-9398 | PAT DAY<br>10632 UTICA ROAD<br>BLOOMINGTON MN 55437-2854 | PATRICIA EBBERT<br>3806 ABBOTT AVE S<br>MINNEAPOLIS MN 55410-1035 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL NOTICE OF ELECTRONIC FILING (NEF)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PAULA MURRAY<br>725 MINNESOTA STREET<br>MONTICELLO MN 55362-5800 | PAWNWORKS<br>1301 RIVERWOOD DR<br>UNIT 1<br>BURNSVILLE MN 55337-1547 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4301 |
| PLASTICREST PRODUCTS INC<br>4519 W HARRISON ST<br>CHICAGO IL 60624-3099 | PRECIOUS JEWELRY<br>PO BOX 5381<br>NEW YORK NY 10185-5381 | REBECCA M BJORNSON<br>5343 PORTLAND AVENUE SOUTH<br>MINNEAPOLIS MN 55417-1722 |
| REBECCA M BJORNSON<br>5343 PORTLAND AVE<br>MINNEAPOLIS MN 55417-1722 | RENEE LINDQUIST<br>8680 MAGNOLIA CT<br>212<br>EDEN PRAIRIE MN 55344-6677 | RICHARD DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 |
| RICHARD L DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 | RIO GRANDE<br>7500 BLUEWATER ROAD NW<br>ALBUQUERQUE NM 87121-1962 | ROBERT C KLEIN  ASSOC<br>8900 PENN AVE S<br>SUITE 101<br>MINNEAPOLIS MN 55431-2099 |
| ROBERT J STRUYK TRUSTEE<br>DORSEY  WHITNEY<br>401 E EIGHTH ST SUITE 319<br>SIOUX FALLS SD 57103-7031 | ROBIN YOUNG<br>5124 NOLAN DRIVE<br>MINNETONKA MN 55343-8900 | ROFFERS GROUP LLC<br>218 WASHINGON AVE N<br>SUITE 220<br>MINNEAPOLIS MN 55401-2215 |
| ROGER POMEROY<br>8050 PENNSYLVANIA RD<br>BLOOMINGTON MN 55438-1135 | RUTH A AND RAYMOND A REISTER CHARITABLE TR<br>401 E 8TH ST<br>SUITE 319<br>SIOUX FALLS SD 57103-7031 | RUTH A AND RAYMOND A REISTER CHARITABLE TR<br>ERIN BRYAN ESQ<br>DORSEY  WHITNEY LLP<br>50 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1553 |
| RUTH LORDAN<br>6453 BARRIE ROAD<br>EDINA MN 55435-2301 | S KASHI<br>175 GREAT NECK ROAD<br>SUITE 204<br>GREAT NECK NY 11021-3313 | SARAH SIVRIGHT<br>5051 DREW AVE S<br>MINNEAPOLIS MN 55410-2026 |
| SCOTT A HOLDAHL<br>705 E 57TH ST<br>MINNEAPOLIS MN 55417-2424 | SOMERSET MFG INC<br>36 GLEN COVE ROAD<br>ROSLYN HEIGHTS NY 11577-1703 | SUSAN BEISANG<br>4 FALCON LANE<br>NORTH OAKS MN 55127-6317 |
| SALLY BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SALLY R BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SANDI CALVELAGE<br>10727 LINDAHL BLUFFS TRAIL<br>BLOOMINGTON MN 55420-5652 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SARAH ROCKLER<br>2950 DEAN PARKWAY APT 1901<br>MINNEAPOLIS MN 55416-4428 | SCOTT BROWN<br>4132 VERNON AVE S<br>STE 207<br>ST LOUIS PARK MN 55416-3193 | SCOTT H RUDD<br>7300 GALLAGHER DRIVE<br>APT 311<br>EDINA MN 55435-3104 |
| SHARON CAREY<br>5237 16TH AVE S<br>MINNEAPOLIS MN 55417-1813 | SHEILA HAGSTROM<br>10391 108TH PLACE N<br>MAPLE GROVE MN 55369-2638 | SIMON G JEWELRY INC<br>WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 |
| SIMON G<br>528 STATE ST<br>GLENDALE CA 91203-1524 | SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 |
| SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 | SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 | STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 |
| STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 | STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 | STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 | SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 |
| SUSAN K ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 |
| SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 |
| TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 |
| TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 |
| TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 |
| TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 |
| WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 |
| ZINA<br>470 BEVERLY DRIVE<br>BEVERLY HILLS CA 90212-4402 | ~~EXCLUDE~~<br>~~CHAD A KELSCH~~<br>~~KELSCH LAW FIRM PA~~<br>~~3350 ANNAPOLIS LANE N~~<br>~~STE C~~<br>~~PLYMOUTH MN 55447-5389~~ | IPFS CORPORATION CHANDLER<br>LISA RENEE CHANDLER<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 |
| JOHN D LAMEY III<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | ~~EXCLUDE~~<br>~~NAUNI JO MANTY~~<br>~~MANTY  ASSOCIATES PA~~<br>~~401 SECOND AVENUE NORTH~~<br>~~SUITE 400~~<br>~~MINNEAPOLIS MN 55401-2097~~ | RALPH V MITCHELL<br>LAPP LIBRA THOMSON STOEBNER  PUSCH<br>120 SOUTH 6TH STREET SUITE 2500<br>MINNEAPOLIS MN 55402-5155 |