# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                                                  BKY 19-40658

Scheherazade, Inc.

                                                                               Chapter 7

      Debtor.

## NOTICE OF WITHDRAWAL

TO:    THE CLERK OF THE COURT AND ALL ENTITIES LISTED IN LOCAL RULE 2002-1

      1.       The undersigned filed a request for notice and notice of appearance under Bankruptcy Rule 2002(i) or 9010(b) on March 12, 2019 (Docket No. 8).

      2.       You are hereby notified that such request for notice and notice of appearance is withdrawn.

                                                                             **MESSERLI & KRAMER P.A.**

Dated: October 17, 2019                      *s/Joseph W. Lawver*
                                                               Joseph W. Lawver
                                                               1400 Fifth Street Towers
                                                               100 South Fifth Street
                                                               Minneapolis, MN 55402
                                                               Telephone: (612) 672-3600
                                                               Facsimile: (612) 672-3777
                                                               jlawver@messerlikramer.com

                                                               **ATTORNEY FOR BHM CAPITAL LLC**

1826801.1