UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                              Chapter 7
                                                                                                    BKY 19-40658-KHS
Scheherazade, Inc.,

      Debtors.

## REPORT OF SALE

The undersigned trustee of the estate of the debtor named above sold the following property of the estate:

Jewelry as described in Exhibit A, for gross receipts of $40,738.00, sold between October 11, 2019 and November 13, 2019. The costs of sale were $9,334.91 and net proceeds to the bankruptcy estate are $31,403.09. See Sold Report for 11-13-19 (year to date) attached as <u>Exhibit A</u>.

Jewelry as described in Exhibit B, for gross receipts of $40,515.00, sold between November 14, 2019 and December 30, 2019. The costs of sale were $8,673.09 and net proceeds to the bankruptcy estate are $31,841.92. See Sold Report for 11-14-19 to 12-30-19 attached as <u>Exhibit B</u>.

Jewelry as described in Exhibit C, for gross receipts of $88,372.00, sold between December 30, 2019 and December 31, 2019. The costs of sale were $17,674.40 and net proceeds to the bankruptcy estate are $70,697.60. See Sold Report for 12-30-19 to 12-31-19 attached as <u>Exhibit C</u>.

Sales were to multiple buyers at Embellir Gallery of Gems, 750 Main Street, Suite 111, Mendota Heights, MN 55118, pursuant to the trustee's Notice of Sale on Shortened Notice dated September 23, 2019.

Dated:  January 17, 2020

                                                                                                 /e/ Nauni Manty
                                                                                                 Nauni Manty, Trustee
                                                                                                 401 Second Avenue North, Suite 400
                                                                                                 Minneapolis, MN  55401
                                                                                                 612.465.0990