UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  

Scheherazade, Inc.,

    Debtor.

BKY  19-40658
Chapter 7

### ORDER AUTHORIZING 2004 EXAMINATIONS

This case is before the court on the motion of the trustee for an order allowing her to conduct examinations pursuant to Fed. R. Bankr. P. 2004. For reasons stated orally and recorded in open court,

**IT IS ORDERED**: The trustee may examine Bremer Bank, N.A. and U.S. Bank, N.A. pursuant to Fed. R. Bankr. P. 2004.

Dated:  February 12, 2020

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 02/12/2020
Lori Vosejpka, Clerk, by LH