UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY 19-40658 |
| | Chapter 7 |
| Scheherazade, Inc. | |
| Debtor. | |

## NOTICE OF HEARING AND MOTION OBJECTING TO CLAIM OF LISA ESTLOW

TO:   The claimant and other entities specified in Local Rules 9013-3(a) and 3007-1:

1.   Nauni Manty, the chapter 7 trustee of the bankruptcy estate of the debtor, moves the court for the relief requested below and gives notice of hearing.

2.   The court will hold a hearing on this motion on **Wednesday, May 6, 2020,** at **9:30 a.m.**, before the Honorable Kathleen H. Sanberg, in Courtroom No. 8 West, at the United States Courthouse, at 300 South Fourth Street, in Minneapolis, Minnesota 55415.

3.   Any response to this motion must be filed and served not later than **Friday, May 1, 2020**, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.   This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. The petition commencing this chapter 7 case was filed on March 10, 2019. This proceeding is a core proceeding. This case is now pending before this court.

5.   This motion arises under 11 U.S.C. §§ 502, Fed. R. Bankr. P. 3007, 9013 and 9014 and Local Rules 3007-1, 9006-1, 9013-1 and 9013-3.

6. Lisa Estlow filed an unsecured claim of $9,400. *See* Claim No. 62. A copy of the claim is attached as <u>Exhibit A.</u>  The claim relates to five pieces of jewelry being sold on consignment by the debtor, pursuant to Consignment Merchandise agreements between the debtor and Ms. Estlow.

7. The following three items were returned to Ms. Estlow after her claim was filed:

    a. Marq Clear Stone Necklace - $2,100 of the claim relates to this item

    b. Opal Ring - $660 of the claim relates to this item

    c. Vintage Ring with Euro Cut Diamond - $2,220 of the claim relates to this

Attached as <u>Exhibit B</u> are receipts for the returns to Ms. Estlow.

8. The remaining two items include a circle necklace and vintage style necklace. Prepetition, the debtor sold the circle necklace for $500, of which $300 is due to Ms. Estlow. The vintage necklace sold for $600, of which $360 is due to to Ms. Estlow. The trustee requests that Ms. Estlow's claim be reduced to $660 the combined value due to Ms. Estlow for these two items.

**WHEREFORE**, the trustee requests that the objection to the claim of Lisa Estlow be sustained and the claim be reduced to $660.

MANTY & ASSOCIATES, P.A.

Dated:  April 2, 2020

*/e/ Mary F. Sieling*
Nauni Manty (#230352)
Mary F. Sieling (#389893)
401 Second Avenue North, Suite 400
Minneapolis, MN 55401
Phone: (612) 465-0990
Email: mary@mantylaw.com

*Attorneys for the Chapter 7 Trustee*

2

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 Scheherazade, Inc. | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court **District of Minnesota** | |
| Case number: **19–40658** | |

**FILED**
**U.S. Bankruptcy Court**
**District of Minnesota**
4/14/2019
**Lori Vosejpka, Clerk**

Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Lisa A. Estlow
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor: Lisa Estlow

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Lisa A. Estlow
Name
100 Shasta Cir W
Chanhassen, MN 55317

Contact phone 6512026012
Contact email lisa.a.estlow@mchsi.com

Where should payments to the creditor be sent? (if different)
Name

Contact phone
Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing?

