UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
2020 APR -2 AM 9:48
U.S. BANKRUPTCY COURT
MINNEAPOLIS MN

In re:

Scheherazade, Inc.,

Chapter 7

BKY 19-40658

Debtor.

## WITHDRAWAL OF CLAIM

I, Susan Beisang, hereby agree to withdraw Proof of Claim No. 55 filed in the above-referenced bankruptcy case.

Dated: 3/31/20

Susan Beisang

Send original to:

US Bankruptcy Court
301 US Courthouse
300 South Fourth Street
Minneapolis, MN 55415