UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Chapter 7
Bankruptcy 19-40658

Debtor.

## NOTICE OF SETTLEMENT

TO:   The United States Trustee, all creditors, and other parties in interest.

On May 4, 2020, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

The trustee alleges that within 90 days before the petition date I.Reiss Co, LLC received $17,210 from the debtor.  The trustee asserts that the transfer is avoidable as a preference under 11 U.S.C. § 547. I.Reiss has denied the trustee's claims and has raised defenses.  I.Reiss also asserts that in response to COVID-19, its offices and stores have been closed for three weeks and remain closed at this time.  This has resulted in a financial hardship for I.Reiss and an inability to pay the amount of the preference in full to the bankruptcy estate.  To settle all claims against I.Reiss in connection with the bankruptcy case, I.Reiss will pay $7,000 to the trustee.  The payment will be made within 10 business days after the court issues a final order approving this settlement. I.Reiss also agrees that its claim filed in this bankruptcy case will be deemed withdrawn and waived, including, but not limited to, Claim No. 9.

Provided the settlement is approved by the court and upon receipt of the settlement payment in good funds, the parties release each other from any and all claims arising from or related to this bankruptcy case.

The trustee believes the settlement is in the best interest of creditors, due to the cost of litigation and challenges with collectability. The trustee requests that the settlement be approved.

## OBJECTION: MOTION: HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>300 South Fourth Street<br>301 U.S. Courthouse<br>Minneapolis, MN 55415 | United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Nauni Manty, Trustee<br>401 2nd Ave N, Ste 400<br>Minneapolis, MN 55401 |

Dated: April 9, 2020

By: /e/ Nauni Manty
    Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Scheherazade, Inc. | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 4/9/2020, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/9/2020

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Scheherazade, Inc. | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7 |

On 4/9/2020, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/9/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED WITH A "+" WERE SERVED BY FIRST CLASS MAIL
PARTIES WITH A "+" AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
08644
CASE 19-40658
DISTRICT OF MINNESOTA
MINNEAPOLIS
THU APR 9 12-45-34 CDT 2020

BHM CAPITAL LLC
785 WESTON RIDGE PARKWAY
CHASKA MN 55318-1202

EMBELLIR GALLERY OF GEMS
750 MAIN ST
STE 111
MENDOTA HEIGHTS MN 55118-3765

EATON HUDSON INC
3015 DUNES W BLVD
STE 201
MOUNT PLEASANT SC 29466-8218

GALLERIA SHOPPING CENTER LLC
CO FAEGRE BAKER DANIELS LLP
ATTN- COLIN DOUGHERTY
90 SOUTH 7TH ST STE 2200
MINNEAPOLIS MN 55402-3924

GEMCO INTERNATIONAL INC
1660 HIGHWAY 100 S STE 578
ST LOUIS PARK MN 55416-1566

K TAKAHASHI  CO INC
250 E 54TH ST APT 12D
NEW YORK NY 10022-4812

LDM COMPANY
SUITE 300
4517 MINNETONKA BLVD
ST LOUIS PARK MN 55416-5411

MICHAEL BONDANZA INC
CO MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK NY 10022-4731

DEBTOR
SCHEHERAZADE INC
3181 WEST 69TH STREET
EDINA MN 55435

WELLS FARGO VENDOR FINANCIAL SERV LLC
FKA G
CO A RICOH USA PROGRAM FDBA IKON
FINANC
PO BOX 13708
MACON GA 31208-3708

~~EXCLUDE~~
~~MINNEAPOLIS~~
~~301 US COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415-1320~~

