UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Chapter 7
Bankruptcy 19-40658

Debtor.

## NOTICE OF SETTLEMENT

TO:   The United States Trustee, all creditors, and other parties in interest.

On May 27, 2020, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

The trustee alleges that within 90 days before the petition date, Barbara Hamilton-Sustad received $10,000 from the debtor. The transfers were made pursuant to a debt owed to Ms. Hamilton-Sustad for jewelry the debtor sold on consignment.  The trustee asserts that the transfers are avoidable as a preference under 11 U.S.C. § 547.  Ms. Hamilton-Sustad denies the trustee's claims and has raised defenses, including that the payments were made in the ordinary course of business.  To settle all claims against Ms. Hamilton-Sustad in connection with this bankruptcy case, Ms. Hamilton-Sustad will pay $4,000 to the trustee.  The payment will be made within thirty days after the court issues a final order approving this settlement. The trustee agrees that Ms. Hamilton-Sustad's claim in the amount of $5,504.54 shall be allowed.  However, Ms. Hamilton-Sustad will waive her right to file an additional claim under 11 U.S.C. § 502(h).

Due to the cost of litigation, the trustee believes the settlement is in the best interest of creditors. The trustee requests that the settlement be approved.

## OBJECTION: MOTION: HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>300 South Fourth Street<br>301 U.S. Courthouse<br>Minneapolis, MN 55415 | United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Nauni Manty, Trustee<br>401 2nd Ave N, Ste 400<br>Minneapolis, MN 55401 |

Dated: May 4, 2020

By: /e/ Nauni Manty
    Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 5/4/2020, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/4/2020

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/4/2020, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/4/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 19-40658<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>MON MAY 4 11-45-41 CDT 2020 | BHM CAPITAL LLC<br>785 WESTON RIDGE PARKWAY<br>CHASKA MN 55318-1202 | EMBELLIR GALLERY OF GEMS<br>750 MAIN ST<br>STE 111<br>MENDOTA HEIGHTS MN 55118-3765 |
| EATON HUDSON INC<br>3015 DUNES W BLVD<br>STE 201<br>MOUNT PLEASANT SC 29466-8218 | GALLERIA SHOPPING CENTER LLC<br>CO FAEGRE BAKER DANIELS LLP<br>ATTN- COLIN DOUGHERTY<br>90 SOUTH 7TH ST STE 2200<br>MINNEAPOLIS MN 55402-3924 | GEMCO INTERNATIONAL INC<br>1660 HIGHWAY 100 S STE 578<br>ST LOUIS PARK MN 55416-1566 |
| K TAKAHASHI CO INC<br>250 E 54TH ST APT 12D<br>NEW YORK NY 10022-4812 | LDM COMPANY<br>SUITE 300<br>4517 MINNETONKA BLVD<br>ST LOUIS PARK MN 55416 UNITED STATES<br>55416-5411 | MICHAEL BONDANZA INC<br>CO MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK NY 10022-4731 |
| DEBTOR<br><br>SCHEHERAZADE INC<br>3181 WEST 69TH STREET<br>EDINA MN 55435 | WELLS FARGO VENDOR FINANCIAL SERV LLC FKA G<br>CO A RICOH USA PROGRAM FDBA IKON FINANC<br>PO BOX 13708<br>MACON GA 31208-3708 | ~~EXCLUDE~~<br><br>~~MINNEAPOLIS~~<br>~~301 US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415-1320~~ |
| 6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | AGLAM INC<br>2409 FROSTED GREEN LANE<br>PLANO TX 75025-6440 | AGLAM INC<br>4651 LOUIS AVE<br>LOS ANGELES CA 91316-3924 |
| AMY HAN<br>249 1ST AVE SOUTH<br>SOUTH ST PAUL MN 55075-2302 | ATT<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 | ABBOT JEWELRY SYSTEMS INC<br>3 CORPORATE DRIVE<br>SUITE 215<br>SHELTON CT 06484-6252 |
| ADAM ALTMAN<br>901 NORTH THIRD STREET SUITE 140<br>MINNEAPOLIS MN 55401-1169 | ALICIA SCHAAL<br>2919 BUCHANAN STREET NE<br>MINNEAPOLIS MN 55418-2208 | ALLIE HAFEZ<br>PO BOX 270534<br>MINNEAPOLIS MN 55427-6534 |
| AMANDA MORAN<br>7206 STEWART DRIVE<br>EDEN PRAIRIE MN 55346-3248 | AMDEN JEWELRY<br>550 S HILL ST<br>SUITE 950<br>LOS ANGELES CA 90013-2429 | AMDEN JEWELRY INC<br>550 S HILL ST SUITE950<br>LOS ANGELES CA 90013-2429 |
| AMENTA<br>106901 S SAM HOUSTON PARKWAY<br>SUITE 100<br>HOUSTON TX 77071 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMERICAN GEM SOCIETY<br>8881 W SAHARA AVE<br>LAS VEGAS NV 89117-5865 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMY ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 |
| ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 | ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 | ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 |
| ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 | BEVERLY DANN<br>100 3RD AVE S<br>APT 2602<br>MINNEAPOLIS MN 55401-2722 | BHM CAPITAL LLC<br>MESSERLI  KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 |
| BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 |
| BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 | BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 | BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 |
| BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 |
| BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 | BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 |
| BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 | BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 | BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 |
| BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 | BRINKS GLOBAL SERVICES USA INC<br>580 5TH AVENUE<br>SUITE 400<br>NEW YORK CITY NY 10036-4725 | BRUCE CUMMINGS<br>4012 LORD LYON DR<br>GIBSONIA PA 15044-9722 |

