Renee Lindquist
8680 Magnolia Trail #212
Eden Prairie, MN. 55344
April 29, 2020

RECEIVED 2020 MAY -4 AM 11:29 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Clerk of Court
U.S. Bankruptcy Court
300 South Fourth Street
301 U.S. Courthouse
Mpls, MN. 55415

To: United States Trustee

Re: Objection in response to Notice of Settlement in regards to Scheherazade Inc. Chapter 7 Bankruptcy 19-40658

My name is Renée Lindquist. I have a claim in the Scherazade Bankruptcy.

According to the Settlement Notice, I Reiss Co., LLC received $17,210 from the Debtor. It states that I Reiss Co. is unable to pay that amount to the Bankruptcy Estate because of COVID-19. and can only make partial payment of $7,000 to the Trustee. I Reiss Co. should pay the total amount of $17,210 to the Trustee. I Reiss Co. could take out a Government Business Loan for COVID-19 and pay the total amount of $17,210 to the Trustee.

Sincerely,
Renée Lindquist
Renée Lindquist

phone number
952-212-4297