UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  Chapter 7
BKY 19-40658-KHS

Scheherazade, Inc.,

    Debtors.

---

## REPORT OF SALE

---

    The undersigned trustee of the estate of the debtor named above sold the following property of the estate:

    Jewelry as described in Exhibit A, described as scrap box, for gross receipts of $9,173.06, sold between December 31, 2019 and February 10, 2020. Commission of 20%, or $1,834.61 was withheld, and net proceeds to the bankruptcy estate is $7,338.45. See Sold Report and Scrap Settlement Report attached as <u>Exhibit A</u>.

    This represents the remaining jewelry sold by Embellir Gallery of Gems, 750 Main Street, Suite 111, Mendota Heights, MN 55118, pursuant to the trustee's Notice of Sale on Shortened Notice dated September 23, 2019.

    Dated:  May 18, 2020

                                                                        /e/ Nauni Manty_____
                                                                        Nauni Manty, Trustee
                                                                        401 Second Avenue North, Suite 400
                                                                        Minneapolis, MN  55401
                                                                        612-465-0990



# Embellir
## Gallery of Gems

750 Main Street, Suite 111 • Mendota Heights, MN 55118 • Office: 651-905-1168 • Fax: 651-905-1503
brenda@embellirgems.com • embellirgems.com

## Sold Report
### 12-31-19 to 2-10-20
### Case: Scheherazade

|  | Sold Price Total |
|---|---|
| Items sold: scrap box | 9173.06 |
| Less 20% commission | -1834.61 |
| Less 3% credit card fees | 0.00 |
| Net balance owed: | $ 7338.45 |

Paid with check #5819

Scrap settlement report included

# Stebgo
EXPERTS IN METALS REFINING,
FORGED IN HONESTY & INTEGRITY
Trusted refiners since 1978

## Scrap Settlement Report

Date: 2-6-2020

Job#: 45661

Embellir Gallery of Gems
750 Main St. #111
Mendota Heights, MN 55118

Class: 1
Market: Hedge
Stone Removal: No

Payment Information:

| | Date | Type | Status | Reference | Amount | Split | Job |
|---|---|---|---|---|---|---|---|
| | 02-06-2020 | Check | S | 40026 | $9,173.06 | | |
| TOT | | | | | $9,173.06 | | |

Total Settlement: $9,173.06

Description:

| Fine Metal: | Markets: | Rate: | Extended: |
|---|---|---|---|
| AU dwt: 109.35 | $1,555.90 | 75.46 | $8,251.65 |
| AG oz: 0.742 | $17.70 | 15.04 | $11.16 |
| PD dwt: | | 0.00 | |
| PT dwt: 24.1680 | $995.00 | 42.29 | $1,022.00 |

| Refining Chgs: | Amt: |
|---|---|
| Assay | $90.00 |
| Burn | |
| Ash: | |
| Refining: | $21.75 |
| 1.2084 oz 9999 pt X (18) | |
| Silver Fin Chg: | |

| Other Charges | Amount | Additions | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

PH | 651.451.8888
   | 800.289.0138
FX | 651.451.1397
250 Bridgepoint Drive
P.O. Box 7
So. St. Paul, MN 55075
www.stebgo.com

EXHIBIT A