Renée Lindquist
8680 Magnolia Trail #212
Eden Prairie, MN. 55344
May 17, 2020

RECEIVED
20 MAY 21 AM 8:30
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Clerk of Court
U.S. Bankruptcy Court
300 South Fourth Street
301 U.S. Courthouse
Mpls., MN. 55415

19-40658

To: United States Trustee

Re: <u>Withdrawal</u> of Objection in response to Notice of Settlement in regards to Scheherazade Inc. Chapter 7 Bankruptcy 19-40658

I <u>withdraw</u> my objection to this case. I now have a better background knowledge to the claim settlement.

Sincerely,

Renée Lindquist

Renée Lindquist