# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,                                                                                              Chapter 7
                                                                                                      BKY 19-40658-KHS
           Debtor.

## ORDER

This case is before the court on the trustee's notice of settlement dated April 9, 2020, as ECF No. 120. The objection to the settlement filed by Renee Lindquist was withdrawn. Based upon the notice of settlement and the file,

**IT IS ORDERED:** The settlement, as described in the notice of settlement dated April 9, 2020, ECF No. 120, is approved.

Dated: *May 21, 2020*

                                                 /e/ Kathleen H. Sanberg
                                                 Kathleen H. Sanberg
                                                 United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/21/2020*
Lori Vosejpka, Clerk, by LH