UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Scheherazade, Inc,

Debtor.

Chapter 7
BKY 19-40658

---

**ORDER**

---

This case is before the court on the Chapter 7 trustee's notice of settlement dated May 4, 2020, docket No. 125.  No objections having been filed and based upon the notice of settlement,

**IT IS ORDERED:**  The settlement, as described in the notice of settlement dated May 4, 2020, is approved.

Dated:    *May 28, 2020*

/e/ Kathleen H. Sanberg
Kathleen Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/28/2020*
Lori Vosejpka, Clerk, by LH