UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  BKY 19-40658
Chapter 7

Scheherazade, Inc.

Debtor.

---

# NOTICE OF HEARING AND MOTION OBJECTING TO CLAIM OF MARLENE PAULEY

TO:   The claimant and other entities specified in Local Rules 9013-3(a) and 3007-1:

1. Nauni Manty, the chapter 7 trustee of the bankruptcy estate of the debtor, moves the court for the relief requested below and gives notice of hearing.

2. The court will hold a hearing on this motion on **Wednesday, July 15, 2020,** at **9:30 a.m.**, before the Honorable Kathleen H. Sanberg**,** in Courtroom No. 8 West, at the United States Courthouse, at 300 South Fourth Street, in Minneapolis, Minnesota 55415.

3. Any response to this motion must be filed and served not later than **Friday, July 10, 2020** which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. The petition commencing this chapter 7 case was filed on March 10, 2019. This proceeding is a core proceeding. This case is now pending before this court.

5. This motion arises under 11 U.S.C. §§ 502, Fed. R. Bankr. P. 3007, 9013 and 9014 and Local Rules 3007-1, 9006-1, 9013-1 and 9013-3.

1

6. Marlene Pauley filed two claims in this bankruptcy, claim no. 23 which has been amended to the amount of $900 and claim no. 97 in the amount of $900. A copy of the claim no 23 is attached as Exhibit A and a copy of claim no. 97 is attached as Exhibit B. The trustee believes that claim 97 was intended as an amendment to claim 23. However, claim 97 was not marked as an amendment, so a duplicate claim was entered.

7. The trustee requests that claim 97 be disallowed as a duplicate of claim 23. Note that the trustee has no objection to the amount of $900 for claim 23 and believe that claim should be allowed.

**WHEREFORE**, the trustee requests that claim 97 filed by Marlene Pauley be disallowed.

MANTY & ASSOCIATES, P.A.

Dated: June 10, 2020

/e/ Mary F. Sieling
Nauni Manty (#230352)
Mary F. Sieling (#389893)
401 Second Avenue North, Suite 400
Minneapolis, MN 55401
Phone: (612) 465-0990
Email: mary@mantylaw.com

*Attorneys for the Chapter 7 Trustee*

2

**Fill in this information to identify the case:**

Debtor 1  _Scheherazade, Inc._

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number  _19-40658-KHS_

Send original to:
U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

U.S. BANKRUPTCY COURT
MINNEAPOLIS
19 MAR 25 AM 9:
RECEIVED

Official Form 410

# Proof of Claim                                                                04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**  _Marlene Pauley_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  _____

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Marlene Pauley_
Name

_5700 Duncan Lane_
Number   Street

_Edina_     _MN_   _55436_
City        State    ZIP Code

Contact phone  _952 925-5039_
Contact email  _marlenepauley@comcast.net_

Where should payments to the creditor be sent? (if different)

Name _____

Number   Street _____

City    State   ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on ___/___/_____
                                                                     MM  / DD /  YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                          Proof of Claim                             page 1
                                           Exhibit A

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ _1200.00_ . Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

_Goods on Consignment_

**9. Is all or part of the claim secured?**
☒ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _diamond ring; Sterling Cuff_

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _2000.00_
Amount of the claim that is secured: $ _.00_
Amount of the claim that is unsecured: $ _1200.00_ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _1200.00_

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☒ No
☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | |
|---|---|---|
| | ☐ Yes. *Check all that apply:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/2019 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 20 / 2019
                  MM / DD / YYYY

*Signature:* Marlene Pauley

Print the name of the person who is completing and signing this claim:

Name: Marlene (First name) Joan (Middle name) Pauley (Last name)

Title: _____

Company: _____
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 5700 Duncan Lane
         Number    Street
         Edina                    MN    55436
         City                     State  ZIP Code

Contact phone: 952 925-5039    Email: marlenepauley@comcast.net

Official Form 410    Exhibit A Proof of Claim    page 3

## Scheherazade Consignment Merchandise Form

Consignor Information:
Name: _Marlene Pauley_                    Phone(s): _952 925-5039_
Address: _5700 Duncan Lane    Edina MN 55436_
Email: _marlene.pauley@comcast.net_    Other Contact Information: _____
Description of Consigned Item per Consignor (One item per Form): _Sterling Cuff w/ Floral Des._
_____
_S. Kirk & Son._
_____

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.
   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _500_
   Customer: $ _300_                Scheherazade: $ _200_
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_
   Customer: $ _____        Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _10th_ day of _July_, 20 _17_ at Edina, MN 55435.

By: _[signature]_                    _Marlene Pauley_
Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---

Date Sold: ___/___/___  Receipt # _____, CAMS # _____ Price Sold For $ _____

---

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form

Consignor Information:
Name: Marlene Pauley    Phone(s): 952 925-5039
Address: 5700 Duncan Lane    Edina MN 55436
Email: marlene.pauley@comcast.net    Other Contact Information: _____
Description of Consigned Item per Consignor (One item per Form): Vintage Dvs Ring
w/ Aprox 90ctw.
Diamonds CT 1-2 6-H
14kw

Value of Consigned Item per Consignor (what is item insured for?): N/A
Consignment Program Terms:
1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.
   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1500
   Customer: $ 900    Scheherazade: $ 600
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ Call
   Customer: $ _____    Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   N/A _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 10th day of July, 20 17 at Edina, MN 55435.

