UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                              BKY 19-40658
                                                    Chapter 7
Scheherazade, Inc.,

                    Debtor.

---

## NOTICE OF HEARING AND MOTION OBJECTING TO CLAIM OF GRETCHEN COHENOUR

TO:    The claimant and other entities specified in Local Rules 9013-3(a) and 3007-1:

1.     Nauni Manty, the chapter 7 trustee of the bankruptcy estate of the debtor, moves the court for the relief requested below and gives notice of hearing.

2.     The court will hold a hearing on this motion on **Wednesday, July 15, 2020,** at **9:30 a.m.,** before the Honorable Kathleen H. Sanberg, in Courtroom No. 8 West, at the United States Courthouse, at 300 South Fourth Street, in Minneapolis, Minnesota 55415.

3.     Any response to this motion must be filed and served not later than **Friday, July 10, 2020**, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.     This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. The petition commencing this chapter 7 case was filed on March 10, 2019. This proceeding is a core proceeding. This case is now pending before this court.

5.     This motion arises under 11 U.S.C. §§ 502, Fed. R. Bankr. P. 3007, 9013 and 9014 and Local Rules 3007-1, 9006-1, 9013-1 and 9013-3.

6.     Gretchen Cohenour filed an unsecured claim for an unknown amount. *See* Claim No. 46. A copy of the claim is attached as Exhibit A.

7.     The claim relates to jewelry sold by the debtor pursuant to consignment merchandise agreements between the debtor and Ms. Cohenour. After Ms. Cohenour filed her proof of claim, she retrieved nine pieces of jewelry back from the debtor.  However, Ms. Cohenour did not amend her claim to account for the returned jewelry.  A copy of the receipts for the returned jewelry is attached as Exhibit B.

8.     The following chart shows the jewelry returned to Ms. Cohenour by connecting the relevant claim part with the corresponding page of Exhibit B:

| Exhibit B (Receipt for returned jewelry) | Corresponding Part of Claim |
| --- | --- |
| Page 2 | Part 17 |
| Page 3 | Part 15 |
| Page 4 | Part 16 |
| Page 5 | Part 4 |
| Page 6 | Part 6 |
| Page 7 | Part 7 |
| Page 8 | Part 21 |
| Page 9 | Part 20 |
| Page 10 | Part 22 |

9.     The proof of claim should not include a value attribute to the items returned to Ms. Cohenour.  Based on a review of the consignment forms attached to the proof claim, the remaining jewelry which was sold by the debtor pre-petition totals $2,220.  Accordingly, the trustee requests that Claim No. 46 be allowed as a general unsecured claim of $2,220.

**WHEREFORE**, the trustee requests that the objection to the claim of Ms. Cohenour be

sustained and the claim be allowed as a general unsecured claim of $2,220.

MANTY & ASSOCIATES, P.A.

Dated:  June 10, 2020                    */e/ Mary F. Sieling*

Nauni Manty (#230352)
Mary F. Sieling (#389893)
401 Second Avenue North, Suite 400
Minneapolis, MN 55401
Phone: (612) 465-0990
Email: mary@mantylaw.com

*Attorneys for the Chapter 7 Trustee*

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1   Scheherazade, Inc. | |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court   **District of Minnesota** | |
| Case number:  **19–40658** | |

**FILED**

**U.S. Bankruptcy Court
District of Minnesota**

4/4/2019

**Lori Vosejpka, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

Gretchen Cohenour

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Gretchen Cohenour | 609 W. 7th Street |
| Name | Name |
| 609 W 77th St
Winona MN 55987 | |

Contact phone _____507–459–5315_____   Contact phone _____

Contact email _____gcohenour@winona.edu_____   Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                     Proof of Claim                     page 1

Exhibit A

Case 13-40658    Claim 46-1    Filed 09/04/15    Desc Main Document    Page 2 of 3

