UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
Bankruptcy No. 19-40658

### ORDER

This case is before the court on the Chapter 7 trustee's notice of settlement dated May 28, 2020, docket No. 152. No objections having been filed and based upon the notice of settlement,

**IT IS ORDERED:** The settlement, as described in the notice of settlement dated May 28, 2020, is approved.

Dated: *July 14, 2020*

/e/ Kathleen H. Sanberg
Kathleen Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/14/2020*
Lori Vosejpka, Clerk, by LH