# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Chapter 7
Bankruptcy 19-40658

Debtor.

## NOTICE OF MOTION AND MOTION TO DEEM CORRESPONDENCE AN INFORMAL PROOF OF CLAIM AND FOR OTHER RELIEF

To:     Ms. Nauni Manty, in her capacity as Chapter 7 Trustee; the U.S. Trustee; and all other entities specified in Local Rule 9013-3.

1.      The Creditor, CHARDONNAY DIAMONDS LLC ("Chardonnay" or "Movant"), by and through its undersigned attorneys, hereby moves this Court for an order pursuant to 11 U.S.C. §105, Federal Rule of Bankruptcy Procedure 9013, and Local Rules 9013-1 and 9013-2, to deem the Correspondence (defined hereinafter) to be a timely, informal proof of claim, rendering its later-filed formal proof of claim as timely (this "Motion").

2.      The Court will hold a hearing on this Motion before the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, on September 2, 2020 at 10:00 a.m. in Courtroom 8 West at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

3.      Pursuant to Federal Rule of Bankruptcy Procedure 9006(a) and Local Rule 9006-1(c), any response to this Motion must be filed and served no later than Friday, August 28, 2020, which date is not less than five (5) days before the time set for the hearing (including Saturdays, Sundays, and legal holidays).

4.      UNLESS A RESPONSE OPPOSING THIS MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

5.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

6.      On March 10, 2019 ("Petition Date"), Debtor voluntarily commenced this Chapter 7 bankruptcy proceeding [ECF No. 1].

7.      On March 15, 2019, the Clerk of the Bankruptcy Court sent a "Notice to File Claims" (the "Notice") [ECF No. 17]. The Notice indicated that payment of a dividend appeared possible, and that proofs of claim shall be filed by June 17, 2019 (the "Bar Date").

8.      Prior to the filing of the petition in this bankruptcy case, Chardonnay delivered certain pieces of jewelry to the debtor, for sale by the debtor in the ordinary course, on consignment.

9.      The Trustee argued—and Chardonnay disputed—the consignment relationship was governed by Uniform Commercial Code Article 9, Chardonnay's security interest was avoidable, and could be preserved for the benefit of the bankruptcy estate under 11 U.S.C. §§ 544. Chardonnay settled the controversy by "buying back" certain items from the Trustee [ECF No. 69]. The Court approved the settlement on July 19, 2019 [ECF No. 89].

10.      Prior to the Bar Date, in connection with the settlement, Chardonnay's counsel communicated at length with the Trustee's counsel regarding the Chardonnay transactions with the Debtor and its claims arising therefrom.

11.      On April 23, 2019, Chardonnay and the Trustee exchanged detailed communications regarding Chardonnay's transactions and claims related to the Debtor's filing (the "Correspondence"). *Warner Aff. Ex. A and B.*

12.     On April 16, 2020, Chardonnay filed Claim No. 173. The formal Proof of Claim was submitted after the Bar Date.

13.     Chardonnay's counsel has communicated with the Trustee regarding allowance of the late-filed claim. The Trustee indicates that she has no objection to the Proof of Claim to be deemed timely filed. However, she is unable to stipulate to a late-filed claim without formal motion practice and authority from the Court.

## RELIEF REQUESTED

14.     Movant respectfully requests the Court enter an order deeming that an informal proof of claim was established by Chardonnay on April 23, 2019, and that the later-filed, formal proof of claim relates back to the informal proof of claim, and such other and further relief as is consistent with, necessary, and appropriate to carry out provisions of the Bankruptcy Code pursuant to 11 U.S.C. § 105(a).

**WARNER LAW, L.L.C.**

Dated: July 23, 2020

*/e/ George E. Warner, Jr.*
George E. Warner, Jr. (#0222719)
120 South Sixth Street, Suite 1515
Minneapolis, Minnesota 55402-1817
Telephone (952) 922-7700

*Attorneys for Chardonnay Diamonds LLC*

## VERIFICATION

I, George E. Warner, Jr., counsel for CHARDONNAY DIAMONDS LLC declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  July 23, 2020                                    */e/ George E. Warner, Jr.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Chapter 7

Scheherazade, Inc,

Bankruptcy 19-40658

Debtor.

