UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Chapter 7
Bankruptcy 19-40658

Debtor.

## NOTICE OF SETTLEMENT

TO: The United States Trustee, all creditors, and other parties in interest.

On August 24, 2020, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

The trustee alleges that within 90 days before the petition date, Chardonnay Diamonds LLC received $10,000 from the debtor. As more fully set forth in adversary proceeding 20-04085, the trustee asserts that the transfer is avoidable as a preference under 11 U.S.C. § 547. Chardonnay Diamonds has raised defenses. It asserts that the payments were pursuant to the only invoice sent to the debtor by Chardonnay Diamonds and that the payments were made under the terms of such invoice. Accordingly, Chardonnay asserts that the payments were made in the ordinary course of business.

To settle all claims against Chardonnay, Chardonnay Diamonds will pay $1,000 to the trustee. The payment will be made within ten business days after the court issues a final order approving this settlement.

Provided the settlement is approved by the court and upon receipt of the settlement payment, the parties release each other from any and all claims in the adversary proceeding and all claim under 11 U.S.C. §§ 547, 550, 551. Within ten days of receiving the settlement funds, the parties shall execute and file a stipulation of dismissal with prejudice of adversary proceeding 20-04085.

The trustee believes the settlement is in the best interest of creditors, due to the cost of litigation and the strong defense of Chardonnay Diamonds. The trustee requests that the settlement be approved.

## **OBJECTION: MOTION: HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is

made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court<br>United States Bankruptcy Court<br>300 South Fourth Street<br>301 U.S. Courthouse<br>Minneapolis, MN 55415 | United States Trustee<br>1015 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Nauni Manty, Trustee<br>401 2nd Ave N, Ste 400<br>Minneapolis, MN 55401 |

Dated: July 27, 2020　　　　　　　　　　　　By: /e/ Nauni Manty
　　　　　　　　　　　　　　　　　　　　　　　　Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Scheherazade, Inc. | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 7/27/2020, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/27/2020

