UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                             BKY 19-40658
                                                   Chapter 7
Scheherazade, Inc.,

                    Debtor.

---

### NOTICE OF HEARING AND MOTION OBJECTING TO CLAIM OF DEBORAH CLARK MATHEWS

TO:     The claimant and other entities specified in Local Rules 9013-3(a) and 3007-1:

1.      Nauni Manty, the chapter 7 trustee of the bankruptcy estate of the debtor, moves the court for the relief requested below and gives notice of hearing.

2.      The court will hold a hearing on this motion on **Wednesday, September 9, 2020,** at **9:30 a.m.,** before the Honorable Kathleen H. Sanberg, in Courtroom No. 8 West, at the United States Courthouse, at 300 South Fourth Street, in Minneapolis, Minnesota 55415.

3.      Any response to this motion must be filed and served not later than **Friday, September 4, 2020**, which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.      This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. The petition commencing this chapter 7 case was filed on March 10, 2019. This proceeding is a core proceeding. This case is now pending before this court.

5.      This motion arises under 11 U.S.C. §§ 502, Fed. R. Bankr. P. 3007, 9013 and 9014 and Local Rules 3007-1, 9006-1, 9013-1 and 9013-3.

1

6.      Deborah Clark Mathews filed an unsecured claim for $75,000. *See* Claim No. 36. A copy of the claim is attached as <u>Exhibit A.</u>

7.      The claim relates to jewelry sold by the debtor pursuant to consignment merchandise agreements between the debtor and Ms. Clark Mathews. Ms. Clark Mathews attached to her proof of claim certificates of sale and appraisals from other jewelers, not the debtor. She did not attach the consignment agreements.

8.      After Ms. Clark Mathews filed her proof of claim, she retrieved all of her jewelry from the debtor.  However, Ms. Clark Mathews did not withdraw her claim.  A copy of the receipts for the returned jewelry is attached as <u>Exhibit B</u>.

9.      On June 3, 2020, the trustee's attorney, Mary Sieling spoke telephonically with Ms. Clark Mathews regarding the returned jewelry. Ms. Clark Mathews confirmed that all her jewelry was returned to her.  Ms. Sieling requested that the claim be withdrawn. However, Ms. Clark Mathews did not file the withdrawal.

10.     Because her jewelry was returned, the claim of Ms. Clark Mathews should be disallowed.

**WHEREFORE**, the trustee requests that the objection to the claim of Ms. Clark Mathews be sustained and the claim be disallowed.

MANTY & ASSOCIATES, P.A.

Dated:  August 6, 2020               */e/ Mary F. Sieling*
                                            Nauni Manty (#230352)
                                            Mary F. Sieling (#389893)
150 S. 5th Street, Suite 3125
Minneapolis, MN 55402
Phone: (612) 465-0990
Email: mary@mantylaw.com

*Attorneys for the Chapter 7 Trustee*

**Fill in this information to identify the case:**

Debtor 1   Scheherazade, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Minnesota**

Case number:  **19–40658**

FILED

**U.S. Bankruptcy Court**
**District of Minnesota**

3/31/2019

**Lori Vosejpka, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:   Identify the Claim**

| | |
|---|---|
| **1. Who is the current creditor?** | Deborah Clark Mathews<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| **2. Has this claim been acquired from someone else?** | ☐ No<br>☑ Yes. From whom? |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Deborah Clark Mathews | |
| Name | Name |
| 6948 Cavanaugh Green<br>Rockford Mn.<br>55373<br>Rockford, MN 55373 | |
| Contact phone        612–900–7646 | Contact phone |
| Contact email        detoxdeb@gmail.com | Contact email |
| Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____<br>MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? |

Official Form 410                                Proof of Claim                                page 1

EXHIBIT A

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

| | | |
|---|---|---|
| 7. **How much is the claim?** | $   75000.00 | **Does this amount include interest or other charges?** ☑ No ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as healthcare information. Jewelrey left at Scheherazade Jewelers for an Estate Evaluation. |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No ☐ Yes. The claim is secured by a lien on property. **Nature of property:** ☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.* ☐ Motor vehicle ☐ Other. Describe: _____ |
| | **Basis for perfection:** _____ Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) |
| | **Value of property:**   $ _____ |
| | **Amount of the claim that is secured:**   $ _____ |
| | **Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.) |
| | **Amount necessary to cure any default as of the date of the petition:**   $ _____ |
| | **Annual Interest Rate** (when case was filed) _____ % |
| | ☐ Fixed ☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No ☐ Yes. Identify the property: _____ |

