# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Chapter 7
BKY 19-40658

Debtor.

**ORDER**

This case is before the court on the chapter 7 trustee's notice of settlement dated July 27, 2020, as docket No. 186. No objections having been filed, based upon the notice of settlement,

**IT IS ORDERED:** The settlement, as described in the notice of settlement dated July 27, 2020, is approved.

Dated: *August 25, 2020*

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/25/2020*
Lori Vosejpka, Clerk, by TT