## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,                                                              Chapter 7
                                                                          BKY 19-40658

        Debtor.

## ORDER

      This case is before the court on the chapter 7 trustee's notice of settlement dated July 30,

2020, as docket No. 187.  No objections having been filed, based upon the notice of settlement,

      **IT IS ORDERED:**  The settlement, as described in the notice of settlement dated July 30,

2020, is approved.

      Dated:  *August 25, 2020*

                        /e/ Kathleen H. Sanberg
_____
                        Kathleen H. Sanberg
                        United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/25/2020*
Lori Vosejpka, Clerk, by TT