UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
Bankruptcy 19-40658

## NOTICE OF SETTLEMENT

TO:   The United States Trustee, all creditors, and other parties in interest.

On September 23, 2020, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

The trustee alleges that within 90 days before the petition date, Simon G. Jewelry, Inc. received $39,780 from the debtor. As more fully set forth in adversary proceeding 20-04088, the trustee asserts that the transfer is avoidable as a preference under 11 U.S.C. § 547. Simon G. Jewelry has raised defenses, including a near complete new value defense and that the payments were made in the ordinary course of business.

To settle all claims against Simon G. Jewelry, it will pay $1,000 to the trustee. The payment will be made within ten business days after the court issues a final order approving this settlement.

Provided the settlement is approved by the court and upon receipt of the settlement payment, the parties release each other from any and all avoidance claims connected to this bankruptcy case and the adversary proceeding. Within ten days of receiving the settlement funds, the trustee will file a notice dismissal with prejudice of adversary proceeding 20-04088.

The trustee believes the settlement is in the best interest of creditors, due to the cost of litigation and the strong defense of Simon G. Jewelry. The trustee requests that the settlement be approved.

## OBJECTION: MOTION: HEARING

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Nauni Manty, Trustee |
| United States Bankruptcy Court | 1015 U.S. Courthouse | 401 2nd Ave N, Ste 400 |
| 300 South Fourth Street | 300 South Fourth Street | Minneapolis, MN 55401 |
| 301 U.S. Courthouse | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: September 1, 2020          By:/e/ Nauni Manty_____
                                        Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 9/1/2020, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/1/2020

