# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Debtor.

Chapter 7

BKY 19-40658

## ORDER

This case is before this court on the motion of Chardonnay Diamonds LLC to deem certain correspondence as an informal proof of claim. Based on the motion and the file,

**IT IS ORDERED:**

The email dated April 23, 2019 from Chardonnay's attorney to counsel for the trustee is deemed an informal proof of claim. The proof of claim filed on April 16, 2020, as Claim No. 173, relates back to the informal proof of claim and is deemed to have been filed timely.

Dated: September 2, 2020

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/02/2020*
Lori Vosejpka, Clerk, by LH

1