UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
Bankruptcy 19-40658

**NOTICE OF SETTLEMENT**

TO:   The United States Trustee, all creditors, and other parties in interest.

On October 7, 2020, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

The trustee alleges that within 90 days before the petition date, Gemco International, Inc received a total of $32,000 from the debtor. The trustee asserts that the transfers to Gemco are avoidable as a preference under 11 U.S.C. § 547. Gemco has raised defenses, including that it had a security interest in the proceeds from the sale of goods sent to the debtor from Gemco and that the payments were made in the ordinary course of business.  The trustee disputes these defenses.

To settle all claims against Gemco, it will pay $15,000 to the trustee, payable in four consecutive monthly payments of $3,750, beginning October 1, 2020.  Gemco's proof of claim as currently filed [Claim No. 31-2] is allowed; however, Gemco waives its ability to amend its claim or file another claim under 11 U.S.C. § 502(h),

Provided the settlement is approved by the court and upon receipt of the settlement payment, the parties release each other from any and all avoidance claims connected to this bankruptcy case.

The trustee believes the settlement is in the best interest of creditors.  The cost to litigate the defenses raised by Gemco would outweigh the benefit to the estate.  The trustee requests that the settlement be approved.

**OBJECTION: MOTION: HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Nauni Manty, Trustee |
| United States Bankruptcy Court | 1015 U.S. Courthouse | 150 South Fifth Street |
| 300 South Fourth Street | 300 South Fourth Street | Suite 3125 |
| 301 U.S. Courthouse | Minneapolis, MN 55415 | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | | |

Dated: September 14, 2020            By: /e/ Nauni Manty
                                          Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
| --- | --- |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 9/14/2020, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/14/2020

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402
612 465 0990

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 9/14/2020, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/14/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED OR RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 19-40658<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>MON SEP 14 13-31-15 CDT 2020 | BHM CAPITAL LLC<br>785 WESTON RIDGE PARKWAY<br>CHASKA MN 55318-1202 | EMBELLIR GALLERY OF GEMS<br>750 MAIN ST<br>STE 111<br>MENDOTA HEIGHTS MN 55118-3765 |
| EATON HUDSON INC<br>3015 DUNES W BLVD<br>STE 201<br>MOUNT PLEASANT SC 29466-8218 | GALLERIA SHOPPING CENTER LLC<br>CO FAEGRE BAKER DANIELS LLP<br>ATTN- COLIN DOUGHERTY<br>90 SOUTH 7TH ST STE 2200<br>MINNEAPOLIS MN 55402-3924 | GEMCO INTERNATIONAL INC<br>1660 HIGHWAY 100 S STE 578<br>ST LOUIS PARK MN 55416-1566 |
| K TAKAHASHI CO INC<br>250 E 54TH ST APT 12D<br>NEW YORK NY 10022-4812 | LDM COMPANY<br>SUITE 300<br>4517 MINNETONKA BLVD<br>ST LOUIS PARK MN 55416 UNITED STATES<br>55416-5411 | MICHAEL BONDANZA INC<br>CO MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK NY 10022-4731 |
| RENEE LINDQUIST<br>8680 MAGNOLIA TRAIL 212<br>EDEN PRAIRIE MN 55344-6677 | DEBTOR<br>SCHEHERAZADE INC<br>3181 WEST 69TH STREET<br>EDINA MN 55435 | WELLS FARGO VENDOR FINANCIAL SERV LLC<br>FKA G<br>CO A RICOH USA PROGRAM FDBA IKON FINANC<br>PO BOX 13708<br>MACON GA 31208-3708 |
| ~~EXCLUDE~~<br>~~MINNEAPOLIS~~<br>~~301 DIANA E MURPHY US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415 1320~~ | 6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | AGLAM INC<br>2409 FROSTED GREEN LANE<br>PLANO TX 75025-6440 |
| AGLAM INC<br>4651 LOUIS AVE<br>LOS ANGELES CA 91316-3924 | AMY HAN<br>249 1ST AVE SOUTH<br>SOUTH ST PAUL MN 55075-2302 | ATT<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 |
| ABBOT JEWELRY SYSTEMS INC<br>3 CORPORATE DRIVE<br>SUITE 215<br>SHELTON CT 06484-6252 | ADAM ALTMAN<br>901 NORTH THIRD STREET SUITE 140<br>MINNEAPOLIS MN 55401-1169 | ALICIA SCHAAL<br>2919 BUCHANAN STREET NE<br>MINNEAPOLIS MN 55418-2208 |
| ALLIE HAFEZ<br>PO BOX 270534<br>MINNEAPOLIS MN 55427-6534 | AMANDA MORAN<br>7206 STEWART DRIVE<br>EDEN PRAIRIE MN 55346-3248 | AMDEN JEWELRY<br>550 S HILL ST<br>SUITE 950<br>LOS ANGELES CA 90013-2429 |
| AMDEN JEWELRY INC<br>550 S HILL ST SUITE950<br>LOS ANGELES CA 90013-2429 | AMENTA<br>106901 S SAM HOUSTON PARKWAY<br>SUITE 100<br>HOUSTON TX 77071 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMERICAN GEM SOCIETY<br>8881 W SAHARA AVE<br>LAS VEGAS NV 89117-5865 | AMY ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 |
| ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 | ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 | ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 |
| ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 | ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 | BEVERLY DANN<br>100 3RD AVE S<br>APT 2602<br>MINNEAPOLIS MN 55401-2722 |
| BHM CAPITAL LLC<br>MESSERLI  KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 | BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 |
| BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 | BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 | BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 |
| BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 | BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 | BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 |
| BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 | BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 | BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 |
| BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 | BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 | BRINKS GLOBAL SERVICES USA INC<br>580 5TH AVENUE<br>SUITE 400<br>NEW YORK CITY NY 10036-4725 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
BRUCE CUMMINGS                      CARLA CORPORATION                   CARMEN BERSTAD
4012 LORD LYON DR                   33 SUTTON AVE                       25288 W MEADOW LAKE DR
GIBSONIA PA 15044-9722              EAST PROVIDENCE RI 02914-3400       DETROIT LAKES MN 56501-7224


