# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,                                                                  Chapter 7
                                                                                           BKY 19-40658

                     Debtor.

## ORDER

This case is before the court on the chapter 7 trustee's notice of settlement dated September 1, 2020, as docket No. 194.  No objections having been filed, based upon the notice of settlement,

**IT IS ORDERED:**  The settlement, as described in the notice of settlement dated September 1, 2020, is approved.

Dated:   *September 23, 2020*

                                                      /e/ Kathleen H. Sanberg
                                                      Kathleen H. Sanberg
                                                      United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/23/2020*
Lori Vosejpka, Clerk, by LH