UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
Bankruptcy 19-40658

**NOTICE OF SETTLEMENT**

TO: The United States Trustee, all creditors, and other parties in interest.

On October 22, 2020, or as soon thereafter as the transaction may be completed, the trustee of the estate will settle a controversy as follows:

The trustee alleges that within 90 days before the petition date, Beny Sofer, Inc received $20,955 from the debtor. As more fully set forth in adversary proceeding 20-04084, the trustee asserts that the transfers are avoidable as a preference under 11 U.S.C. § 547. Beny Sofer has raised defenses. It asserts that the payments were made in the ordinary course of business between it and the debtor.

To settle all claims against Beny Sofer, Beny Sofer will pay $8,000 to the trustee, payable in four consecutive monthly installments of $2,000, beginning October 15, 2020.

Beny Sofer's proof of claim as currently filed [Claim No. 9] is allowed; however, Beny Sofer waives its ability to amend its claim or file another claim under 11 U.S.C. § 502(h),

Provided the settlement is approved by the court and upon receipt of the settlement payment, the parties release each other from any and all avoidance claims connected to this bankruptcy case. Within ten days of receiving the settlement funds, the trustee will file a notice of dismissal with prejudice of adversary proceeding 20-04084.

The trustee believes the settlement is in the best interest of creditors, due to the cost of litigation and the defense of Beny Sofer. The trustee requests that the settlement be approved.

**OBJECTION: MOTION: HEARING**

Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Nauni Manty, Trustee |
| United States Bankruptcy Court | 1015 U.S. Courthouse | 150 South Fifth Street |
| 300 South Fourth Street | 300 South Fourth Street | Suite 3125 |
| 301 U.S. Courthouse | Minneapolis, MN 55415 | Minneapolis, MN 55402 |
| Minneapolis, MN 55415 | | |

Dated: October 1, 2020   By:/e/ Nauni Manty
                                                           Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 10/1/2020, I did cause a copy of the following documents, described below,

Notice of Settlement

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/1/2020

/s/ Nauni J. Manty
Nauni J. Manty
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: SCHEHERAZADE, INC | CASE NO: 19-40658 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |

