UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 7<br>Case No. 19-40658 |
| Scheherazade, Inc., | |
| Debtor. | |

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTANT**

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of Tibble & Wesler, CPA PC as accountant is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: prepare income tax returns for the bankruptcy estate and other accounting duties.

3. Tibble & Wesler, CPA PC, 2813 West Main Street, Kalamazoo, Michigan, 49006, is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $125 to $275 per hour. Expenses to be billed at actual cost.

5. Said professional has disclosed to the undersigned that it does not have any connections with the debtor, creditors or any other party in interest, their respective attorneys, accountants, the United States Trustee or any person employed in the office of the United States Trustee.

WHEREFORE, applicant prays that the court approve such employment by the trustee.

Dated: December 22, 2020

*/e/ Nauni Manty*
Nauni Manty, Trustee
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402
Phn: (612) 465-0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Scheherazade, Inc.,

Debtor.

Chapter 7
Case No. 19-40658

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Cheryl G. Wesler, of Tibble & Wesler, CPA PC, the professional named in the application for employment on behalf of the bankruptcy estate, declare under penalty of perjury the following:

1. Tibble & Wesler, CPA PC does not hold or represent any interest adverse to the estate and is disinterested as required by 11 U.S.C. §327.

2. Tibble & Wesler, CPA PC does not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the offices of the United States Trustee, except for the following: None

Dated: 12/22/2020

Cheryl G. Wesler
Tibble & Wesler, CPA PC
2813 West Main Street
Kalamazoo, MI 49006-2901
(877) 237-8167, Ext. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                                                Chapter 7
Case No. 19-40658

Scheherazade, Inc.,

        Debtor.

**ORDER**

The trustee's application to employ Tibble & Wesler, CPA PC as her accountant came before the court. Based on the application, the recommendation of the United States Trustee, and 11 U.S.C. §327,

IT IS ORDERED: The employment is approved.

Date:

Kathleen H. Sanberg
United States Bankruptcy Judge