US Bankruptcy Court: Regarding Scheherazade Inc Bankruptcy

Case # 19-40658-KHS

I am a creditor requesting a change of address for KURT and Jody Harder

2202 Cedar Knoll Court
Bel Air, Maryland
21015

Thank you
Jody Harder

phone 651-492-8592 – Jody
651-402-8251 – Kurt
if any questions

→ Please confirm this letter received and address changed to any below:
① 651-492-8592 – may leave detailed message
② JodyHarder@gmail.com
③ KurtHarder@comcast.net

new home address:
2202 Cedar Knoll Court
Bel air, Maryland 21015