UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                              BKY 19-40658
                                                                    Chapter 7
Scheherazade, Inc.

                        Debtor.

---

### NOTICE OF HEARING AND MOTION OBJECTING TO CLAIM OF DOUGLAS EDWARDS

TO:     The claimant and other entities specified in Local Rules 9013-3(a) and 3007-1:

1.     Nauni Manty, the chapter 7 trustee of the bankruptcy estate of the debtor, moves the court for the relief requested below and gives notice of hearing.

2.     The court will hold a hearing on this motion on **Wednesday, February 17, 2021,** at **9:30 a.m.,** before the Honorable Kathleen H. Sanberg**,** in Courtroom No. 8 West, at the United States Courthouse, at 300 South Fourth Street, in Minneapolis, Minnesota 55415.

3.     Any response to this motion must be filed and served not later than **Friday, February 12, 2021** which is five days before the time set for the hearing (including Saturdays, Sundays and holidays). **UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.**

4.     This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. The petition commencing this chapter 7 case was filed on March 10, 2019. This proceeding is a core proceeding. This case is now pending before this court.

5.     This motion arises under 11 U.S.C. §§ 502, Fed. R. Bankr. P. 3007, 9013 and 9014 and Local Rules 3007-1, 9006-1, 9013-1 and 9013-3.

6.      Douglas Edwards filed two claims in this bankruptcy, claim no. 96 which has been amended to a general unsecured claim in the amount of $75,000 and claim no. 174 in the amount of $75,180.00.  A copy of amended claim no 96 is attached as <u>Exhibit A</u> and a copy of claim no. 174 is attached as <u>Exhibit B.</u>

7.      The trustee's office originally corresponded with Mr. Edwards about amending claim no. 96.  Instead of amending, Mr. Edwards filed a second claim, claim no. 174.  The trustee's office again corresponded with Mr. Edwards about the error and resulting duplicate claim.  Mr. Edwards then filed an amendment to claim no. 96.

7.      The trustee requests that claim 174 be disallowed as a duplicate of amended claim 96.  Note that the trustee has no objection to the amount of $75,000 for amended claim 96 and believes that claim should be allowed.

**WHEREFORE**, the trustee requests that claim 174 filed by Douglas Edwards be disallowed.

MANTY & ASSOCIATES, P.A.

Dated:  January 14, 2021          /e/ Mary F. Sieling
_____
Nauni Manty (#230352)
Mary F. Sieling (#389893)
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
Phone: (612) 465-0990
Email: mary@mantylaw.com

*Attorneys for the Chapter 7 Trustee*

Send original to:

U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Fill in this information to identify the case:

Debtor 1     Scheherazade, Inc

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Minnesota

Case number   19-40658

RECEIVED

2020 NOV - 2  AM 10: 48

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Douglas Edwards
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Douglas Edwards
Name

ZZO38  WILD RIDGE ROAD
Number     Street

ALBERT LEA  MN    56007
City          State        ZIP Code

Contact phone  507-291-4474

Contact email  dougedwardsdc
@ gmail.com

Where should payments to the creditor be sent? (if different)

Name

Number     Street

City          State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known)  96

AMENDING CLAIM # 96

Filed on  05/09/2019
          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

---

**7. How much is the claim?**   $ _75,000_____ . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_Sold Consignment Jewelry_____

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                              $_____

**Amount of the claim that is secured:**        $_____

**Amount of the claim that is unsecured:**    $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed
☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

Exhibit A

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ **Yes.** *Check all that apply:*

**Amount entitled to priority**

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.

$_____

\* Amounts are subject to adjustment on 4/01/2019 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/29/2020
                  MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Douglas Edwards      — JAMES —
            _____
            First name          Middle name           Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     22038  WILD RIDGE ROAD
            _____
            Number        Street
            ALBERT LEA                    MN        56007
            _____
            City                          State     ZIP Code

Contact phone  507-291-4474              Email   dougedwardsoc @
                                                 gMAIL.COM

Exhibit A

| Fill in this information to identify the case: |
| :-- |

Debtor 1 **Scheherazade, Inc**

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: _____ District of _____

Case number **19-40658**

RECEIVED
2020 APR 23  AM 10: 25
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Send original to:
U.S. Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| :-- | :-- |

**1. Who is the current creditor?**

**Douglas J. Edwards**
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

**Douglas J. Edwards**
Name
**22038 Wild Ridge Road**
Number      Street
**Albert Lea      MN    56007**
City          State        ZIP Code

Contact phone **507 391 4474**

Contact email ~~*********~~
**dougedwardsdc@gmail.com**

Uniform claim identifier for electronic payments in chapter 13 (if you use one): **N/A**
_____

Where should payments to the creditor be sent? (if different)

Name _____
Number      Street _____
City          State        ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____ / _____ / _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes.  Who made the earlier filing? _____

Proof of Claim
Exhibit B

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |

**6. Do you have any number you use to identify the debtor?**

☒ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?**

$ *75,180* . Does this amount include interest or other charges?

