UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
BKY 19-40658

**APPLICATION FOR APPROVAL OF EMPLOYMENT OF
AUCTIONEER, RECOMMENDATION AND ORDER**

1. Applicant is the Trustee in this case.

2. Applicant applies for approval of Auction Masters, Inc., as auctioneer to perform an auction of the remaining jewelry inventory. Auction Master, Inc. is bonded, licensed and insured.

3. The terms and conditions of compensation and reimbursement of expenses are as follows: 20% of the gross selling price and expenses billed at actual cost. The compensation and expenses shall be paid immediately from the net sales proceeds of the property.

4. Said professional has disclosed to the undersigned that it has not had any connections with the debtor, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

WHEREFORE, Applicant requests that the Bankruptcy Court approve such employment by the trustee.


Dated: January 27, 2021

/e/ Nauni Jo Manty
Nauni Jo Manty, Trustee
150 South Fifth Street, Suite 3125
Minneapolis, MN  55402
(612) 465-0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
BKY 19-40658

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, Greg Christian, President of Auction Masters, Inc., the professional named in the application for employment on behalf of the above-named bankruptcy estate, declare under penalty of perjury the following:

1. Auction Masters, Inc. does not hold or represent any interest adverse to the estate and it is disinterested as required by 11 U.S.C. §327.

2. Auction Masters, Inc. does not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee.

Dated:  01/27/2021

Greg Christian, President
Auction Masters, Inc.
19150 Territorial Road
Osseo, MN 55369
763-428-2271

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

Debtor.

Chapter 7
BKY 19-40658

**ORDER**

The trustee's application to employ Auction Masters, Inc. as auctioneer of the estate came before the court.

Based on the application, the recommendation of the United States Trustee, and 11 U.S.C. §327,

IT IS ORDERED:  The employment is approved.

Dated:

Kathleen H. Sanberg
United States Bankruptcy Judge