RE: Case # 19-40658
Scheherazade Jeweley Bankruptcy

I am one of the individuals who filed a claim since Scheherazade owed me money for my jewelry they sold on consignment.
I have moved - my new address is -

Robin Young
4184 Cavanaugh Drive
Hamel, MN 55340


Thank you - Robin Young

RECEIVED 2021 FEB -1 AM 10: 24 U.S. BANKRUPTCY COURT MINNEAPOLIS MN