Official Form 410    Proof of Claim    page 1

EXHIBIT A

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | | |
|---|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |
| 7. **How much is the claim?** | $ 9400.00 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br>Items consigned for sale | |
| 9. **Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:** $ _____<br>**Amount of the claim that is secured:** $ _____<br>**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $ _____<br><br>**Annual Interest Rate** (when case was filed) _____ %<br>☐ Fixed<br>☐ Variable | |
| 10. **Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ | |
| 11. **Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ | |

Official Form 410            Proof of Claim            page 2

EXHIBIT A

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No<br>☐ Yes. *Check all that apply*: | **Amount entitled to priority** |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | $ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    4/14/2019
                    MM / DD / YYYY

/s/ Lisa Estlow
Signature

Print the name of the person who is completing and signing this claim:

Name     Lisa Estlow
         First name    Middle name    Last name

Title    Creditor

Company  N/A
         Identify the corporate servicer as the company if the authorized agent is a servicer

Address  100 Shasta Cir W
         Number  Street
         Chanhassen, MN 55317
         City    State    ZIP Code

Contact phone  6512026012        Email   lisa.a.estlow@mchsi.com

## Scheherazade Consignment Merchandise Form    11.2.18

**Consignor Information:**

Name: _Lisa Estlow_ Phone(s): _651-202-6012_

Address: _100 Shasta Circle W Chanhassen 55317_

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: _Opal Ring 18k Yellow gd_

Stones: _Opal_ Extra Items: _____

Carl: _____

Ann: _____

Metal: _18K_ Jewelry History: _____

_____

Authorized Repairs (paid for by Consignor): _____ Cert: ____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _1100_

   Customer: $ _660_   Scheherazade: $ _440_

   Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:
   1 Month: _10%_   6 Months: _20%_   12 Months: _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _State Farm_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _24_ day of _Nov_, 20 _18_ at Edina, MN 55435.

By: _[signature]_   _Lisa Estlow_

Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

Date Sold: __/__/__ Receipt # _____ CAMS # _____ Price Sold For $ _____

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

EXHIBIT A

## Scheherazade Consignment Merchandise Form    11.2.18

Consignor Information:

Name: _Lisa Estlow_    Phone(s): _651-202-6012_
Address: _100 Shasta Circle W. Chanhassen 55317_
Email: _____    Other Contact Information: _____
Description of Consigned Item per Consignor (One item per Form) General: _marq. clear stone_
Stones: _Marq. Diamond 1.10 ct_    Extra Items: _necklace_
Carl: _I 2  L-M_
Ann: _____
Metal: _18K_    Jewelry History: _____

_____

Authorized Repairs (paid for by Consignor): _____ Cert:____
Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.
    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _3500_
    Customer: $ _2100_    Scheherazade: $ _1400_ .
    Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:
    1 Month: _10%_    6 Months: _20%_    12 Months: _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
    _State Farm_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _24_ day of _Nov_, 20_18_ at Edina, MN 55435.

By: _[signature]_    _[signature] Lisa D Estlow_
Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------

Date Sold: ___/___/____ Receipt # _____ CAMS # _____ Price Sold For $ _____

--------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

EXHIBIT A

## Scheherazade Consignment Merchandise Form   11.2.18   651-202-6082

**Consignor Information:**
Name: _Lisa Estlow_   Phone(s): _814·248·8714_
Address: _100 Shasta Circle West Chanhassen_   _55317_
Email: _____   Other Contact Information: _____
Description of Consigned Item per Consignor (One item per Form) General: _Vintage Ring_
Stones: _Euro Cut Diamond, 70_   Extra Items: _____
Carl: _____ VS E-F _____
Ann: _____
Metal: _Plat_  Jewelry History: _____

Authorized Repairs (paid for by Consignor): _____ Cert: ____
Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.
   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _3700_
   Customer: $ _2220_   Scheherazade: $ _1480_ .
   Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:
   1 Month: _10%_   6 Months: _20%_   12 Months: _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _State Farm_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _24_ day of _Nov_, 20 _18_ at Edina, MN 55435.