6300 YORK AVE S
102
EDINA MN 55435-2287

AGLAM INC
2409 FROSTED GREEN LANE
PLANO TX 75025-6440

AGLAM INC
4651 LOUIS AVE
LOS ANGELES CA 91316-3924

AMY HAN
249 1ST AVE SOUTH
SOUTH ST PAUL MN 55075-2302

ATT
PO BOX 6416
CAROL STREAM IL 60197-6416

ABBOT JEWELRY SYSTEMS INC
3 CORPORATE DRIVE
SUITE 215
SHELTON CT 06484-6252

ADAM ALTMAN
901 NORTH THIRD STREET SUITE 140
MINNEAPOLIS MN 55401-1169

ALICIA SCHAAL
2919 BUCHANAN STREET NE
MINNEAPOLIS MN 55418-2208

ALLIE HAFEZ
PO BOX 270534
MINNEAPOLIS MN 55427-6534

AMANDA MORAN
7206 STEWART DRIVE
EDEN PRAIRIE MN 55346-3248

AMDEN JEWELRY
550 S HILL ST
SUITE 950
LOS ANGELES CA 90013-2429

AMDEN JEWELRY INC
550 S HILL ST SUITE950
LOS ANGELES CA 90013-2429

AMENTA
106901 S SAM HOUSTON PARKWAY
SUITE 100
HOUSTON TX 77071

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN GEM SOCIETY
8881 W SAHARA AVE
LAS VEGAS NV 89117-5865

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMY ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 |
| ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 | ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 | ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 |
| ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 | BEVERLY DANN<br>100 3RD AVE S<br>APT 2602<br>MINNEAPOLIS MN 55401-2722 | BHM CAPITAL LLC<br>MESSERLI  KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 |
| BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 |
| BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 | BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 | BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 |
| BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 |
| BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 | BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 |
| BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 | BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 | BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 |
| BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 | BRINKS GLOBAL SERVICES USA INC<br>580 5TH AVENUE<br>SUITE 400<br>NEW YORK CITY NY 10036-4725 | BRUCE CUMMINGS<br>4012 LORD LYON DR<br>GIBSONIA PA 15044-9722 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CARLA CORPORATION                    CARMEN BERSTAD                       CAROLINE BANKS
33 SUTTON AVE                        25288 W MEADOW LAKE DR               4271 SHERIDAN AVE SOUTH APT 408
EAST PROVIDENCE RI 02914-3400        DETROIT LAKES MN 56501-7224          MINNEAPOLIS MN 55410-1624


CATHERINE SCHURMAN                   CHERIE Y ZACHARY                     CUSTOM BUSINESS FORMS
18117 VALLEY VIEW ROAD               10223 UPTON PLACE                    210 EDGE PLACE NE
EDEN PRAIRIE MN 55346-4128           BLOOMINGTON MN 55431-2879            MPLS MN 55418-1153


CYNTHIA WIZNER                       CAMILLA CARLSON                      CANON FINANCIAL SERVICES INC
8970 HILLOWAY ROAD                   25440 SMITHTOWN ROAD                 EISENBERG GOLD  AGRAWAL PC
EDEN PRAIRIE MN 55347-2425           SHOREWOOD MN 55331-8443              1040 NORTH KINGS HIGHWAY
                                                                          SUITE 200
                                                                          CHERRY HILL NJ 08034-1925


CAPITAL ONE                          CAPITAL ONE BANK USA NA              CARLA CORPORATION
PO BOX 6492                          BY AMERICAN INFOSOURCE AS AGENT      PO BOX 14192
CAROL STREAM IL 60197-6492           PO BOX 71083                         EAST PROVIDENCE RI 02914-0192
                                     CHARLOTTE NC 28272-1083


CAROL J PETERSON                     CAROL SCHUETTE                       CAROLINE BASSETT
3146B FARNUM DR                      13230 KERRY LANE                     4042 ABBOT AVE S
EAGAN MN 55121-1921                  EDEN PRAIRIE MN 55346-3140           MINNEAPOLIS MN 55410-1001


CARRIE BELL                          CATHERINE R KRUSE                    CATHERINE ZIMBA
17038 SADDLE WOOD                    7692 SOUTH BAY DRIVE                 5454 MAYVIEW ROAD
MINNETONKA MN 55345-2680             BLOOMINGTON MN 55438-2900            MINNETONKA MN 55345-5935


CATHY KRUSE                          CATIE SCHUMAN                        CENTRAL TELEPHONE SALES   SERV
7692 SOUTH BAY DRIVE                 29228 VALLEY VIEW ROAD               12857 INDUSTRIAL PARK BLVD
BLOOMINGTON MN 55438-2900            EDEN PRAIRIE MN 55346                MINNEAPOLIS MN 55441-3910


CHARLOTTE OHANLON                    CHASE                                CHERIE ZACHARY
826 9TH STREET NW                    CARDMEMBER SERVICE                   10223 UPTON PLACE
ROCHESTER MN 55901-2660              PO BOX 6294                          BLOOMINGTON MN 55431-2879
                                     CAROL STREAM IL 60197-6294