Case 19-40658    Doc 125    Filed 05/04/20    Entered 05/04/20 12:16:44    Desc Main
Document      Page 7 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CARLA CORPORATION<br>33 SUTTON AVE<br>EAST PROVIDENCE RI 02914-3400 | CARMEN BERSTAD<br>25288 W MEADOW LAKE DR<br>DETROIT LAKES MN 56501-7224 | CAROLINE BANKS<br>4271 SHERIDAN AVE SOUTH APT 408<br>MINNEAPOLIS MN 55410-1624 |
| CATHERINE SCHURMAN<br>18117 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346-4128 | CHERIE Y ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 | CLOWNING AROUND<br>CO DORIS LANE<br>8320 KARL RIDGE ROAD<br>LINCOLN NE 68506-7316 |
| CUSTOM BUSINESS FORMS<br>210 EDGE PLACE NE<br>MPLS MN 55418-1153 | CYNTHIA WIZNER<br>8970 HILLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 | CAMILLA CARLSON<br>25440 SMITHTOWN ROAD<br>SHOREWOOD MN 55331-8443 |
| CANON FINANCIAL SERVICES INC<br>EISENBERG GOLD  AGRAWAL PC<br>1040 NORTH KINGS HIGHWAY<br>SUITE 200<br>CHERRY HILL NJ 08034-1925 | CAPITAL ONE<br>PO BOX 6492<br>CAROL STREAM IL 60197-6492 | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CARLA CORPORATION<br>PO BOX 14192<br>EAST PROVIDENCE RI 02914-0192 | CAROL J PETERSON<br>3146B FARNUM DR<br>EAGAN MN 55121-1921 | CAROL SCHUETTE<br>13230 KERRY LANE<br>EDEN PRAIRIE MN 55346-3140 |
| CAROLINE BASSETT<br>4042 ABBOT AVE S<br>MINNEAPOLIS MN 55410-1001 | CARRIE BELL<br>17038 SADDLE WOOD<br>MINNETONKA MN 55345-2680 | CATHERINE R KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 |
| CATHERINE ZIMBA<br>5454 MAYVIEW ROAD<br>MINNETONKA MN 55345-5935 | CATHY KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 | CATIE SCHUMAN<br>29228 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346 |
| CENTRAL TELEPHONE SALES  SERV<br>12857 INDUSTRIAL PARK BLVD<br>MINNEAPOLIS MN 55441-3910 | CHARDONNAY DIAMONDS LLC<br>7 EAST HURON STREET<br>CHICAGO IL 60611-2290 | CHARLOTTE OHANLON<br>826 9TH STREET NW<br>ROCHESTER MN 55901-2660 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHERIE ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 | CINDY WIZNER<br>8970 HOLLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 |