By: _____    _Marlene Pauley_____
Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---

Date Sold: ___/___/___  Receipt # _____ CAMS # _____ Price Sold For $ _____

---

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Exhibit A

Send original to:
U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Fill in this information to identify the case:**

Debtor 1: Scheherazade, Inc.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Minnesota

Case number: 19-40658

Official Form 410                                                                  04/19

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Marlene Pauley
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Marlene Pauley
Name
5700 Duncan Lane
Number    Street
Edina    MN    55436
City    State    ZIP Code

Contact phone 952-925-5039
Contact email marlenepauley@comcast.net

Where should payments to the creditor be sent? (if different)

Name _____
Number    Street _____
City    State    ZIP Code _____

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
_____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ___/___/___
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☑ Yes. Who made the earlier filing? _____

Official Form 410                      Proof of Claim                          page 1

Exhibit B

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ 900.00
Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Sold Estate Jewelry

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____
Amount of the claim that is secured: $ _____
Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Official Form 410     Proof of Claim     page 2
Exhibit B

12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

    A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

    ☑ No
    ☐ Yes. *Check all that apply:*

    | | Amount entitled to priority |
    |---|---|
    | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
    | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
    | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
    | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
    | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
    | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

    * Amounts are subject to adjustment on 4/01/2019 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  05 / 06 / 2019
                  MM / DD / YYYY

*Signature:* Marlene Pauley

**Print the name of the person who is completing and signing this claim:**

Name: Marlene (First name) Joan (Middle name) Pauley (Last name)

Title: _____

Company: _____
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 5700 Duncan Lane
         Number   Street
         Edina                         MN      55436
         City                          State   ZIP Code

Contact phone: 952 925-5039     Email: marlene.pauley@comcast.ne

Official Form 410    Proof of Claim    page 3
                     Exhibit B

**Items - 2 matching MPAULEY - Marlene Pauley;None;None;Sold;Item Pricing;Memo, Consignment, Inventory;None;None;See Cost.**

Page #1
5/5/2019
12:21 PM

*Sold for   date sold*

| Item # | Old # | Retail | Current | Status Date | Vendor Style | Vendor |
|---|---|---|---|---|---|---|
| 001-998-00258 | 124702 | $1,500.00 | $1,500.00 | 9/29/2018 | 14KW 0.50TW DIA RING | MPAULEY |
| 001-998-06507 | 124701 | $500.00 | $500.00 | 9/29/2017 | 10KY GENTS ONYX RING | MPAULEY |
| 2 | | $2,000.00 | $2,000.00 | | | |

Note: This is not a report, it is a simple printout of an on-screen list. Column totals are simply sums of the columns. These sums are only as meaningful as the column data.

Exhibit B

12:21 PM  
05/05/19  
Accrual Basis  

# Scheherazade Inc
## Vendor Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| **Marlene Pauley** | | | | | | |
| Bill | 09/29/2018 | 124702 | Vintage Dia R... | 12/28/2018 | 900.00 | 900.00 |
| Total Marlene Pauley | | | | | 900.00 | 900.00 |
| **TOTAL** | | | | | 900.00 | 900.00 |

Page 1

Exhibit B

## **VERIFICATION**

    I, Nauni Manty, the trustee and movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the facts contained in the foregoing motion are true and correct to the best of my knowledge, information and belief.

Dated:  June 10, 2020

                                                                                   Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                       BKY 19-40658
                                                             Chapter 7
Scheherazade, Inc,

        Debtor.

**UNSWORN CERTIFICATE OF SERVICE**

I declare under penalty of perjury that on June 10, 2020, I caused copies of the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the ECF participants:

**Notice of Hearing and Motion Objecting to Claim of Marlene Pauley, Verification, Proposed Order and this Unsworn Certificate of Service**,

I further declare that I caused copies of the foregoing documents to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Marlene Pauley
5700 Duncan Lane
Edina, MN  55436

Scheherazade, Inc.
3181 W 69th St
Edina, MN  55435

Robert K Dakis.
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

David J Kozlowski
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

Joseph T Moldovan
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

Wells Fargo Vendor Financial Serv, LLC fka
GE Gapital Information Tech Solutions
c/o a Ricoh USA Program fdba Ikon Financ
PO Box 13708
Macon, GA 31208-3708


Dated:  June 10, 2020 /e/ *Kevin Carnahan*
Kevin Carnahan, Legal Assistant
Manty & Associates, P.A.
401 Second Avenue North, Suite 400
Minneapolis, Minnesota 55401

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:  BKY 19-40658
    Chapter 7

Scheherazade, Inc,

    Debtor.

---

## **ORDER**

This matter came on before this court on the motion of the chapter 7 trustee objecting to the claim no. 97, because such claim is a duplicate of claim no. 23 filed by Marlene Pauley. Based upon the files, records and proceedings herein,

**IT IS ORDERED:** that the trustee's objection to the claim no. 97 is sustained and the claim is disallowed.

Dated:

_____
Kathleen H. Sanberg
United States Bankruptcy Judge