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| **7. How much is the claim?** | $ unknown — **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br><br>I consigned jewelry at Scheherazade, Inc. and would like to have it returned and be paid for the pieces they sold. |
| **9. Is all or part of the claim secured?** | ☑ No<br>☐ Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>☐ Real estate.    If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>**Basis for perfection:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:    $ _____<br>Amount of the claim that is secured:    $ _____<br>Amount of the claim that is unsecured:    $ _____    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>Amount necessary to cure any default as of the date of the petition:    $ _____<br><br>Annual Interest Rate (when case was filed)    _____ %<br>☐ Fixed<br>☐ Variable |
| **10. Is this claim based on a lease?** | ☑ No<br>☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| **11. Is this claim subject to a right of setoff?** | ☑ No<br>☐ Yes. Identify the property: _____ |

Official Form 410    Proof of Claim    page 2

Exhibit A

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No ☐ Yes. *Check all that apply:* | | Amount entitled to priority |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $ _____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $ _____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies   $ _____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   4/4/2019
MM / DD / YYYY

/s/ Gretchen Cohenour

Signature

Print the name of the person who is completing and signing this claim:

Name   Gretchen Cohenour
First name   Middle name   Last name

Title

Company
Identify the corporate servicer as the company if the authorized agent is a servicer

Address   609 W. 7th Street
Number   Street
WINONA, MN 55987
City   State   ZIP Code

Contact phone   507–459–5315   Email   gcohenour@winona.edu

Official Form 410   Proof of Claim   page 3

Exhibit A

Case 19-40658   Claim 46-1 Part 2   Filed 04/04/19   Desc Attachment 1   Page 1 of 1



Exhibit A

# Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_  Phone(s): (507) 459-5315

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_  Other Contact Information: (507) 452-9084

Description of Consigned Item per Consignor (One item per Form): _Gents Shriner Ring 46_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _500-_

   Customer: $ _300_   Scheherazade: $ _200-_

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_

   Customer: $_____   Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with: _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_17_ at Edina, MN 55435.

By: _____   _Gretchen Cohenour_

Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------

Date Sold: __/__/__ Receipt #_____ CAMS #_____ Price Sold For $_____

------

Returned to Consignor Date: __/__/__   Consignor Signature for Return:_____

Exhibit A

# Scheherazade Consignment Merchandise Form

Consignor Information:

Name: Gretchen Cohenour    Phone(s): (507) 459-5315

Address: 609 W. 7th St

Email: gcohenour@winona.edu    Other Contact Information: (507) 452-9084

Description of Consigned Item per Consignor (One item per Form): Floral Ring

14ky

w/ Amethyst + Pearl

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 600 —

   Customer: $ 360 —    Scheherazade: $ 240 —

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ Call .

   Customer: $_____    Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ N/A _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 9th day of Mar , 20 17 at Edina, MN 55435.

By: _____    _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

----------------------------------------

Date Sold: __/__/__ Receipt #_____ CAMS #_____ Price Sold For $_____

----------------------------------------

Returned to Consignor Date: __/__/__    Consignor Signature for Return: _____

Exhibit A

# Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_                    Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_      Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _14Kg. Flower Pin_

_Pink Carved Flower_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _600_

    Customer: $ _360_          Scheherazade: $ _240_

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_

    Customer: $_____          Scheherazade: $_____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

    _____N/A_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_7_ at Edina, MN 55435.

By: _____          _Gretchen Cohenour_

Scheherazade Authorized Signature          Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: ___/___/___   Receipt #_____   CAMS #_____   Price Sold For $_____

-------------------------------------------------------------------

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_   Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour @ winona.edu_   Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _10kg Wreath p.n_

_____

_w/ Synthetic stones_

_Red Stones_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _400_

   Customer: $ _240_   Scheherazade: $ _160_

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_

   Customer: $_____   Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_ , 20_7_ at Edina, MN 55435.

By: _____   _____

Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: __/__/____  Receipt # _____  CAMS # _____  Price Sold For $ _____

-------------------------------------------------------------------

Returned to Consignor Date: __/__/___   Consignor Signature for Return: _____

## Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: _Gretchen Cohenour_  Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_   Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Two Tone Flower_
_pendant w/ opal_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _600 —_

   Customer: $ _360 —_  Scheherazade: $ _240 —_ .

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_ .