**MEMORANDUM OF LAW IN SUPPORT OF**
**MOTION TO DEEM CORRESPONDENCE AN INFORMAL PROOF OF**
**CLAIM AND FOR OTHER RELIEF**

Chardonnay Diamonds LLC respectfully submits this memorandum of law in support of the Motion to Deem Correspondence an Informal Proof of Claim. Capitalized terms used hereinafter not otherwise defined shall have the meanings assigned to such terms in the Motion. The Court can and should enter an order deeming the Correspondence a timely submitted informal proof of claim. 11 U.S.C. § 105 empowers this Court with the authority to enter any order that is "necessary and appropriate to carry out the provisions of this title."

Claims can be asserted in bankruptcy on a "formal or informal" basis, provided they are asserted in writing, within the applicable statutory period. *In re Haugen Const. Services, Inc.*, 876 F.2d 681 (8th Cir. 1989), *citing In re Donovan Wire & Iron Co.*, 822 F.2d 28, 39 (8th Cir., 1987). Additionally, for a writing to constitute an "informal proof of claim," it "must state an explicit demand showing the nature and amount of the claim against the estate, and evidence an intent to hold the debtor liable." *In re Anderson-Walker Industries, Inc.*, 798 F.2d 1285, 1287 (9th Cir., 1986). The *Anderson-Walker* court noted the Trustee has a duty to reasonably construe communications from creditors. When the Trustee knows the creditor expects payment of its claim, and has participated in the case, its correspondence is properly deemed an informal proof of claim. *Id.*

1

In *Franciscan Vineyards,* 597 F. 2d 181 (9th Cir., 1979), (cited with approval by the Eighth

Circuit in *Haugen Construction,* supra.), the Napa County clerk sent the trustee correspondence

enclosing two tax bills owed by the debtor. The trustee took no action and the County missed the

bar date by over five months. Allowing its late, formal proof of claim to amend and relate back to

its timely, informal correspondence, the Court stated:

> The point simply is that there must be presented, within the time
> limit, by or on behalf of a creditor, some written instrument which
> brings to the attention of the court the nature and amount of the
> claim.

*Id.,* at 183, citing *Perry v. Certificate Holders of Thrift Savings,* 320 F.2d 584, 590 (9th Cir. 1963).

Importantly, the Court specifically agreed that letters sent to Trustees constitute informal proofs

of claim. *Id.,* citing *In re Patterson-MacDonald Shipbldg Co.,* 293 F.3d 190, 191(9th Cir. 1923).

Here, the Correspondence meets the informal claim test. The writings to and from the

Trustee show the nature and amount of the claim against the estate. The writings were exchanged

well in advance of the Bar Date. The Trustee acknowledged the creditor's intent and need to

participate in distribution of debtor's assets. *See,* **Exhibit A** and **Exhibit B**. The Correspondence

should be deemed an informal claim. The later-filed, formal proof of claim should be deemed an

amendment, which relates back to the informal claim.

**WARNER LAW, L.L.C.**

Dated: July 23, 2020

*/e/ George E. Warner, Jr.*
George E. Warner, Jr. (#0222719)
120 South Sixth Street, Suite 1515
Minneapolis, Minnesota 55402-1817
Telephone (952) 922-7700

*Attorneys for Chardonnay Diamonds, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Scheherazade, Inc,

                  Debtor.

Chapter 7
Bankruptcy 19-40658

---

**DECLARATION OF GEORGE E. WARNER, JR.**

---

      George E. Warner, Jr., respectfully declares to the Court as follows:

      1.      I represent the Creditor, CHARDONNAY DIAMONDS LLC. I respectfully submit this Affidavit in support of Chardonnay's Motion to Deem Correspondence an Informal Proof of Claim and for Other Relief.

      2.      Attached hereto as **Exhibit A** is a true and correct copy of my April 23, 2019 e-mail correspondence to counsel for the Trustee. To comply with F.R.C.P. 5.02(a), any restricted identifiers in the attached have been redacted.