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Scheherazade, Inc. | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 7/27/2020, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/27/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 19-40658<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>MON JUL 27 11-17-31 CDT 2020 | BHM CAPITAL LLC<br>785 WESTON RIDGE PARKWAY<br>CHASKA MN 55318-1202 | EMBELLIR GALLERY OF GEMS<br>750 MAIN ST<br>STE 111<br>MENDOTA HEIGHTS MN 55118-3765 |
| EATON HUDSON INC<br>3015 DUNES W BLVD<br>STE 201<br>MOUNT PLEASANT SC 29466-8218 | GALLERIA SHOPPING CENTER LLC<br>CO FAEGRE BAKER DANIELS LLP<br>ATTN- COLIN DOUGHERTY<br>90 SOUTH 7TH ST STE 2200<br>MINNEAPOLIS MN 55402-3924 | GEMCO INTERNATIONAL INC<br>1660 HIGHWAY 100 S STE 578<br>ST LOUIS PARK MN 55416-1566 |
| K TAKAHASHI CO INC<br>250 E 54TH ST APT 12D<br>NEW YORK NY 10022-4812 | LDM COMPANY<br>SUITE 300<br>4517 MINNETONKA BLVD<br>ST LOUIS PARK MN 55416-5411 | MICHAEL BONDANZA INC<br>CO MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK NY 10022-4731 |
| RENEE LINDQUIST<br>8680 MAGNOLIA TRAIL 212<br>EDEN PRAIRIE MN 55344-6677 | DEBTOR<br>SCHEHERAZADE INC<br>3181 WEST 69TH STREET<br>EDINA MN 55435 | WELLS FARGO VENDOR FINANCIAL SERV LLC<br>FKA G<br>CO A RICOH USA PROGRAM FDBA IKON FINANC<br>PO BOX 13708<br>MACON GA 31208-3708 |
| ~~EXCLUDE~~<br>~~MINNEAPOLIS~~<br>~~301 DIANA E MURPHY US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415 1320~~ | 6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | AGLAM INC<br>2409 FROSTED GREEN LANE<br>PLANO TX 75025-6440 |
| AGLAM INC<br>4651 LOUIS AVE<br>LOS ANGELES CA 91316-3924 | AMY HAN<br>249 1ST AVE SOUTH<br>SOUTH ST PAUL MN 55075-2302 | ATT<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 |
| ABBOT JEWELRY SYSTEMS INC<br>3 CORPORATE DRIVE<br>SUITE 215<br>SHELTON CT 06484-6252 | ADAM ALTMAN<br>901 NORTH THIRD STREET SUITE 140<br>MINNEAPOLIS MN 55401-1169 | ALICIA SCHAAL<br>2919 BUCHANAN STREET NE<br>MINNEAPOLIS MN 55418-2208 |
| ALLIE HAFEZ<br>PO BOX 270534<br>MINNEAPOLIS MN 55427-6534 | AMANDA MORAN<br>7206 STEWART DRIVE<br>EDEN PRAIRIE MN 55346-3248 | AMDEN JEWELRY<br>550 S HILL ST<br>SUITE 950<br>LOS ANGELES CA 90013-2429 |
| AMDEN JEWELRY INC<br>550 S HILL ST SUITE950<br>LOS ANGELES CA 90013-2429 | AMENTA<br>106901 S SAM HOUSTON PARKWAY<br>SUITE 100<br>HOUSTON TX 77071 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMERICAN GEM SOCIETY<br>8881 W SAHARA AVE<br>LAS VEGAS NV 89117-5865 | AMY ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 |
| ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 | ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 | ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 |
| ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 | ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 | BEVERLY DANN<br>100 3RD AVE S<br>APT 2602<br>MINNEAPOLIS MN 55401-2722 |
| BHM CAPITAL LLC<br>MESSERLI  KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 | BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 |
| BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 | BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 | BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 |
| BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 | BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 | BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 |
| BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 | BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 | BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 |
| BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 | BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 | BRINKS GLOBAL SERVICES USA INC<br>580 5TH AVENUE<br>SUITE 400<br>NEW YORK CITY NY 10036-4725 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BRUCE CUMMINGS<br>4012 LORD LYON DR<br>GIBSONIA PA 15044-9722 | CARLA CORPORATION<br>33 SUTTON AVE<br>EAST PROVIDENCE RI 02914-3400 | CARMEN BERSTAD<br>25288 W MEADOW LAKE DR<br>DETROIT LAKES MN 56501-7224 |
| CAROLINE BANKS<br>4271 SHERIDAN AVE SOUTH APT 408<br>MINNEAPOLIS MN 55410-1624 | CATHERINE SCHURMAN<br>18117 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346-4128 | CHERIE Y ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 |