Official Form 410                          Proof of Claim                                   page 2

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | | ☑ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
| --- | --- | --- | --- | --- | --- |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies

$ _____

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
**18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date      3/31/2019

MM / DD / YYYY

/s/  Deborah C. Mathews

Signature

Print the name of the person who is completing and signing this claim:

Name          Deborah C. Mathews

First name     Middle name     Last name

Title          Mrs

Company

Identify the corporate servicer as the company if the authorized agent is a servicer

Address        6948 Cavanaugh Green

Number   Street

Rockford, MN 55373

City   State   ZIP Code

Contact phone     612–900–7646          Email     detoxdeb@gmail.com

Official Form 410                          Proof of Claim                          page 3

EXHIBIT A



# Certificate of Sale
### Appraisal 3247600

**Customer:** Debbie and Dale Johnson

September 27, 2012

**Address:** 6948 Cavanaugh Green
Rockford, MN 55373

**Jewelry:** Ring



**Description:** Ladies 18kt white gold fashion ring by Nikki Designs. There is a 5.30ct trillion shaped orange citrine set in the middle. There is a .46ct trill an shaped Rubellite flush set on one side. There are 13 brilliant round diamonds bead set at .40cts. The diamonds are F-G in color and VS2-SI1 in clarity. The Nikki unique serial number is 512417.

**Metal(s):** **Metal:** Gold, Stamped
**Purity:** 18K
**Color:** White
**Condition:** New
**Finish:** High polish
**Manufacturing Method:** Casting

**Weight:** 18.1 grams, gemstones included

| | |
|---|---|
| **Sub Total:** | $8,125.00 |
| **Tax (7.275%):** | $591.09 |
| **Total Value:** | $8,716.09 |

*Natali Bohm*

*The appraiser assumes no liability regarding any action taken on the basis of this appraisal.*



# Certificate of Sale

### Appraisal 2953600

**Customer:**   Debbie and Dale Johnson

**Address:**   6948 Cavanaugh Green
Rockford
MN 55373

**January 4, 2012**

**Jewelry:**   Ring

**Description:**   18kt white gold ladies contemporary style fashion ring.  There is a 4.91 trillion Tanzanite set in the center.  There is a smaller Pink Sapphire set on the side.  There are brilliant round diamonds bead set on each side at .59ctw.  The diamonds are G/H in color and SI1/VS2 in clarity.

| | |
|---|---|
| **Sub Total:** | $7,195.00 |
| **Tax  (7.275%):** | $523.44 |
| **Total Value:** | $7,718.44 |

*Natali Bohm*
*R.F. Moeller Jeweler*

*The appraiser assumes no liability regarding any action taken on the basis of this appraisal.*

ORANGE AVENUE • EDINA, MN 55410

Mount value:                                              $900.00



TOTAL APPROXIMATE REPLACEMENT VALUE INCLUDING TAX          $1,544.76

## ITEM 14 - PENDANT

One (1) Rubellite tourmaline and diamond pendant, made of yellow and white gold (stamped 18K with the "Sami" trademark). The bright polished J-shaped pendant weighs 10.9 grams. The pendant has a yellow gold curved band that is bead set with round brilliant-cut diamonds and a white gold band channel-set with baguette-cut diamonds. The center is prong-set with one triangular-shaped Rubellite tourmaline. The pendant is in good condition. The gemstones are as follows:

Twelve (12) round brilliant-cut diamonds, measuring 1.2 to 1.8mm and weighing approximately 0.20 carat total. Cut grade- good proportions and finish. Color grade- G-H. Clarity grade- SI1-SI2. $300.00

Eighteen (18) tapered baguette-cut diamonds, measuring, on average, 2.5 x 1.5 x 1.0 and weighing approximately 0.63 carat total. Color grade- F-G. Clarity grade- VS1-SI1. $1.000.00

One (1) isosceles triangle mixed-cut Rubellite tourmaline, measuring 13.50 x 10.80 x 6.85mm and weighing approximately 5.85 carats. Cut grade- well-executed. Color grade- Medium dark, Strong, slightly purplish Red: slpR(31)6/5. Clarity grade- Type II, slightly included, moderate crown facet abrasions. $3,250.00

Mount value:                                              $2,200.00



### ITEM 3 - RING

One (1) cabochon emerald and diamond ring, hand assembled and made of 18 Karat yellow gold and platinum. It is stamped 18KT-Platinum and has the "Sami" trademark. The bright polished freeform design has concentric round yellow gold bands with a platinum band curving over the top. It is bezel-set with one (1) rectangular-shaped cabochon-cut natural emerald and has sixteen (1) channel-set round brilliant-cut diamonds. The ring has two stabilizer beads soldered into the lower part of the band.