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 9/1/2020, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/1/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
401 Second Ave. N., Suite 400
Minneapolis, MN  55401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br>  LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 19-40658<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>TUE SEP 1 14-12-25 CDT 2020 | BHM CAPITAL LLC<br>785 WESTON RIDGE PARKWAY<br>CHASKA MN 55318-1202 | EMBELLIR GALLERY OF GEMS<br>750 MAIN ST<br>STE 111<br>MENDOTA HEIGHTS MN 55118-3765 |
| EATON HUDSON INC<br>3015 DUNES W BLVD<br>STE 201<br>MOUNT PLEASANT SC 29466-8218 | GALLERIA SHOPPING CENTER LLC<br>CO FAEGRE BAKER DANIELS LLP<br>ATTN- COLIN DOUGHERTY<br>90 SOUTH 7TH ST STE 2200<br>MINNEAPOLIS MN 55402-3924 | GEMCO INTERNATIONAL INC<br>1660 HIGHWAY 100 S STE 578<br>ST LOUIS PARK MN 55416-1566 |
| K TAKAHASHI  CO INC<br>250 E 54TH ST APT 12D<br>NEW YORK NY 10022-4812 | LDM COMPANY<br>SUITE 300<br>4517 MINNETONKA BLVD<br>ST LOUIS PARK MN 55416-5411 | MICHAEL BONDANZA INC<br>CO MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK NY 10022-4731 |
| RENEE LINDQUIST<br>8680 MAGNOLIA TRAIL  212<br>EDEN PRAIRIE MN 55344-6677 | DEBTOR<br>SCHEHERAZADE INC<br>3181 WEST 69TH STREET<br>EDINA MN 55435 | WELLS FARGO VENDOR FINANCIAL SERV LLC<br>FKA G<br>CO A RICOH USA PROGRAM FDBA IKON FINANC<br>PO BOX 13708<br>MACON GA 31208-3708 |
| ~~EXCLUDE~~<br>~~MINNEAPOLIS~~<br>~~301 DIANA E MURPHY US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415 1320~~ | 6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | AGLAM INC<br>2409 FROSTED GREEN LANE<br>PLANO TX 75025-6440 |
| AGLAM INC<br>4651 LOUIS AVE<br>LOS ANGELES CA 91316-3924 | AMY HAN<br>249 1ST AVE SOUTH<br>SOUTH ST PAUL MN 55075-2302 | ATT<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 |
| ABBOT JEWELRY SYSTEMS INC<br>3 CORPORATE DRIVE<br>SUITE 215<br>SHELTON CT 06484-6252 | ADAM ALTMAN<br>901 NORTH THIRD STREET SUITE 140<br>MINNEAPOLIS MN 55401-1169 | ALICIA SCHAAL<br>2919 BUCHANAN STREET NE<br>MINNEAPOLIS MN 55418-2208 |
| ALLIE HAFEZ<br>PO BOX 270534<br>MINNEAPOLIS MN 55427-6534 | AMANDA MORAN<br>7206 STEWART DRIVE<br>EDEN PRAIRIE MN 55346-3248 | AMDEN JEWELRY<br>550 S HILL ST<br>SUITE 950<br>LOS ANGELES CA 90013-2429 |
| AMDEN JEWELRY INC<br>550 S HILL ST SUITE950<br>LOS ANGELES CA  90013-2429 | AMENTA<br>106901 S SAM HOUSTON PARKWAY<br>SUITE 100<br>HOUSTON TX  77071 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMERICAN GEM SOCIETY<br>8881 W SAHARA AVE<br>LAS VEGAS NV 89117-5865 | AMY ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 |
| ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 | ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 | ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 |
| ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 | ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 | BEVERLY DANN<br>100 3RD AVE S<br>APT 2602<br>MINNEAPOLIS MN 55401-2722 |
| BHM CAPITAL LLC<br>MESSERLI  KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 | BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 |
| BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 | BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 | BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 |
| BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 | BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 | BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 |
| BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 | BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 | BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 |
| BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 | BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 | BRINKS GLOBAL SERVICES USA INC<br>580 5TH AVENUE<br>SUITE 400<br>NEW YORK CITY NY 10036-4725 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BRUCE CUMMINGS<br>4012 LORD LYON DR<br>GIBSONIA PA 15044-9722 | CARLA CORPORATION<br>33 SUTTON AVE<br>EAST PROVIDENCE RI 02914-3400 | CARMEN BERSTAD<br>25288 W MEADOW LAKE DR<br>DETROIT LAKES MN 56501-7224 |