CAROLINE BANKS                      CATHERINE SCHURMAN                  CHERIE Y ZACHARY
4271 SHERIDAN AVE SOUTH APT 408     18117 VALLEY VIEW ROAD              10223 UPTON PLACE
MINNEAPOLIS MN 55410-1624           EDEN PRAIRIE MN 55346-4128          BLOOMINGTON MN 55431-2879


CLOWNING AROUND                     CUSTOM BUSINESS FORMS               CYNTHIA WIZNER
CO DORIS LANE                       210 EDGE PLACE NE                   8970 HILLOWAY ROAD
8320 KARL RIDGE ROAD                MPLS MN 55418-1153                  EDEN PRAIRIE MN 55347-2425
LINCOLN NE 68506-7316


CAMILLA CARLSON                     CANON FINANCIAL SERVICES INC        CAPITAL ONE
25440 SMITHTOWN ROAD                EISENBERG GOLD  AGRAWAL PC          PO BOX 6492
SHOREWOOD MN 55331-8443             1040 NORTH KINGS HIGHWAY            CAROL STREAM IL 60197-6492
                                    SUITE 200
                                    CHERRY HILL NJ 08034-1925


CAPITAL ONE BANK USA NA             CARLA CORPORATION                   CAROL J PETERSON
BY AMERICAN INFOSOURCE AS AGENT     PO BOX 14192                        3146B FARNUM DR
PO BOX 71083                        EAST PROVIDENCE RI 02914-0192       EAGAN MN 55121-1921
CHARLOTTE NC 28272-1083


CAROL SCHUETTE                      CAROLINE BASSETT                    CARRIE BELL
13230 KERRY LANE                    4042 ABBOT AVE S                    17038 SADDLE WOOD
EDEN PRAIRIE MN 55346-3140          MINNEAPOLIS MN 55410-1001           MINNETONKA MN 55345-2680