On 10/1/2020, a copy of the following documents, described below,

Notice of Settlement

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/1/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni J. Manty
Manty & Associates, P.A.
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED RECEIPT OF ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br><br>  LABEL MATRIX FOR LOCAL NOTICING<br>08644<br>CASE 19-40658<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>THU OCT 1 10-22-38 CDT 2020 | BHM CAPITAL LLC<br>785 WESTON RIDGE PARKWAY<br>CHASKA MN 55318-1202 | EMBELLIR GALLERY OF GEMS<br>750 MAIN ST<br>STE 111<br>MENDOTA HEIGHTS MN 55118-3765 |
| EATON HUDSON INC<br>3015 DUNES W BLVD<br>STE 201<br>MOUNT PLEASANT SC 29466-8218 | GALLERIA SHOPPING CENTER LLC<br>CO FAEGRE BAKER DANIELS LLP<br>ATTN- COLIN DOUGHERTY<br>90 SOUTH 7TH ST STE 2200<br>MINNEAPOLIS MN 55402-3924 | GEMCO INTERNATIONAL INC<br>1660 HIGHWAY 100 S STE 578<br>ST LOUIS PARK MN 55416-1566 |
| K TAKAHASHI  CO INC<br>250 E 54TH ST APT 12D<br>NEW YORK NY 10022-4812 | LDM COMPANY<br>SUITE 300<br>4517 MINNETONKA BLVD<br>ST LOUIS PARK MN 55416-5411 | MICHAEL BONDANZA INC<br>CO MORRISON COHEN LLP<br>909 THIRD AVENUE<br>NEW YORK NY 10022-4731 |
| RENEE LINDQUIST<br>8680 MAGNOLIA TRAIL  212<br>EDEN PRAIRIE MN 55344-6677 | DEBTOR<br><br>SCHEHERAZADE INC<br>3181 WEST 69TH STREET<br>EDINA MN 55435 | WELLS FARGO VENDOR FINANCIAL SERV LLC<br>FKA G<br>CO A RICOH USA PROGRAM FDBA IKON FINANC<br>PO BOX 13708<br>MACON GA 31208-3708 |
| ~~EXCLUDE~~<br><br>~~MINNEAPOLIS~~<br>~~301 DIANA E MURPHY US COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415 1320~~ | 6300 YORK AVE S<br>102<br>EDINA MN 55435-2287 | AGLAM INC<br>2409 FROSTED GREEN LANE<br>PLANO TX 75025-6440 |
| AGLAM INC<br>4651 LOUIS AVE<br>LOS ANGELES CA 91316-3924 | AMY HAN<br>249 1ST AVE SOUTH<br>SOUTH ST PAUL MN 55075-2302 | ATT<br>PO BOX 6416<br>CAROL STREAM IL 60197-6416 |
| ABBOT JEWELRY SYSTEMS INC<br>3 CORPORATE DRIVE<br>SUITE 215<br>SHELTON CT 06484-6252 | ADAM ALTMAN<br>901 NORTH THIRD STREET SUITE 140<br>MINNEAPOLIS MN 55401-1169 | ALICIA SCHAAL<br>2919 BUCHANAN STREET NE<br>MINNEAPOLIS MN 55418-2208 |
| ALLIE HAFEZ<br>PO BOX 270534<br>MINNEAPOLIS MN 55427-6534 | AMANDA MORAN<br>7206 STEWART DRIVE<br>EDEN PRAIRIE MN 55346-3248 | AMDEN JEWELRY<br>550 S HILL ST<br>SUITE 950<br>LOS ANGELES CA 90013-2429 |
| AMDEN JEWELRY INC<br>550 S HILL ST SUITE950<br>LOS ANGELES CA  90013-2429 | AMENTA<br>106901 S SAM HOUSTON PARKWAY<br>SUITE 100<br>HOUSTON TX 77071 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF PARTICIPANT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| AMERICAN GEM SOCIETY<br>8881 W SAHARA AVE<br>LAS VEGAS NV 89117-5865 | AMY ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 | AMY J ANDERSON<br>5725 36TH AVE S<br>MINNEAPOLIS MN 55417-2907 |
| ANDREA REISS<br>8325 LABONT WAY<br>EDEN PRAIRIE MN 55344-4425 | ANDREW A GREEN<br>COTTRELL GREEN PA<br>2287 WATERS DR<br>MENDOTA HEIGHTS MN 55120-1363 | ANN BROSCIOUS<br>4523 SHORELINE DRIVE<br>SPRING PARK MN 55384-9755 |
| ANNA FIESER<br>1002 VIRGINIA ST<br>SAINT PAUL MN 55117-5136 | ASSAEL INC<br>589 5TH AVE<br>1154<br>NEW YORK NY 10017-4711 | BEVERLY DANN<br>100 3RD AVE S<br>APT 2602<br>MINNEAPOLIS MN 55401-2722 |
| BHM CAPITAL LLC<br>MESSERLI  KRAMER PA<br>JOSEPH W LAWVER<br>100 S FIFTH STREET 1400 FIFTH STREET T<br>MINNEAPOLIS MN 55402 | BARBARA A WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 | BARBARA ANN WEST<br>17112 SANDY LANE<br>MINNETONKA MN 55345-3353 |
| BARBARA HAMILTON SUSTAD<br>10618 SANOMA RIDGE<br>EDEN PRAIRIE MN 55347-1169 | BARBARA TISEHART<br>1095 NENA COURT<br>STILLWATER MN 55082-4592 | BARCLAY MASTER CARD<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 |
| BECKY CANTLEBERRY<br>34346 45TH AVE<br>MOTLEY MN 56466-2423 | BENY SOFER<br>555 FIFTH AVE<br>NEW YORK NY 10017-2416 | BENY SOFER INC<br>65 ROOSEVELT AVENUE<br>SUITE 103A<br>VALLEY STREAM NY 11581-1106 |
| BERNICK  LIFSON PA<br>5500 WAYZATA BLVD<br>SUITE 1200<br>MINNEAPOLIS MN 55416-1251 | BEST BUY VISA<br>PO BOX 78009<br>PHOENIX AZ 85062-8009 | BETSY BOND<br>3517 FEDERAL DR 303<br>EAGAN MN 55122-1374 |
| BETSY BOND<br>3517 FEDERAL DRIVE<br>SAINT PAUL MN 55122-3509 | BEVERLY DANN<br>2701 N OCEAN BLVD<br>UNIT E301<br>BOCA RATON FL 33431-7015 | BLUE MOON PACKAGING<br>PO BOX 24726<br>JACKSONVILLE FL 32241-4726 |
| BREMER BANK<br>6900 FRANCE AVE S<br>EDINA MN 55435-2002 | BRINKS<br>PO BOX 677444<br>DALLAS TX 75267-7444 | BRINKS GLOBAL SERVICES USA INC<br>580 5TH AVENUE<br>SUITE 400<br>NEW YORK CITY NY 10036-4725 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF PARTICIPANT RECEIPT OF ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