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

*He Took My deceased Wifes Jewelry ON Assignment SoiD The Jewelry AND the SOB STole My Money "To PAY For My SoN's College! AND He KepT iT*

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:                    $_____
Amount of the claim that is secured:  $_____
Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:   $_____

Annual Interest Rate (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. Amount necessary to cure any default as of the date of the petition.   $_____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☐ No | | Amount entitled to priority |
| --- | --- | --- | --- |

☐ Yes. *Check all that apply:*

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $ *2,850*

☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $ *12,850*

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/2019 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  04 / 17 / 2020
                  MM / DD / YYYY

_____
Signature

Print the name of the person who is completing and signing this claim:

Name    *Douglas          James          Edwards*
        First name        Middle name    Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  *22038   Wild Ridge Road*
         Number      Street
         *Albert Lea*          *MN*        *56007*
         City                  State       ZIP Code

Contact phone  *507 391 4474*     Email  *dougedwardsdc@gmail.com*

This is The List of WHAT I brought up.

| #1A | $1200 | $720 | #24 | $2000 | $1200 |
|---|---|---|---|---|---|
| #2A | $600 | $360 | #29 | $1500 | $900 |
| #4A | $2500 | $1500 | #31 (sheet missing) | $4000 | $2400 |
| #4B | $1500 | $900 | #33 | $8000 | $4800 (Needs Repair) |
| #5 | $1200 | $720 | #35 | $2500 | $1500 |
| #7A | $6000 | $3600 | #36 | $800 | $480 |
| #7B | $2500 | $1500 | #38 | $600 | $360 |
| #8A | $10,000 | $6,000 | #39 | $2500 | $1500 |
| #8B | scrap | | #40 | $3000 | $1800 |
| #9 | $800 | $480 | #41 | $1000 | $600 |
| #10A | $2500 | $1500 | #42 | $4000 | $2400 |
| #10B | scrap | | #43 | $3000 | $1800 |
| #11 | $1500 | $900 | #45 | $6000 | $3600 |
| #12 | $3000 | $1800 | #46 | $5100 | $3000 |
| #13 | $1000 | $600 | #47 | $2500 | $1500 |
| #14B | $1000 | $600 | #48 | $1500 | $900 |
| #16 | $1500 | $900 | #49 | $3000 | $1800 |
| #17 | $10,000 | $6000 | #51A | $7400 | unknown |
| #19 | $1200 | $720 | #51B | $2000 | $1200 |
| #20 | $600 | $360 | #51C | $600 | $360 |
| #21 | $8000 | $4800 | #52 | no sheet | |
| #22 | $6000 | $3600 | #53 | $8000 | $4800 |
| #23 | $1200 | $720 | Totals | $132.800 | $75,180 |

RETAIL

WHAT # DO YOU WANT ??

my 0/0

Exhibit B

*Contact for Offers    Lisa Zacharias    #1A  #1

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Home # 507-377-0590

Name: Douglas Edwards    Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): 18Ky Mosaic Pendant w/ Black Coral

*Very small amount of Mosaic missing on outer edge

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1200—

   Customer: $ 900    Scheherazade: $ 600—

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off .

   Customer: $ _____    Scheherazade: $ _____ .

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____

**Scheherazade Authorized Signature**

Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: ___/___/___    Receipt # _____    CAMS # 123721    Price Sold For $ _____

-------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

## Scheherazade Consignment Merchandise Form

**#2A**

Consignor Information:

Name: Douglas Edwards ___ Phone(s): Home # 507-377-0590 Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: ___ Other Contact Information: ___

Description of Consigned Item per Consignor (One item per Form): Dia Earrings w/Omega Backs 14kg 1.50ctw Aprox

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

 NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 600~

 Customer: $ 360.00 ___ Scheherazade: $ 240.00 ___.

 If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off ___.

 Customer: $ ___ Scheherazade: $ ___.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

 ___ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this __2nd__ day of __May__, 20_17_ at Edina, MN 55435.

By: ___

**Scheherazade Authorized Signature**

**Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

----

Date Sold: ___/___/___ Receipt # ___ CAMS # ___ Price Sold For $ ___

----

Returned to Consignor Date: ___/___/___ Consignor Signature for Return: ___

Exhibit B

*Contact by offers    Lisa Zacharias 4A
#4A

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: Douglas Edwards          Home # 507-377-0590

Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Platinum Pendant
w/ 1.5ctw approx

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 2500 —

   Customer: $ 1,500          Scheherazade: $ 1,000 —

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off .

   Customer: $_____  Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____          _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: ___/___/___  Receipt # _____  CAMS # 123718  Price Sold For $ _____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

*Contact for offers   Lisa Zacharias   # 4B

# Scheherazade Consignment Merchandise Form

Consignor Information:

Name: Douglas Edwards     Phone(s): Home # 507-377-0590   Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email:_____ Other Contact Information:_____

Description of Consigned Item per Consignor (One item per Form): Emerald + Diamond Pendant
_____ Platinum
_____ w/ Accent diamonds

Value of Consigned Item per Consignor (what is item insured for?):____N/A____

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $____1500____
Customer: $____900____     Scheherazade: $____600____.
If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $____10% off____.
Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this ___2nd___ day of ___May___, 20_17_ at Edina, MN 55435.