By: _D/Wayne_   _Lisa Estlow_
Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

Date Sold: ___/___/___  Receipt # _____  CAMS # _____  Price Sold For $ _____

Returned to Consignor Date: ___/___/___  Consignor Signature for Return: _____

EXHIBIT A

## Scheherazade Consignment Merchandise Form    11.2.18

Consignor Information:

Name: Lisa Estlow                                Phone(s): 651-202-6012
Address: 100 Shasta Circle W Chanhassen 55317
Email: _____ Other Contact Information: _____
Description of Consigned Item per Consignor (One item per Form) General: Circle Necklace
Stones: .18 ct twt dia heavily incl.    Extra Items: _____
Carl: illusion setting
Ann: _____
Metal: 14 kt  Jewelry History: _____

Authorized Repairs (paid for by Consignor): _____ Cert: ____
Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.
   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 500
   Customer: $ 300      Scheherazade: $ 200.
   Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:
   1 Month: 10% off   6 Months: 20% off    12 Months: _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   State Farm _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 24 day of Nov, 20 18 at Edina, MN 55435.

By: _____    _____
Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---

Date Sold: ___/___/___ Receipt # _____ CAMS # _____ Price Sold For $ _____

---

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

EXHIBIT A

## Consignment Merchandise Intake Form

**Consignor Information:**
Name: Lisa Estlow
Phone(s): 651-202-6012
Address: 100 Shasta Cir W. Chanhassen, MN 55317
Email: _____
Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): "Vintage Style" Necklace 14kw w/ Dias

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.
   NOTE: SCHEHERAZADE PROVIDES A 90-DAY CUSTOMER SATISFACTION GUARANTEE PROGRAM ON CONSIGNMENT MERCHANDISE. YOUR SHARE OF THE SELLING PRICE WILL BE PAID APPROXIMATELY NINETY-ONE (91) DAYS AFTER THE DAY OF THE SALE.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 600
   Customer: $ 360    Scheherazade: $ 240

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ Call
Customer: $ _____    Scheherazade: $ _____

You agree the Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, etc.

You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance with _____
_____ (Name of Ins. Company; a Certificate of Insurance is appreciated).

Agreed & signed, this 26th day of Nov, 2016 at Edina, MN 55435.

SCHEHERAZADE JEWELERS
_____ (Scheherazade Authorized Signature)     Lisa A Estlow (Consignor Signature)

---

Date Sold: __/__/__   Receipt # _____   CAMS # 121726   Price Sold For $ _____

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

               Debtor.

Chapter 7
BKY 19-40658

## RECEIPT

Received from the Trustee of Scheherazade, Inc, the following:

Necklaces Dia – Opal Ring – Dia Ring

Dated: 4/26/19

Name: Print  Lisa A. Estlaw
Address:  100 SHASTA CIR W
               CHANHASSEN, MN 55317
Telephone:  651-202-6012

EXHIBIT B

## Scheherazade Consignment Merchandise Form    11.2.18

**Consignor Information:**

Name: _Lisa Estlow_                Phone(s): _651-202-6012_

Address: _100 Shasta Circle W. Chanhassen 55317_

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: _marq. clear stone_

Stones: _Marq. Diamond 1.10 ct_        Extra Items: _necklace_

Carl: _I2 L-M_

Ann: _____

Metal: _18K_  Jewelry History: _____

_____

Authorized Repairs (paid for by Consignor): _____        Cert: ____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _3500_
    Customer: $ _2100_      Scheherazade: $ _1400_.
    Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:
    1 Month: _10%_      6 Months: _20%_      12 Months: ____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
    _State Farm_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _24_ day of _Nov_, 20_18_ at Edina, MN 55435.

By: _[signature]_                _Lisa M Estlow_
Scheherazade Authorized Signature        Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---

Date Sold: __/__/__  Receipt # _____    802-07404  $3,500.00    ESTLOW 18K MA 18KW 1.10CT MARQ DIAMOND WITH DOUBLE D    Price Sold For $ _____

Returned to Consignor Date: __/__/__    Consignor S[ignature]    802-07404 $3,500.00    Return: _____

EXHIBIT B

## Scheherazade Consignment Merchandise Form    11.2.18

Consignor Information:

Name: Lisa Estlow   Phone(s): 651-202-6012

Address: 100 Shasta Circle W Chanhassen 55317

Email: _____   Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: Opal Ring 18k Yellow Gk

Stones: Opal   Extra Items: _____

Carl: _____

Ann: _____

Metal: 18K   Jewelry History: _____

Authorized Repairs (paid for by Consignor): _____   Cert: _____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1100

   Customer: $ 660   Scheherazade: $ 440.

   Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:
   1 Month: 10%   6 Months: 20%   12 Months: _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   State Farm   (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 24 day of Nov, 20 18 at Edina, MN 55435.

By: [signature]   [signature] Lisa M Estlow

Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

802-07405   $1,100.00

---

Date Sold: __/__/__   Receipt # _____   802-07405 $1,100.00   ESTLOW 18KY O 18KY OPAL RING   Price Sold For $ _____

---

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

EXHIBIT B

## Scheherazade Consignment Merchandise Form    11.2.18    651-702-600?

**Consignor Information:**

Name: _Lisa Estlow_                              Phone(s): _814·248·8714_

Address: _100 Shasta Circle West Chanhassen 55317_

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: _Vintage Ring_

Stones: _Euro Cut Diamond .70_    Extra Items: _____

Carl: _____ _VS  E-F_ _____

Ann: _____

Metal: _Plat_   Jewelry History: _____

Authorized Repairs (paid for by Consignor): _____    Cert: ____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _3700_
   Customer: $ _2220_    Scheherazade: $ _1480_.

   Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:
   1 Month: _10%_   6 Months: _20%_   12 Months: _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with: _State Farm_ _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _24_ day of _Nov_, 20_18_ at Edina, MN 55435.

By: _DJWay?_                     _Lisa A Estlow_
Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury [802-07406] vledge the information above is true & com[$3,700.00] owner, or have authority of the owner, to se__ __ property.

Date Sold: ___/___/___   Receipt # _____     802-07406    ESTLOW PLT VIN    Price Sold For $ _____
                                              $3,700.00    PLT EURO CUT
                                                           DIAMOND 0.70CT
                                                           E-FVS VINTAGE R

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

EXHIBIT B

## **VERIFICATION**

I, Nauni Manty, the trustee and movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the facts contained in the foregoing motion are true and correct to the best of my knowledge, information and belief.

Dated:  April 2, 2020

_Nauni Manty_
Nauni Manty, Trustee

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                    BKY 19-40658
                                                          Chapter 7
Scheherazade, Inc,

       Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I declare under penalty of perjury that on April 2, 2020, I caused copies of the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the ECF participants:

**Notice of Hearing and Motion Objecting to Claim of Lisa Estlow, Verification, Proposed Order and this Unsworn Certificate of Service**,

I further declare that I caused copies of the foregoing documents to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Lisa Estlow
100 Shasta Cir W
Chanhassen, MN  55317

Scheherazade, Inc.
3181 W 69th St
Edina, MN  55435

Robert K Dakis.
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

David J Kozlowski
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

Joseph T Moldovan
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

Wells Fargo Vendor Financial Serv, LLC fka
GE Gapital Information Tech Solutions
c/o a Ricoh USA Program fdba Ikon Financ
PO Box 13708
Macon, GA 31208-3708


Dated:  April 2, 2020  /e/ *Kevin Carnahan*
Kevin Carnahan, Legal Assistant
Manty & Associates, P.A.
401 Second Avenue North, Suite 400
Minneapolis, Minnesota 55401

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                                          BKY 19-40658
                                                                                                                  Chapter 7

Scheherazade, Inc,

           Debtor.

---

## **ORDER**

This matter came on before this court on the motion of the chapter 7 trustee objecting to the claim of Lisa Estlow, Claim No. 62. Based upon all of the files, records and proceedings herein,

**IT IS ORDERED:** that the trustee's objection to the claim of Lisa Estlow is sustained and the claim is reduced to $660.

Dated:

_____
Kathleen H. Sanberg
United States Bankruptcy Judge