CINDY WIZNER                         CITY PAGES                           CLAIRE WHITE
8970 HOLLOWAY ROAD                   PO BOX 790445                        543 SAXONY COURT
EDEN PRAIRIE MN 55347-2425           SAINT LOUIS MO 63179-0445            CHASKA MN 55318-1471
```

Case 19-40658   Doc 120   Filed 04/09/20   Entered 04/09/20 15:01:17   Desc Main
Document      Page 8 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CONNOISSEURS CORP
17 PRESIDENTIAL WAY
WOBURN MA 01801-1040

CORPORATE FOUR INSURANCE
7220 METRO BLVD
EDINA MN 55439-2133

CORRIN ROBINSON
249 6TH ST NE
MINNEAPOLIS MN 55413-4202

CULLIGAN
DEPT 8511
PO BOX 77043
MINNEAPOLIS MN 55480-7743

DAVID MELDAHL CARLSON
1003 BOSTON HILL ROAD
EAGAN MN 55123-1539

DEBRA CHESEN
7507 HAROLD AVENUE
GOLDEN VALLEY MN 55427-4858

DIANE YURECKO
9326 COLORADO RD
BLOOMINGTON MN 55438-1506

DAVI J WAGERS
DAVID WAGERS CO CHARLES DAISY
300 FORD ROAD  5
ST LOUIS PARK MN 55426-4806

DAVID M CARLSON
1003 BOSTON HILL ROAD
EAGAN MN 55123-1539

DAVID YOUNG
13943 BIRCHWOOD AVE
ROSEMOUNT MN 55068-3584

DEDE YURECKO
9326 COLORADO RD
BLOOMINGTON MN 55438-1506

DEBBIE CHESEN
7507 HAROLD AVE
GOLDEN VALLEY MN 55427-4858

DEBORAH CLARK MATHEWS
6948 CAVANAUGH GREEN
ROCKFORD MN
55373
ROCKFORD MN 55373-9521

DEBRA ARONE
9724 XERXES ROAD
BLOOMINGTON MN 55431-2466

DIANE LOUISE HARAYDA
6701 THOMAS AVE S
RICHFIELD MN 55423-1958

DONNA BECK
4700 LINWOOD CIRCLE
GREENWOOD MN 55331-9296

DOUGLAS EDWARDS
22038 WILDRIDGE RD
ALBERT LEA MN 56007-4931

DOVES
98 CUTTERMILL RD
SUITE 493
GREAT NECK NY 11021-3006

EATON HUDSON JEWELRY ADVISERS
3015 DUNES WEST BLVD
SUITE 201
MOUNT PLEASANT SC 29466-8218

ELEMENT TECHNOLOGIES LLC
4470 W 78TH ST CIRCLE
SUITE 200
BLOOMINGTON MN 55435-5419

ELITE DESIGN INC
424 SUNSET DRIVE
HALLANDALE FL 33009-6540

ELITE PROTECTIVE SERVICES INC
PO BOX 117
NEW LONDON MN 56273-0117

ELLEN HAWKINSON
623 N 8TH AVE
PMB 184
STURGEON BAY WI 54235-2131

EMILY HAUGH
301 14TH AVE N
HOPKINS MN 55343-7353

ERIC WATKINS
188 AMHERST STREET
SAINT PAUL MN 55105-1912

ERIN M BARCLAY
3811 WOODBINE STREET
CHEVY CHASE MD 20815-4958

FIRST NATIONAL BANK OMAHA
PO BOX 2557
OMAHA NE 68103-2557

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2604 |
| GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 |
| GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 | GAYLE MEYER<br>8001 33RD AVE S<br>D468<br>BLOOMINGTON MN 55425-4639 | GEMCO<br>1660 SOUTH HIGHWAY100<br>SUITE 578<br>ST LOUIS PARK MN 55416-1566 |
| GEMS ONE CORPORATION<br>16 WEST 46TH STREET<br>NEW YORK NY 10036-4503 | GREGG EGGINTON<br>18327 NICKLAUS WAY<br>EDEN PRAIRIE MN 55347-3440 | GRETCHEN COHENOUR<br>609 W 77TH ST<br>WINONA MN 55987 |
| HAMILTON USA<br>PO BOX 72476161<br>PHILADELPHIA PA 19170-6161 | HANSEN CUSTOM JEWELERS<br>6440 FLYING CLOUD DR<br>115<br>EDEN PRAIRIE MN 55344-3321 | HARVEY WEISS<br>11988 PENDLETON COURT<br>EDEN PRAIRIE MN 55347-4945 |
| HELEN WINDER<br>6533 PAMELL AVE<br>EDINA MN 55435 | I REISS<br>45 NORTH STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 | IREISS CO INC<br>45 N STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | INDOFF INC<br>PO BOX 842808<br>KANSAS CITY MO 64184-2808 | JEAN JOHNSON<br>9332 80TH AVE SW<br>STEWARTVILLE MN 55976-8207 |