Case 19-40658 Doc 125 Filed 05/04/20 Entered 05/04/20 12:16:44 Desc Main Document Page 8 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CITY PAGES<br>PO BOX 790445<br>SAINT LOUIS MO 63179-0445 | CLAIRE WHITE<br>543 SAXONY COURT<br>CHASKA MN 55318-1471 | CONNOISSEURS CORP<br>17 PRESIDENTIAL WAY<br>WOBURN MA 01801-1040 |
| CORPORATE FOUR INSURANCE<br>7220 METRO BLVD<br>EDINA MN 55439-2133 | CORRIN ROBINSON<br>249 6TH ST NE<br>MINNEAPOLIS MN 55413-4202 | CULLIGAN<br>DEPT 8511<br>PO BOX 77043<br>MINNEAPOLIS MN 55480-7743 |
| DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DEBRA CHESEN<br>7507 HAROLD AVENUE<br>GOLDEN VALLEY MN 55427-4858 | DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 |
| DOUGLAS J EDWARDS<br>22038 WILD RIDGE ROAD<br>ALBERT LEA MN 56007-4931 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD 5<br>ST LOUIS PARK MN 55426-4806 | DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 |
| DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 |
| DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN 55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 | DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 |
| DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 | DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 |
| EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 | ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 |
| ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 | ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 |
| FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2604 |
| GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 |
| GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 | GAYLE MEYER<br>8001 33RD AVE S<br>D468<br>BLOOMINGTON MN 55425-4639 | GEMCO<br>1660 SOUTH HIGHWAY100<br>SUITE 578<br>ST LOUIS PARK MN 55416-1566 |
| GEMS ONE CORPORATION<br>16 WEST 46TH STREET<br>NEW YORK NY 10036-4503 | GREGG EGGINTON<br>18327 NICKLAUS WAY<br>EDEN PRAIRIE MN 55347-3440 | GRETCHEN COHENOUR<br>609 W 77TH ST<br>WINONA MN 55987 |
| HAMILTON USA<br>PO BOX 72476161<br>PHILADELPHIA PA 19170-6161 | HANSEN CUSTOM JEWELERS<br>6440 FLYING CLOUD DR<br>115<br>EDEN PRAIRIE MN 55344-3321 | HARVEY WEISS<br>11988 PENDLETON COURT<br>EDEN PRAIRIE MN 55347-4945 |
| HELEN WINDER<br>6533 PAMELL AVE<br>EDINA MN 55435 | I REISS<br>45 NORTH STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 | IREISS CO INC<br>45 N STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | INDOFF INC<br>PO BOX 842808<br>KANSAS CITY MO 64184-2808 | JEAN JOHNSON<br>9332 80TH AVE SW<br>STEWARTVILLE MN 55976-8207 |
| JOLEEN M MOEN<br>790 WOODLAND DRIVE SE<br>FOREST LAKE MN 55025-1622 | JORDAN ALAN LARSEN<br>504 SOUTH 7TH ST<br>OLIVIA MN 56277-1582 | JOSEPH YURECKO<br>JOE YURECKO<br>315 CLOVERLEAF DR<br>GOLDEN VALLEY MN 55422-5106 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JOSEPH YUREKO<br>315 CLOVER LEAF DRIVE<br>GOLDEN VALLEY MN 55422-5106 | JUDITH H FREEBERG<br>8624 PINE HILL ROAD<br>BLOOMINGTON MN 55438-1340 | JACKIE GOLDARIS<br>5701 WYCLIFFE ROAD<br>EDINA MN 55436-2264 |
| JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 | JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 |
| JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 | JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 |
| JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 | JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 |
| JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 | JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 |
| JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 | JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 |
| JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 | JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 |
| KAREN M TATE<br>6315 JAMES AVENUE SOUTH<br>RICHFIELD MN 55423-1229 | KATHLEEN DEYOUNG<br>5224 KNOX S<br>MPLS MN 55419-1042 | KELLI M DALY<br>5520 GIRARD AVE S<br>MPLS MN 55419-1651 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KENNETH J ROBINSON
11383 ENTREVAUX DRIVE
EDEN PRAIRIE MN 55347-2862