   Customer: $_____  Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_ , 20 _17_ at Edina, MN 55435.

By: _[signature]_   _[signature] Gretchen Cohenour_

Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------

Date Sold: __/__/__ Receipt # _____ CAMS # _____ Price Sold For $ _____

------------------------------------------------

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_   Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_   Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Turquois Bracelet_
_S.S._
_6 sections_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _400_

   Customer: $ _240_   Scheherazade: $ _160_

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_.

   Customer: $_____   Scheherazade: $_____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with: _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_17_ at Edina, MN 55435.

By: _____   _____

Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------

Date Sold: __/__/__   Receipt # _____   CAMS # _____   Price Sold For $ _____

--------------------------------------------------------------------

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: _Gretchen Cohenour_   Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_   Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Jasper Pendant_
_in S.S. Mtg_
_w. SS Chain_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _150_

   Customer: $ _90_   Scheherazade: $ _60_

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_

   Customer: $_____   Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_17_ at Edina, MN 55435.

By: _____   _____

Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

----------------------------------------

Date Sold: __/__/__   Receipt # _____   CAMS # _____   Price Sold For $ _____

----------------------------------------

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_    Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour @ winona.edu_    Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Jasper Pendant_
_in S.S mtg_
_leather cord_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor.  Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _150_

   Customer: $ _90_    Scheherazade: $ _60_.

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_.

   Customer: $_____    Scheherazade: $_____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_17_ at Edina, MN 55435.

By: _[signature]_    Consignor Signature: _[signature]_ I certify under penalty of perjury that to my knowledge the
Scheherazade Authorized Signature    information above is true & complete, & I am the owner, or
have authority of the owner, to sell or pledge the property.

--------------------------------------------------------

Date Sold: ___/___/____  Receipt # _____  CAMS # _____  Price Sold For $ _____

--------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: _Gretchen Cohenour_          Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_    Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Bangle Cuff Bracelet w/ Turquoise_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _600_

   Customer: $ _360_          Scheherazade: $ _240_

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_

   Customer: $_____          Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with: _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20 _7_ at Edina, MN 55435.

By: _____          _____

Scheherazade Authorized Signature          Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

----------------------------------------

Date Sold: __/__/__ Receipt # _____ CAMS # _____ Price Sold For $ _____

----------------------------------------

Returned to Consignor Date: __/__/__          Consignor Signature for Return: _____

# Scheherazade Consigned Merchandise Form

**Consignor Information:**

Name: _Gretchen Cohenour_          Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_          Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Turqoise Choker_
_multi strand_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _500_

   Customer: $ _300_          Scheherazade: $ _200_

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_

   Customer: $_____          Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_7_ at Edina, MN 55435.

By: _[signature]_                    Consignor Signature: _[signature]_

**Scheherazade Authorized Signature**          Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # _____ Price Sold For $ _____

--------------------------------------------------------

Returned to Consignor Date: ___/___/___          Consignor Signature for Return: _____

Exhibit A



## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_     Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_     Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Large Turquoise_
_Pend w/ Feathers_
_+ Lg Beaded Chain_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _400_

    Customer: $ _240_     Scheherazade: $ _160_

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_ .

    Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

    _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_ , 20_17_ at Edina, MN 55435.

By: _[signature]_     _[signature]_

Scheherazade Authorized Signature     Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------

Date Sold: ___/___/___ Receipt #_____ CAMS #_____ Price Sold For $_____

--------------------------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_   Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_   Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Stone w/ Multi Color_
_Bangle_
_1/Box_
_for Both_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _100_

    Customer: $ _60_   Scheherazade: $ _40_

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_

    Customer: $_____   Scheherazade: $_____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with: _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_17_ at Edina, MN 55435.

By: _____   _____
Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

----------------------------------------

Date Sold: __/__/____ Receipt #_____ CAMS #_____ Price Sold For $_____

----------------------------------------

Returned to Consignor Date: __/__/____ Consignor Signature for Return: _____

Exhibit A

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: _Gretchen Cohenour_     Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_     Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _2 Stone w/ Multi Color_
_(real)_ _Bangles_
_Stone Type._ _1 Box_
_for Both_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _100_

   Customer: $ _100_     Scheherazade: $ _40_.