      3.      Attached hereto as **Exhibit B** is a true and correct copy of the Counsel for the Trustee's April 23, 2019 e-mail correspondence to me.

      4.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 23, 2020                           */e/ George E. Warner, Jr.*

# EXHIBIT A

## George Warner

| | |
|---|---|
| **From:** | George Warner |
| **Sent:** | Tuesday, April 23, 2019 10:49 AM |
| **To:** | mary@mantylaw.com |
| **Cc:** | Kristen Franklin |
| **Subject:** | In Re Scheherazade, Inc. | Court File 19-40658 |
| **Attachments:** | 2019-04-23 US Trustee.pdf |

Hi Mary:

I hope all is well. Please give me a quick call once you have a chance to review the attached. Thanks!

George E. Warner, Jr.
**Warner Law, LLC**
Attorney at Law | Creditors' Rights Specialist (American Board of Certification)
120 South Sixth Street | Suite 1515
Minneapolis, MN 55402-1817
952-922-7700 Voice (Ext. 164 after-hours)
george@warnerlawmn.com | www.warnerlawmn.com

Disclosure:  This communication is with a debt collector.  Any information obtained will be used for that purpose.



**WARNER LAW**
LLC

GEORGE E. WARNER, JR.
CREDITORS' RIGHTS SPECIALIST
CERTIFIED BY THE AMERICAN BOARD OF CERTIFICATION
GEORGE@WARNERLAWMN.COM

April 23, 2019

**VIA E-MAIL TO MARY@MANTYLAW.COM**

Mary F. Sieling
Manty & Associates, P.A.
401 Second Avenue North, Suite 400
Minneapolis, MN 55401

*Re:*    *In Re Scheherazade, Inc. | Court File 19-40658*

Dear Mary:

I hope all is well. In follow-up to our last call, I have now been retained to represent Chardonnay Diamond, LLC ("Chardonnay.") My client advises me that:

- In September 2018, Chardonnay and Scheherazade agreed to a consignment arrangement for four (4) pieces of jewelry. The parties' relevant e-mails are attached.
- On September 20, Chardonnay issued Memo 18-920 for the four items delivered.
- In October 2018, Scheherazade returned item CR16025.
- In December 2018, Scheherazade chose to purchase item CR15012.
- Chardonnay's December 6 Invoice 18-004 is attached.
- Scheherazade's December 22 letter paid, in full, by post-dated checks for item CR15012.

Chardonnay believes the three (3) consigned pieces remain in Scheherazade's inventory. Chardonnay does not want its property liquidated. My client is seeking the return of the consigned pieces and either payment for, or return of, the purchased piece. My client is wiling refund the partial payments received for the return of the piece purchased.

I look forward to discussing further with you at your earliest convenience. Thanks.

Very truly yours,

**WARNER LAW, LLC**
*/s/ George E. Warner, Jr.*
Attorney at Law

GEW/kf
cc: Client (via e-mail)

**From:** Scott Rudd scott@sjewelers.com 
**Subject:** RE: Chardonnay Diamond®
**Date:** September 20, 2018 at 4:25 PM
**To:** David Lampert david@chardonnaydiamond.com

Hi David,

I look forwards to seeing the 4 rings you have agreed to ship on memo
for a Saturday delivery.

The shipping address is:

Scheherazade
3181 Galleria
Edina, MN 55435

Our store phone # is 952-926-2455

Scott

**From:** David Lampert [mailto:david@chardonnaydiamond.com]
**Sent:** Thursday, September 13, 2018 9:22 PM
**To:** Scott Rudd
**Subject:** Chardonnay Diamond®

Hi Scott,

Thanks for showing interest in my Chardonnay Diamond® collection.

Basically, Chardonnay Diamond® is a concept based on the idea that color is personal. The GIA
set up a system that basically says a Vivid Yellow is more valuable than a Fancy Yellow, but
doesn't take into account one's own taste in what they prefer. When someone walks into a jewelry
store and ask for a yellow diamond, most salespeople will start explaining the color grading
system as though people need to have a Fancy, or Light, or Intense yellow rather than actually
showing them yellow diamonds to see what they like. I like light yellows and I've found that a ton
of people do as well. They just are a little harder to sell if you have to explain why they aren't
called "Fancy" yellows. Hence, the branding of Chardonnay Diamond®.