| CLOWNING AROUND<br>CO DORIS LANE<br>8320 KARL RIDGE ROAD<br>LINCOLN NE 68506-7316 | CUSTOM BUSINESS FORMS<br>210 EDGE PLACE NE<br>MPLS MN 55418-1153 | CYNTHIA WIZNER<br>8970 HILLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 |
| CAMILLA CARLSON<br>25440 SMITHTOWN ROAD<br>SHOREWOOD MN 55331-8443 | CANON FINANCIAL SERVICES INC<br>EISENBERG GOLD  AGRAWAL PC<br>1040 NORTH KINGS HIGHWAY<br>SUITE 200<br>CHERRY HILL NJ 08034-1925 | CAPITAL ONE<br>PO BOX 6492<br>CAROL STREAM IL 60197-6492 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CARLA CORPORATION<br>PO BOX 14192<br>EAST PROVIDENCE RI 02914-0192 | CAROL J PETERSON<br>3146B FARNUM DR<br>EAGAN MN 55121-1921 |
| CAROL SCHUETTE<br>13230 KERRY LANE<br>EDEN PRAIRIE MN 55346-3140 | CAROLINE BASSETT<br>4042 ABBOT AVE S<br>MINNEAPOLIS MN 55410-1001 | CARRIE BELL<br>17038 SADDLE WOOD<br>MINNETONKA MN 55345-2680 |
| CATHERINE R KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 | CATHERINE ZIMBA<br>5454 MAYVIEW ROAD<br>MINNETONKA MN 55345-5935 | CATHY KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 |
| CATIE SCHUMAN<br>29228 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346 | CENTRAL TELEPHONE SALES  SERV<br>12857 INDUSTRIAL PARK BLVD<br>MINNEAPOLIS MN 55441-3910 | CHARDONNAY DIAMONDS LLC<br>7 EAST HURON STREET<br>CHICAGO IL 60611-2290 |
| CHARLOTTE OHANLON<br>826 9TH STREET NW<br>ROCHESTER MN 55901-2660 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHERIE ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CINDY WIZNER<br>8970 HOLLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 | CITY PAGES<br>PO BOX 790445<br>SAINT LOUIS MO 63179-0445 | CLAIRE WHITE<br>543 SAXONY COURT<br>CHASKA MN 55318-1471 |
| CONNOISSEURS CORP<br>17 PRESIDENTIAL WAY<br>WOBURN MA 01801-1040 | CORPORATE FOUR INSURANCE<br>7220 METRO BLVD<br>EDINA MN 55439-2133 | CORRIN ROBINSON<br>249 6TH ST NE<br>MINNEAPOLIS MN 55413-4202 |
| CULLIGAN<br>DEPT 8511<br>PO BOX 77043<br>MINNEAPOLIS MN 55480-7743 | DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DEBRA CHESEN<br>7507 HAROLD AVENUE<br>GOLDEN VALLEY MN 55427-4858 |
| DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DOUGLAS J EDWARDS<br>22038 WILD RIDGE ROAD<br>ALBERT LEA MN 56007-4931 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD  5<br>ST LOUIS PARK MN 55426-4806 |
| DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 |
| DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 | DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 |
| DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 | DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 |
| DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 | EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | EFILIGREE INC<br>PO BOX 1588<br>MORRISTOWN NJ 07962-1588 |
| ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 | ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 | ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 | ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 |
| ERIN E BRYAN<br>DORSEY  WHITNEY LLP<br>50 SOUTH SIXTH ST SUITE 1500<br>MINNEAPOLIS MN 55402-1553 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 |
| FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2604 |
| GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 |
| GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 | GAYLE MEYER<br>8001 33RD AVE S<br>D468<br>BLOOMINGTON MN 55425-4639 | GEMCO<br>1660 SOUTH HIGHWAY100<br>SUITE 578<br>ST LOUIS PARK MN 55416-1566 |
| GEMS ONE CORPORATION<br>16 WEST 46TH STREET<br>NEW YORK NY 10036-4503 | GREGG EGGINTON<br>18327 NICKLAUS WAY<br>EDEN PRAIRIE MN 55347-3440 | GRETCHEN COHENOUR<br>609 W 77TH ST<br>WINONA MN 55987 |
| HAMILTON USA<br>PO BOX 72476161<br>PHILADELPHIA PA 19170-6161 | HANSEN CUSTOM JEWELERS<br>6440 FLYING CLOUD DR<br>115<br>EDEN PRAIRIE MN 55344-3321 | HARVEY WEISS<br>11988 PENDLETON COURT<br>EDEN PRAIRIE MN 55347-4945 |
| HELEN WINDER<br>6533 PAMELL AVE<br>EDINA MN 55435 | I REISS<br>45 NORTH STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 | IREISS CO INC<br>45 N STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | INDOFF INC<br>PO BOX 842808<br>KANSAS CITY MO 64184-2808 | JEAN JOHNSON<br>9332 80TH AVE SW<br>STEWARTVILLE MN 55976-8207 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JOLEEN M MOEN
790 WOODLAND DRIVE SE
FOREST LAKE MN 55025-1622