One (1) emerald measuring 7.50 x 6.50 x 4.23mm and weighing exactly 2.24 carats. Color grade: medium, strong, very slight bluish green (GIA vslbG 5/5).
Clarity grade: Type III, slightly included.
Cut grade: very good proportions and finish.     $8,400.00  ← *Gift from my mother*

Sixteen (16) diamonds measuring 2.00 x 1.20mm (depth est.)
0.47 carat total. Color grade- G-H. Clarity grade- VS1. Cut grade- very good proportions and finish.
$950.00

| | |
|---|---|
| Total weight of colored gemstones: | 2.24 carats |
| Total weight of diamonds: | 0.47 carat |
| Total weight of ring: | 14.6 grams. |

Mount value of ring:     $4,300.00

Appraisal updated from April 3, 2006.



TOTAL APPROXIMATE REPLACEMENT VALUE INCLUDING TAX     $14,643.04

### ITEM 4 - RING

One (1) lady's blue topaz and diamond ring, made of 14 Karat yellow and white gold (stamped 14K). The bright polished freeform ring weighs 11.8 grams. The ring is one of a kind. The ring has a V-shaped top, set with one blue topaz center gemstone and eight (8) diamonds channel-set on one band.

One prong-set triangle standard step-cut natural blue topaz, measuring 9.50 x 9.50 x 4.75mm and weighing approximately 2.30 carats. Color grade- medium dark, strong, very slightly greenish blue (GIA vslgB 6/5. Clarity grade- damaged: fractured on the crown.     $15.00

Eight (8) round brilliant-cut diamonds, measuring 2.10 x 1.26mm (depth est.) and weighing exactly 0.25 carat. Cut grade- good proportions and finish. Color grade- H-I. Clarity grade- SI1-SI2. $475.00

| | |
|---|---|
| Total weight of colored gemstones: | 2.30 carats (approx.) |
| Total weight of diamonds: | 0.25 carat |
| Total weight of ring: | 11.8 grams. |

One (1) slightly offset oval-shaped cabochon-cut white crystal opal, measuring 19.50 x 9.20 x 2.40mm and weighing approximately 2.55 carats. The opal has a white crystal body color with good transparency and very good play-of-color throughout the entire gem on both sides. The flash play-of-color exhibits blue, yellow, green, orange and purple. The opal is in good condition. $1,650.00

Mount value: $1,375.00



TOTAL APPROXIMATE REPLACEMENT VALUE INCLUDING TAX $3,298.71

### ITEM 12 - EARRINGS
One (1) pair of white crystal opal stud earrings, made of 14 Karat yellow gold (stamped 14K). The bright polished earrings have posts with friction backs and weigh 1.7 grams. Each earring is bezel-set with one oval opal. The opals are in good condition.

Two (2) oval-shaped cabochon-cut white crystal opals measuring approximately 7.0 x 5.0 x 1.3mm and weighing approximately 0.28 carat each; 0.56 carat total. The opals have good flash play-of-color with blue, green, yellow and orange. $340.00

Mount value: $200.00



TOTAL APPROXIMATE REPLACEMENT VALUE INCLUDING TAX $579.29

### ITEM 13 - PENDANT
One (1) citrine and diamond star pendant, made of 14 Karat yellow gold (stamped 14K 585). The bright polished pendant weighs 4.2 grams. It measures 33mm long and 19mm wide. The design features two (2) prong-set star citrines and twenty-three (23) round bead-set diamonds, set in a two-sided draped ribbon.