| CAROLINE BANKS<br>4271 SHERIDAN AVE SOUTH APT 408<br>MINNEAPOLIS MN 55410-1624 | CATHERINE SCHURMAN<br>18117 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346-4128 | CHERIE Y ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 |
| CLOWNING AROUND<br>CO DORIS LANE<br>8320 KARL RIDGE ROAD<br>LINCOLN NE 68506-7316 | CUSTOM BUSINESS FORMS<br>210 EDGE PLACE NE<br>MPLS MN 55418-1153 | CYNTHIA WIZNER<br>8970 HILLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 |
| CAMILLA CARLSON<br>25440 SMITHTOWN ROAD<br>SHOREWOOD MN 55331-8443 | CANON FINANCIAL SERVICES INC<br>EISENBERG GOLD  AGRAWAL PC<br>1040 NORTH KINGS HIGHWAY<br>SUITE 200<br>CHERRY HILL NJ 08034-1925 | CAPITAL ONE<br>PO BOX 6492<br>CAROL STREAM IL 60197-6492 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | CARLA CORPORATION<br>PO BOX 14192<br>EAST PROVIDENCE RI 02914-0192 | CAROL J PETERSON<br>3146B FARNUM DR<br>EAGAN MN 55121-1921 |
| CAROL SCHUETTE<br>13230 KERRY LANE<br>EDEN PRAIRIE MN 55346-3140 | CAROLINE BASSETT<br>4042 ABBOT AVE S<br>MINNEAPOLIS MN 55410-1001 | CARRIE BELL<br>17038 SADDLE WOOD<br>MINNETONKA MN 55345-2680 |
| CATHERINE R KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 | CATHERINE ZIMBA<br>5454 MAYVIEW ROAD<br>MINNETONKA MN 55345-5935 | CATHY KRUSE<br>7692 SOUTH BAY DRIVE<br>BLOOMINGTON MN 55438-2900 |
| CATIE SCHUMAN<br>29228 VALLEY VIEW ROAD<br>EDEN PRAIRIE MN 55346 | CENTRAL TELEPHONE SALES  SERV<br>12857 INDUSTRIAL PARK BLVD<br>MINNEAPOLIS MN 55441-3910 | CHARDONNAY DIAMONDS LLC<br>7 EAST HURON STREET<br>CHICAGO IL 60611-2290 |
| CHARLOTTE OHANLON<br>826 9TH STREET NW<br>ROCHESTER MN 55901-2660 | JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CHERIE ZACHARY<br>10223 UPTON PLACE<br>BLOOMINGTON MN 55431-2879 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CINDY WIZNER<br>8970 HOLLOWAY ROAD<br>EDEN PRAIRIE MN 55347-2425 | CITY PAGES<br>PO BOX 790445<br>SAINT LOUIS MO 63179-0445 | CLAIRE WHITE<br>543 SAXONY COURT<br>CHASKA MN 55318-1471 |
| CONNOISSEURS CORP<br>17 PRESIDENTIAL WAY<br>WOBURN MA 01801-1040 | CORPORATE FOUR INSURANCE<br>7220 METRO BLVD<br>EDINA MN 55439-2133 | CORRIN ROBINSON<br>249 6TH ST NE<br>MINNEAPOLIS MN 55413-4202 |
| CULLIGAN<br>DEPT 8511<br>PO BOX 77043<br>MINNEAPOLIS MN 55480-7743 | DAVID MELDAHL CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DEBRA CHESEN<br>7507 HAROLD AVENUE<br>GOLDEN VALLEY MN 55427-4858 |
| DIANE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 | DOUGLAS J EDWARDS<br>22038 WILD RIDGE ROAD<br>ALBERT LEA MN 56007-4931 | DAVI J WAGERS<br>DAVID WAGERS CO CHARLES DAISY<br>300 FORD ROAD  5<br>ST LOUIS PARK MN 55426-4806 |
| DAVID M CARLSON<br>1003 BOSTON HILL ROAD<br>EAGAN MN 55123-1539 | DAVID YOUNG<br>13943 BIRCHWOOD AVE<br>ROSEMOUNT MN 55068-3584 | DEDE YURECKO<br>9326 COLORADO RD<br>BLOOMINGTON MN 55438-1506 |
| DEBBIE CHESEN<br>7507 HAROLD AVE<br>GOLDEN VALLEY MN 55427-4858 | DEBORAH CLARK MATHEWS<br>6948 CAVANAUGH GREEN<br>ROCKFORD MN<br>55373<br>ROCKFORD MN 55373-9521 | DEBRA ARONE<br>9724 XERXES ROAD<br>BLOOMINGTON MN 55431-2466 |
| DIANE LOUISE HARAYDA<br>6701 THOMAS AVE S<br>RICHFIELD MN 55423-1958 | DONNA BECK<br>4700 LINWOOD CIRCLE<br>GREENWOOD MN 55331-9296 | DOUGLAS EDWARDS<br>22038 WILDRIDGE RD<br>ALBERT LEA MN 56007-4931 |
| DOVES<br>98 CUTTERMILL RD<br>SUITE 493<br>GREAT NECK NY 11021-3006 | EATON HUDSON JEWELRY ADVISERS<br>3015 DUNES WEST BLVD<br>SUITE 201<br>MOUNT PLEASANT SC 29466-8218 | EFILIGREE INC<br>PO BOX 1588<br>MORRISTOWN NJ 07962-1588 |
| ELEMENT TECHNOLOGIES LLC<br>4470 W 78TH ST CIRCLE<br>SUITE 200<br>BLOOMINGTON MN 55435-5419 | ELITE DESIGN INC<br>424 SUNSET DRIVE<br>HALLANDALE FL 33009-6540 | ELITE PROTECTIVE SERVICES INC<br>PO BOX 117<br>NEW LONDON MN 56273-0117 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ELLEN HAWKINSON                  EMILY HAUGH                      ERIC WATKINS
623 N 8TH AVE                    301 14TH AVE N                   188 AMHERST STREET
PMB 184                          HOPKINS MN 55343-7353            SAINT PAUL MN 55105-1912
STURGEON BAY WI 54235-2131