CATHERINE R KRUSE                   CATHERINE ZIMBA                     CATHY KRUSE
7692 SOUTH BAY DRIVE                5454 MAYVIEW ROAD                   7692 SOUTH BAY DRIVE
BLOOMINGTON MN 55438-2900           MINNETONKA MN 55345-5935            BLOOMINGTON MN 55438-2900


CATIE SCHUMAN                       CENTRAL TELEPHONE SALES  SERV       CHARDONNAY DIAMONDS LLC
29228 VALLEY VIEW ROAD              12857 INDUSTRIAL PARK BLVD          7 EAST HURON STREET
EDEN PRAIRIE MN 55346               MINNEAPOLIS MN 55441-3910           CHICAGO IL 60611-2290


CHARLOTTE OHANLON                   JPMORGAN CHASE BANK N A             CHERIE ZACHARY
826 9TH STREET NW                   BANKRUPTCY MAIL INTAKE TEAM         10223 UPTON PLACE
ROCHESTER MN 55901-2660             700 KANSAS LANE FLOOR 01            BLOOMINGTON MN 55431-2879
                                    MONROE LA 71203-4774
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CINDY WIZNER                        CITY PAGES                          CLAIRE WHITE
8970 HOLLOWAY ROAD                  PO BOX 790445                       543 SAXONY COURT
EDEN PRAIRIE MN 55347-2425          SAINT LOUIS MO 63179-0445           CHASKA MN 55318-1471




CONNOISSEURS CORP                   CORPORATE FOUR INSURANCE            CORRIN ROBINSON
17 PRESIDENTIAL WAY                 7220 METRO BLVD                     249 6TH ST NE
WOBURN MA 01801-1040                EDINA MN 55439-2133                 MINNEAPOLIS MN 55413-4202




CULLIGAN                            DAVID MELDAHL CARLSON               DEBRA CHESEN
DEPT 8511                           1003 BOSTON HILL ROAD               7507 HAROLD AVENUE
PO BOX 77043                        EAGAN MN 55123-1539                 GOLDEN VALLEY MN 55427-4858
MINNEAPOLIS MN 55480-7743




DIANE YURECKO                       DOUGLAS J EDWARDS                   DAVI J WAGERS
9326 COLORADO RD                    22038 WILD RIDGE ROAD               DAVID WAGERS CO CHARLES DAISY
BLOOMINGTON MN 55438-1506           ALBERT LEA MN 56007-4931            300 FORD ROAD  5
                                                                        ST LOUIS PARK MN 55426-4806




DAVID M CARLSON                     DAVID YOUNG                         DEDE YURECKO
1003 BOSTON HILL ROAD               13943 BIRCHWOOD AVE                 9326 COLORADO RD
EAGAN MN 55123-1539                 ROSEMOUNT MN 55068-3584             BLOOMINGTON MN 55438-1506




DEBBIE CHESEN                       DEBORAH CLARK MATHEWS               DEBRA ARONE
7507 HAROLD AVE                     6948 CAVANAUGH GREEN                9724 XERXES ROAD
GOLDEN VALLEY MN 55427-4858         ROCKFORD MN                         BLOOMINGTON MN 55431-2466
                                    55373
                                    ROCKFORD MN 55373-9521




DIANE LOUISE HARAYDA                DONNA BECK                          DOUGLAS EDWARDS
6701 THOMAS AVE S                   4700 LINWOOD CIRCLE                 22038 WILDRIDGE RD
RICHFIELD MN 55423-1958             GREENWOOD MN 55331-9296             ALBERT LEA MN 56007-4931




DOVES                               EATON HUDSON JEWELRY ADVISERS       EFILIGREE INC
98 CUTTERMILL RD                    3015 DUNES WEST BLVD                PO BOX 1588
SUITE 493                           SUITE 201                           MORRISTOWN NJ 07962-1588
GREAT NECK NY 11021-3006            MOUNT PLEASANT SC 29466-8218