BRUCE CUMMINGS
4012 LORD LYON DR
GIBSONIA PA 15044-9722

CARLA CORPORATION
33 SUTTON AVE
EAST PROVIDENCE RI 02914-3400

CARMEN BERSTAD
25288 W MEADOW LAKE DR
DETROIT LAKES MN 56501-7224

CAROLINE BANKS
4271 SHERIDAN AVE SOUTH APT 408
MINNEAPOLIS MN 55410-1624

CATHERINE SCHURMAN
18117 VALLEY VIEW ROAD
EDEN PRAIRIE MN 55346-4128

CHERIE Y ZACHARY
10223 UPTON PLACE
BLOOMINGTON MN 55431-2879

CLOWNING AROUND
CO DORIS LANE
8320 KARL RIDGE ROAD
LINCOLN NE 68506-7316

CUSTOM BUSINESS FORMS
210 EDGE PLACE NE
MPLS MN 55418-1153

CYNTHIA WIZNER
8970 HILLOWAY ROAD
EDEN PRAIRIE MN 55347-2425

CAMILLA CARLSON
25440 SMITHTOWN ROAD
SHOREWOOD MN 55331-8443

CANON FINANCIAL SERVICES INC
EISENBERG GOLD  AGRAWAL PC
1040 NORTH KINGS HIGHWAY
SUITE 200
CHERRY HILL NJ 08034-1925

CAPITAL ONE
PO BOX 6492
CAROL STREAM IL 60197-6492

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CARLA CORPORATION
PO BOX 14192
EAST PROVIDENCE RI 02914-0192

CAROL J PETERSON
3146B FARNUM DR
EAGAN MN 55121-1921

CAROL SCHUETTE
13230 KERRY LANE
EDEN PRAIRIE MN 55346-3140

CAROLINE BASSETT
4042 ABBOT AVE S
MINNEAPOLIS MN 55410-1001

CARRIE BELL
17038 SADDLE WOOD
MINNETONKA MN 55345-2680

CATHERINE R KRUSE
7692 SOUTH BAY DRIVE
BLOOMINGTON MN 55438-2900

CATHERINE ZIMBA
5454 MAYVIEW ROAD
MINNETONKA MN 55345-5935

CATHY KRUSE
7692 SOUTH BAY DRIVE
BLOOMINGTON MN 55438-2900

CATIE SCHUMAN
29228 VALLEY VIEW ROAD
EDEN PRAIRIE MN 55346

CENTRAL TELEPHONE SALES  SERV
12857 INDUSTRIAL PARK BLVD
MINNEAPOLIS MN 55441-3910

CHARDONNAY DIAMONDS LLC
7 EAST HURON STREET
CHICAGO IL 60611-2290

CHARLOTTE OHANLON
826 9TH STREET NW
ROCHESTER MN 55901-2660

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CHERIE ZACHARY
10223 UPTON PLACE
BLOOMINGTON MN 55431-2879

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CINDY WIZNER
8970 HOLLOWAY ROAD
EDEN PRAIRIE MN 55347-2425

CITY PAGES
PO BOX 790445
SAINT LOUIS MO 63179-0445

CLAIRE WHITE
543 SAXONY COURT
CHASKA MN 55318-1471

CONNOISSEURS CORP
17 PRESIDENTIAL WAY
WOBURN MA 01801-1040

CORPORATE FOUR INSURANCE
7220 METRO BLVD
EDINA MN 55439-2133

CORRIN ROBINSON
249 6TH ST NE
MINNEAPOLIS MN 55413-4202

CULLIGAN
DEPT 8511
PO BOX 77043
MINNEAPOLIS MN 55480-7743

DAVID MELDAHL CARLSON
1003 BOSTON HILL ROAD
EAGAN MN 55123-1539

DEBRA CHESEN
7507 HAROLD AVENUE
GOLDEN VALLEY MN 55427-4858

DIANE YURECKO
9326 COLORADO RD
BLOOMINGTON MN 55438-1506

DOUGLAS J EDWARDS
22038 WILD RIDGE ROAD
ALBERT LEA MN 56007-4931

DAVI J WAGERS
DAVID WAGERS CO CHARLES DAISY
300 FORD ROAD  5
ST LOUIS PARK MN 55426-4806

DAVID M CARLSON
1003 BOSTON HILL ROAD
EAGAN MN 55123-1539

DAVID YOUNG
13943 BIRCHWOOD AVE
ROSEMOUNT MN 55068-3584

DEDE YURECKO
9326 COLORADO RD
BLOOMINGTON MN 55438-1506

DEBBIE CHESEN
7507 HAROLD AVE
GOLDEN VALLEY MN 55427-4858

DEBORAH CLARK MATHEWS
6948 CAVANAUGH GREEN
ROCKFORD MN
55373
ROCKFORD MN 55373-9521

DEBRA ARONE
9724 XERXES ROAD
BLOOMINGTON MN 55431-2466

DIANE LOUISE HARAYDA
6701 THOMAS AVE S
RICHFIELD MN 55423-1958

DONNA BECK
4700 LINWOOD CIRCLE
GREENWOOD MN 55331-9296

DOUGLAS EDWARDS
22038 WILDRIDGE RD
ALBERT LEA MN 56007-4931

DOVES
98 CUTTERMILL RD
SUITE 493
GREAT NECK NY 11021-3006

EATON HUDSON JEWELRY ADVISERS
3015 DUNES WEST BLVD
SUITE 201
MOUNT PLEASANT SC 29466-8218

EFILIGREE INC
PO BOX 1588
MORRISTOWN NJ 07962-1588

ELEMENT TECHNOLOGIES LLC
4470 W 78TH ST CIRCLE
SUITE 200
BLOOMINGTON MN 55435-5419

ELITE DESIGN INC
424 SUNSET DRIVE
HALLANDALE FL 33009-6540

ELITE PROTECTIVE SERVICES INC
PO BOX 117
NEW LONDON MN 56273-0117

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ELLEN HAWKINSON<br>623 N 8TH AVE<br>PMB 184<br>STURGEON BAY WI 54235-2131 | EMILY HAUGH<br>301 14TH AVE N<br>HOPKINS MN 55343-7353 | ERIC WATKINS<br>188 AMHERST STREET<br>SAINT PAUL MN 55105-1912 |