By: _____     _Lisa Zacharias_
Scheherazade Authorized Signature     Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: ___/___/___ Receipt #_____ CAMS # __123717__ Price Sold For $_____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

Exhibit B

※ Contact by offers 1st on offer to Lisa Zacharias #5

## Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: Douglas Edwards        Phone(s): Home# 507-377-0590  Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Ruby (oval) Ring 14K Y

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1200 —

   Customer: $ 720 —        Scheherazade: $ 480 —

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off

   Customer: $_____  Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____        _____

Scheherazade Authorized Signature        Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

Date Sold: ___/___/___  Receipt # _____  CAMS # 123744  Price Sold For $ _____

Returned to Consignor Date: ___/___/___        Consignor Signature for Return: _____

Exhibit B

*Contact for offers*                                              Lisa Zacharias **#7A**

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: Douglas Edwards          Phone(s): Home # 507-377-0590  Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Diamond + Ruby Pendant
Platinum
over 2.0 ctw

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 6000
   Customer: $ 3600            Scheherazade: $ 2400
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off .
   Customer: $_____    Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____          _____
**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: __/__/____  Receipt #_____  CAMS # 123713  Price Sold For $_____

-------------------------------------------------------------------

Returned to Consignor Date: __/__/___    Consignor Signature for Return: _____

Exhibit B

*Contact for offers*      Lisa Zacharias   7B

**#7B**

## Scheherazade Consignment Merchandise Form

Consignor Information:

Home # 507-377-0590

Name: _Douglas Edwards_    Phone(s): Cell # 507-291-4474

Address: _22038 Wildridge Road, Albert Lea, MN 56007_

Email:_____    Other Contact Information:_____

Description of Consigned Item per Consignor (One item per Form): _Platinum Diamond Pendant over 1.5ctw_

Value of Consigned Item per Consignor (what is item insured for?):____ N/A ____

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

     NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $___3,000___

Customer: $___1800___    Scheherazade: $_____.

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $___40% off___.

Customer: $_____    Scheherazade: $_____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this ___2nd___ day of ___May___, 20_17_ at Edina, MN 55435.

By: _____

Scheherazade Authorized Signature

Consignor Signature: **I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.**

-------------------------------------------------------------------

Date Sold: ___/___/___ Receipt #_____ CAMS # _128712_ Price Sold For $_____

-------------------------------------------------------------------

Returned to Consignor Date: ___/___/___ Consignor Signature for Return: _____

*Contact for Offers    Lisa Zacharias    #8A

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: Douglas Edwards        Phone(s): Home # 507-377-0590    Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Diamond Bracelet
w/ 95 Round diamonds @ 6.5 ctw
14k w    Aprox

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 10,000

   Customer: $ 6000        Scheherazade: $ 4000 .

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off .

   Customer: $_____    Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____    _____

**Scheherazade Authorized Signature**    **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: ___/___/___    Receipt # _____    CAMS # 123714    Price Sold For $ _____

-------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

*Contact for Offers Lisa Zacharias 9
#9

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: Douglas Edwards     Phone(s): Home# 507-377-0590 Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Victorian Inlaid Floral Bracelet Gold Filled

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 800

   Customer: $ 480          Scheherazade: $ 320

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off .

   Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____          _____

**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: ___/___/___  Receipt # _____  CAMS # 123711  Price Sold For $ _____

-------------------------------------------------------------------

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Exhibit B

*Contact for offers     Lisa Zacharias #10

## Scheherazade Consignment Merchandise Form #10A

Consignor Information:

Name: Douglas Edwards          Phone(s): Home # 507-377-0590  Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Omega Necklace

w/ Seven Round Diamond

1.0ctw Aprox

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

> NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 2,500 —

Customer: $ 1500          Scheherazade: $ 1000

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off

Customer: $_____  Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____

**Scheherazade Authorized Signature**          **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------

Date Sold: ___/___/___  Receipt # _____  CAMS # 123724  Price Sold For $ _____

--------------------------------------------------------

Returned to Consignor Date: ___/___/___  Consignor Signature for Return: _____

Exhibit B

#11

# Scheherazade Consignment Merchandise Form

**#11**

**Consignor Information:**

Home # 507-377-0590

Name: Douglas Edwards          Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email:_____ Other Contact Information:_____

Description of Consigned Item per Consignor (One item per Form): 18K two-Tone Ring w/ Synthetic Center Stone

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1,500

    Customer: $ 900          Scheherazade: $ 600

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off .

    Customer: $_____ Scheherazade: $_____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

    _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____          _____
Scheherazade Authorized Signature          Consignor Signature: **I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.**

------------------------------------------------------------

Date Sold: ___/___/_____  Receipt #_____  CAMS # 123679  Price Sold For $_____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

## Scheherazade Consignment Merchandise Form
**#12**

Consignor Information:                                      Home # 507-377-0590

Name: _Douglas Edwards_                Phone(s): Cell # 507-291-4474

Address: _22038 Wildridge Road, Albert Lea, MN 56007_

Email: _____     Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): _Ruby + Dia Ring_
_Platinum_
_Center Dia Aprox .40ct_

Value of Consigned Item per Consignor (what is item insured for?): ___N/A___

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ _3,000_

    Customer: $ ___1800___     Scheherazade: $ ___1,200___.