| JOLEEN M MOEN<br>790 WOODLAND DRIVE SE<br>FOREST LAKE MN 55025-1622 | JORDAN ALAN LARSEN<br>504 SOUTH 7TH ST<br>OLIVIA MN 56277-1582 | JOSEPH YURECKO<br>JOE YURECKO<br>315 CLOVERLEAF DR<br>GOLDEN VALLEY MN 55422-5106 |
| JOSEPH YUREKO<br>315 CLOVER LEAF DRIVE<br>GOLDEN VALLEY MN 55422-5106 | JUDITH H FREEBERG<br>8624 PINE HILL ROAD<br>BLOOMINGTON MN 55438-1340 | JACKIE GOLDARIS<br>5701 WYCLIFFE ROAD<br>EDINA MN 55436-2264 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 | JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 |
| JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 | JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 |
| JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 | JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 |
| JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 | JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 |
| JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 | JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 |
| JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 | JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 |
| KAREN M TATE<br>6315 JAMES AVENUE SOUTH<br>RICHFIELD MN 55423-1229 | KATHLEEN DEYOUNG<br>5224 KNOX S<br>MPLS MN 55419-1042 | KELLI M DALY<br>5520 GIRARD AVE S<br>MPLS MN 55419-1651 |
| KENNETH J ROBINSON<br>11383 ENTREVAUX DRIVE<br>EDEN PRAIRIE MN 55347-2862 | KIR<br>6525 GUN PARK DR<br>SUITE 370-413<br>BOULDER CO 80301-3346 | KONSTANTINO INC<br>CO DAVID H WANDER ESQ<br>DAVIDOFF HUTCHER  CITRON LLP<br>605 THIRD AVE<br>NEW YORK NY 10158-3499 |

Case 19-40658    Doc 120    Filed 04/09/20    Entered 04/09/20 15:01:17    Desc Main Document    Page 11 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KAREN J DEKRO<br>4226 HARRIET AVE S<br>MINNEAPOLIS MN 55409-1836 | KAREN MOODY<br>2505 SKYBLUE CT<br>WHITE BEAR LAKE MN 55110-4770 | KAREN QUIST<br>3417 BRYANT AVE S<br>MINNEAPOLIS MN 55408-4111 |
| KAREN TATE<br>6315 JAMES AVE<br>RICHFIELD MN 55423-1229 | KATE MAYBERRY<br>PO BOX 15<br>HAYWARD WI 54843-0015 | KATE WALLIN<br>1950 GRANT ALCOVE<br>EAGAN MN 55122-2458 |
| KATE WALTERS<br>18986 FIRETHORN PT<br>EDEN PRAIRIE MN 55347-2106 | KATHERINE REYNOLDS<br>23 HIGHVIEW TERRACE<br>BLOOMFIELD NJ 07003-3121 | KATHY WINNICK<br>4680 OLD KENT ROAD<br>DEEPHAVEN MN 55331-9267 |
| KELLI WENTZ<br>3641 422ND AVE S<br>MINNEAPOLIS MN 55406 | KERI SMASAL<br>9607 CHICAGO AVE S<br>BLOOMINGTON MN 55420-4524 | KEVIN DYBAL<br>793 HAVENVIEW CT<br>MENDOTA HEIGHTS MN 55120-1800 |
| KEVIN DYBDAL<br>793 HAVENVIEW CT<br>MENDOTA HEIGHTS MN 55120-1800 | KIM LEE<br>14350 ROBIN ROAD NE<br>PRIOR LAKE MN 55372-1292 | KONSTANTINO<br>3315 N 124TH ST<br>SUITE N<br>BROOKFIELD WI 53005-3105 |
| LDM COMPANY<br>4517 MINNETONKA BLVD<br>STE 300<br>MINNEAPOLIS MN 55416-5411 | LORI SANDBERG<br>PO BOX 1125<br>CHANHASSEN MN 55317-1125 | LAI CHING WOO<br>16965 GALLEON CIRCLE<br>ROSEMOUNT MN 55068-1993 |
| LAPP LIBRA THOMSON<br>120 S 6TH ST<br>SUITE 2500<br>MINNEAPOLIS MN 55402-5155 | LAUREN GJOVIG<br>1215 HILLCOURT<br>WILLISTON ND 58801 | LAVENDER MEDIA INC<br>7701 YORK AVE S<br>SUITE 225<br>EDINA MN 55435-5884 |