KIR
6525 GUN PARK DR
SUITE 370-413
BOULDER CO 80301-3346

KONSTANTINO INC
CO DAVID H WANDER ESQ
DAVIDOFF HUTCHER  CITRON LLP
605 THIRD AVE
NEW YORK NY 10158-3499

KAREN J DEKRO
4226 HARRIET AVE S
MINNEAPOLIS MN 55409-1836

KAREN MOODY
2505 SKYBLUE CT
WHITE BEAR LAKE MN 55110-4770

KAREN QUIST
3417 BRYANT AVE S
MINNEAPOLIS MN 55408-4111

KAREN TATE
6315 JAMES AVE
RICHFIELD MN 55423-1229

KATE MAYBERRY
PO BOX 15
HAYWARD WI 54843-0015

KATE WALLIN
1950 GRANT ALCOVE
EAGAN MN 55122-2458

KATE WALTERS
18986 FIRETHORN PT
EDEN PRAIRIE MN 55347-2106

KATHERINE REYNOLDS
23 HIGHVIEW TERRACE
BLOOMFIELD NJ 07003-3121

KATHY WINNICK
4680 OLD KENT ROAD
DEEPHAVEN MN 55331-9267

KELLI WENTZ
3641 422ND AVE S
MINNEAPOLIS MN 55406

KERI SMASAL
9607 CHICAGO AVE S
BLOOMINGTON MN 55420-4524

KEVIN DYBAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KEVIN DYBDAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KIM LEE
14350 ROBIN ROAD NE
PRIOR LAKE MN 55372-1292

KONSTANTINO
3315 N 124TH ST
SUITE N
BROOKFIELD WI 53005-3105

LDM COMPANY
4517 MINNETONKA BLVD
STE 300
MINNEAPOLIS MN 55416-5411

LORI SANDBERG
PO BOX 1125
CHANHASSEN MN 55317-1125

LAI CHING WOO
16965 GALLEON CIRCLE
ROSEMOUNT MN 55068-1993

LAPP LIBRA THOMSON
120 S 6TH ST
SUITE 2500
MINNEAPOLIS MN 55402-5155

LAUREN GJOVIG
1215 HILLCOURT
WILLISTON ND 58801

LAVENDER MEDIA INC
7701 YORK AVE S
SUITE 225
EDINA MN 55435-5884

LEDDEL DESIGNS
675 MARINERS ISLAND BLVD
400
SAN MATEO CA 94404-1062

LETHERT SKWIRA SCHULTZ
170 E SEVENTH PLACE
SUITE 100
SAINT PAUL MN 55101-2361

LINDA GARETZ
6300 YORK AVE S
102
EDINA MN 55435-2287

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LINDA R GARETZ
6300 YORK AVE S
102
EDINA MN 55435-2287