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_.

   Customer: $_____     Scheherazade: $_____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
_N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_17_ at Edina, MN 55435.

By: _____     _____
Scheherazade Authorized Signature     Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---------------------------------------------------------------------------------

Date Sold: __/__/___  Receipt # _____  CAMS # _____  Price Sold For $ _____

---------------------------------------------------------------------------------

Returned to Consignor Date: __/__/___     Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_    Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour @ winona.edu_    Other Contact Information: _(507) 458-9084_

Description of Consigned Item per Consignor (One item per Form): _Cloisonne Bangle_
_____ _Brace_
_____ _w/ Box_
_____

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

> NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _500_

   Customer: $ _300_    Scheherazade: $ _200_.

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_.

   Customer: $ _____    Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with: _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20 _17_ at Edina, MN 55435.

By: _____    _____
Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: ___/___/_____    Receipt # _____    CAMS # _____    Price Sold For $ _____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit A



Exhibit A



Exhibit A

# Scheherazade Consignment Merchandise Form    11.2.18

Consignor Information:

Name: _Gretchen Cohenour_ Phone(s): _507-459-5315_

Address: _609 W 7th St, Winona, MN 55987_

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: _14k y rectangle dropers_

Stones: _purple/red stone_ Extra Items: _____

Carl: _____

Ann: _____

Metal: _14K_ Jewelry History: _____

_____

Authorized Repairs (paid for by Consignor): _____ Cert: ____

Value of Consigned Item per Consignor (what is item insured for?): _____

## Consignment Program Terms:

**1.** Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months.

Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

**2.** You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

> NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

**3.** For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _95_

Customer: $ _57_ Scheherazade: $ _38_ .

Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:

1 Month: _NA_ 6 Months: _20%_ 12 Months: _____

**4.** You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

**5.** You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ _NA_ _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _11_ day of _Jan._, 20_19_ at Edina, MN 55435.

By: _____    _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-----------------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # _____ Price Sold For $ _____

-----------------------------------------------------------------------

Returned to Consignor Date: ___/___/___ Consignor Signature for Return: _____

Exhibit A

## Scheherazade Consignment Merchandise Form    11.2.18

Consignor Information:

Name: _Gretchen Cohenour_    Phone(s): _507-459-5315_

Address: _609 W 7th St, Winona, MN 55987_

Email: _____    Other Contact Information: _take hinge/angle drop ears_

Description of Consigned Item per Consignor (One item per Form) General: _14ky gold & pearl pin_

Stones: _white pearl_    Extra Items: _____

Carl: _____

Ann: _____

Metal: _14K_ Jewelry History: _____

_____

Authorized Repairs (paid for by Consignor): _____    Cert: _____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

**1.** Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months.

Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

**2.** You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

**3.** For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _300_

Customer: $ _180_    Scheherazade: $ _120_.

Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:

1 Month: _na_    6 Months: _20%_    12 Months: _____

**4.** You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

**5.** You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_na_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _11_ day of _Jan_, 20 _19_ at Edina, MN 55435.

By: _____    _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____    CAMS # _____    Price Sold For $ _____

-------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit A

# Scheherazade Consignment Merchandise Form

11.2.18

Consignor Information:

Name: _Gretchen Cohenour_  Phone(s): _507-459-5315_

Address: _609 W. 7th St, Winona, MN 55987_

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: _Tiffany band_

Stones: _none_  Extra Items: _____

Carl: _____

Ann: _____

Metal: _S/Tit_ Jewelry History: _____

Authorized Repairs (paid for by Consignor): _____ Cert: ____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

**1.** Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

**2.** You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

**3.** For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _99_

   Customer: $ _59.40_  Scheherazade: $ _39.60_.

   Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:

   1 Month: _n/a_  6 Months: _20%_  12 Months: _____

**4.** You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

**5.** You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ _n/a_ _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this ____ _11_ ____ day of _Jan._ , 20 _19_ at Edina, MN 55435.