The focus of Chardonnay Diamond® is on light yellow diamonds (usually U-Z color, usually VS2
and better all with GIA's). Mounted these diamonds are gorgeous! I found that by having a name
for them takes having to make an excuse for liking diamonds that aren't so called "Fancy". I
started this business 5 years ago and today most of the yellows we sell today are Chardonnay
Diamonds®. I've been running this business as a proof of concept and I believe it is time to roll it
out amongst other jewelers.

Each Chardonnay Diamond® comes with its own "Certificate of Authenticity" and a GIA
Diamond Grading Report. Every diamond also has a serial # on the girdle and the Chardonnay
Diamond® logo. I don't sell them loose, they are only available in my own David Lampert
designs. I'm also very protective of the trademark as I believe it is key to selling these diamonds.
A diamond is only a Chardonnay Diamond® if I say it is one.

Attached are some images of the ones I currently have available (photography is all over the place… they all look better in person) as well as a copy of the certificate.

Let's talk once you've had a chance to look this over.

Best,

David













| Chardonnay - Scheherazade Consignment | | | |
|---|---|---|---|
| Item# | Description | Wholesale | Memo Date |
| CR16016 | 1.11cts. Oval Cut Chardonnay Diamond® W-X // VS1 GIA1172344012 - Serial #CD16016 set in 18kt Yellow & Rose Gold Mtg with 20 Ideal cut diamonds = .17tw | $4,900 | 9/18/18 |
| CR16017 | 1.30cts. Cushion Cut Chardonnay Diamond® W-X // VS1 GIA1205884606 - Serial #CD16017 set 18kt Tri-Color Semi Mtg with 18 Ideal Cut Diamonds = .21tw. | $5,495 | 9/18/18 |
| CR16019 | 1.50cts. Marquise Cut Chardonnay Diamond® W-X // VS1 GIA2206962005 - Serial #CD16019 set in 18kt Tri-Color Mounting w/20 Ideals = .28tw. | $6,800 | 1/15/19 |
| | | | |
| | Current Inventory | $17,195 | |

Invoiced

| Item# | | | |
|---|---|---|---|
| | Description | | |
| CR15012 | 3.80cts. Radiant Cut Chardonnay Diamond® Y-Z // VVS1 GIA1162550156 - Serial #CD15012 set in 18K WG - 80 ideal cut diamonds = .76ct. tw. | $31,000 | 12/6/18 |
| | | | |
| | Payments received | $15,000 | |
| | Balance due | $16,000 | |

# *Chardonnay Diamond* ®



7 East Huron Street
Chicago, IL 60611

T 312-914-6888
E david@chardonnaydiamond.com

| | |
|---|---|
| MEMO NUMBER: | 18-920 |
| DATE: | 9-20-18 |

**Issued to:** Scott Rudd - Scheherazade
3181 Galleria
Edina, MN 554351

**Delivered to:** Same

| Item # | Description | Price |
|---|---|---|
| CR16017 | 1.30cts. Cushion Cut Chardonnay Diamond® W-X // VS1 GIA1205884606 - Serial #CD16017 set 18kt Tri-Color Semi Mtg with 18 Ideal Cut Diamonds = .21tw. | $5,495 |
| CR16016 | 1.11cts. Oval Cut Chardonnay Diamond® W-X // VS1 GIA1172344012 - Serial #CD16016 set in 18kt Yellow & Rose Gold Mtg with 20 Ideal cut diamonds = .17tw | $4,900 |
| CR15012 | 3.80cts. Radiant Cut Chardonnay Diamond® Y-Z // VVS1 GIA1162550156 - Serial #CD15012 set in 18K WG - 80 ideal cut diamonds = .76ct. tw.        Invoiced 12-6-18 | $31,000 |
| CR16025 | 1.71cts. Radiant Cut Chardonnay Diamond® U-V // VS1 GIA 5172121129 - Serial #CD16023 set in 18kt Tri-Color Mounting w/28 Ideals = .68tw        Returned 10-11-18 | $8,250 |
| | Total Invoice: | $49,645 |

To the best of seller's knowledge, the diamond(s) herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. Accordingly, seller hereby guarantees that to the best of its knowledge these diamonds are conflict free. With respect to diamonds herein invoiced, which were acquired by seller after December 31, 2002, seller guarantees them to be conflict free based on personal knowledge and/or written guarantees provided by supplier of these diamonds.