JORDAN ALAN LARSEN
504 SOUTH 7TH ST
OLIVIA MN 56277-1582

JOSEPH YURECKO
JOE YURECKO
315 CLOVERLEAF DR
GOLDEN VALLEY MN 55422-5106

JOSEPH YUREKO
315 CLOVER LEAF DRIVE
GOLDEN VALLEY MN 55422-5106

JUDITH H FREEBERG
8624 PINE HILL ROAD
BLOOMINGTON MN 55438-1340

JACKIE GOLDARIS
5701 WYCLIFFE ROAD
EDINA MN 55436-2264

JAMES CONWAY
4075 W 51ST ST
209
EDINA MN 55424-1410

JANET DOUGLAS
5513 COUNTRYSIDE ROAD
EDINA MN 55436-2503

JANET POKORNY
20329 ISLANDVIEW CIRCLE
LAKEVILLE MN 55044-4921

JAYNE KENNELLY
14207 GLEN LAKE DR
MINNETONKA MN 55345-4978

JEANNE KENADY
3964 PRINCETON AVE
ST LOUIS PARK MN 55416-3019

JEFF YURECKO
4532 RUTLEDGE AVE
EDINA MN 55436-1419

JEFFREY C ROBBINS ESQ
AVISEN
901 MARQUETTE AVE SUITE 1675
MINNEAPOLIS MN 55402-3275

JENNELLE R GOOODRIE
10500 VIRGINIA CIR
BLOOMINGTON MN 55438-2022

JENNELLE R GOODRIE
10500 VIRGINIA CIR
BLOOMINGTON MN 55438-2022

JENNIFER SIMON
3209 GALLERIA
1701
EDINA MN 55435-2556

JESSICA DANLER
14850 GILLASPIE RD
WAMEGO KS 66547-9343

JESSICA POTTS
320 EAST 152ND ST
BURNSVILLE MN 55306-5008

JEWELERS MUTUAL INSURANCE
25804 NETWORK PLACE
CHICAGO IL 60673-1258

JEWELERS SERVICE CO INC
1300 GODWARD ST NE
MINNEAPOLIS MN 55413-1741

JEWELRY WORKS LLC
2502 HILLSBORO AVE N
GOLDEN VALLEY MN 55427-3107

JO MUNDY
5500 GROVE STREET
EDINA MN 55436-2212

JODY HARDER
2800 BAILEY COURT
NEWPORT MN 55055-4500

JOLEEN MOEN
790 WOODLAND DR SE
FOREST LAKE MN 55025-1622

JOYCE SWANSON
249 INTERLACHEN ROAD
HOPKINS MN 55343-8525

JULIA JEVNICK
3508 IVY PLACE
WAYZATA MN 55391-9746

JULIE JEVNICK
9487 MCGEE WAY
EDEN PRAIRIE MN 55347-3494

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT DOCUMENT RECEIPT VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KAREN M TATE
6315 JAMES AVENUE SOUTH
RICHFIELD MN 55423-1229

KATHLEEN DEYOUNG
5224 KNOX S
MPLS MN 55419-1042

KELLI M DALY
5520 GIRARD AVE S
MPLS MN 55419-1651

KENNETH J ROBINSON
11383 ENTREVAUX DRIVE
EDEN PRAIRIE MN 55347-2862

KIR
6525 GUN PARK DR
SUITE 370-413
BOULDER CO 80301-3346

KONSTANTINO INC
CO DAVID H WANDER ESQ
DAVIDOFF HUTCHER  CITRON LLP
605 THIRD AVE
NEW YORK NY 10158-3499

KAREN J DEKRO
4226 HARRIET AVE S
MINNEAPOLIS MN 55409-1836

KAREN MOODY
2505 SKYBLUE CT
WHITE BEAR LAKE MN 55110-4770

KAREN QUIST
3417 BRYANT AVE S
MINNEAPOLIS MN 55408-4111

KAREN TATE
6315 JAMES AVE
RICHFIELD MN 55423-1229

KATE MAYBERRY
PO BOX 15
HAYWARD WI 54843-0015

KATE WALLIN
1950 GRANT ALCOVE
EAGAN MN 55122-2458

KATE WALTERS
18986 FIRETHORN PT
EDEN PRAIRIE MN 55347-2106

KATHERINE REYNOLDS
23 HIGHVIEW TERRACE
BLOOMFIELD NJ 07003-3121

KATHY WINNICK
4680 OLD KENT ROAD
DEEPHAVEN MN 55331-9267

KELLI WENTZ
3641 422ND AVE S
MINNEAPOLIS MN 55406

KERI SMASAL
9607 CHICAGO AVE S
BLOOMINGTON MN 55420-4524

KEVIN DYBAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KEVIN DYBDAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KIM LEE
14350 ROBIN ROAD NE
PRIOR LAKE MN 55372-1292