Twenty-three (23) round brilliant-cut diamonds, measuring 1.0 to 1.1mm and weighing approximately 0.14 carat total. Cut grade- fair to good proportions and finish. Color grade- H-I. Clarity grade- SI1-SI2. $240.00

Two (2) 5-pointed citrine star-shaped gemstones, measuring 10.5 x 6.3mm and 8.0 x 5.0mm and weighing approximately 2.30 carats and 1.00 carat respectively, 3.30 carats total (estimated). Cut grade- well-executed fantasy cut. Color grade- medium dark yellowish orange. Clarity grade- very slightly included. $300.00



## Multi-Item Summary  No. 5325-2002

**Jewelry:** Watch
**Description:** One ladies 14 kt yellow gold quartz movement  watch on a three strand 14 kt yellow gold bracelet by Movado.

**Metal(s):** **Metal:** Gold, Stamped
**Purity:** 14K
**Color:** Yellow
**Condition:** Good
**Finish:** Multi-finish
**Trademarks/Engraving/Identification Marks:** Movado
**Weight:** 9.5 dwt, gemstones included
**Style:** Both watch and strap

| | |
|---|---|
| **Value of items not priced individually:** | $1,000.00 |
| **Sub Total:** | $1,000.00 |
| **Tax  (7.275%):** | $72.75 |
| **Total Value:** | $1,072.75 |

## Multi-Item Summary  No. 5326-2002

**Jewelry:** Bracelet
**Description:** One ladies 14 kt yellow gold add a stone bracelet that contains 13 round amethyst with a figure eight safety clasp.

**Metal(s):** **Metal:** Gold, Stamped
**Purity:** 14K
**Color:** Yellow
**Condition:** Excellent
**Finish:** High polish
**Weight:** 15.7 dwt, gemstones included

**Other:** **Quantity:** 1
**Description:** Amethyst
           13 x 4.0 mm

| | |
|---|---|
| **Value of items not priced individually:** | $1,100.00 |
| **Sub Total:** | $1,100.00 |
| **Tax (7.275%):** | $80.03 |
| **Total Value:** | $1,180.03 |

## Multi-Item Summary  No. 5327-2002

**Jewelry:** Bracelet
**Description:** One ladies 14 kt yellow gold and diamond roll over "S" tennis bracelet with a hidden safety clasp.  The diamonds are round brilliant cuts individually set with four prongs.

*The appraiser assumes no liability regarding any action taken on the basis of this Appraisal.*

DISCOVER JEWELRY AND GIFTS TO CELEBRATE, BEAUTIFY AND LIFT YOUR SPIRITS.

1600 Utica Avenue South, Suite 130 · St. Louis Park, MN · 55416 · 952.593.5602 · 952.593.0447 *fax*
www.ContinentalDiamond.com



## Multi-Item Summary  No. 5329-2002

| | |
|---|---|
| Sub Total: | $2,000.00 |
| Tax  (7.275%): | $145.50 |
| Total Value: | $2,145.50 |

---

## Multi-Item Summary  No. 5330-2002

**Jewelry:** Watch
**Description:** On ladies Frederique Constant watch, 34 mm,
10 kt rose gold tone, skeleton case, diamond markers/bezel on a brown leather strap.

#1769144

| | |
|---|---|
| Value of items not priced individually: | $3,500.00 |
| Sub Total: | $3,500.00 |
| Tax  (7.275%): | $254.63 |
| Total Value: | $3,754.63 |

---

## Multi-Item Summary  No. 5331-2002

**Jewelry:** Watch
**Description:** One ladies Concord 14 kt yellow gold watch, Mother of Pearl dial, diamond bezel/diamond lugs, quartz movement.

**Metal(s):** **Metal:** Gold, Stamped
**Purity:** 14K
**Color:** Yellow
**Condition:** Excellent
**Finish:** High polish
**Weight:** 30.5 grams, gemstones included
**Style:** Movement/gold/diamonds

| | |
|---|---|
| Value of items not priced individually: | $3,300.00 |
| Sub Total: | $3,300.00 |
| Tax  (7.275%): | $240.08 |
| Total Value: | $3,540.08 |

---

## Multi-Item Summary  No. 5332-2002

**Jewelry:** Ring
**Description:** One ladies platinum three stone diamond ring.
The center diamond is a round brilliant cut set with four prongs.  Flanked on each side is a radiant cut bar/bezel set.