ERIN E BRYAN                     ERIN M BARCLAY                   FIRST NATIONAL BANK OMAHA
DORSEY  WHITNEY LLP              3811 WOODBINE STREET             PO BOX 2557
50 SOUTH SIXTH ST SUITE 1500     CHEVY CHASE MD 20815-4958        OMAHA NE 68103-2557
MINNEAPOLIS MN 55402-1553


FRANK SUNBERG                    FREDERICK GOLDMAN INC            FREIDA ROTHMAN
3209 GALLERIA                    55 HARTZ WAY                     80 39TH STREET
1403                             SECAUCUS NJ 07094-2425           SUITE 601-23
MINNEAPOLIS MN 55435-2553                                         BROOKLYN NY 11232-2604


GARY JOHNSON                     GABRIELLE CASEY                  GAIL BERMAN
7310 YORK AVE S                  1360 UNIVERSITY AVE 104420       11915 ST ALBANS HOLLOW DR
201                              ST PAUL MN 55104-4086            MINNETONKA MN 55305-3983
EDINA MN 55435-4729


GALLERIA SHOPPING CENTER LLC     GAYLE MEYER                      GEMCO
62810 COLLECTION CENTER DRIVE    8001 33RD AVE S                  1660 SOUTH HIGHWAY100
CHICAGO IL 60693-6281            D468                             SUITE 578
                                 BLOOMINGTON MN 55425-4639        ST LOUIS PARK MN 55416-1566


GEMS ONE CORPORATION             GREGG EGGINTON                   GRETCHEN COHENOUR
16 WEST 46TH STREET              18327 NICKLAUS WAY               609 W 77TH ST
NEW YORK NY 10036-4503           EDEN PRAIRIE MN 55347-3440       WINONA MN 55987


HAMILTON USA                     HANSEN CUSTOM JEWELERS           HARVEY WEISS
PO BOX 72476161                  6440 FLYING CLOUD DR             11988 PENDLETON COURT
PHILADELPHIA PA 19170-6161       115                              EDEN PRAIRIE MN 55347-4945
                                 EDEN PRAIRIE MN 55344-3321


HELEN WINDER                     I REISS                          IREISS CO INC
6533 PAMELL AVE                  45 NORTH STATION PLAZA           45 N STATION PLAZA
EDINA MN 55435                   SUITE 406                        SUITE 406
                                 GREAT NECK NY 11021-5011         GREAT NECK NY 11021-5011


IPFS CORPORATION                 INDOFF INC                       JEAN JOHNSON
30 MONTGOMERY STREET             PO BOX 842808                    9332 80TH AVE SW
SUITE 501                        KANSAS CITY MO 64184-2808        STEWARTVILLE MN 55976-8207
JERSEY CITY NJ 07302-3821
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JOLEEN M MOEN<br>790 WOODLAND DRIVE SE<br>FOREST LAKE MN 55025-1622 | JORDAN ALAN LARSEN<br>504 SOUTH 7TH ST<br>OLIVIA MN 56277-1582 | JOSEPH YURECKO<br>JOE YURECKO<br>315 CLOVERLEAF DR<br>GOLDEN VALLEY MN 55422-5106 |
| JOSEPH YUREKO<br>315 CLOVER LEAF DRIVE<br>GOLDEN VALLEY MN 55422-5106 | JUDITH H FREEBERG<br>8624 PINE HILL ROAD<br>BLOOMINGTON MN 55438-1340 | JACKIE GOLDARIS<br>5701 WYCLIFFE ROAD<br>EDINA MN 55436-2264 |
| JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 | JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 |
| JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 | JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 |
| JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 | JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 |
| JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 | JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 |
| JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 | JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 |
| JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 | JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KAREN M TATE                          KATHLEEN DEYOUNG                     KELLI M DALY
6315 JAMES AVENUE SOUTH               5224 KNOX S                          5520 GIRARD AVE S
RICHFIELD MN 55423-1229               MPLS MN 55419-1042                   MPLS MN 55419-1651