ELEMENT TECHNOLOGIES LLC            ELITE DESIGN INC                    ELITE PROTECTIVE SERVICES INC
4470 W 78TH ST CIRCLE               424 SUNSET DRIVE                    PO BOX 117
SUITE 200                           HALLANDALE FL 33009-6540            NEW LONDON MN 56273-0117
BLOOMINGTON MN 55435-5419
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 | ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 |
| ERIN E BRYAN<br>DORSEY  WHITNEY LLP<br>50 SOUTH SIXTH ST SUITE 1500<br>MINNEAPOLIS MN 55402-1553 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 |
| FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2604 |
| GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 |
| GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 | GAYLE MEYER<br>8001 33RD AVE S<br>D468<br>BLOOMINGTON MN 55425-4639 | GEMCO<br>1660 SOUTH HIGHWAY100<br>SUITE 578<br>ST LOUIS PARK MN 55416-1566 |
| GEMS ONE CORPORATION<br>16 WEST 46TH STREET<br>NEW YORK NY 10036-4503 | GREGG EGGINTON<br>18327 NICKLAUS WAY<br>EDEN PRAIRIE MN 55347-3440 | GRETCHEN COHENOUR<br>609 W 77TH ST<br>WINONA MN 55987 |
| HAMILTON USA<br>PO BOX 72476161<br>PHILADELPHIA PA 19170-6161 | HANSEN CUSTOM JEWELERS<br>6440 FLYING CLOUD DR<br>115<br>EDEN PRAIRIE MN 55344-3321 | HARVEY WEISS<br>11988 PENDLETON COURT<br>EDEN PRAIRIE MN 55347-4945 |
| HELEN WINDER<br>6533 PAMELL AVE<br>EDINA MN 55435 | I REISS<br>45 NORTH STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 | IREISS CO INC<br>45 N STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | INDOFF INC<br>PO BOX 842808<br>KANSAS CITY MO 64184-2808 | JEAN JOHNSON<br>9332 80TH AVE SW<br>STEWARTVILLE MN 55976-8207 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED BY ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JOLEEN M MOEN<br>790 WOODLAND DRIVE SE<br>FOREST LAKE MN 55025-1622 | JORDAN ALAN LARSEN<br>504 SOUTH 7TH ST<br>OLIVIA MN 56277-1582 | JOSEPH YURECKO<br>JOE YURECKO<br>315 CLOVERLEAF DR<br>GOLDEN VALLEY MN 55422-5106 |
| JOSEPH YUREKO<br>315 CLOVER LEAF DRIVE<br>GOLDEN VALLEY MN 55422-5106 | JUDITH H FREEBERG<br>8624 PINE HILL ROAD<br>BLOOMINGTON MN 55438-1340 | JACKIE GOLDARIS<br>5701 WYCLIFFE ROAD<br>EDINA MN 55436-2264 |
| JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 | JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 |
| JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 | JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 |
| JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 | JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 |
| JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 | JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 |
| JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 | JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 |
| JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 | JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
KAREN M TATE                     KATHLEEN DEYOUNG                 KELLI M DALY
6315 JAMES AVENUE SOUTH          5224 KNOX S                      5520 GIRARD AVE S
RICHFIELD MN 55423-1229          MPLS MN 55419-1042               MPLS MN 55419-1651




KENNETH J ROBINSON               KIR                              KONSTANTINO INC
11383 ENTREVAUX DRIVE            6525 GUN PARK DR                 CO DAVID H WANDER ESQ
EDEN PRAIRIE MN 55347-2862       SUITE 370-413                    DAVIDOFF HUTCHER  CITRON LLP
                                 BOULDER CO 80301-3346            605 THIRD AVE
                                                                  NEW YORK NY 10158-3499




KAREN J DEKRO                    KAREN MOODY                      KAREN QUIST
4226 HARRIET AVE S               2505 SKYBLUE CT                  3417 BRYANT AVE S
MINNEAPOLIS MN 55409 -1836       WHITE BEAR LAKE MN 55110-4770    MINNEAPOLIS MN 55408-4111