| ERIN E BRYAN<br>DORSEY  WHITNEY LLP<br>50 SOUTH SIXTH ST SUITE 1500<br>MINNEAPOLIS MN 55402-1553 | ERIN M BARCLAY<br>3811 WOODBINE STREET<br>CHEVY CHASE MD 20815-4958 | FIRST NATIONAL BANK OMAHA<br>PO BOX 2557<br>OMAHA NE 68103-2557 |
| FRANK SUNBERG<br>3209 GALLERIA<br>1403<br>MINNEAPOLIS MN 55435-2553 | FREDERICK GOLDMAN INC<br>55 HARTZ WAY<br>SECAUCUS NJ 07094-2425 | FREIDA ROTHMAN<br>80 39TH STREET<br>SUITE 601-23<br>BROOKLYN NY 11232-2604 |
| GARY JOHNSON<br>7310 YORK AVE S<br>201<br>EDINA MN 55435-4729 | GABRIELLE CASEY<br>1360 UNIVERSITY AVE 104420<br>ST PAUL MN 55104-4086 | GAIL BERMAN<br>11915 ST ALBANS HOLLOW DR<br>MINNETONKA MN 55305-3983 |
| GALLERIA SHOPPING CENTER LLC<br>62810 COLLECTION CENTER DRIVE<br>CHICAGO IL 60693-6281 | GAYLE MEYER<br>8001 33RD AVE S<br>D468<br>BLOOMINGTON MN 55425-4639 | GEMCO<br>1660 SOUTH HIGHWAY100<br>SUITE 578<br>ST LOUIS PARK MN 55416-1566 |
| GEMS ONE CORPORATION<br>16 WEST 46TH STREET<br>NEW YORK NY 10036-4503 | GREGG EGGINTON<br>18327 NICKLAUS WAY<br>EDEN PRAIRIE MN 55347-3440 | GRETCHEN COHENOUR<br>609 W 77TH ST<br>WINONA MN 55987 |
| HAMILTON USA<br>PO BOX 72476161<br>PHILADELPHIA PA 19170-6161 | HANSEN CUSTOM JEWELERS<br>6440 FLYING CLOUD DR<br>115<br>EDEN PRAIRIE MN 55344-3321 | HARVEY WEISS<br>11988 PENDLETON COURT<br>EDEN PRAIRIE MN 55347-4945 |
| HELEN WINDER<br>6533 PAMELL AVE<br>EDINA MN 55435 | I REISS<br>45 NORTH STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 | IREISS CO INC<br>45 N STATION PLAZA<br>SUITE 406<br>GREAT NECK NY 11021-5011 |
| IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY NJ 07302-3821 | INDOFF INC<br>PO BOX 842808<br>KANSAS CITY MO 64184-2808 | JEAN JOHNSON<br>9332 80TH AVE SW<br>STEWARTVILLE MN 55976-8207 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| JOLEEN M MOEN<br>790 WOODLAND DRIVE SE<br>FOREST LAKE MN 55025-1622 | JORDAN ALAN LARSEN<br>504 SOUTH 7TH ST<br>OLIVIA MN 56277-1582 | JOSEPH YURECKO<br>JOE YURECKO<br>315 CLOVERLEAF DR<br>GOLDEN VALLEY MN 55422-5106 |
| JOSEPH YUREKO<br>315 CLOVER LEAF DRIVE<br>GOLDEN VALLEY MN 55422-5106 | JUDITH H FREEBERG<br>8624 PINE HILL ROAD<br>BLOOMINGTON MN 55438-1340 | JACKIE GOLDARIS<br>5701 WYCLIFFE ROAD<br>EDINA MN 55436-2264 |
| JAMES CONWAY<br>4075 W 51ST ST<br>209<br>EDINA MN 55424-1410 | JANET DOUGLAS<br>5513 COUNTRYSIDE ROAD<br>EDINA MN 55436-2503 | JANET POKORNY<br>20329 ISLANDVIEW CIRCLE<br>LAKEVILLE MN 55044-4921 |
| JAYNE KENNELLY<br>14207 GLEN LAKE DR<br>MINNETONKA MN 55345-4978 | JEANNE KENADY<br>3964 PRINCETON AVE<br>ST LOUIS PARK MN 55416-3019 | JEFF YURECKO<br>4532 RUTLEDGE AVE<br>EDINA MN 55436-1419 |
| JEFFREY C ROBBINS ESQ<br>AVISEN<br>901 MARQUETTE AVE SUITE 1675<br>MINNEAPOLIS MN 55402-3275 | JENNELLE R GOOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 | JENNELLE R GOODRIE<br>10500 VIRGINIA CIR<br>BLOOMINGTON MN 55438-2022 |
| JENNIFER SIMON<br>3209 GALLERIA<br>1701<br>EDINA MN 55435-2556 | JESSICA DANLER<br>14850 GILLASPIE RD<br>WAMEGO KS 66547-9343 | JESSICA POTTS<br>320 EAST 152ND ST<br>BURNSVILLE MN 55306-5008 |
| JEWELERS MUTUAL INSURANCE<br>25804 NETWORK PLACE<br>CHICAGO IL 60673-1258 | JEWELERS SERVICE CO INC<br>1300 GODWARD ST NE<br>MINNEAPOLIS MN 55413-1741 | JEWELRY WORKS LLC<br>2502 HILLSBORO AVE N<br>GOLDEN VALLEY MN 55427-3107 |
| JO MUNDY<br>5500 GROVE STREET<br>EDINA MN 55436-2212 | JODY HARDER<br>2800 BAILEY COURT<br>NEWPORT MN 55055-4500 | JOLEEN MOEN<br>790 WOODLAND DR SE<br>FOREST LAKE MN 55025-1622 |
| JOYCE SWANSON<br>249 INTERLACHEN ROAD<br>HOPKINS MN 55343-8525 | JULIA JEVNICK<br>3508 IVY PLACE<br>WAYZATA MN 55391-9746 | JULIE JEVNICK<br>9487 MCGEE WAY<br>EDEN PRAIRIE MN 55347-3494 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KAREN M TATE                      KATHLEEN DEYOUNG                  KELLI M DALY
6315 JAMES AVENUE SOUTH           5224 KNOX S                       5520 GIRARD AVE S
RICHFIELD MN 55423-1229           MPLS MN 55419-1042                MPLS MN 55419-1651