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ ___40% off___.

    Customer: $ _____     Scheherazade: $ _____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this _2nd_ day of _May_, 20_17_ at Edina, MN 55435.

By: _____          _____

Scheherazade Authorized Signature          **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------

Date Sold: ___/___/___   Receipt # _____   CAMS # _123673_   Price Sold For $ _____

--------------------------------------------------------------------

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

# Scheherazade Consignment Merchandise Form    #13

**Consignor Information:**

Home# 507-377-0590

Name: Douglas Edwards    Phone(s): Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information:

Description of Consigned Item per Consignor (One item per Form): 14Ky Avantgarde Ring w/ Synthetic Stones

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) **agree to leave your item on consignment for a minimum of 6 months.** Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. **You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.**

> NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1,000

Customer: $ 600    Scheherazade: $ 400.

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off.

Customer: $ _____    Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____
Scheherazade Authorized Signature

Consignor Signature: **I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.**

--------------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # 123674 Price Sold For $ _____

--------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

# Scheherazade Consignment Merchandise Form

**#148**

**Consignor Information:**

Home # 507-377-0590

Name: Douglas Edwards    Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Inlaid Brooch

Dove Motif

18 ky

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1,000 —

   Customer: $ 600    Scheherazade: $ 400 —

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off .

   Customer: $ _____    Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 20 17 at Edina, MN 55435.

By: _____    _____

**Scheherazade Authorized Signature**    **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-----------------------------------------------------------------------

Date Sold: ___/___/___    Receipt # _____    CAMS # 123674    Price Sold For $ _____

-----------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

**#16**

# Scheherazade Consignment Merchandise Form

Consignor Information:

Name: Douglas Edwards     Home # 507-377-0590
Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Emerald + Dia
Platinum Antique Ring
(Emerald is abrated but could be polished for $20-30)

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1,500 —
Customer: $ 900 —     Scheherazade: $ 600 —
If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off .
Customer: $_____ Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____     Eva M. Zachau

Scheherazade Authorized Signature     Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Date Sold: ___/___/___ Receipt # _____ CAMS # 123678 Price Sold For $_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Returned to Consignor Date: ___/___/___ Consignor Signature for Return: _____

## Scheherazade Consignment Merchandise Form

#17

Consignor Information:

Home# 507-377-0590

Name: Douglas Edwards          Phone(s): Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____   Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Antique Diamond + Sapphire
Ring Platinum
Center is Aprox 1.65 ct Euro Dia
_____

Value of Consigned Item per Consignor (what is item insured for?): ____N/A____

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

> NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 10,000 —

Customer: $ 6,000 —          Scheherazade: $ 4,000 —.

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off.

Customer: $ _____   Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____   _____

Scheherazade Authorized Signature        Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---

Date Sold: ___/___/___   Receipt # _____   CAMS # 123664   Price Sold For $ _____

---

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Exhibit B

*Contact for offers* *Lisa Zacharias* #19

## Scheherazade Consignment Merchandise Form #19

**Consignor Information:**

Name: Douglas Edwards          Phone(s): Home# 507-377-0590   Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Fantasy Cut Blue Topaz Pendant w/ Dias

Dias = .23 ctw Aprox

14kg

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1,200

   Customer: $ 720          Scheherazade: $ 480

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off

   Customer: $ _____  Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____          _____

**Scheherazade Authorized Signature**          **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-----------------------------------------------------------------------

Date Sold: ___/___/___  Receipt # _____  CAMS # 123729  Price Sold For $ _____

-----------------------------------------------------------------------

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Exhibit B

*Contact for otters    Lisa Zacharias #20

# **#20**

## **Scheherazade Consignment Merchandise Form**

Consignor Information:

Name: Douglas Edwards     Phone(s): Home # 507-377-0590  Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): 12k Locket Victorian
10k Chain
W/ pearls
*Clasp worn

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor.  Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 600
   Customer: $ 360     Scheherazade: $ 240.
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off.
   Customer: $ _____ Scheherazade: $ _____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____     _____
**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # 123730 Price Sold For $ _____

-------------------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

**#21**

## Scheherazade Consignment Merchandise Form

Consignor Information:                                    Home # 507-377-0590

Name: Douglas Edwards          Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Sapp + Dia Ring
Antique Platinum
Sapp aprox 1.35 + 1.34 ct ea.
.50 ctw Dias

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor.  Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 8000 —

    Customer: $ 4,800          Scheherazade: $ 3,200 —

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off.

    Customer: $_____ Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

    _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 20 17 at Edina, MN 55435.