| LEDDEL DESIGNS<br>675 MARINERS ISLAND BLVD<br>400<br>SAN MATEO CA 94404-1062 | LETHERT SKWIRA SCHULTZ<br>170 E SEVENTH PLACE<br>SUITE 100<br>SAINT PAUL MN 55101-2361 | LINDA GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 |
| LINDA R GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | LINDA SCHILTZ<br>11957 TIFFANY LANE<br>EDEN PRAIRIE MN 55344-5384 | LINDA STANDAGE<br>93846 VIKING WAY<br>STURGEON LAKE MN 55783-3534 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LINDA THIELEN<br>11201 INDEPENDENCE AVE<br>CHAMPLIN MN 55316-3119 | LINEA BAUSSAN<br>265 CESAR CHAVEZ ST<br>SAINT PAUL MN 55107-2352 | LISA A ESTLOW<br>100 SHASTA CIR W<br>CHANHASSEN MN 55317-9470 |
| LISA ERICKSON<br>3225 W 38TH ST<br>MINNEAPOLIS MN 55410-1158 | LISA ESTLOW<br>100 SHASTA CIRCLE<br>CHANHASSEN MN 55317-9470 | LORI SCHAAR<br>PO BOX 1125 CHANHASSEN<br>CHANHASSEN MN 55317-1125 |
| LYNNE ASPNES<br>PO BOX 261<br>PETOSKEY MI 49770-0261 | MARTHA EK BELTZ<br>12415 TANAGER DR NW<br>GIG HARBOR WA 98332-7865 | MINNEAPOLIS GEMOLOGICAL SERVICES<br>CO CARL WEIMER<br>1316 LIBERTY CT<br>NORTHFIELD MN 55057-2915 |
| MAD MONKEY MEDIA<br>PO BOX 302<br>SAINT MICHAEL MN 55376-0302 | MAGGIE HENJUM<br>3224 WEBSTER AVE<br>ST LOUIS PARK MN 55416-2131 | MARGARET BUCHANAN<br>5400 VERNON AVE S<br>5400 VERNON AVE S APT 301 MN 55436<br>-2341 |
| MARGARET KENNEALLY<br>6220 W 34TH ST<br>1<br>ST LOUIS PARK MN 55416-2078 | MARGARET MACRAE<br>4940 DODD ROAD<br>SAINT PAUL MN 55123-2350 | MARGARET MARSH<br>526 COUNTY ROAD 9 SE<br>WILLMAR MN 56201-4749 |
| MARGARET THOMAS<br>267 WEAVER ST<br>MANKATO MN 56001-4664 | MARILYN J RUDD<br>141 EAST 105TH STREET CIR<br>MINNEAPOLIS MN 55420-5309 | MARILYN PALMER<br>1 RIVERCREST LANE<br>STILLWATER MN 55082-4258 |
| MARILYN AND BILL KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | MARLENE PAULEY<br>5700 DUNCAN LANE<br>EDINA MN 55436-1604 | MARSHA SHOTLEY<br>13928 21ST ST N<br>STILLWATER MN 55082-1502 |
| MARSHA UNTHANK<br>1014 W 53RD ST<br>MINNEAPOLIS MN 55419-1166 | MARTI BELTZ<br>1901 PENN AVE<br>MINNEAPOLIS MN 55405-2210 | MARY ANN CAMPO<br>510 W 53RD ST<br>MINNEAPOLIS MN 55419-1225 |
| MARY BARND<br>413 E 99TH ST<br>BLOOMINGTON MN 55420-4951 | MARY JANE HASCHIG<br>4909 STEEPLECHASE CT<br>EAGAN MN 55122-3046 | MARY JEANNE LEVITT<br>1999 WELLSLEY AVE<br>SAINT PAUL MN 55105-1619 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MARY SONNEN                        MAXINE JEFFRIS                     MELANIE TSCHIDA
5920 OSGOOD ST S                   6629 LOGAN AVE S                   1134 IVY HILL DR
AFTON MN 55001-9679                RICHFIELD MN 55423-2164            MENDOTA HEIGHTS MN 55118-1829




MERYLL PAGE                        MICHAEL BONDANZA INC               MICHAEL HENDERSON
2825 MONTERY PARKWAY               10 EAST 36TH ST                    2783 WAGON WHEEL CURVE
ST LOUIS PARK MN 55416-3959        NEW YORK NY 10016-3302             CHASKA MN 55318-1580




MIMI BAKER                         MINNEAPOLIS GEMOLOGICAL SERV       MOORE CREATIVE TALENT
3900 W 25TH ST                     1316 LIBERTY COURT                 3130 EXCELSIOR BLVD
MINNEAPOLIS MN 55416-3865          NORTHFIELD MN 55057-2915           MINNEAPOLIS MN 55416-4667




NSP DBAXCEL ENERGY                 NAMBE                              NANCI KNOTT  CO