LINDA SCHILTZ
11957 TIFFANY LANE
EDEN PRAIRIE MN 55344-5384

LINDA STANDAGE
93846 VIKING WAY
STURGEON LAKE MN 55783-3534

LINDA THIELEN
11201 INDEPENDENCE AVE
CHAMPLIN MN 55316-3119

LINEA BAUSSAN
265 CESAR CHAVEZ ST
SAINT PAUL MN 55107-2352

LISA A ESTLOW
100 SHASTA CIR W
CHANHASSEN MN 55317-9470

LISA ERICKSON
3225 W 38TH ST
MINNEAPOLIS MN 55410-1158

LISA ESTLOW
100 SHASTA CIRCLE
CHANHASSEN MN 55317-9470

LORI SCHAAR
PO BOX 1125 CHANHASSEN
CHANHASSEN MN 55317-1125

LYNNE ASPNES
PO BOX 261
PETOSKEY MI 49770-0261

MARTHA EK BELTZ
12415 TANAGER DR NW
GIG HARBOR WA 98332-7865

MINNEAPOLIS GEMOLOGICAL SERVICES
CO CARL WEIMER
1316 LIBERTY CT
NORTHFIELD MN 55057-2915

MAD MONKEY MEDIA
PO BOX 302
SAINT MICHAEL MN 55376-0302

MAGGIE HENJUM
3224 WEBSTER AVE
ST LOUIS PARK MN 55416-2131

MARGARET BUCHANAN
5400 VERNON AVE S
5400 VERNON AVE S APT 301 MN 55436
-2341

MARGARET KENNEALLY
6220 W 34TH ST
1
ST LOUIS PARK MN 55416-2078

MARGARET MACRAE
4940 DODD ROAD
SAINT PAUL MN 55123-2350

MARGARET MARSH
526 COUNTY ROAD 9 SE
WILLMAR MN 56201-4749

MARGARET THOMAS
267 WEAVER ST
MANKATO MN 56001-4664

MARILYN J RUDD
141 EAST 105TH STREET CIR
MINNEAPOLIS MN 55420-5309

MARILYN PALMER
1 RIVERCREST LANE
STILLWATER MN 55082-4258

MARILYN AND BILL KUEHL
1524 CREEK LANE
NORTHFIELD MN 55057-3403

MARLENE PAULEY
5700 DUNCAN LANE
EDINA MN 55436-1604

MARSHA SHOTLEY
13928 21ST ST N
STILLWATER MN 55082-1502

MARSHA UNTHANK
1014 W 53RD ST
MINNEAPOLIS MN 55419-1166

MARTI BELTZ
1901 PENN AVE
MINNEAPOLIS MN 55405-2210

MARY ANN CAMPO
510 W 53RD ST
MINNEAPOLIS MN 55419-1225

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MARY BARND<br>413 E 99TH ST<br>BLOOMINGTON MN 55420-4951 | MARY JANE HASCHIG<br>4909 STEEPLECHASE CT<br>EAGAN MN 55122-3046 | MARY JEANNE LEVITT<br>1999 WELLSLEY AVE<br>SAINT PAUL MN 55105-1619 |
| MARY SONNEN<br>5920 OSGOOD ST S<br>AFTON MN 55001-9679 | MAXINE JEFFRIS<br>6629 LOGAN AVE S<br>RICHFIELD MN 55423-2164 | MELANIE TSCHIDA<br>1134 IVY HILL DR<br>MENDOTA HEIGHTS MN 55118-1829 |
| MERYLL PAGE<br>2825 MONTERY PARKWAY<br>ST LOUIS PARK MN 55416-3959 | MICHAEL BONDANZA INC<br>10 EAST 36TH ST<br>NEW YORK NY 10016-3302 | MICHAEL HENDERSON<br>2783 WAGON WHEEL CURVE<br>CHASKA MN 55318-1580 |
| MIMI BAKER<br>3900 W 25TH ST<br>MINNEAPOLIS MN 55416-3865 | MINNEAPOLIS GEMOLOGICAL SERV<br>1316 LIBERTY COURT<br>NORTHFIELD MN 55057-2915 | MOORE CREATIVE TALENT<br>3130 EXCELSIOR BLVD<br>MINNEAPOLIS MN 55416-4667 |
| NSP DBAXCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | NAMBE<br>200 W DEVARGAS ST<br>SUITE B<br>SANTA FE NM 87501-2672 | NANCI KNOTT CO<br>280 SHEFFIELD ST<br>MOUNTAINSIDE NJ 07092-2328 |