By: _____  _____

Scheherazade Authorized Signature  Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------

Date Sold: ___/___/____ Receipt # _____ CAMS # _____ Price Sold For $ _____

--------------------------------------------------------------------

Returned to Consignor Date: ___/___/___  Consignor Signature for Return: _____

Exhibit A

**Scheherazade Inc**                                       **6191**

Gretchen Cohenour                 11/17/2017

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 7/26/2017 | Bill | 122838 | 90.00 | 90.00 | | 90.00 |
| | | | | | Check Amount | 90.00 |

1020 New Bremer Op    jasper pendant                               90.00

---

**Scheherazade Inc.**                                        **7799**

Gretchen Cohenour                 12/22/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 10/1/2017 | Bill | 122833 | 240.00 | 240.00 | | 240.00 |
| 12/15/2017 | Bill | 122832 | 240.00 | 240.00 | | 240.00 |
| 3/26/2018 | Bill | 122837 | 90.00 | 90.00 | | 90.00 |
| 3/27/2018 | Bill | 122839 | 360.00 | 360.00 | | 360.00 |
| | | | | | Check Amount | 930.00 |

1020 Bremer Operatin                                     930.00

# Scheherazade Consignment Merchandise Form

Consignor Information:

Name: Gretchen Cohenour          Phone(s): (507) 459-5315

Address: 609 W. 7th St

Email: gcohenour@winona.edu          Other Contact Information: (507) 452-9084

Description of Consigned Item per Consignor (One item per Form): 14kg Gold Twist Bangle.

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 400 —

    Customer: $ 240 —          Scheherazade: $ 160 —

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ Call

    Customer: $_____          Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

    _____N/A_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 9th day of Mar , 2017 at Edina, MN 55435.

By: _____          _____

Scheherazade Authorized Signature          Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date Sold: ___/___/___    Receipt # _____    CAMS # _____    Price Sold For $ _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,                                    Chapter 7
                                                       BKY 19-40658
                            Debtor.

## RECEIPT

Received from the Trustee of Scheherazade, Inc, the following:

_9. items. from. estate)_

Dated: _May 8, 2019_

Name: Print _Gretchen Cohenour_
Address: _609 W. 7th St._
          _Winona, MN 55987_
Telephone: _507-459-5315_

Exhibit B                          Claim 46

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_     Phone(s): (507) 459-5315

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_     Other Contact Information: (507) 452-9084

Description of Consigned Item per Consignor (One item per Form): _Cloisonne Bangle_
_Brace_
_w/ Box_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _500_

   Customer: $ _300_     Scheherazade: $ _200_ .

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_ .

   Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_17_ at Edina, MN 55435.

By: _____     Consignor Signature: _Gretchen Cohenour_
Scheherazade Authorized Signature     I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

----------------------------------------

Date Sold: ___/___/___ Receipt #_____ CAMS # _22841_ Price Sold For $_____

----------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_     Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_     Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Stone w/ multi color_
_Bangle_
_1 / Box_
_for Both_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _100_

   Customer: $ _60_     Scheherazade: $ _40_

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_.

   Customer: $ _____     Scheherazade: $ _____     _2020 off 6t_
   _1/7/19_

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20_17_ at Edina, MN 55435.

By: _____     Consignor Signature: _Gretchen Cohenour_
Scheherazade Authorized Signature     I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date Sold: __/__/__   Receipt # _____   CAMS # _122842_   Price Sold For $ _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Returned to Consignor Date: __/__/__     Consignor Signature for Return: _____

Pg 3

Exhibit B

*BSM 3/3/19* ✓
*part 16*

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_   Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_   Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Stone w/ multi color_
_(CRC)_ _Bangle_
_Stone Type._ _1/30+_
_for BOTH_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _100_

Customer: $ _100_   Scheherazade: $ _40_

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_ .   _-20% off_

Customer: $ _____   Scheherazade: $ _____   _1/1/19 GC_

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_ , 20_17_ at Edina, MN 55435.