Chardonnay Diamond® is a registered trademark of David Lampert and Chardonnay Diamonds LLC

# *Chardonnay Diamond* ®

7 East Huron Street
Chicago, IL 60611

T 312-914-6888
E david@chardonnaydiamond.com

**INVOICE NUMBER:**   18-004
**DATE:**   12-6-18

| Issued to: | Scott Rudd - Scheherazade | Delivered to: | Same |
|---|---|---|---|
|  | 3181 Galleria |  |  |
|  | Edina, MN 55435 |  |  |

| Item # | Description | Price |
|---|---|---|
| CR15012 | 3.80cts. Radiant Cut Chardonnay Diamond® Y-Z // VVS1 GIA1162550156 - Serial #CD15012 set in 18K WG - 80 ideal cut diamonds = .76ct. tw. | $31,000 |
|  |  |  |
|  | Terms: Posted Dated Checks |  |
|  | $5,000 ea / December '18 - April '19, $6,000 May '19 |  |
|  |  |  |
|  | **Total Invoice:** | **31,000** |

To the best of seller's knowledge, the diamond(s) herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. Accordingly, seller hereby guarantees that to the best of its knowledge these diamonds are conflict free. With respect to diamonds herein invoiced, which were acquired by seller after December 31, 2002, seller guarantees them to be conflict free based on personal knowledge and/or written guarantees provided by supplier of these diamonds.

Chardonnay Diamond® is a registered trademark of David Lampert and Chardonnay Diamonds LLC



**SCHEHERAZADE**

3181 Galleria
Edina, Minnesota 55435
952-926-2455
www.sjewelers.com

December 22, 2018

Chardonnay Diamond
7 East Huron Street
Chicago, IL 60611

To Whom It May Concern,

Please find enclosed 6 postdated checks that total in the amount of $31,000. These checks are all to go against invoice number 18-004. The checks are as follows:

Check 6010 postdated to 12/31/2018 in the amount of $5,000.00
Check 6011 postdated to 1/31/2019 in the amount of $5,000.00
Check 6012 postdated to 2/28/2019 in the amount of $5,000.00
Check 6013 postdated to 3/31/2019 in the amount of $5,000.00
Check 6014 postdated to 4/30/2019 in the amount of $5,000.00
Check 6015 postdated to 5/31/2019 in the amount of $6,000.00

It is my understanding that you will personally see to it that these postdated checks are not accidentally cashed prior to the agreed upon date.

Thank you so much; I really appreciate your assistance.

Sincerely,

Scott H. Rudd
President
Scheherazade Inc.
952-240-0872 (cell)

Enclosures (6)



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

6010

**Scheherazade Inc.**
Domestic PDC
3181 Galleria
Edina, MN 55435

BREMER BANK, NA
Edina, MN 55435
75-1041/960

Postdated
12/31/2018

PAY TO THE
ORDER OF    Chardonnay Diamond                                    $ **5,000.00

Five Thousand and 00/100*********************************************** DOLLARS

Chardonnay Diamond
7 East Huron Street
Chicago, IL 60611

MEMO

---

Scheherazade Inc.                                                        6010

    Chardonnay Diamond                                  12/31/2018

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/6/2018 | Bill | 18-004 | 31,000.00 | 5,000.00 | | 5,000.00 |
| | | | | | Check Amount | 5,000.00 |

1035 2nd Domestic P                                                    5,000.00



6011

Scheherazade Inc.
Domestic PDG
3101 Galleria
Edina, MN 55435

BREMER BANK NA
Edina MN 55435
75-1041/960

Postdated
1/31/2019

PAY TO THE ORDER OF   Chardonnay Diamond                                $ **5,000.00