KONSTANTINO
3315 N 124TH ST
SUITE N
BROOKFIELD WI 53005-3105

LDM COMPANY
4517 MINNETONKA BLVD
STE 300
MINNEAPOLIS MN 55416-5411

LORI SANDBERG
PO BOX 1125
CHANHASSEN MN 55317-1125

LAI CHING WOO
16965 GALLEON CIRCLE
ROSEMOUNT MN 55068-1993

LAPP LIBRA THOMSON
120 S 6TH ST
SUITE 2500
MINNEAPOLIS MN 55402-5155

LAUREN GJOVIG
1215 HILLCOURT
WILLISTON ND 58801

LAVENDER MEDIA INC
7701 YORK AVE S
SUITE 225
EDINA MN 55435-5884

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LEDDEL DESIGNS<br>675 MARINERS ISLAND BLVD<br>400<br>SAN MATEO CA 94404-1062 | LETHERT SKWIRA SCHULTZ<br>170 E SEVENTH PLACE<br>SUITE 100<br>SAINT PAUL MN 55101-2361 | LINDA GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 |
| LINDA R GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | LINDA SCHILTZ<br>11957 TIFFANY LANE<br>EDEN PRAIRIE MN 55344-5384 | LINDA STANDAGE<br>93846 VIKING WAY<br>STURGEON LAKE MN 55783-3534 |
| LINDA THIELEN<br>11201 INDEPENDENCE AVE<br>CHAMPLIN MN 55316-3119 | LINEA BAUSSAN<br>265 CESAR CHAVEZ ST<br>SAINT PAUL MN 55107-2352 | LISA A ESTLOW<br>100 SHASTA CIR W<br>CHANHASSEN MN 55317-9470 |
| LISA ERICKSON<br>3225 W 38TH ST<br>MINNEAPOLIS MN 55410-1158 | LISA ESTLOW<br>100 SHASTA CIRCLE<br>CHANHASSEN MN 55317-9470 | LORI SCHAAR<br>PO BOX 1125 CHANHASSEN<br>CHANHASSEN MN 55317-1125 |
| LYNNE ASPNES<br>PO BOX 261<br>PETOSKEY MI 49770-0261 | MARTHA EK BELTZ<br>12415 TANAGER DR NW<br>GIG HARBOR WA 98332-7865 | MINNEAPOLIS GEMOLOGICAL SERVICES<br>CO CARL WEIMER<br>1316 LIBERTY CT<br>NORTHFIELD MN 55057-2915 |
| MAD MONKEY MEDIA<br>PO BOX 302<br>SAINT MICHAEL MN 55376-0302 | MAGGIE HENJUM<br>3224 WEBSTER AVE<br>ST LOUIS PARK MN 55416-2131 | MARGARET BUCHANAN<br>5400 VERNON AVE S<br>5400 VERNON AVE S APT 301 MN 55436<br>-2341 |
| MARGARET KENNEALLY<br>6220 W 34TH ST<br>1<br>ST LOUIS PARK MN 55416-2078 | MARGARET MACRAE<br>4940 DODD ROAD<br>SAINT PAUL MN 55123-2350 | MARGARET MARSH<br>526 COUNTY ROAD 9 SE<br>WILLMAR MN 56201-4749 |
| MARGARET THOMAS<br>267 WEAVER ST<br>MANKATO MN 56001-4664 | MARILYN J RUDD<br>141 EAST 105TH STREET CIR<br>MINNEAPOLIS MN 55420-5309 | MARILYN PALMER<br>1 RIVERCREST LANE<br>STILLWATER MN 55082-4258 |
| MARILYN AND BILL KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | MARLENE PAULEY<br>5700 DUNCAN LANE<br>EDINA MN 55436-1604 | MARSHA SHOTLEY<br>13928 21ST ST N<br>STILLWATER MN 55082-1502 |