*The appraiser assumes no liability regarding any action taken on the basis of this Appraisal.*




## Multi-Item Summary  No. 5327-2002

**Diamond(s):**  **Shape:** Round Brilliant cut
**Quantity:** 27, Mounted
**EstimatedWeight:** 2.50 carat
**Average Clarity:** SI2
**Average Color:** G-H

**Metal(s):**  **Metal:** Gold, Stamped
**Purity:** 14K
**Color:** Yellow
**Condition:** Good
**Finish:** High polish
**Weight:** 12.5 dwt, gemstones included

| | |
|---|---|
| **Value of items not priced individually:** | $3,000.00 |
| **Sub Total:** | $3,000.00 |
| **Tax  (7.275%):** | $218.25 |
| **Total Value:** | $3,218.25 |

## Multi-Item Summary  No. 5328-2002

**Jewelry:**  Ring
**Description:**  One ladies sterling silver ring that contains a synthetic trillion shaped Alexandrite and round green side stones channel set.

**Metal(s):**  **Metal:** Sterling Silver, Stamped
**Condition:** Excellent
**Finish:** High polish

**Other:**  **Quantity:** 1
**Description:** Trillion shaped synthetic Alexandrite

Round green stones...some chipped

| | |
|---|---|
| **Value of items not priced individually:** | $300.00 |
| **Sub Total:** | $300.00 |
| **Tax  (7.275%):** | $21.83 |
| **Total Value:** | $321.83 |

## Multi-Item Summary  No. 5329-2002

**Jewelry:**  Coin/bezel
**Description:**  One yellow gold  1985  (1oz.) "Panda Coin" set into a 14 kt yellow gold bezel with bale.

| | |
|---|---|
| **Value of items not priced individually:** | $2,000.00 |

*The appraiser assumes no liability regarding any action taken on the basis of this Appraisal.*

DISCOVER JEWELRY AND GIFTS TO CELEBRATE, BEAUTIFY AND LIFT YOUR SPIRITS.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

                    Debtor.

Chapter 7
BKY 19-40658

## RECEIPT

Received from the Trustee of Scheherazade, Inc, the following:

Concord watch, Movado watch, Frederick Constant watch.
2 Bracelets, 3 rings, 2 Pendant, 1 pair Earrings

Dated: _4-29-19_

                    Deborah C Matthews
Name:  Print
Address: 6948 Cavanaugh Green
Greenfield, MN. 55373
Telephone: 612-900-7646

Called on 6/3/2020 - said got everything back - MFS.

Claim 36

| # 11 | Item Description: Purple 13 stone Bracelet yellow metal | ✓ |
|------|-------------|---|
| | | |
| | | |

History/Era/Story:

*Deb Wallen*

4-29-19

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
| | | |

| # 12 | Item Description: Tennis Bracelet 27 Round white yellow metal - | ✓ |
|------|-------------|---|

*Deb Wallen*

4-29-19

History/Era/Story:

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
| | | |

| # | Item Description: | |
|---|-------------|---|
| | | |

History/Era/Story:

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
| | | |

# 5  Item Description: Opal Pendant Yellow Metal w/ Rd White

✓

History/Era/Story:

Delo Mathews

4-29-19

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
|  |  |  |

# 6  Item Description: Opal Oval Studs Bezel set yellow Metal

✓

Delo Mathews

History/Era/Story:

4-29-19

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
|  |  |  |

# 7  Item Description: Green Stone Cab w/ Channel set Rd white
Channel set  Two Tone metal.

✓

History/Era/Story:

Delo Mathews

4-29-19

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
|  |  |  |

Exhibit B

# | Item Description:

Purple/Blue Shield cut w/ Rd White Stones &
a Pink Shield cut   White metal

**History/Era/Story:**

Deco McAdams

4-29-19

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
| | | |

---

# 9   Item Description:

Orange colored Shield cut center set in White metal
Rd white side stones & a Deep Pink shield cut side stone.

**History/Era/Story:**

Deco McAdams     4-29-19

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
| | | |

---

# 10   Item Description:

Double Star Orange Stone Pend. Set in Yellow
Gold. w/ Round White stones

**History/Era/Story:**     Deco McAdams

4-29-19

| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
|---|---|---|
| | | |

Exhibit B

## Scheherazade Estate Jewelry Evaluation

Client Name: Debbie Mathews

Address: 6948 Cavanaugh Green - Greenfield MN 55373

Phone(s): 612-900-7646

Date: 3-6-19          # of Items: 12          Salesperson: David Wagers

By signing below, you agree to these terms:

1. Potential consignment items will be left for inspection, authentication and pricing evaluation. Items may be cleaned during this process.
2. Any repairs required must be completed at the owners' expense before an item can be considered for consignment. Non-working or broken items will not be considered.
3. You agree that Scheherazade, in our sole discretion, reserves the right not to accept items based on style, salability, price restrictions, item condition, etc.
4. You understand that pricing will be recommended based on fair resale value determined by the current market, not on replacement value.