KENNETH J ROBINSON                    KIR                                  KONSTANTINO INC
11383 ENTREVAUX DRIVE                 6525 GUN PARK DR                     CO DAVID H WANDER ESQ
EDEN PRAIRIE MN 55347-2862            SUITE 370-413                        DAVIDOFF HUTCHER  CITRON LLP
                                      BOULDER CO 80301-3346                605 THIRD AVE
                                                                           NEW YORK NY 10158-3499



KAREN J DEKRO                         KAREN MOODY                          KAREN QUIST
4226 HARRIET AVE S                    2505 SKYBLUE CT                      3417 BRYANT AVE S
MINNEAPOLIS MN 55409-1836             WHITE BEAR LAKE MN 55110-4770        MINNEAPOLIS MN 55408-4111



KAREN TATE                            KATE MAYBERRY                        KATE WALLIN
6315 JAMES AVE                        PO BOX 15                            1950 GRANT ALCOVE
RICHFIELD MN 55423-1229               HAYWARD WI 54843-0015                EAGAN MN 55122-2458



KATE WALTERS                          KATHERINE REYNOLDS                   KATHY WINNICK
18986 FIRETHORN PT                    23 HIGHVIEW TERRACE                  4680 OLD KENT ROAD
EDEN PRAIRIE MN 55347-2106            BLOOMFIELD NJ 07003-3121             DEEPHAVEN MN 55331-9267



KELLI WENTZ                           KERI SMASAL                          KEVIN DYBAL
3641 422ND AVE S                      9607 CHICAGO AVE S                   793 HAVENVIEW CT
MINNEAPOLIS MN 55406                  BLOOMINGTON MN 55420-4524            MENDOTA HEIGHTS MN 55120-1800



KEVIN DYBDAL                          KIM LEE                              KONSTANTINO
793 HAVENVIEW CT                      14350 ROBIN ROAD NE                  3315 N 124TH ST
MENDOTA HEIGHTS MN 55120-1800         PRIOR LAKE MN 55372-1292             SUITE N
                                                                           BROOKFIELD WI 53005-3105



LDM COMPANY                           LORI SANDBERG                        LAI CHING WOO
4517 MINNETONKA BLVD                  PO BOX 1125                          16965 GALLEON CIRCLE
STE 300                               CHANHASSEN MN 55317-1125             ROSEMOUNT MN 55068-1993
MINNEAPOLIS MN 55416-5411