KAREN TATE                       KATE MAYBERRY                    KATE WALLIN
6315 JAMES AVE                   PO BOX 15                        1950 GRANT ALCOVE
RICHFIELD MN 55423-1229          HAYWARD WI 54843-0015            EAGAN MN 55122-2458




KATE WALTERS                     KATHERINE REYNOLDS               KATHY WINNICK
18986 FIRETHORN PT               23 HIGHVIEW TERRACE              4680 OLD KENT ROAD
EDEN PRAIRIE MN 55347-2106       BLOOMFIELD NJ 07003-3121         DEEPHAVEN MN 55331-9267




KELLI WENTZ                      KERI SMASAL                      KEVIN DYBAL
3641 422ND AVE S                 9607 CHICAGO AVE S               793 HAVENVIEW CT
MINNEAPOLIS MN 55406             BLOOMINGTON MN 55420-4524        MENDOTA HEIGHTS MN 55120-1800




KEVIN DYBDAL                     KIM LEE                          KONSTANTINO
793 HAVENVIEW CT                 14350 ROBIN ROAD NE              3315 N 124TH ST
MENDOTA HEIGHTS MN 55120-1800    PRIOR LAKE MN 55372-1292         SUITE N
                                                                  BROOKFIELD WI 53005-3105




LDM COMPANY                      LORI SANDBERG                    LAI CHING WOO
4517 MINNETONKA BLVD             PO BOX 1125                      16965 GALLEON CIRCLE
STE 300                          CHANHASSEN MN 55317-1125         ROSEMOUNT MN 55068-1993
MINNEAPOLIS MN 55416-5411




LAPP LIBRA THOMSON               LAUREN GJOVIG                    LAVENDER MEDIA INC
120 S 6TH ST                     1215 HILLCOURT                   7701 YORK AVE S
SUITE 2500                       WILLISTON ND 58801               SUITE 225
MINNEAPOLIS MN 55402-5155                                         EDINA MN 55435-5884
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LEDDEL DESIGNS                          LETHERT SKWIRA SCHULTZ                  LINDA GARETZ
675 MARINERS ISLAND BLVD                170 E SEVENTH PLACE                     6300 YORK AVE S
400                                     SUITE 100                               102
SAN MATEO CA 94404-1062                 SAINT PAUL MN 55101-2361                EDINA MN 55435-2287


LINDA R GARETZ                          LINDA SCHILTZ                           LINDA STANDAGE
6300 YORK AVE S                         11957 TIFFANY LANE                      93846 VIKING WAY
102                                     EDEN PRAIRIE MN 55344-5384              STURGEON LAKE MN 55783-3534
EDINA MN 55435-2287


LINDA THIELEN                           LINEA BAUSSAN                           LISA A ESTLOW
11201 INDEPENDENCE AVE                  265 CESAR CHAVEZ ST                     100 SHASTA CIR W
CHAMPLIN MN 55316-3119                  SAINT PAUL MN 55107-2352                CHANHASSEN MN 55317-9470


LISA ERICKSON                           LISA ESTLOW                             LORI SCHAAR
3225 W 38TH ST                          100 SHASTA CIRCLE                       PO BOX 1125 CHANHASSEN
MINNEAPOLIS MN 55410-1158               CHANHASSEN MN 55317-9470                CHANHASSEN MN 55317-1125


LYNNE ASPNES                            MARTHA EK BELTZ                         MINNEAPOLIS GEMOLOGICAL SERVICES
PO BOX 261                              12415 TANAGER DR NW                     CO CARL WEIMER
PETOSKEY MI 49770-0261                  GIG HARBOR WA 98332-7865                1316 LIBERTY CT
                                                                                NORTHFIELD MN 55057-2915