KENNETH J ROBINSON                KIR                               KONSTANTINO INC
11383 ENTREVAUX DRIVE             6525 GUN PARK DR                  CO DAVID H WANDER ESQ
EDEN PRAIRIE MN 55347-2862        SUITE 370-413                     DAVIDOFF HUTCHER  CITRON LLP
                                  BOULDER CO 80301-3346             605 THIRD AVE
                                                                    NEW YORK NY 10158-3499



KAREN J DEKRO                     KAREN MOODY                       KAREN QUIST
4226 HARRIET AVE S                2505 SKYBLUE CT                   3417 BRYANT AVE S
MINNEAPOLIS MN 55409-1836         WHITE BEAR LAKE MN 55110-4770     MINNEAPOLIS MN 55408-4111



KAREN TATE                        KATE MAYBERRY                     KATE WALLIN
6315 JAMES AVE                    PO BOX 15                         1950 GRANT ALCOVE
RICHFIELD MN 55423-1229           HAYWARD WI 54843-0015             EAGAN MN 55122-2458



KATE WALTERS                      KATHERINE REYNOLDS                KATHY WINNICK
18986 FIRETHORN PT                23 HIGHVIEW TERRACE               4680 OLD KENT ROAD
EDEN PRAIRIE MN 55347-2106        BLOOMFIELD NJ 07003-3121          DEEPHAVEN MN 55331-9267



KELLI WENTZ                       KERI SMASAL                       KEVIN DYBAL
3641 422ND AVE S                  9607 CHICAGO AVE S                793 HAVENVIEW CT
MINNEAPOLIS MN 55406              BLOOMINGTON MN 55420-4524         MENDOTA HEIGHTS MN 55120-1800



KEVIN DYBDAL                      KIM LEE                           KONSTANTINO
793 HAVENVIEW CT                  14350 ROBIN ROAD NE               3315 N 124TH ST
MENDOTA HEIGHTS MN 55120-1800     PRIOR LAKE MN 55372-1292          SUITE N
                                                                    BROOKFIELD WI 53005-3105



LDM COMPANY                       LORI SANDBERG                     LAI CHING WOO
4517 MINNETONKA BLVD              PO BOX 1125                       16965 GALLEON CIRCLE
STE 300                           CHANHASSEN MN 55317-1125          ROSEMOUNT MN 55068-1993
MINNEAPOLIS MN 55416-5411