By: _____          _____
Scheherazade Authorized Signature       Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # 123667 Price Sold For $_____

-------------------------------------------------------------------

Returned to Consignor Date: ___/___/___ Consignor Signature for Return: _____

Exhibit B

*Contact for offers      Lisa Zacharias #22

## Scheherazade Consignment Merchandise Form

**#22**

Consignor Information:

Name: Douglas Edwards    Phone(s): Home# 507-377-0590   Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____   Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Platinum Diamond Brace Antique Leucto Aprose

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

     NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 6000

     Customer: $ 3000 —      Scheherazade: $ 2000

     If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off

     Customer: $ _____      Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____    _____

**Scheherazade Authorized Signature**      **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # 123731 Price Sold For $ _____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

*Contact for otters          Lisa Zacharias 23

# **Scheherazade Consignment Merchandise Form**

# #23

Consignor Information:

Name: Douglas Edwards          Phone(s): Home# 507-377-0590  Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Antique Cameo

14Kw

.16ctw Rose cut Diamond

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $1200

   Customer: $720          Scheherazade: $480

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $10% off

   Customer: $_____  Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____          _____

Scheherazade Authorized Signature          Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------

Date Sold: __/__/__  Receipt # _____  CAMS # 123732  Price Sold For $_____

------------------------------------------------

Returned to Consignor Date: __/__/__  Consignor Signature for Return: _____

Exhibit B

*Contact for offers        Lisa Zacharias #24

**# 24**

## Scheherazade Consignment Merchandise Form

Consignor Information:                          Home # 507-377-0590

Name: Douglas Edwards          Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____        Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Lilac Vintage Necklace
~70ctw Approx
_____
_____
_____

Value of Consigned Item per Consignor (what is item insured for?): __N/A__

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ __2000__

   Customer: $ __1200__        Scheherazade: $ __800__

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ __40% off__

   Customer: $ _____        Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this __2nd__ day of __May__, 20__17__ at Edina, MN 55435.

By: _____        _____

Scheherazade Authorized Signature        Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-----------------------------------------------------------------------

Date Sold: __/__/____  Receipt # _____  CAMS # __123133__  Price Sold For $ _____

-----------------------------------------------------------------------

Returned to Consignor Date: __/__/___        Consignor Signature for Return: _____

Exhibit B

*Contact for offers          Lisa Zacharias #29

**#29**

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: Douglas Edwards          Phone(s): Home # 507-377-0590    Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Girard Perregaux Vintage Platinum Watch w/ Diamonds + Sapphires    *may need blank (#182,250)

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1500

   Customer: $ 900          Scheherazade: $ 600

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off

   Customer: $ _____    Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____          _____

**Scheherazade Authorized Signature**          **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------

Date Sold: ___/___/___    Receipt # _____    CAMS # 123738    Price Sold For $ _____

--------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

# 33

## Scheherazade Consignment Merchandise Form

Consignor Information:

Home # 507-377-0590

Name: Douglas Edwards    Phone(s): Cell # 507-291-4474

Address: 22033 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Platinum Diamond + Sapphire Bracelet

_____

_____    * needs minor work around Sapp

Value of Consigned Item per Consignor (what is item insured for?): N/A

### Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 8,000—

   Customer: $ 4,000—    Scheherazade: $ _____

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off .

   Customer: $ _____    Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____    _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: __/__/__    Receipt # _____    CAMS # 12365    Price Sold For $ _____

-------------------------------------------------------------------

Returned to Consignor Date: __/__/__    Consignor Signature for Return: _____

*Contact for offers    Lisa Zacharias 35

# **Scheherazade Consignment Merchandise Form**

## #35

**Consignor Information:**

Name: Douglas Edwards          Home# 507-377-0590
                              Phone(s): Cell# 507-291-4474
Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email:_____     Other Contact Information:_____

Description of Consigned Item per Consignor (One item per Form): 18kt   Antique

_____ pendant / slide created

_____ oval cut ring

_____ 2.90000 Based on formal appraisal

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 2500

   Customer: $ 1500          Scheherazade: $ 1000.

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off.

   Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May 2017 at Edina, MN 55435.

By: _____     Lisa M _____

**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------

Date Sold: ___/___/___     Receipt #_____     CAMS #  123741     Price Sold For $_____

------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return:_____

*Contact for offers        Lisa Zacharias #36

**#36**

# Scheherazade Consignment Merchandise Form

**Consignor Information:**                                        Home # 507-377-0590

Name: Douglas Edwards          Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): 18kt Antique Etruscan Sty
earrings w/ pearls

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 800

   Customer: $ 480          Scheherazade: $ 320

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off

   Customer: $_____  Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____          _____

**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-----------------------------------------------------------------

Date Sold: ___/___/____  Receipt # _____  CAMS # 123742  Price Sold For $ _____

-----------------------------------------------------------------

Returned to Consignor Date: ___/___/___  Consignor Signature for Return: _____

Exhibit B

*Contact for otters          Lisa Zacharias #3

**#38**

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: Douglas Edwards          Home # 507-377-0590

Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Navy Memorial Bench
8' x 4'
w/ sword to sip
pictures

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ last

   Customer: $ 360          Scheherazade: $ 240

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off .

   Customer: $_____  Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____          _____

**Scheherazade Authorized Signature**      **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: ___/___/___  Receipt # _____  CAMS # 123725  Price Sold For $ _____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___  Consignor Signature for Return: _____

Exhibit B

# Scheherazade Consignment Merchandise Form

**#39**

**Consignor Information:**

Name: Douglas Edwards    Phone(s): Home # 507-377-0590  Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Platinum + Dia Watch

aprox 1.0ctw in Dias

wind up.