PO BOX 9477                        200 W DEVARGAS ST                  280 SHEFFIELD ST
MINNEAPOLIS MN 55484-0001          SUITE B                            MOUNTAINSIDE NJ 07092-2328
                                   SANTA FE NM 87501-2672




NANCY HEINERSCHEID                 NANCY MCDANIELS                    NANTAWAN LEWIS
3116 W LAKE ST                     1938 SHERIDAN AVE                  1225 LASALLE AVE
313                                SAINT PAUL MN 55116-2657           2104
MINNEAPOLIS MN 55416-5258                                             MINNEAPOLIS MN 55403-2332




INTERNATIONAL                      NICOLE J PAULBICK                  NICOLE J PAULBICK
NEW ITALIAN ART                    238 CRETIN AVENUE SOUTH 2          238 CRETIN AVE S
VIA TRIESTE 615048                 SAINT PAUL MN 55105-1259           2
VALENZA ITALY                                                         SAINT PAUL MN 55105-1259




ODELIA JEWELRY                     OSCAR HEYMAN  BROTHERS INC         PAULA MURRAY
62 W 47TH ST                       501 MADISON AVE                    710 KELSEY AVENUE 204
SUITE 601                          NEW YORK CITY NY 10022-5676        CLEARWATER MN 55320-1321
NEW YORK CITY NY 10036-3272




PENELOPE  STEVEN RAKES             PO BOX 1588                        PREFERRED ONE INSURANCE
6201 MILDRED AVE                   MORRISTOWN NJ 079621588            COMMERCIAL COLLECTORS INC
EDINA MN 55436-2606                                                   PO BOX 337
                                                                      MONTROSE MN 55363-0337




PARCEL PRO LLC                     PAT DAY                            PATRICIA EBBERT
PO BOX 419398                      10632 UTICA ROAD                   3806 ABBOTT AVE S
BOSTON MA 02241-9398               BLOOMINGTON MN 55437-2854          MINNEAPOLIS MN 55410-1035
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PAULA MURRAY<br>725 MINNESOTA STREET<br>MONTICELLO MN 55362-5800 | PAWNWORKS<br>1301 RIVERWOOD DR<br>UNIT 1<br>BURNSVILLE MN 55337-1547 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4301 |
| PLASTICREST PRODUCTS INC<br>4519 W HARRISON ST<br>CHICAGO IL 60624-3099 | PRECIOUS JEWELRY<br>PO BOX 5381<br>NEW YORK NY 10185-5381 | RQC LTD<br>370 S YOUNGS ROAD<br>WILLIAMSVILLE NY 14221-7092 |
| REBECCA M BJORNSON<br>5343 PORTLAND AVENUE SOUTH<br>MINNEAPOLIS MN 55417-1722 | REBECCA M BJORNSON<br>5343 PORTLAND AVE<br>MINNEAPOLIS MN 55417-1722 | RENEE LINDQUIST<br>8680 MAGNOLIA CT<br>212<br>EDEN PRAIRIE MN 55344-6677 |
| RICHARD DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 | RICHARD L DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 | RIO GRANDE<br>7500 BLUEWATER ROAD NW<br>ALBUQUERQUE NM 87121-1962 |
| ROBERT C KLEIN  ASSOC<br>8900 PENN AVE S<br>SUITE 101<br>MINNEAPOLIS MN 55431-2099 | ROBERT J STRUYK TRUSTEE<br>DORSEY  WHITNEY<br>401 E EIGHTH ST SUITE 319<br>SIOUX FALLS SD 57103-7031 | ROBIN YOUNG<br>5124 NOLAN DRIVE<br>MINNETONKA MN 55343-8900 |
| ROFFERS GROUP LLC<br>218 WASHINGON AVE N<br>SUITE 220<br>MINNEAPOLIS MN 55401-2215 | ROGER POMEROY<br>8050 PENNSYLVANIA RD<br>BLOOMINGTON MN 55438-1135 | RUTH A AND RAYMOND A REISTER CHARITABLE TR<br>401 E 8TH ST<br>SUITE 319<br>SIOUX FALLS SD 57103-7031 |