| NANCY HEINERSCHEID<br>3116 W LAKE ST<br>313<br>MINNEAPOLIS MN 55416-5258 | NANCY MCDANIELS<br>1938 SHERIDAN AVE<br>SAINT PAUL MN 55116-2657 | NANTAWAN LEWIS<br>1225 LASALLE AVE<br>2104<br>MINNEAPOLIS MN 55403-2332 |
| INTERNATIONAL<br>NEW ITALIAN ART<br>VIA TRIESTE 615048<br>VALENZA ITALY | NICOLE J PAULBICK<br>238 CRETIN AVENUE SOUTH 2<br>SAINT PAUL MN 55105-1259 | NICOLE J PAULBICK<br>238 CRETIN AVE S<br>2<br>SAINT PAUL MN 55105-1259 |
| ODELIA JEWELRY<br>62 W 47TH ST<br>SUITE 601<br>NEW YORK CITY NY 10036-3272 | OSCAR HEYMAN BROTHERS INC<br>501 MADISON AVE<br>NEW YORK CITY NY 10022-5676 | PAULA MURRAY<br>710 KELSEY AVENUE 204<br>CLEARWATER MN 55320-1321 |
| PENELOPE STEVEN RAKES<br>6201 MILDRED AVE<br>EDINA MN 55436-2606 | PO BOX 1588<br>MORRISTOWN NJ 079621588 | PREFERRED ONE INSURANCE<br>COMMERCIAL COLLECTORS INC<br>PO BOX 337<br>MONTROSE MN 55363-0337 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PARCEL PRO LLC                      PAT DAY                              PATRICIA EBBERT
PO BOX 419398                       10632 UTICA ROAD                     3806 ABBOTT AVE S
BOSTON MA 02241-9398                BLOOMINGTON MN 55437-2854            MINNEAPOLIS MN 55410-1035


PAULA MURRAY                        PAWNWORKS                            PITNEY BOWES GLOBAL FINANCIAL SERVICES
725 MINNESOTA STREET                1301 RIVERWOOD DR                    LLC
MONTICELLO MN 55362-5800            UNIT 1                               27 WATERVIEW DRIVE
                                    BURNSVILLE MN 55337-1547             SHELTON CT 06484-4301


PLASTICREST PRODUCTS INC            PRECIOUS JEWELRY                     RQC LTD
4519 W HARRISON ST                  PO BOX 5381                          370 S YOUNGS ROAD
CHICAGO IL 60624-3099               NEW YORK NY 10185-5381               WILLIAMSVILLE NY 14221-7092


REBECCA M BJORNSON                  REBECCA M BJORNSON                   RENEE LINDQUIST
5343 PORTLAND AVENUE SOUTH          5343 PORTLAND AVE                    8680 MAGNOLIA CT
MINNEAPOLIS MN 55417-1722           MINNEAPOLIS MN 55417-1722            212
                                                                         EDEN PRAIRIE MN 55344-6677


RICHARD DAHLIN                      RICHARD L DAHLIN                     RIO GRANDE
4652 BLUEBELL TRAIL N               4652 BLUEBELL TRAIL N                7500 BLUEWATER ROAD NW
MEDINA MN 55340-4573                MEDINA MN 55340-4573                 ALBUQUERQUE NM 87121-1962