By: _____
Scheherazade Authorized Signature

Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

_Gretchen Cohenour_

--------------------------------------------------

Date Sold: ___/___/___   Receipt # _____   CAMS # _122843_   Price Sold For $ _____

--------------------------------------------------

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Pg 4

Exhibit B

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_     Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour @ winona.edu_     Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _Floral Ring_
_14ky_
_w/ Amethyst + Pearl_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _600 —_

    Customer: $ _360 —_     Scheherazade: $ _240 —_

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_ .    _20% off GC_
_1/7/19_

    Customer: $ _____     Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

    _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20 _17_ at Edina, MN 55435.

By: _____     Consignor Signature: _Gretchen Cohenour_

Scheherazade Authorized Signature     I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---

Date Sold: __/__/__    Receipt # _____    CAMS # _22840_    Price Sold For $ _____

---

Returned to Consignor Date: __/__/__    Consignor Signature for Return: _____

Pg 5    Exhibit B

140  3/17/20   $2 ✓ 3/3/19 ✓
part 6

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_   Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour @ winona.edu_   Other Contact Information: _(507) 452-9084_

Description of Consigned Item per Consignor (One item per Form): _10Ky Wreath pin_

_w/ Synthetic ~~Blue~~ Red Stones_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _400_
    Customer: $ _240_   Scheherazade: $ _160_.
    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_.
    Customer: $ _____   Scheherazade: $ _____

    20% off c-c
    1/7/19

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with: _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_, 20 _7_ at Edina, MN 55435.

By: _____   _Gretchen Cohenour_

Scheherazade Authorized Signature   Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

Date Sold: ___/___/___   Receipt # _____   CAMS # _122831_   Price Sold For $ _____

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Pg 6

Exhibit B

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: _Gretchen Cohenour_    Phone(s): _(507) 459-5315_

Address: _609 W. 7th St_

Email: _gcohenour@winona.edu_    Other Contact Information: _(507) 458-9084_

Description of Consigned Item per Consignor (One item per Form): _Two Tone Flower pendant w/ Opal_

Value of Consigned Item per Consignor (what is item insured for?): _N/A_

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _600—_
   Customer: $ _360—_    Scheherazade: $ _240—_
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ _Call_ .    _20% off 6c_
   _1/7/19_
   Customer: $ _____    Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with: _N/A_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _9th_ day of _Mar_ , 20 _17_ at Edina, MN 55435.

By: _____    Consignor Signature: _Gretchen Cohenour_
Scheherazade Authorized Signature    I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---

Date Sold: __/__/__   Receipt # _____   CAMS # _122830_   Price Sold For $ _____

---

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

Pg 7    Exhibit B

✓
part 21

## Scheherazade Consignment Merchandise Form    11.2.18

Consignor Information:

Name: Gretchen COHENOOR    Phone(s): 507-459-5315

Address: 609 W 7th St, Winona, MN 55987

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: 14ky gold & pearl pin

Stones: White pearl    Extra Items: _____

Carl: _____

Ann: _____

Metal: 14K Jewelry History: _____

Authorized Repairs (paid for by Consignor): _____    Cert: ____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 300

   Customer: $ 180    Scheherazade: $ 120

   Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:
   1 Month: NA    6 Months: 20%    12 Months: _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   NA    (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 11 day of Jan., 20 19 at Edina, MN 55435.

By: _____    _____
Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: __/__/__ Receipt # _____ CA _____    Sold For $ _____

802-07593
$300.00

GCOHENOUR 14k
C-14KY GOLD &
PEARL PIN

------------------------------------------------------------

Returned to Consignor Date: __/__/__    Consignor Signature for Return: _____

Pg 8

Exhibit B

✓
part 20

## Scheherazade Consignment Merchandise Form    11.2.18

Consignor Information:

Name: _Gretchen_ **COHENOUR**    Phone(s): _507-459-5315_

Address: _609 W 7th St, Winona, MN 55987_

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: _14Ky rectangle droppers_

Stones: _purple/red stone_    Extra Items: _____

Carl: _____

Ann: _____

Metal: _14K_ Jewelry History: _____

Authorized Repairs (paid for by Consignor): _____    Cert: _____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

**1.** Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months.
Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

**2.** You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the
consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

**3.** For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _95_

Customer: $ _57_    Scheherazade: $ _38_

Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:

1 Month: _NA_    6 Months: _20%_    12 Months: _____

**4.** You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during
certain promotions, events, etc.

**5.** You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently
own, & during the term of the consignment you will maintain primary insurance for the item with:

_NA_ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _11_ day of _Jan._, 20 _19_ at Edina, MN 55435.