Five Thousand and 00/100***************************************************************   DOLLARS

Chardonnay Diamond
7 East Huron Street
Chicago, IL 60611

MEMO

---

Scheherazade Inc.                                                                                      6011

Chardonnay Diamond                                          1/31/2019

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 12/6/2018 | Bill | 18-004 | 31,000.00 | 5,000.00 | | 5,000.00 |
| | | | | | Check Amount | 5,000.00 |

1035 2nd Domestic P                                                                          5,000.00



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

6012

Scheherazade Inc.
Domestic PDC
3181 Galleria
Edina, MN 55435

BREMER BANK, NA
Edina, MN 55435
75-1041/980

Postdated
2/28/2019

PAY TO THE
ORDER OF    Chardonnay Diamond                                            $   **5,000.00

Five Thousand and 00/100************************************************************** DOLLARS

Chardonnay Diamond
7 East Huron Street
Chicago, IL 60611

MEMO                                                                            MP

6012

Scheherazade Inc.

| | | | | | | 2/28/2019 | |
|---|---|---|---|---|---|---|---|
| Chardonnay Diamond | | | | | | | |
| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
| 12/6/2018 | Bill | 18-004 | | 31,000.00 | 5,000.00 | | 5,000.00 |
| | | | | | | Check Amount | 5,000.00 |

1035 2nd Domestic P                                                              5,000.00



CASH ONLY IF ALL *CheckLock™* SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**Scheherazade Inc.**
Domestic PDC
3181 Galleria
Edina, MN 55435

**BREMER BANK, NA**
Edina, MN 55435
75-1041/960

6013

Postdated
3/31/2019

PAY TO THE
ORDER OF _____ Chardonnay Diamond _____ $ **5,000.00

Five Thousand and 00/100************************************************************ DOLLARS

Chardonnay Diamond
7 East Huron Street
Chicago, IL 60611

MEMO

---

| Scheherazado Inc. | | | | | | 6013 |
|---|---|---|---|---|---|---|
| Chardonnay Diamond | | | | | 3/31/2019 | |
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 12/6/2018 | Bill | 18-004 | 31,000.00 | 5,000.00 | | 5,000.00 |
| | | | | | Check Amount | 5,000.00 |

1035 2nd Domestic P                                                     5,000.00



6014

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

Scheherazade Inc.
Domestic PDC
3181 Galleria
Edina, MN 55435

BREMER BANK, NA
Edina, MN 55435
75-1041/960

Postdated
4/30/2019

PAY TO THE
ORDER OF ___ Chardonnay Diamond _____ $  **5,000.00

Five Thousand and 00/100************************************************************************ DOLLARS

Chardonnay Diamond
7 East Huron Street
Chicago, IL 60611

MEMO

6014

Scheherazade Inc.

Chardonnay Diamond                                                    4/30/2019
Date        Type   Reference          Original Amt.   Balance Due   Discount        Payment
12/6/2018   Bill   18-004             31,000.00       5,000.00                      5,000.00
                                                                    Check Amount    5,000.00

1035 2nd Domestic P                                                                 5,000.00



| Scheherazade Inc. | | | | | | 6015 |
|---|---|---|---|---|---|---|
| Chardonnay Diamond | | | | | 5/31/2019 | |
| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
| 12/6/2018 | Bill | 18-004 | | 31,000.00 | 6,000.00 | | 6,000.00 |
| | | | | | | Check Amount | 6,000.00 |

| 1035 2nd Domestic P | 6,000.00 |
|---|---|

# *Chardonnay Diamond* ® 

7 East Huron Street
Chicago, IL 60611

T 312-914-6888
E david@chardonnaydiamond.com

MEMO NUMBER:     19-115
DATE:            1-15-19

**Issued to:**   Scott Rudd - Scheherazade        **Delivered to:**   Same
3181 Galleria
Edina, MN 554351

| Item # | Description | Price |
|---|---|---|
| CR16019 | 1.50cts. Marquise Cut Chardonnay Diamond® W-X // VS1 GIA2206962005 - Serial #CD16019 set in 18kt Tri-Color Mounting w/20 Ideals = .28tw. | $6,800 |
| | | |
| | | |
| | | |
| | **Total Invoice:** | **$6,800** |

To the best of seller's knowledge, the diamond(s) herein invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United Nations resolutions. Accordingly, seller hereby guarantees that to the best of its knowledge these diamonds are conflict free. With respect to diamonds herein invoiced, which were acquired by seller after December 31, 2002, seller guarantees them to be conflict free based on personal knowledge and/or written guarantees provided by supplier of these diamonds.