Case 19-40658    Doc 186    Filed 07/27/20    Entered 07/27/20 11:27:29    Desc Main
Document    Page 13 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MARSHA UNTHANK<br>1014 W 53RD ST<br>MINNEAPOLIS MN 55419-1166 | MARTI BELTZ<br>1901 PENN AVE<br>MINNEAPOLIS MN 55405-2210 | MARY ANN CAMPO<br>510 W 53RD ST<br>MINNEAPOLIS MN 55419-1225 |
| MARY BARND<br>413 E 99TH ST<br>BLOOMINGTON MN 55420-4951 | MARY JANE HASCHIG<br>4909 STEEPLECHASE CT<br>EAGAN MN 55122-3046 | MARY JEANNE LEVITT<br>1999 WELLSLEY AVE<br>SAINT PAUL MN 55105-1619 |
| MARY SONNEN<br>5920 OSGOOD ST S<br>AFTON MN 55001-9679 | MAXINE JEFFRIS<br>6629 LOGAN AVE S<br>RICHFIELD MN 55423-2164 | MELANIE TSCHIDA<br>1134 IVY HILL DR<br>MENDOTA HEIGHTS MN 55118-1829 |
| MERYLL PAGE<br>2825 MONTERY PARKWAY<br>ST LOUIS PARK MN 55416-3959 | MICHAEL BONDANZA INC<br>10 EAST 36TH ST<br>NEW YORK NY 10016-3302 | MICHAEL HENDERSON<br>2783 WAGON WHEEL CURVE<br>CHASKA MN 55318-1580 |
| MIMI BAKER<br>3900 W 25TH ST<br>MINNEAPOLIS MN 55416-3865 | MINNEAPOLIS GEMOLOGICAL SERV<br>1316 LIBERTY COURT<br>NORTHFIELD MN 55057-2915 | MOORE CREATIVE TALENT<br>3130 EXCELSIOR BLVD<br>MINNEAPOLIS MN 55416-4667 |
| NSP DBAXCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | NAMBE<br>200 W DEVARGAS ST<br>SUITE B<br>SANTA FE NM 87501-2672 | NANCI KNOTT  CO<br>280 SHEFFIELD ST<br>MOUNTAINSIDE NJ 07092-2328 |
| NANCY HEINERSCHEID<br>3116 W LAKE ST<br>313<br>MINNEAPOLIS MN 55416-5258 | NANCY MCDANIELS<br>1938 SHERIDAN AVE<br>SAINT PAUL MN 55116-2657 | NANTAWAN LEWIS<br>1225 LASALLE AVE<br>2104<br>MINNEAPOLIS MN 55403-2332 |
| INTERNATIONAL<br>NEW ITALIAN ART<br>VIA TRIESTE 615048<br>VALENZA ITALY | NICOLE J PAULBICK<br>238 CRETIN AVENUE SOUTH 2<br>SAINT PAUL MN 55105-1259 | NICOLE J PAULBICK<br>238 CRETIN AVE S<br>2<br>SAINT PAUL MN 55105-1259 |
| ODELIA JEWELRY<br>62 W 47TH ST<br>SUITE 601<br>NEW YORK CITY NY 10036-3272 | OSCAR HEYMAN  BROTHERS INC<br>501 MADISON AVE<br>NEW YORK CITY NY 10022-5676 | PAULA MURRAY<br>710 KELSEY AVENUE 204<br>CLEARWATER MN 55320-1321 |