Signature: Deborah C Mathews          Date: 3-6-19

---

| # 1 Item Description: Lds Concord Watch 14ky Mop Dail Dio Bezel | | ✓ |
|---|---|---|
| | | |
| History/Era/Story: | | |
| | | |
| | | |
| | | |
| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
| | | |

Deb Mathews - 4-29-19

| # 2 Item Description: | Mavodo 14ky Lds watch. | | ✓ |
| --- | --- | --- | --- |
| | | | |
| | | | |
| History/Era/Story: | | | |
| | | | |
| | *Delo Alasle* | | |
| | | 4-29-19 | |
| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date | |
| | | | |

| # 3 Item Description: | Frederick Constant. Watch Lds. w/Pouch & 2 straps | | ✓ |
| --- | --- | --- | --- |
| | | | |
| | | | |
| History/Era/Story: | | | |
| | | | |
| | *Delo Alathus* | 4-29-19 | |
| | | | |
| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date | |
| | | | |

| # 4 Item Description: | Stick Pin White metal Clear white stones | |
| --- | --- | --- |
| | | |
| History/Era/Story: | *Delo Alathus* | |
| | 4-29-18 | |
| | | |
| | | |
| Suggested Pricing | Repairs Approved/Paid initial and date | Returned to Client initial and date |
| | | |

Exhibit B

## <u>VERIFICATION</u>

I, Nauni Manty, the trustee and movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the facts contained in the foregoing motion are true and correct to the best of my knowledge, information and belief.


Dated:  August 6, 2020

_____
Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                    BKY 19-40658
                                          Chapter 7
Scheherazade, Inc.,

                    Debtor.

## AFFIDAVIT OF MARY F. SIELING

I declare under penalty of perjury that the following is true and correct:

     1.     I am an attorney at Manty & Associates, which firm has been retained by this bankruptcy estate.

     2.     On June 3, 2020, I called the number provided as the contact number for Deborah Clark Mathews as found on her proof of claim.

     3.     I spoke with a woman identified as Ms. Clark Mathews and such person agreed that claim no 36 should be withdrawn as all jewelry items subject to the claim were returned.

Dated: August 6, 2020

                         Mary F. Sieling

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                          BKY 19-40658
                                                Chapter 7
Scheherazade, Inc.,

                    Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I declare under penalty of perjury that August 6, 2020, I caused copies of the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the ECF participants:

**Notice of Hearing and Motion Objecting to Claim of Deborah Clark Mathews, Verification, Affidavit of Mary F. Sieling, Proposed Order and this Unsworn Certificate of Service**,

I further declare that I caused copies of the foregoing documents to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

Deborah Clark Mathews
6948 Cavanaugh Green
Rockford, MN  55373

Scheherazade, Inc.
3181 West 69th St
Edina, MN  55435

Robert K Dakis
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

David J Kozlowski
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

Joseph T Moldovan
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

Wells Fargo Vendor Financial Serv, LLC fka
GE Gapital Information Tech Solutions
c/o a Ricoh USA Program fdba Ikon Financ
PO Box 13708
Macon, GA 31208-3708

Dated:  August 6, 2020                    /e/ *Kevin Carnahan*
                                          Kevin Carnahan, Legal Assistant
                                          Manty & Associates, P.A.
                                          150 South Fifth Street, Suite 3125
                                          Minneapolis, Minnesota 55402

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                    BKY 19-40658
                                                          Chapter 7
Scheherazade, Inc.,

                    Debtor.

---

## **ORDER**

This matter came on before this court on the motion of the chapter 7 trustee objecting to

the claim of Deborah Clark Mathews, Claim No. 36. Based upon the files, records and proceedings

herein,

**IT IS ORDERED:**  that the trustee's objection to the claim of Deborah Clark Mathews,

claim 36, is sustained and the claim is disallowed.

Dated:

_____
Kathleen H. Sanberg
United States Bankruptcy Judge