LAPP LIBRA THOMSON                    LAUREN GJOVIG                        LAVENDER MEDIA INC
120 S 6TH ST                          1215 HILLCOURT                       7701 YORK AVE S
SUITE 2500                            WILLISTON ND 58801                   SUITE 225
MINNEAPOLIS MN 55402-5155                                                  EDINA MN 55435-5884
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LEDDEL DESIGNS<br>675 MARINERS ISLAND BLVD<br>400<br>SAN MATEO CA 94404-1062 | LETHERT SKWIRA SCHULTZ<br>170 E SEVENTH PLACE<br>SUITE 100<br>SAINT PAUL MN 55101-2361 | LINDA GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 |
| LINDA R GARETZ<br>6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | LINDA SCHILTZ<br>11957 TIFFANY LANE<br>EDEN PRAIRIE MN 55344-5384 | LINDA STANDAGE<br>93846 VIKING WAY<br>STURGEON LAKE MN 55783-3534 |
| LINDA THIELEN<br>11201 INDEPENDENCE AVE<br>CHAMPLIN MN 55316-3119 | LINEA BAUSSAN<br>265 CESAR CHAVEZ ST<br>SAINT PAUL MN 55107-2352 | LISA A ESTLOW<br>100 SHASTA CIR W<br>CHANHASSEN MN 55317-9470 |
| LISA ERICKSON<br>3225 W 38TH ST<br>MINNEAPOLIS MN 55410-1158 | LISA ESTLOW<br>100 SHASTA CIRCLE<br>CHANHASSEN MN 55317-9470 | LORI SCHAAR<br>PO BOX 1125 CHANHASSEN<br>CHANHASSEN MN 55317-1125 |
| LYNNE ASPNES<br>PO BOX 261<br>PETOSKEY MI 49770-0261 | MARTHA EK BELTZ<br>12415 TANAGER DR NW<br>GIG HARBOR WA 98332-7865 | MINNEAPOLIS GEMOLOGICAL SERVICES<br>CO CARL WEIMER<br>1316 LIBERTY CT<br>NORTHFIELD MN 55057-2915 |
| MAD MONKEY MEDIA<br>PO BOX 302<br>SAINT MICHAEL MN 55376-0302 | MAGGIE HENJUM<br>3224 WEBSTER AVE<br>ST LOUIS PARK MN 55416-2131 | MARGARET BUCHANAN<br>5400 VERNON AVE S<br>5400 VERNON AVE S APT 301 MN 55436<br>-2341 |
| MARGARET KENNEALLY<br>6220 W 34TH ST<br>1<br>ST LOUIS PARK MN 55416-2078 | MARGARET MACRAE<br>4940 DODD ROAD<br>SAINT PAUL MN 55123-2350 | MARGARET MARSH<br>526 COUNTY ROAD 9 SE<br>WILLMAR MN 56201-4749 |
| MARGARET THOMAS<br>267 WEAVER ST<br>MANKATO MN 56001-4664 | MARILYN J RUDD<br>141 EAST 105TH STREET CIR<br>MINNEAPOLIS MN 55420-5309 | MARILYN PALMER<br>1 RIVERCREST LANE<br>STILLWATER MN 55082-4258 |
| MARILYN AND BILL KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | MARLENE PAULEY<br>5700 DUNCAN LANE<br>EDINA MN 55436-1604 | MARSHA SHOTLEY<br>13928 21ST ST N<br>STILLWATER MN 55082-1502 |

Case 19-40658   Doc 194   Filed 09/01/20   Entered 09/01/20 14:33:44   Desc Main
Document   Page 13 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MARSHA UNTHANK
1014 W 53RD ST
MINNEAPOLIS MN 55419-1166