MAD MONKEY MEDIA                        MAGGIE HENJUM                           MARGARET BUCHANAN
PO BOX 302                              3224 WEBSTER AVE                        5400 VERNON AVE S
SAINT MICHAEL MN 55376-0302             ST LOUIS PARK MN 55416-2131             5400 VERNON AVE S APT 301 MN 55436
                                                                                -2341


MARGARET KENNEALLY                      MARGARET MACRAE                         MARGARET MARSH
6220 W 34TH ST                          4940 DODD ROAD                          526 COUNTY ROAD 9 SE
1                                       SAINT PAUL MN 55123-2350                WILLMAR MN 56201-4749
ST LOUIS PARK MN 55416-2078


MARGARET THOMAS                         MARILYN J RUDD                          MARILYN PALMER
267 WEAVER ST                           141 EAST 105TH STREET CIR               1 RIVERCREST LANE
MANKATO MN 56001-4664                   MINNEAPOLIS MN 55420-5309               STILLWATER MN 55082-4258


MARILYN AND BILL KUEHL                  MARLENE PAULEY                          MARSHA SHOTLEY
1524 CREEK LANE                         5700 DUNCAN LANE                        13928 21ST ST N
NORTHFIELD MN 55057-3403                EDINA MN 55436-1604                     STILLWATER MN 55082-1502
```

Case 19-40658    Doc 198    Filed 09/14/20    Entered 09/14/20 15:59:13    Desc Main
Document    Page 13 of 17

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT DOCUMENT RECEIPT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MARSHA UNTHANK<br>1014 W 53RD ST<br>MINNEAPOLIS MN 55419-1166 | MARTI BELTZ<br>1901 PENN AVE<br>MINNEAPOLIS MN 55405-2210 | MARY ANN CAMPO<br>510 W 53RD ST<br>MINNEAPOLIS MN 55419-1225 |
| MARY BARND<br>413 E 99TH ST<br>BLOOMINGTON MN 55420-4951 | MARY JANE HASCHIG<br>4909 STEEPLECHASE CT<br>EAGAN MN 55122-3046 | MARY JEANNE LEVITT<br>1999 WELLSLEY AVE<br>SAINT PAUL MN 55105-1619 |
| MARY SONNEN<br>5920 OSGOOD ST S<br>AFTON MN 55001-9679 | MAXINE JEFFRIS<br>6629 LOGAN AVE S<br>RICHFIELD MN 55423-2164 | MELANIE TSCHIDA<br>1134 IVY HILL DR<br>MENDOTA HEIGHTS MN 55118-1829 |
| MERYLL PAGE<br>2825 MONTERY PARKWAY<br>ST LOUIS PARK MN 55416-3959 | MICHAEL BONDANZA INC<br>10 EAST 36TH ST<br>NEW YORK NY 10016-3302 | MICHAEL HENDERSON<br>2783 WAGON WHEEL CURVE<br>CHASKA MN 55318-1580 |
| MIMI BAKER<br>3900 W 25TH ST<br>MINNEAPOLIS MN 55416-3865 | MINNEAPOLIS GEMOLOGICAL SERV<br>1316 LIBERTY COURT<br>NORTHFIELD MN 55057-2915 | MOORE CREATIVE TALENT<br>3130 EXCELSIOR BLVD<br>MINNEAPOLIS MN 55416-4667 |
| NSP DBAXCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | NAMBE<br>200 W DEVARGAS ST<br>SUITE B<br>SANTA FE NM 87501-2643 | NANCI KNOTT  CO<br>280 SHEFFIELD ST<br>MOUNTAINSIDE NJ 07092-2328 |
| NANCY HEINERSCHEID<br>3116 W LAKE ST<br>313<br>MINNEAPOLIS MN 55416-5258 | NANCY MCDANIELS<br>1938 SHERIDAN AVE<br>SAINT PAUL MN 55116-2657 | NANTAWAN LEWIS<br>1225 LASALLE AVE<br>2104<br>MINNEAPOLIS MN 55403-2332 |