LAPP LIBRA THOMSON                LAUREN GJOVIG                     LAVENDER MEDIA INC
120 S 6TH ST                      1215 HILLCOURT                    7701 YORK AVE S
SUITE 2500                        WILLISTON ND 58801                SUITE 225
MINNEAPOLIS MN 55402-5155                                           EDINA MN 55435-5884
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LEDDEL DESIGNS                      LETHERT SKWIRA SCHULTZ              LINDA GARETZ
675 MARINERS ISLAND BLVD            170 E SEVENTH PLACE                 6300 YORK AVE S
400                                 SUITE 100                           102
SAN MATEO CA 94404-1062             SAINT PAUL MN 55101-2361            EDINA MN 55435-2287


LINDA R GARETZ                      LINDA SCHILTZ                       LINDA STANDAGE
6300 YORK AVE S                     11957 TIFFANY LANE                  93846 VIKING WAY
102                                 EDEN PRAIRIE MN 55344-5384          STURGEON LAKE MN 55783-3534
EDINA MN 55435-2287


LINDA THIELEN                       LINEA BAUSSAN                       LISA A ESTLOW
11201 INDEPENDENCE AVE              265 CESAR CHAVEZ ST                 100 SHASTA CIR W
CHAMPLIN MN 55316-3119              SAINT PAUL MN 55107-2352            CHANHASSEN MN 55317-9470


LISA ERICKSON                       LISA ESTLOW                         LORI SCHAAR
3225 W 38TH ST                      100 SHASTA CIRCLE                   PO BOX 1125 CHANHASSEN
MINNEAPOLIS MN 55410-1158           CHANHASSEN MN 55317-9470            CHANHASSEN MN 55317-1125


LYNNE ASPNES                        MARTHA EK BELTZ                     MINNEAPOLIS GEMOLOGICAL SERVICES
PO BOX 261                          12415 TANAGER DR NW                 CO CARL WEIMER
PETOSKEY MI 49770-0261              GIG HARBOR WA 98332-7865            1316 LIBERTY CT
                                                                        NORTHFIELD MN 55057-2915


MAD MONKEY MEDIA                    MAGGIE HENJUM                       MARGARET BUCHANAN
PO BOX 302                          3224 WEBSTER AVE                    5400 VERNON AVE S
SAINT MICHAEL MN 55376-0302         ST LOUIS PARK MN 55416-2131         5400 VERNON AVE S APT 301 MN 55436
                                                                        -2341


MARGARET KENNEALLY                  MARGARET MACRAE                     MARGARET MARSH
6220 W 34TH ST                      4940 DODD ROAD                      526 COUNTY ROAD 9 SE
1                                   SAINT PAUL MN 55123-2350            WILLMAR MN 56201-4749
ST LOUIS PARK MN 55416-2078


MARGARET THOMAS                     MARILYN J RUDD                      MARILYN PALMER
267 WEAVER ST                       141 EAST 105TH STREET CIR           1 RIVERCREST LANE
MANKATO MN 56001-4664               MINNEAPOLIS MN 55420-5309           STILLWATER MN 55082-4258