✱ may need overhaul (Aprox #150)

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

> NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 2,500 —

Customer: $ 1,500 —    Scheherazade: $ 1,000 —

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off

Customer: $ _____    Scheherazade: $ _____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____    _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # 123666 Price Sold For $ _____

--------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

*Contact for Offers*  Lisa Zacharias #40

# Scheherazade Consignment Merchandise Form

**#40**

**Consignor Information:**

Name: Douglas Edwards     Phone(s): Home# 507-377-0590  Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): 60" Chain (14k)

w/ Photo Locket - back

14k-y

Circa 1860

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

> NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 3000 —

Customer: $ 1800 —     Scheherazade: $ 1200

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off .

Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May 2017 at Edina, MN 55435.

By: _____     _____

**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------------

Date Sold: ___/___/___ Receipt #_____ CAMS # 123745 Price Sold For $_____

-------------------------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

*Contact for Offers     Lisa Zacharias     #41  #41

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Name: Douglas Edwards     Phone(s): Home # 507-377-0590   Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Ruby & Dia. Omega back Earring w/ Posts

Dia's = 1.80ctw approx

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1,000
   Customer: $ 1000     Scheherazade: $ 400
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off
   Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ **(Name of Ins. Co.; a Certificate of Insurance is appreciated).**

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____     _Lisa M Zacharias_
**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------

Date Sold: ___/___/___   Receipt # _____   CAMS # 123726   Price Sold For $ _____

--------------------------------------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

#42

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: Douglas Edwards     Phone(s): Home# 507-377-0590  Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Platinum Antique Ring w/ Diamond 1.80ctw Aprox

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 4000

Customer: $ 2400     Scheherazade: $ 1,600

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off

Customer: $ _____  Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____   _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

Date Sold: __/__/__  Receipt # _____  CAMS # 123669  Price Sold For $ _____

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

Exhibit B

*Contact for offers Document 1 Page 36 of 53   Lisa Zacharias 43

**#43**

# Scheherazade Consignment Merchandise Form

**Consignor Information:**
Home# 507-377-0590
**Name:** Douglas Edwards   **Phone(s):** Cell# 507-291-4474
**Address:** 22038 Wildridge Road, Albert Lea, MN 56007
**Email:** _____   **Other Contact Information:** _____

**Description of Consigned Item per Consignor (One item per Form):** _Very Victorian Bracelet Ruffles Agate Opal 1800's_

**Value of Consigned Item per Consignor (what is item insured for?):** N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $_____
   Customer: $ 1800   Scheherazade: $ 1200
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off
   Customer: $_____   Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

**By:** _____
**Scheherazade Authorized Signature**   **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------

Date Sold: __/__/__   Receipt # _____   CAMS # 12372?   Price Sold For $ _____

------------------------------

Returned to Consignor Date: __/__/__   Consignor Signature for Return: _____

Exhibit B

*Contact for offers     Lisa Zacharias #45

**#45**

# Scheherazade Consignment Merchandise Form

**Consignor Information:**

Home # 507-377-0590

**Name:** Douglas Edwards     **Phone(s):** Cell # 507-291-4474

**Address:** 22038 Wildridge Road, Albert Lea, MN 56007

**Email:** _____     **Other Contact Information:** _____

**Description of Consigned Item per Consignor (One item per Form):** Early 1800's French Cameo
Sardonyx w/ rose cut diamonds

**Value of Consigned Item per Consignor (what is item insured for?):** N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 6,000
   Customer: $ 3,600     Scheherazade: $ 2,400 .
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off .
   Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _____ **(Name of Ins. Co.; a Certificate of Insurance is appreciated).**

Agreed & signed, this **2nd** day of **May**, 20**17** at Edina, MN 55435.

**By:** _____     _____
**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: ___/___/___     Receipt # _____     CAMS # 12303     Price Sold For $ _____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

Exhibit B

## Scheherazade Consignment Merchandise Form

#46

Consignor Information:

Name: Douglas Edwards    Phone(s): Home # 507-377-0590   Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____   Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Gilson Lab Created Emerald
w/ 1.21ct Baguette Dia's
+ 1.60ct Round Diamonds
Platinum

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months.
Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the
    consignor.  Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 5,000

    Customer: $ 3000    Scheherazade: $ 2000

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you
    authorize Scheherazade to accept is $ 10% off .

    Customer: $_____   Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during
certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently
own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 2017 at Edina, MN 55435.

By: _____    _____

Scheherazade Authorized Signature    Consignor Signature: I certify under penalty of perjury that to my knowledge the
information above is true & complete, & I am the owner, or
have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: ___/___/___   Receipt # _____   CAMS # 123672   Price Sold For $ _____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Exhibit B

*Contact for Offers Lisa Zacharias #47  #47

# Scheherazade Consignment Merchandise Form

**Consignor Information:**
Home # 507-377-0590
Name: Douglas Edwards   Phone(s): Cell # 507-291-4474
Address: 22038 Wildridge Road, Albert Lea, MN 56007
Email: _____ Other Contact Information: _____
Description of Consigned Item per Consignor (One item per Form): S.S. w/ Gold Layered inner
Rough Cut diamonds in bezels
and throughout ring.