| RUTH A AND RAYMOND A REISTER CHARITABLE TR<br>ERIN BRYAN ESQ<br>DORSEY  WHITNEY LLP<br>50 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1553 | RUTH LORDAN<br>6453 BARRIE ROAD<br>EDINA MN 55435-2301 | S KASHI<br>175 GREAT NECK ROAD<br>SUITE 204<br>GREAT NECK NY 11021-3313 |
| SARAH SIVRIGHT<br>5051 DREW AVE S<br>MINNEAPOLIS MN 55410-2026 | SCOTT A HOLDAHL<br>705 E 57TH ST<br>MINNEAPOLIS MN 55417-2424 | SOMERSET MFG INC<br>36 GLEN COVE ROAD<br>ROSLYN HEIGHTS NY 11577-1703 |
| SUSAN BEISANG<br>4 FALCON LANE<br>NORTH OAKS MN 55127-6317 | SALLY BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SALLY R BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SANDI CALVELAGE<br>10727 LINDAHL BLUFFS TRAIL<br>BLOOMINGTON MN 55420-5652 | SARAH ROCKLER<br>2950 DEAN PARKWAY APT 1901<br>MINNEAPOLIS MN 55416-4428 | SCOTT BROWN<br>4132 VERNON AVE S<br>STE 207<br>ST LOUIS PARK MN 55416-3193 |
| SCOTT H RUDD<br>7300 GALLAGHER DRIVE<br>APT 311<br>EDINA MN 55435-3104 | SHARON CAREY<br>5237 16TH AVE S<br>MINNEAPOLIS MN 55417-1813 | SHEILA HAGSTROM<br>10391 108TH PLACE N<br>MAPLE GROVE MN 55369-2638 |
| SIMON G JEWELRY INC<br>WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | SIMON G<br>528 STATE ST<br>GLENDALE CA 91203-1524 | SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 | SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 |
| STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 | STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 | STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 |
| STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 | SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 |
| SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 | SUSAN K ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 |
| SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 | SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |
| TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 | TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 |
| TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 | TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 |
| THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 | TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 |
| TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 | TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ | VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 |
| WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 |
| WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 | ZINA<br>470 BEVERLY DRIVE<br>BEVERLY HILLS CA 90212-4402 | ~~EXCLUDE~~<br>~~CHAD A KELSCH~~<br>~~KELSCH LAW FIRM PA~~<br>~~3350 ANNAPOLIS LANE N~~<br>~~STE C~~<br>~~PLYMOUTH MN 55447-5389~~ |
| IPFS CORPORATION CHANDLER<br>LISA RENEE CHANDLER<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | JOHN D LAMEY III<br>980 INWOOD AVENUE NORTH<br>OAKDALE MN 55128-6625 | ~~EXCLUDE~~<br>~~NAUNI JO MANTY~~<br>~~MANTY  ASSOCIATES PA~~<br>~~401 SECOND AVENUE NORTH~~<br>~~SUITE 400~~<br>~~MINNEAPOLIS MN 55401-2097~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER  PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155