ROBERT C KLEIN  ASSOC               ROBERT J STRUYK TRUSTEE              ROBIN YOUNG
8900 PENN AVE S                     DORSEY  WHITNEY                      5124 NOLAN DRIVE
SUITE 101                           401 E EIGHTH ST SUITE 319            MINNETONKA MN 55343-8900
MINNEAPOLIS MN 55431-2099           SIOUX FALLS SD 57103-7031


ROFFERS GROUP LLC                   ROGER POMEROY                        RUTH A AND RAYMOND A REISTER
218 WASHINGON AVE N                 8050 PENNSYLVANIA RD                 CHARITABLE TR
SUITE 220                           BLOOMINGTON MN 55438-1135            401 E 8TH ST
MINNEAPOLIS MN 55401-2215                                                SUITE 319
                                                                         SIOUX FALLS SD 57103-7031


RUTH A AND RAYMOND A REISTER        RUTH LORDAN                          S KASHI
CHARITABLE TR                       6453 BARRIE ROAD                     175 GREAT NECK ROAD
ERIN BRYAN ESQ                      EDINA MN 55435-2301                  SUITE 204
DORSEY  WHITNEY LLP                                                      GREAT NECK NY 11021-3313
50 SOUTH SIXTH STREET SUITE 1500
MINNEAPOLIS MN 55402-1553


SARAH SIVRIGHT                      SCOTT A HOLDAHL                      SOMERSET MFG INC
5051 DREW AVE S                     705 E 57TH ST                        36 GLEN COVE ROAD
MINNEAPOLIS MN 55410-2026           MINNEAPOLIS MN 55417-2424            ROSLYN HEIGHTS NY 11577-1703
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SUSAN BEISANG<br>4 FALCON LANE<br>NORTH OAKS MN 55127-6317 | SALLY BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SALLY R BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 |
| SANDI CALVELAGE<br>10727 LINDAHL BLUFFS TRAIL<br>BLOOMINGTON MN 55420-5652 | SARAH ROCKLER<br>2950 DEAN PARKWAY APT 1901<br>MINNEAPOLIS MN 55416-4428 | SCOTT BROWN<br>4132 VERNON AVE S<br>STE 207<br>ST LOUIS PARK MN 55416-3193 |
| SCOTT H RUDD<br>7300 GALLAGHER DRIVE<br>APT 311<br>EDINA MN 55435-3104 | SHARON CAREY<br>5237 16TH AVE S<br>MINNEAPOLIS MN 55417-1813 | SHEILA HAGSTROM<br>10391 108TH PLACE N<br>MAPLE GROVE MN 55369-2638 |
| SIMON G JEWELRY INC<br>WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | SIMON G<br>528 STATE ST<br>GLENDALE CA 91203-1524 | SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 | SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 |
| STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 | STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 | STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 |
| STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 | SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 |
| SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 | SUSAN K ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 |
| SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 | SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 | TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 |
| TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 |
| TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 | TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 |
| THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 | TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 |
| TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 | TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ | VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 |
| WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES<br>LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 |
| WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 | ZINA<br>470 BEVERLY DRIVE<br>BEVERLY HILLS CA 90212-4402 | ~~EXCLUDE~~<br>~~CHAD A KELSCH~~<br>~~KELSCH LAW FIRM PA~~<br>~~3350 ANNAPOLIS LANE N~~<br>~~STE C~~<br>~~PLYMOUTH MN 55447-5309~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

IPFS CORPORATION CHANDLER
LISA RENEE CHANDLER
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821

JOHN D LAMEY III
980 INWOOD AVENUE NORTH
OAKDALE MN 55128-6625

EXCLUDE
NAUNI JO MANTY
MANTY  ASSOCIATES PA
401 SECOND AVENUE NORTH
SUITE 400
MINNEAPOLIS MN 55401-2097

RENEE LINDQUIST
8680 MAGNOLIA TRAIL 212
EDEN PRAIRIE MN 55344-6677

RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER  PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155