By: _____    _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the
information above is true & complete, & I am the owner, or
have authority of the owner, to sell or pledge the property.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date Sold: __/__/__   Receipt # _____  

802-07595
$95.00

GCOHENOUR 14K
C - 14KY
RECTANGLE
DROP EARRING P

Sold For $ _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Returned to Consignor Date: __/__/__    Consignor Signature for Return: _____

Pg 9

Exhibit B

## Scheherazade Consignment Merchandise Form    11.2.18

Consignor Information:

Name: _Gretchen Cohenour_ Phone(s): _507-459-5315_

Address: _609 W. 7th St, Winona, MN 55987_

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form) General: _Tiffany band_

Stones: _none_                                        Extra Items: _____

Carl: _____

Ann: _____

Metal: _S/Titanium_ Jewelry History: _____

Authorized Repairs (paid for by Consignor): _____ Cert: _____

Value of Consigned Item per Consignor (what is item insured for?): _____

**Consignment Program Terms:**

**1.** Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months.

Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

**2.** You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

**3.** For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _99_

Customer: $ _59.40_    Scheherazade: $ _39.60_

Scheherazade is authorized to accept these pre-approved discounts after the merchandise is on the sales floor:

1 Month: _n/a_    6 Months: _20%_    12 Months: _____

**4.** You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

**5.** You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ _n/a_ _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this ___11___ day of _Jan._ , 20_19_ at Edina, MN 55435.

By: _____    _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: __/__/__ Receipt # _____ CA |||||| 802-07594 $99.00  GCOHENOUR SS/ C - SS/TITANIUM TIFFANY BAND  Sold For $ _____

-------------------------------------------------------------------

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

## **VERIFICATION**

I, Nauni Manty, the trustee and movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the facts contained in the foregoing motion are true and correct to the best of my knowledge, information and belief.

Dated:  June 10, 2020

_____
Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                          BKY 19-40658
                                                Chapter 7
Scheherazade, Inc.,

                  Debtor.

---

**UNSWORN CERTIFICATE OF SERVICE**

---

I declare under penalty of perjury that June 10, 2020, I caused copies of the following documents
to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice
of the electronic filing to the ECF participants:

**Notice of Hearing and Motion Objecting to Claim of Gretchen Cohenour,
Verification, Proposed Order and this Unsworn Certificate of Service**,

I further declare that I caused copies of the foregoing documents to be mailed by first class mail,
postage prepaid, to the following non-ECF participants:

Gretchen Cohenour
609 W 77th St
Winona, MN  55987

Scheherazade, Inc.
3181 West 69th St
Edina, MN  55435

Robert K Dakis
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

David J Kozlowski
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

Joseph T Moldovan
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

Wells Fargo Vendor Financial Serv, LLC fka
GE Gapital Information Tech Solutions
c/o a Ricoh USA Program fdba Ikon Financ
PO Box 13708
Macon, GA 31208-3708


Dated:  June 10, 2020                    /e/ *Kevin Carnahan*
                                         Kevin Carnahan, Legal Assistant
                                         Manty & Associates, P.A.
                                         401 Second Avenue North, Suite 400
                                         Minneapolis, Minnesota 55401

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                           BKY 19-40658
                                                 Chapter 7
Scheherazade, Inc.,

                    Debtor.

---

## **ORDER**

This matter came on before this court on the motion of the chapter 7 trustee objecting to

the claim of Gretchen Cohenour, Claim No. 46. Based upon the files, records and proceedings

herein,

**IT IS ORDERED:**  that the trustee's objection to the claim of Gretchen Cohenour, claim

46, is sustained and the claim is allowed as a general unsecured claim of $2,220.

Dated:

_____
Kathleen H. Sanberg
United States Bankruptcy Judge