Chardonnay Diamond® is a registered trademark of David Lampert and Chardonnay Diamonds LLC

# **<u>EXHIBIT B</u>**

## George Warner

| | |
|---|---|
| **From:** | Mary Sieling <mary@mantylaw.com> |
| **Sent:** | Tuesday, April 23, 2019 3:25 PM |
| **To:** | George Warner |
| **Cc:** | Kristen Franklin |
| **Subject:** | RE: In Re Scheherazade, Inc. | Court File 19-40658 |

Hi George,

Given that no UCC Financing Statement was filed, Chardonnay Diamonds is unperfected. Accordingly, the three remaining items (CR16017; CR 16016; and CR15012) are property of the bankruptcy estate. Your client will have an unsecured claim in the case. Please confirm that you agree and I will prepare a stipulation for your client to sign.

Thank you,

Mary F. Sieling
Manty & Associates, P.A.
401 Second Avenue North, Ste. 400
Minneapolis, MN  55401
(612) 465-0901

**From:** George Warner <george@warnerlawmn.com>
**Sent:** Tuesday, April 23, 2019 10:49 AM
**To:** Mary Sieling <mary@mantylaw.com>
**Cc:** Kristen Franklin <kristen@warnerlawmn.com>
**Subject:** In Re Scheherazade, Inc. | Court File 19-40658

Hi Mary:

I hope all is well. Please give me a quick call once you have a chance to review the attached. Thanks!

George E. Warner, Jr.
**Warner Law, LLC**
Attorney at Law | Creditors' Rights Specialist (American Board of Certification)
120 South Sixth Street | Suite 1515
Minneapolis, MN 55402-1817
952-922-7700 Voice (Ext. 164 after-hours)
george@warnerlawmn.com | www.warnerlawmn.com

Disclosure:  This communication is with a debt collector.  Any information obtained will be used for that purpose.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

                                                             Chapter 7

Scheherazade, Inc,
                                           Bankruptcy 19-40658

                                 Debtor.

---

### ORDER

---

This matter came on before this court on the motion of Chardonnay Diamonds LLC to deem certain correspondence as an informal proof of claim. Based upon all of the files, records and proceedings herein,

**IT IS ORDERED:**

1.      The email dated April 23, 2019 from Chardonnay's attorney to counsel for the trustee is deemed an informal proof of claim. The proof of claim filed on April 16, 2020, as Claim No. 173, relates back to the informal proof of claim and is deemed to have been filed timely.


Dated:_____                 _____

                                                 Kathleen H. Sanberg
                                                 United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Chapter 7
Bankruptcy 19-40658

Debtor.

### UNSWORN CERTIFICATE OF SERVICE

I, George E. Warner, Jr., declare that, on July 23, 2020, I caused the following document(s):

- NOTICE OF MOTION AND MOTION TO DEEM CORRESPONDENCE AN INFORMAL PROOF OF CLAIM AND FOR OTHER RELIEF

- MEMORANDUM OF LAW IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DEEM CORRESPONDENCE AN INFORMAL PROOF OF CLAIM AND FOR OTHER RELIEF

- DECLARATION OF GEORGE E. WARNER, JR.

- PROPOSED ORDER

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all ECF participants.

**WARNER LAW, L.L.C.**

Dated: July 23, 2020

*/e/ George E. Warner, Jr.*
George E. Warner, Jr. (#0222719)
120 South Sixth Street, Suite 1515
Minneapolis, Minnesota 55402-1817
Telephone (952) 922-7700

1