PENELOPE  STEVEN RAKES
6201 MILDRED AVE
EDINA MN 55436-2606

PREFERRED ONE INSURANCE
COMMERCIAL COLLECTORS INC
PO BOX 337
MONTROSE MN 55363-0337

PARCEL PRO LLC
PO BOX 419398
BOSTON MA 02241-9398

PAT DAY
10632 UTICA ROAD
BLOOMINGTON MN 55437-2854

PATRICIA EBBERT
3806 ABBOTT AVE S
MINNEAPOLIS MN 55410-1035

PAULA MURRAY
725 MINNESOTA STREET
MONTICELLO MN 55362-5800

PAWNWORKS
1301 RIVERWOOD DR
UNIT 1
BURNSVILLE MN 55337-1547

PITNEY BOWES GLOBAL FINANCIAL SERVICES
LLC
27 WATERVIEW DRIVE
SHELTON CT 06484-4301

PLASTICREST PRODUCTS INC
4519 W HARRISON ST
CHICAGO IL 60624-3099

PRECIOUS JEWELRY
PO BOX 5381
NEW YORK NY 10185-5381

RQC LTD
370 S YOUNGS ROAD
WILLIAMSVILLE NY 14221-7092

REBECCA M BJORNSON
5343 PORTLAND AVENUE SOUTH
MINNEAPOLIS MN 55417-1722

REBECCA M BJORNSON
5343 PORTLAND AVE
MINNEAPOLIS MN 55417-1722

RENEE LINDQUIST
8680 MAGNOLIA CT
212
EDEN PRAIRIE MN 55344-6677

RICHARD DAHLIN
4652 BLUEBELL TRAIL N
MEDINA MN 55340-4573

RICHARD L DAHLIN
4652 BLUEBELL TRAIL N
MEDINA MN 55340-4573

RIO GRANDE
7500 BLUEWATER ROAD NW
ALBUQUERQUE NM 87121-1962

ROBERT C KLEIN  ASSOC
8900 PENN AVE S
SUITE 101
MINNEAPOLIS MN 55431-2099

ROBERT J STRUYK TRUSTEE
DORSEY  WHITNEY
401 E EIGHTH ST SUITE 319
SIOUX FALLS SD 57103-7031

ROBIN YOUNG
5124 NOLAN DRIVE
MINNETONKA MN 55343-8900

ROFFERS GROUP LLC
218 WASHINGON AVE N
SUITE 220
MINNEAPOLIS MN 55401-2215

ROGER POMEROY
8050 PENNSYLVANIA RD
BLOOMINGTON MN 55438-1135

RUTH A AND RAYMOND A REISTER
CHARITABLE TR
401 E 8TH ST
SUITE 319
SIOUX FALLS SD 57103-7031

RUTH A AND RAYMOND A REISTER
CHARITABLE TR
ERIN BRYAN ESQ
DORSEY  WHITNEY LLP
50 SOUTH SIXTH STREET SUITE 1500
MINNEAPOLIS MN 55402-1553

RUTH LORDAN
6453 BARRIE ROAD
EDINA MN 55435-2301

S KASHI
175 GREAT NECK ROAD
SUITE 204
GREAT NECK NY 11021-3313

SARAH SIVRIGHT
5051 DREW AVE S
MINNEAPOLIS MN 55410-2026

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECEIPT ELECTRONIC" NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SCOTT A HOLDAHL<br>705 E 57TH ST<br>MINNEAPOLIS MN 55417-2424 | SOMERSET MFG INC<br>36 GLEN COVE ROAD<br>ROSLYN HEIGHTS NY 11577-1703 | SUSAN BEISANG<br>4 FALCON LANE<br>NORTH OAKS MN 55127-6317 |
| SALLY BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SALLY R BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SANDI CALVELAGE<br>10727 LINDAHL BLUFFS TRAIL<br>BLOOMINGTON MN 55420-5652 |
| SARAH ROCKLER<br>2950 DEAN PARKWAY APT 1901<br>MINNEAPOLIS MN 55416-4428 | SCOTT BROWN<br>4132 VERNON AVE S<br>STE 207<br>ST LOUIS PARK MN 55416-3193 | SCOTT H RUDD<br>7300 GALLAGHER DRIVE<br>APT 311<br>EDINA MN 55435-3104 |
| SHARON CAREY<br>5237 16TH AVE S<br>MINNEAPOLIS MN 55417-1813 | SHEILA HAGSTROM<br>10391 108TH PLACE N<br>MAPLE GROVE MN 55369-2638 | SIMON G JEWELRY INC<br>WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 |
| SIMON G<br>528 STATE ST<br>GLENDALE CA 91203-1524 | SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 |
| SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 | SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 | STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 |
| STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 | STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 | STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 | SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 |
| SUSAN K ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 |
| TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |
| TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 |
| TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 |
| TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 |
| TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 |
| WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES<br>LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" DID NOT RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

ZINA
470 BEVERLY DRIVE
BEVERLY HILLS CA 90212-4402

~~EXCLUDE~~
~~CHAD A KELSCH~~
~~KELSCH LAW FIRM PA~~
~~3350 ANNAPOLIS LANE N~~
~~STE C~~
~~PLYMOUTH MN 55447-5309~~

IPFS CORPORATION CHANDLER
LISA RENEE CHANDLER
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821


JOHN D LAMEY III
980 INWOOD AVENUE NORTH
OAKDALE MN 55128-6625

~~EXCLUDE~~
~~NAUNI JO MANTY~~
~~MANTY & ASSOCIATES PA~~
~~401 SECOND AVENUE NORTH~~
~~SUITE 400~~
~~MINNEAPOLIS MN 55401-2097~~

RENEE LINDQUIST
8680 MAGNOLIA TRAIL 212
EDEN PRAIRIE MN 55344-6677


RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER & PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155