MARTI BELTZ
1901 PENN AVE
MINNEAPOLIS MN 55405-2210

MARY ANN CAMPO
510 W 53RD ST
MINNEAPOLIS MN 55419-1225

MARY BARND
413 E 99TH ST
BLOOMINGTON MN 55420-4951

MARY JANE HASCHIG
4909 STEEPLECHASE CT
EAGAN MN 55122-3046

MARY JEANNE LEVITT
1999 WELLSLEY AVE
SAINT PAUL MN 55105-1619

MARY SONNEN
5920 OSGOOD ST S
AFTON MN 55001-9679

MAXINE JEFFRIS
6629 LOGAN AVE S
RICHFIELD MN 55423-2164

MELANIE TSCHIDA
1134 IVY HILL DR
MENDOTA HEIGHTS MN 55118-1829

MERYLL PAGE
2825 MONTERY PARKWAY
ST LOUIS PARK MN 55416-3959

MICHAEL BONDANZA INC
10 EAST 36TH ST
NEW YORK NY 10016-3302

MICHAEL HENDERSON
2783 WAGON WHEEL CURVE
CHASKA MN 55318-1580

MIMI BAKER
3900 W 25TH ST
MINNEAPOLIS MN 55416-3865

MINNEAPOLIS GEMOLOGICAL SERV
1316 LIBERTY COURT
NORTHFIELD MN 55057-2915

MOORE CREATIVE TALENT
3130 EXCELSIOR BLVD
MINNEAPOLIS MN 55416-4667

NSP DBAXCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-0001

NAMBE
200 W DEVARGAS ST
SUITE B
SANTA FE NM 87501-2643

NANCI KNOTT  CO
280 SHEFFIELD ST
MOUNTAINSIDE NJ 07092-2328

NANCY HEINERSCHEID
3116 W LAKE ST
313
MINNEAPOLIS MN 55416-5258

NANCY MCDANIELS
1938 SHERIDAN AVE
SAINT PAUL MN 55116-2657

NANTAWAN LEWIS
1225 LASALLE AVE
2104
MINNEAPOLIS MN 55403-2332

INTERNATIONAL
NEW ITALIAN ART
VIA TRIESTE 615048
VALENZA ITALY

NICOLE J PAULBICK
238 CRETIN AVENUE SOUTH 2
SAINT PAUL MN 55105-1259

NICOLE J PAULBICK
238 CRETIN AVE S
2
SAINT PAUL MN 55105-1259

ODELIA JEWELRY
62 W 47TH ST
SUITE 601
NEW YORK CITY NY 10036-3272

OSCAR HEYMAN  BROTHERS INC
501 MADISON AVE
NEW YORK CITY NY 10022-5676

PAULA MURRAY
710 KELSEY AVENUE 204
CLEARWATER MN 55320-1321

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PENELOPE STEVEN RAKES<br>6201 MILDRED AVE<br>EDINA MN 55436-2606 | PREFERRED ONE INSURANCE<br>COMMERCIAL COLLECTORS INC<br>PO BOX 337<br>MONTROSE MN 55363-0337 | PARCEL PRO LLC<br>PO BOX 419398<br>BOSTON MA 02241-9398 |
| PAT DAY<br>10632 UTICA ROAD<br>BLOOMINGTON MN 55437-2854 | PATRICIA EBBERT<br>3806 ABBOTT AVE S<br>MINNEAPOLIS MN 55410-1035 | PAULA MURRAY<br>725 MINNESOTA STREET<br>MONTICELLO MN 55362-5800 |
| PAWNWORKS<br>1301 RIVERWOOD DR<br>UNIT 1<br>BURNSVILLE MN 55337-1547 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4301 | PLASTICREST PRODUCTS INC<br>4519 W HARRISON ST<br>CHICAGO IL 60624-3099 |
| PRECIOUS JEWELRY<br>PO BOX 5381<br>NEW YORK NY 10185-5381 | RQC LTD<br>370 S YOUNGS ROAD<br>WILLIAMSVILLE NY 14221-7092 | REBECCA M BJORNSON<br>5343 PORTLAND AVENUE SOUTH<br>MINNEAPOLIS MN 55417-1722 |
| REBECCA M BJORNSON<br>5343 PORTLAND AVE<br>MINNEAPOLIS MN 55417-1722 | RENEE LINDQUIST<br>8680 MAGNOLIA CT<br>212<br>EDEN PRAIRIE MN 55344-6677 | RICHARD DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 |
| RICHARD L DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 | RIO GRANDE<br>7500 BLUEWATER ROAD NW<br>ALBUQUERQUE NM 87121-1962 | ROBERT C KLEIN ASSOC<br>8900 PENN AVE S<br>SUITE 101<br>MINNEAPOLIS MN 55431-2099 |
| ROBERT J STRUYK TRUSTEE<br>DORSEY WHITNEY<br>401 E EIGHTH ST SUITE 319<br>SIOUX FALLS SD 57103-7031 | ROBIN YOUNG<br>5124 NOLAN DRIVE<br>MINNETONKA MN 55343-8900 | ROFFERS GROUP LLC<br>218 WASHINGON AVE N<br>SUITE 220<br>MINNEAPOLIS MN 55401-2215 |
| ROGER POMEROY<br>8050 PENNSYLVANIA RD<br>BLOOMINGTON MN 55438-1135 | RUTH A AND RAYMOND A REISTER<br>CHARITABLE TR<br>401 E 8TH ST<br>SUITE 319<br>SIOUX FALLS SD 57103-7031 | RUTH A AND RAYMOND A REISTER<br>CHARITABLE TR<br>ERIN BRYAN ESQ<br>DORSEY WHITNEY LLP<br>50 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1553 |
| RUTH LORDAN<br>6453 BARRIE ROAD<br>EDINA MN 55435-2301 | S KASHI<br>175 GREAT NECK ROAD<br>SUITE 204<br>GREAT NECK NY 11021-3313 | SARAH SIVRIGHT<br>5051 DREW AVE S<br>MINNEAPOLIS MN 55410-2026 |