| INTERNATIONAL<br>NEW ITALIAN ART<br>VIA TRIESTE 615048<br>VALENZA ITALY | NICOLE J PAULBICK<br>238 CRETIN AVENUE SOUTH 2<br>SAINT PAUL MN 55105-1259 | NICOLE J PAULBICK<br>238 CRETIN AVE S<br>2<br>SAINT PAUL MN 55105-1259 |
| ODELIA JEWELRY<br>62 W 47TH ST<br>SUITE 601<br>NEW YORK CITY NY 10036-3201 | OSCAR HEYMAN  BROTHERS INC<br>501 MADISON AVE<br>NEW YORK CITY NY 10022-5676 | PAULA MURRAY<br>710 KELSEY AVENUE 204<br>CLEARWATER MN 55320-1321 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL,
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" SHALL BE RECEIVING ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PENELOPE STEVEN RAKES<br>6201 MILDRED AVE<br>EDINA MN 55436-2606 | PREFERRED ONE INSURANCE<br>COMMERCIAL COLLECTORS INC<br>PO BOX 337<br>MONTROSE MN 55363-0337 | PARCEL PRO LLC<br>PO BOX 419398<br>BOSTON MA 02241-9398 |
| PAT DAY<br>10632 UTICA ROAD<br>BLOOMINGTON MN 55437-2854 | PATRICIA EBBERT<br>3806 ABBOTT AVE S<br>MINNEAPOLIS MN 55410-1035 | PAULA MURRAY<br>725 MINNESOTA STREET<br>MONTICELLO MN 55362-5800 |
| PAWNWORKS<br>1301 RIVERWOOD DR<br>UNIT 1<br>BURNSVILLE MN 55337-1547 | PITNEY BOWES GLOBAL FINANCIAL SERVICES LLC<br>27 WATERVIEW DRIVE<br>SHELTON CT 06484-4301 | PLASTICREST PRODUCTS INC<br>4519 W HARRISON ST<br>CHICAGO IL 60624-3099 |
| PRECIOUS JEWELRY<br>PO BOX 5381<br>NEW YORK NY 10185-5381 | RQC LTD<br>370 S YOUNGS ROAD<br>WILLIAMSVILLE NY 14221-7092 | REBECCA M BJORNSON<br>5343 PORTLAND AVENUE SOUTH<br>MINNEAPOLIS MN 55417-1722 |
| REBECCA M BJORNSON<br>5343 PORTLAND AVE<br>MINNEAPOLIS MN 55417-1722 | RENEE LINDQUIST<br>8680 MAGNOLIA CT<br>212<br>EDEN PRAIRIE MN 55344-6677 | RICHARD DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 |
| RICHARD L DAHLIN<br>4652 BLUEBELL TRAIL N<br>MEDINA MN 55340-4573 | RIO GRANDE<br>7500 BLUEWATER ROAD NW<br>ALBUQUERQUE NM 87121-1962 | ROBERT C KLEIN  ASSOC<br>8900 PENN AVE S<br>SUITE 101<br>MINNEAPOLIS MN 55431-2099 |
| ROBERT J STRUYK TRUSTEE<br>DORSEY  WHITNEY<br>401 E EIGHTH ST SUITE 319<br>SIOUX FALLS SD 57103-7031 | ROBIN YOUNG<br>5124 NOLAN DRIVE<br>MINNETONKA MN 55343-8900 | ROFFERS GROUP LLC<br>218 WASHINGON AVE N<br>SUITE 220<br>MINNEAPOLIS MN 55401-2215 |
| ROGER POMEROY<br>8050 PENNSYLVANIA RD<br>BLOOMINGTON MN 55438-1135 | RUTH A AND RAYMOND A REISTER CHARITABLE TR<br>401 E 8TH ST<br>SUITE 319<br>SIOUX FALLS SD 57103-7031 | RUTH A AND RAYMOND A REISTER CHARITABLE TR<br>ERIN BRYAN ESQ<br>DORSEY  WHITNEY LLP<br>50 SOUTH SIXTH STREET SUITE 1500<br>MINNEAPOLIS MN 55402-1553 |
| RUTH LORDAN<br>6453 BARRIE ROAD<br>EDINA MN 55435-2301 | S KASHI<br>175 GREAT NECK ROAD<br>SUITE 204<br>GREAT NECK NY 11021-3313 | SARAH SIVRIGHT<br>5051 DREW AVE S<br>MINNEAPOLIS MN 55410-2026 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" HAVE RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SCOTT A HOLDAHL<br>705 E 57TH ST<br>MINNEAPOLIS MN 55417-2424 | SOMERSET MFG INC<br>36 GLEN COVE ROAD<br>ROSLYN HEIGHTS NY 11577-1703 | SUSAN BEISANG<br>4 FALCON LANE<br>NORTH OAKS MN 55127-6317 |