MARILYN AND BILL KUEHL              MARLENE PAULEY                      MARSHA SHOTLEY
1524 CREEK LANE                     5700 DUNCAN LANE                    13928 21ST ST N
NORTHFIELD MN 55057-3403            EDINA MN 55436-1604                 STILLWATER MN 55082-1502
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MARSHA UNTHANK<br>1014 W 53RD ST<br>MINNEAPOLIS MN 55419-1166 | MARTI BELTZ<br>1901 PENN AVE<br>MINNEAPOLIS MN 55405-2210 | MARY ANN CAMPO<br>510 W 53RD ST<br>MINNEAPOLIS MN 55419-1225 |
| MARY BARND<br>413 E 99TH ST<br>BLOOMINGTON MN 55420-4951 | MARY JANE HASCHIG<br>4909 STEEPLECHASE CT<br>EAGAN MN 55122-3046 | MARY JEANNE LEVITT<br>1999 WELLSLEY AVE<br>SAINT PAUL MN 55105-1619 |
| MARY SONNEN<br>5920 OSGOOD ST S<br>AFTON MN 55001-9679 | MAXINE JEFFRIS<br>6629 LOGAN AVE S<br>RICHFIELD MN 55423-2164 | MELANIE TSCHIDA<br>1134 IVY HILL DR<br>MENDOTA HEIGHTS MN 55118-1829 |
| MERYLL PAGE<br>2825 MONTERY PARKWAY<br>ST LOUIS PARK MN 55416-3959 | MICHAEL BONDANZA INC<br>10 EAST 36TH ST<br>NEW YORK NY 10016-3302 | MICHAEL HENDERSON<br>2783 WAGON WHEEL CURVE<br>CHASKA MN 55318-1580 |
| MIMI BAKER<br>3900 W 25TH ST<br>MINNEAPOLIS MN 55416-3865 | MINNEAPOLIS GEMOLOGICAL SERV<br>1316 LIBERTY COURT<br>NORTHFIELD MN 55057-2915 | MOORE CREATIVE TALENT<br>3130 EXCELSIOR BLVD<br>MINNEAPOLIS MN 55416-4667 |
| NSP DBAXCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | NAMBE<br>200 W DEVARGAS ST<br>SUITE B<br>SANTA FE NM 87501-2643 | NANCI KNOTT CO<br>280 SHEFFIELD ST<br>MOUNTAINSIDE NJ 07092-2328 |
| NANCY HEINERSCHEID<br>3116 W LAKE ST<br>313<br>MINNEAPOLIS MN 55416-5258 | NANCY MCDANIELS<br>1938 SHERIDAN AVE<br>SAINT PAUL MN 55116-2657 | NANTAWAN LEWIS<br>1225 LASALLE AVE<br>2104<br>MINNEAPOLIS MN 55403-2332 |
| INTERNATIONAL<br>NEW ITALIAN ART<br>VIA TRIESTE 615048<br>VALENZA ITALY | NICOLE J PAULBICK<br>238 CRETIN AVENUE SOUTH 2<br>SAINT PAUL MN 55105-1259 | NICOLE J PAULBICK<br>238 CRETIN AVE S<br>2<br>SAINT PAUL MN 55105-1259 |
| ODELIA JEWELRY<br>62 W 47TH ST<br>SUITE 601<br>NEW YORK CITY NY 10036-3201 | OSCAR HEYMAN BROTHERS INC<br>501 MADISON AVE<br>NEW YORK CITY NY 10022-5676 | PAULA MURRAY<br>710 KELSEY AVENUE 204<br>CLEARWATER MN 55320-1321 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PENELOPE  STEVEN RAKES              PREFERRED ONE INSURANCE              PARCEL PRO LLC
6201 MILDRED AVE                    COMMERCIAL COLLECTORS INC            PO BOX 419398
EDINA MN 55436-2606                 PO BOX 337                           BOSTON MA 02241-9398
                                    MONTROSE MN 55363-0337



PAT DAY                             PATRICIA EBBERT                      PAULA MURRAY
10632 UTICA ROAD                    3806 ABBOTT AVE S                    725 MINNESOTA STREET
BLOOMINGTON MN 55437-2854           MINNEAPOLIS MN 55410-1035            MONTICELLO MN 55362-5800



PAWNWORKS                           PITNEY BOWES GLOBAL FINANCIAL SERVICES   PLASTICREST PRODUCTS INC
1301 RIVERWOOD DR                   LLC                                      4519 W HARRISON ST
UNIT 1                              27 WATERVIEW DRIVE                       CHICAGO IL 60624-3099
BURNSVILLE MN 55337-1547            SHELTON CT 06484-4301



PRECIOUS JEWELRY                    RQC LTD                              REBECCA M BJORNSON
PO BOX 5381                         370 S YOUNGS ROAD                    5343 PORTLAND AVENUE SOUTH
NEW YORK NY 10185-5381              WILLIAMSVILLE NY 14221-7092          MINNEAPOLIS MN 55417-1722



REBECCA M BJORNSON                  RENEE LINDQUIST                      RICHARD DAHLIN
5343 PORTLAND AVE                   8680 MAGNOLIA CT                     4652 BLUEBELL TRAIL N
MINNEAPOLIS MN 55417-1722           212                                  MEDINA MN 55340-4573
                                    EDEN PRAIRIE MN 55344-6677



RICHARD L DAHLIN                    RIO GRANDE                           ROBERT C KLEIN  ASSOC
4652 BLUEBELL TRAIL N               7500 BLUEWATER ROAD NW               8900 PENN AVE S
MEDINA MN 55340-4573                ALBUQUERQUE NM 87121-1962            SUITE 101
                                                                         MINNEAPOLIS MN 55431-2099



ROBERT J STRUYK TRUSTEE             ROBIN YOUNG                          ROFFERS GROUP LLC
DORSEY  WHITNEY                     5124 NOLAN DRIVE                     218 WASHINGON AVE N
401 E EIGHTH ST SUITE 319           MINNETONKA MN 55343-8900             SUITE 220
SIOUX FALLS SD 57103-7031                                                MINNEAPOLIS MN 55401-2215



ROGER POMEROY                       RUTH A AND RAYMOND A REISTER         RUTH A AND RAYMOND A REISTER
8050 PENNSYLVANIA RD                CHARITABLE TR                        CHARITABLE TR
BLOOMINGTON MN 55438-1135           401 E 8TH ST                         ERIN BRYAN ESQ
                                    SUITE 319                            DORSEY  WHITNEY LLP
                                    SIOUX FALLS SD 57103-7031            50 SOUTH SIXTH STREET SUITE 1500
                                                                         MINNEAPOLIS MN 55402-1553