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 2500
   Customer: $ 1500   Scheherazade: $ 1000
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off
   Customer: $_____ Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:
   _____ **(Name of Ins. Co.; a Certificate of Insurance is appreciated).**

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____
**Scheherazade Authorized Signature**     **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # 123719 Price Sold For $ _____

-------------------------------------------------------------

Returned to Consignor Date: ___/___/___ Consignor Signature for Return: _____

Exhibit B

✳ Contact for offers Document 178 Page 46 of 53    Lisa Zacharias    48

## Scheherazade Consignment Merchandise Form

#48

**Consignor Information:**

Name: Douglas Edwards    Phone(s): Home # 507-377-0590    Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____    Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): 14kt + 5.5 Ring
w/ Blue Topaz and
rough cut diamonds

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor.  Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 1500

   Customer: $ 900 —    Scheherazade: $ 600

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off

   Customer: $ _____    Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May , 20 17 at Edina, MN 55435.

By: _____    _____

**Scheherazade Authorized Signature**    **Consignor Signature:** I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

----------------------------------------

Date Sold: ___/___/___    Receipt # _____    CAMS # 123720    Price Sold For $ _____

----------------------------------------

Returned to Consignor Date: ___/___/___    Consignor Signature for Return: _____

Exhibit B

Document    Page 46 of 53

# Scheherazade Consignment Merchandise Form     #49

**Consignor Information:**

Name: Douglas Edwards     Phone(s): Home # 507-377-0590  Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____  Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Platinum Diamond Ring
Antique
Aprox .50ct Center

Value of Consigned Item per Consignor (what is item insured for?): N/A

**Consignment Program Terms:**

1. Consignor (hereafter referred to as **You**) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 3,000.-

   Customer: $ 1800 -     Scheherazade: $ 1,200.

   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off.

   Customer: $_____     Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 20 17 at Edina, MN 55435.

By: _____     _____

Scheherazade Authorized Signature     Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # 123675 Price Sold For $ _____

------------------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

Exhibit B

*Contact for otters Lisa Zacharias #51A
#51A Diamonds

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: Douglas Edwards     Phone(s): Home# 507-377-0590     Cell# 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____     Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): (1) 2.0ct Aprox
(1) 1.13ct Euro
(1) 1.22ct Euro

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold. & Scheherazade ~~~ 40%.

NOTE: Scheherazade has a 90 day wait ~~~ ayment to the
consignor. Your share of the selling pri ~~~ he day of the sale.
Sold wholesale.

*This is the sheet for the loose diamonds we sold wholesale. Please sign and we will mail check for $7400 in 90 Days.*

3. For the item covered by this Agreement, you ~~~
Customer: $ $7400 ~~~
If Scheherazade receives an offer for your ite ~~~ west selling price you
authorize Scheherazade to accept is $_____
Customer: $_____

4. You agree that Scheherazade, in our sole discr ~~~ nment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to r ~~~ esentation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____

Scheherazade Authorized Signature     Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

Date Sold: __/__/____     Receipt # _____     CAMS # 123709     Price Sold For $ _____

Returned to Consignor Date: __/__/__     Consignor Signature for Return: _____

Exhibit B

*Contact for offers        Lisa Zacharias #51.

**# 51 B**

# Scheherazade Consignment Merchandise Form

Consignor Information:                                        Home # 507-377-0590

Name: Douglas Edwards        Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____   Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): J.B. Star Design (Beverly Hills)
Diamond Band
Marquise + Baguette
Aprox 2.0ctw        18K + Platinum

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months.
Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

   NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the
   consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 2000 —
   Customer: $ 1200 —        Scheherazade: $ 800 —.
   If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you
   authorize Scheherazade to accept is $ 40% off.
   Customer: $_____        Scheherazade: $_____.

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during
   certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently
   own, & during the term of the consignment you will maintain primary insurance for the item with:
   _____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____        _____
Scheherazade Authorized Signature        Consignor Signature: I certify under penalty of perjury that to my knowledge the
                                          information above is true & complete, & I am the owner, or
                                          have authority of the owner, to sell or pledge the property.

--------------------------------------------------------------------------------

Date Sold: ___/___/___   Receipt # _____   CAMS # 123710   Price Sold For $ _____

--------------------------------------------------------------------------------

Returned to Consignor Date: ___/___/___   Consignor Signature for Return: _____

Exhibit B

*Contact for offers*

#51C

## Scheherazade Consignment Merchandise Form

Consignor Information:

Name: Douglas Edwards     Phone(s): Home # 507-377-0590   Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____ Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): 5 Stone Band 46

_____

_____

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

    NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 600

    Customer: $ 360     Scheherazade: $ 240

    If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 10% off

    Customer: $_____ Scheherazade: $_____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this __2nd__ day of __May__, 20_17_ at Edina, MN 55435.