Case 19-40658    Doc 194    Filed 09/01/20    Entered 09/01/20 14:33:44    Desc Main
Document      Page 15 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SCOTT A HOLDAHL<br>705 E 57TH ST<br>MINNEAPOLIS MN 55417-2424 | SOMERSET MFG INC<br>36 GLEN COVE ROAD<br>ROSLYN HEIGHTS NY 11577-1703 | SUSAN BEISANG<br>4 FALCON LANE<br>NORTH OAKS MN 55127-6317 |
| SALLY BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SALLY R BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SANDI CALVELAGE<br>10727 LINDAHL BLUFFS TRAIL<br>BLOOMINGTON MN 55420-5652 |
| SARAH ROCKLER<br>2950 DEAN PARKWAY APT 1901<br>MINNEAPOLIS MN 55416-4428 | SCOTT BROWN<br>4132 VERNON AVE S<br>STE 207<br>ST LOUIS PARK MN 55416-3193 | SCOTT H RUDD<br>7300 GALLAGHER DRIVE<br>APT 311<br>EDINA MN 55435-3104 |
| SHARON CAREY<br>5237 16TH AVE S<br>MINNEAPOLIS MN 55417-1813 | SHEILA HAGSTROM<br>10391 108TH PLACE N<br>MAPLE GROVE MN 55369-2638 | SIMON G JEWELRY INC<br>WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 |
| SIMON G<br>528 STATE ST<br>GLENDALE CA 91203-1524 | SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 |
| SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 | SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 | STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 |
| STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 | STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 | STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 | SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 |
| SUSAN K ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 |
| TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |
| TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 |
| TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 |
| TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 |
| TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 |
| WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" TRANSMIT RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ZINA
470 BEVERLY DRIVE
BEVERLY HILLS CA 90212-4402

~~EXCLUDE~~
~~CHAD A KELSCH~~
~~KELSCH LAW FIRM PA~~
~~3350 ANNAPOLIS LANE N~~
~~STE C~~
~~PLYMOUTH MN 55447-5309~~

IPFS CORPORATION CHANDLER
LISA RENEE CHANDLER
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821


JOHN D LAMEY III
980 INWOOD AVENUE NORTH
OAKDALE MN 55128-6625

~~EXCLUDE~~
~~NAUNI JO MANTY~~
~~MANTY & ASSOCIATES PA~~
~~150 SOUTH FIFTH STREET~~
~~SUITE 3125~~
~~MINNEAPOLIS MN 55402-4200~~

RENEE LINDQUIST
8680 MAGNOLIA TRAIL 212
EDEN PRAIRIE MN 55344-6677


RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER & PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155