| SALLY BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SALLY R BRUTGER<br>7314 PENN AVE S<br>RICHFIELD MN 55423-2821 | SANDI CALVELAGE<br>10727 LINDAHL BLUFFS TRAIL<br>BLOOMINGTON MN 55420-5652 |
| SARAH ROCKLER<br>2950 DEAN PARKWAY APT 1901<br>MINNEAPOLIS MN 55416-4428 | SCOTT BROWN<br>4132 VERNON AVE S<br>STE 207<br>ST LOUIS PARK MN 55416-3193 | SCOTT H RUDD<br>7300 GALLAGHER DRIVE<br>APT 311<br>EDINA MN 55435-3104 |
| SHARON CAREY<br>5237 16TH AVE S<br>MINNEAPOLIS MN 55417-1813 | SHEILA HAGSTROM<br>10391 108TH PLACE N<br>MAPLE GROVE MN 55369-2638 | SIMON G JEWELRY INC<br>WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 |
| SIMON G<br>528 STATE ST<br>GLENDALE CA 91203-1524 | SOFER JEWELRY LLC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 | SOFER JEWELRY LLC<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 |
| SOMERSET MANUFACTURING<br>36 GLEN COVE ROAD<br>EAST HILLS NY 11577-1703 | SPARK CREATIONS INC<br>10 W 46TH ST<br>NEW YORK NY 10036-4515 | STACIE OLSON<br>5300 FARLEY AVE SE<br>DELANO MN 55328-8156 |
| STAR TRIBUNE<br>650 3RD AVE S<br>SUITE 1300<br>MINNEAPOLIS MN 55488-0002 | STARDUST DESIGN<br>550 SOUTH HILL ST<br>SUITE 967<br>LOS ANGELES CA 90013-2429 | STEVEN I HILSENRATH<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| STRINGING BY LUCY<br>8850 RIVER HEIGHTS WAY<br>INVER GROVE HEIGHTS MN 55076-3478 | SUSAN ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN HAYNES<br>CO KATHY SANDLIN<br>9324 PARK AVENUE SOUTH<br>BLOOMINGTON MN 55420-3835 |
| SUSAN K ENGELKING<br>565 EBEN COURT<br>STILLWATER MN 55082-3702 | SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 |
| TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |
| TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 |
| TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 |
| TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 |
| TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 |
| WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE ALREADY RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ZINA
470 BEVERLY DRIVE
BEVERLY HILLS CA 90212-4402

~~EXCLUDE
CHAD A KELSCH
KELSCH LAW FIRM PA
3350 ANNAPOLIS LANE N
STE C
PLYMOUTH MN 55447-5309~~

IPFS CORPORATION CHANDLER
LISA RENEE CHANDLER
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821


JOHN D LAMEY III
980 INWOOD AVENUE NORTH
OAKDALE MN 55128-6625

~~EXCLUDE
NAUNI JO MANTY
MANTY & ASSOCIATES PA
150 SOUTH FIFTH STREET
SUITE 3125
MINNEAPOLIS MN 55402-4200~~

RENEE LINDQUIST
8680 MAGNOLIA TRAIL 212
EDEN PRAIRIE MN 55344-6677


RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER & PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155