RUTH LORDAN                         S KASHI                              SARAH SIVRIGHT
6453 BARRIE ROAD                    175 GREAT NECK ROAD                  5051 DREW AVE S
EDINA MN 55435-2301                 SUITE 204                            MINNEAPOLIS MN 55410-2026
                                    GREAT NECK NY 11021-3313
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECEIPIENT" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

SCOTT A HOLDAHL                     SOMERSET MFG INC                   SUSAN BEISANG
705 E 57TH ST                       36 GLEN COVE ROAD                  4 FALCON LANE
MINNEAPOLIS MN 55417-2424           ROSLYN HEIGHTS NY 11577-1703       NORTH OAKS MN 55127-6317


SALLY BRUTGER                       SALLY R BRUTGER                    SANDI CALVELAGE
7314 PENN AVE S                     7314 PENN AVE S                    10727 LINDAHL BLUFFS TRAIL
RICHFIELD MN 55423-2821             RICHFIELD MN 55423-2821            BLOOMINGTON MN 55420-5652


SARAH ROCKLER                       SCOTT BROWN                        SCOTT H RUDD
2950 DEAN PARKWAY APT 1901          4132 VERNON AVE S                  7300 GALLAGHER DRIVE
MINNEAPOLIS MN 55416-4428           STE 207                            APT 311
                                    ST LOUIS PARK MN 55416-3193        EDINA MN 55435-3104


SHARON CAREY                        SHEILA HAGSTROM                    SIMON G JEWELRY INC
5237 16TH AVE S                     10391 108TH PLACE N                WILLIAM J STAVOLE
MINNEAPOLIS MN 55417-1813           MAPLE GROVE MN 55369-2638          TUCKER ELLIS LLP
                                                                       950 MAIN AVENUE SUITE 1100
                                                                       CLEVELAND OH 44113-7213


SIMON G                             SOFER JEWELRY LLC                  SOFER JEWELRY LLC
528 STATE ST                        65 ROOSEVELT AVENUE                555 FIFTH AVE
GLENDALE CA 91203-1524              SUITE 103A                         NEW YORK NY 10017-2416
                                    VALLEY STREAM NY 11581-1106


SOMERSET MANUFACTURING              SPARK CREATIONS INC                STACIE OLSON
36 GLEN COVE ROAD                   10 W 46TH ST                       5300 FARLEY AVE SE
EAST HILLS NY 11577-1703            NEW YORK NY 10036-4515             DELANO MN 55328-8156


STAR TRIBUNE                        STARDUST DESIGN                    STEVEN I HILSENRATH
650 3RD AVE S                       550 SOUTH HILL ST                  65 ROOSEVELT AVENUE
SUITE 1300                          SUITE 967                          SUITE 103A
MINNEAPOLIS MN 55488-0002           LOS ANGELES CA 90013-2429          VALLEY STREAM NY 11581-1106


STRINGING BY LUCY                   SUSAN ENGELKING                    SUSAN HAYNES
8850 RIVER HEIGHTS WAY              565 EBEN COURT                     CO KATHY SANDLIN
INVER GROVE HEIGHTS MN 55076-3478   STILLWATER MN 55082-3702           9324 PARK AVENUE SOUTH
                                                                       BLOOMINGTON MN 55420-3835


SUSAN K ENGELKING                   SUSAN MCINTOSH                     SUSAN SCHAEFER
565 EBEN COURT                      1405 NE 4TH PLACE                  1920 1ST STREET SOUTH
STILLWATER MN 55082-3702            FORT LAUDERDALE FL 33301-1371      1806
                                                                       MINNEAPOLIS MN 55454-1270
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 | TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 |
| TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 | THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 |
| TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 | TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 |
| TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 | TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 |
| TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 | TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 |
| TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ |
| VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 | VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 |
| WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 | WELLS FARGO VENDOR FINANCIAL SERVICES LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 |
| WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 | WILLSON DECLARATION OF TRUST<br>CO WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | YEDDA MARKS<br>4508 GARRISON LANE<br>EDINA MN 55424-1847 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ZINA
470 BEVERLY DRIVE
BEVERLY HILLS CA 90212-4402

EXCLUDE
~~CHAD A KELSCH~~
~~KELSCH LAW FIRM PA~~
~~3350 ANNAPOLIS LANE N~~
~~STE C~~
~~PLYMOUTH MN 55447-5309~~

IPFS CORPORATION CHANDLER
LISA RENEE CHANDLER
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821


JOHN D LAMEY III
980 INWOOD AVENUE NORTH
OAKDALE MN 55128-6625

EXCLUDE
~~NAUNI JO MANTY~~
~~MANTY + ASSOCIATES PA~~
~~150 SOUTH FIFTH STREET~~
~~SUITE 3125~~
~~MINNEAPOLIS MN 55402-4200~~

RENEE LINDQUIST
8680 MAGNOLIA TRAIL 212
EDEN PRAIRIE MN 55344-6677


RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER + PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155