By: _____     Consignor Signature: I certify under penalty of perjury that to my knowledge the
Scheherazade Authorized Signature       information above is true & complete, & I am the owner, or
                                                have authority of the owner, to sell or pledge the property.

-------------------------------------------------------------

Date Sold: ___/___/___ Receipt # _____ CAMS # _____ Price Sold For $ _____

-------------------------------------------------------------

Returned to Consignor Date: ___/___/___     Consignor Signature for Return: _____

Exhibit B

# Scheherazade Consignment Merchandise Form

Consignor Information:

Home # 507-377-0590

Name: Douglas Edwards      Phone(s): Cell # 507-291-4474

Address: 22038 Wildridge Road, Albert Lea, MN 56007

Email: _____     Other Contact Information: _____

Description of Consigned Item per Consignor (One item per Form): Platinum Diamond + Sapphire Bracelet

_____

\* needs minor work around Sapp

Value of Consigned Item per Consignor (what is item insured for?): N/A

Consignment Program Terms:

1. Consignor (hereafter referred to as You) agree to leave your item on consignment for a minimum of 6 months. Also, this item will not be cross-marketed (i.e. eBay), etc. by the consignor or an agent during this time period.

2. You will receive 60% of the price for which the item is sold, & Scheherazade will receive 40%.

> NOTE: Scheherazade has a 90 day waiting period between the sale of your item & payment to the consignor. Your share of the selling price will be paid approximately 91 days after the day of the sale.

3. For the item covered by this Agreement, you have authorized a Tag/Selling price of $ 8,000 —

Customer: $ 4,800 —        Scheherazade: $ _____

If Scheherazade receives an offer for your item which is below the above Tag price, the lowest selling price you authorize Scheherazade to accept is $ 40% off .

Customer: $ _____        Scheherazade: $ _____

4. You agree that Scheherazade, in our sole discretion, reserves the right not to display consignment items during certain promotions, events, etc.

5. You represent, & intend for Scheherazade to rely on the representation, that on the consigned item you currently own, & during the term of the consignment you will maintain primary insurance for the item with:

_____ (Name of Ins. Co.; a Certificate of Insurance is appreciated).

Agreed & signed, this 2nd day of May, 2017 at Edina, MN 55435.

By: _____        _____

Scheherazade Authorized Signature        Consignor Signature: I certify under penalty of perjury that to my knowledge the information above is true & complete, & I am the owner, or have authority of the owner, to sell or pledge the property.

---

Date Sold: ___/___/___   Receipt # _____   CAMS # 123665   Price Sold For $ _____

---

Returned to Consignor Date: ___/___/___        Consignor Signature for Return: _____

Exhibit B

## <u>VERIFICATION</u>

I, Nauni Manty, the trustee and movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the facts contained in the foregoing motion are true and correct to the best of my knowledge, information and belief.


Dated: January 14, 2021

_____
Nauni Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | BKY 19-40658 |
| | Chapter 7 |
| Scheherazade, Inc, | |
| Debtor. | |

## UNSWORN CERTIFICATE OF SERVICE

I declare under penalty of perjury that on January 14, 2021, I caused copies of the following documents to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the ECF participants:

**Notice of Hearing and Motion Objecting to Claim of Douglas Edwards, Verification, Proposed Order and this Unsworn Certificate of Service**,

I further declare that I caused copies of the foregoing documents to be mailed by first class mail, postage prepaid, to the following non-ECF participants:

| | |
|---|---|
| Douglas Edwards<br>22038 Wildridge Rd<br>Albert Lee, MN  56007 | Scheherazade, Inc.<br>ATTN:  Officer, Director, or Service Agent<br>3181 W 69th St<br>Edina, MN  55435 |
| Robert K Dakis<br>Morrison Cohen, LLP<br>909 Third Ave<br>New York, NY 10022 | David J Kozlowski<br>Morrison Cohen, LLP<br>909 Third Ave<br>New York, NY 10022 |
| Joseph T Moldovan<br>Morrison Cohen, LLP<br>909 Third Ave<br>New York, NY 10022 | Wells Fargo Vendor Financial Serv, LLC fka<br>GE Gapital Information Tech Solutions<br>c/o a Ricoh USA Program fdba Ikon Financ<br>PO Box 13708<br>Macon, GA 31208-3708 |

| | |
|---|---|
| Dated:  January 14, 2021 | /e/ *Erica L. Miller*<br>Erica L. Miller, Paralegal<br>Manty & Associates, P.A.<br>150 South Fifth Street, Suite 3125<br>Minneapolis, MN 55402 |

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:                                                                    BKY 19-40658
                                                                          Chapter 7
Scheherazade, Inc,

                Debtor.

---

## **ORDER**

This matter came on before this court on the motion of the chapter 7 trustee objecting to claim no. 174 filed by Douglas Edwards, because such claim is a duplicate of claim no. 96. Based upon the files, records and proceedings herein,

**IT IS ORDERED:**  that the trustee's objection to the claim no. 174 is sustained and the claim is disallowed.

Dated:

_____
Kathleen H. Sanberg
United States Bankruptcy Judge