UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc,

Chapter 7
BKY 19-40658

Debtor.

## NOTICE OF SALE

TO:    The United States Trustee, all creditors, and other parties in interest.

On March 23, 2021, or as soon thereafter as the transaction may be completed, the trustee of the estate will sell property of the estate as follows:

Jewelry, including pearl necklaces and pearl earrings

The trustee requests that the stay pursuant to Bankruptcy Rule 6004(h) be waived and shall not apply to this sale. The assets are sold "as is" without any representations and warranties.

The jewelry will be sold to the highest bidder at an online auction conducted by Auction Masters, LLC beginning Wednesday, March 17, 2021 and closing Tuesday, March 23, 2021 at 5:00 p.m. The jewelry will be at 19150 Territorial Rd., Osseo, MN 55369 and can be viewed on line at www.auctionmasters.com. The trustee requests that she be authorized to pay Auction Masters their commission and expenses as per their Application from the sale proceeds.

## OBJECTION:        MOTION:    HEARING

Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the above date.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.  If an objection is made or an order is required, the undersigned Trustee moves the Court for such orders as may be necessary and appropriate.

| | | |
|---|---|---|
| Clerk of Bankruptcy Court | United States Trustee | Nauni J. Manty, Trustee |
| 301 U.S. Courthouse | 1015 U.S. Courthouse | 150 South Fifth Street |
| 300 South Fourth Street | 300 South Fourth Street | Suite 3125 |
| Minneapolis, MN  55415 | Minneapolis, MN  55415 | Minneapolis, MN 55402 |

Dated: February 9, 2021                            By: /e/ Nauni J. Manty, Trustee
                                                        Nauni J. Manty, Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE: SCHEHERAZADE, INC

CASE NO: 19-40658

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**
Chapter: 7

On 2/9/2021, I did cause a copy of the following documents, described below,

Notice of Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/9/2021

/s/ Nauni Manty
Nauni Manty
Manty & Associates, P.A.
150 South Fifth Street, Ste 3125
Minneapolis, MN  55402
612 465 0990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  SCHEHERAZADE, INC

CASE NO: 19-40658

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 2/9/2021, a copy of the following documents, described below,

Notice of Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/9/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nauni Manty
Manty & Associates, P.A.
150 South Fifth Street, Ste 3125
Minneapolis, MN  55402

PARTIES DESIGNATED AS "EXCLUDE" WERE POPULATED IN THE PAST MAILING
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WILL BE SERVED BY THE RECEIPT OF NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
08644
CASE 19-40658
DISTRICT OF MINNESOTA
MINNEAPOLIS
TUE FEB 9 13-44-58 CST 2021

AUCTION MASTER INC
CO GREG CHRISTIAN
19150 TERRITORIAL RD
OSSEO MN 55369-9216

CM/ECF E-SERVICE

(+) BHM CAPITAL LLC
785 WESTON RIDGE PARKWAY
CHASKA MN 55318-1202

EMBELLIR GALLERY OF GEMS
750 MAIN ST
STE 111
MENDOTA HEIGHTS MN 55118-3765

EATON HUDSON INC
3015 DUNES W BLVD
STE 201
MOUNT PLEASANT SC 29466-8218

GALLERIA SHOPPING CENTER LLC
CO FAEGRE BAKER DANIELS LLP
ATTN- COLIN DOUGHERTY
90 SOUTH 7TH ST STE 2200
MINNEAPOLIS MN 55402-3924

CM/ECF E-SERVICE

(+) GEMCO INTERNATIONAL INC
1660 HIGHWAY 100 S STE 578
ST LOUIS PARK MN 55416-1566

K TAKAHASHI  CO INC
250 E 54TH ST APT 12D
NEW YORK NY 10022-4812

CM/ECF E-SERVICE

(+) LDM COMPANY
SUITE 300
4517 MINNETONKA BLVD
ST LOUIS PARK MN 55416

MICHAEL BONDANZA INC
CO MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK NY 10022-4731

RENEE LINDQUIST
8680 MAGNOLIA TRAIL  212
EDEN PRAIRIE MN 55344-6677

DEBTOR

SCHEHERAZADE INC
3181 WEST 69TH STREET
EDINA MN 55435

TIBBLE  WESLER CPA PC
2813 W MAIN
KALAMAZOO MI 49006-2901

WELLS FARGO VENDOR FINANCIAL SERV LLC
FKA G
CO A RICOH USA PROGRAM FDBA IKON FINANC
PO BOX 13708
MACON GA 31208-3708

~~EXCLUDE~~
~~MINNEAPOLIS~~
~~301 DIANE E MURPHY US COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415 1320~~

6300 YORK AVE S
102
EDINA MN 55435-2287

AGLAM INC
2409 FROSTED GREEN LANE
PLANO TX 75025-6440

AGLAM INC
4651 LOUIS AVE
LOS ANGELES CA 91316-3924

AMY HAN
249 1ST AVE SOUTH
SOUTH ST PAUL MN 55075-2302

ATT
PO BOX 6416
CAROL STREAM IL 60197-6416

ABBOT JEWELRY SYSTEMS INC
3 CORPORATE DRIVE
SUITE 215
SHELTON CT 06484-6252

ADAM ALTMAN
901 NORTH THIRD STREET SUITE 140
MINNEAPOLIS MN 55401-1169

ALICIA SCHAAL
2919 BUCHANAN STREET NE
MINNEAPOLIS MN 55418-2208

ALLIE HAFEZ
PO BOX 270534
MINNEAPOLIS MN 55427-6534

AMANDA MORAN
7206 STEWART DRIVE
EDEN PRAIRIE MN 55346-3248

AMDEN JEWELRY
550 S HILL ST
SUITE 950
LOS ANGELES CA 90013-2429

AMDEN JEWELRY INC
550 S HILL ST SUITE950
LOS ANGELES CA 90013-2429

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

AMENTA
106901 S SAM HOUSTON PARKWAY
SUITE 100
HOUSTON TX 77071

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN GEM SOCIETY
8881 W SAHARA AVE
LAS VEGAS NV 89117-5865

AMY ANDERSON
5725 36TH AVE S
MINNEAPOLIS MN 55417-2907

AMY J ANDERSON
5725 36TH AVE S
MINNEAPOLIS MN 55417-2907

ANDREA REISS
8325 LABONT WAY
EDEN PRAIRIE MN 55344-4425

CM/ECF E-SERVICE

(+) ANDREW A GREEN
COTTRELL GREEN PA
2287 WATERS DR
MENDOTA HEIGHTS MN 55120-1363

ANN BROSCIOUS
4523 SHORELINE DRIVE
SPRING PARK MN 55384-9755

ANNA FIESER
1002 VIRGINIA ST
SAINT PAUL MN 55117-5136

ASSAEL INC
589 5TH AVE
1154
NEW YORK NY 10017-4711

BEVERLY DANN
100 3RD AVE S
APT 2602
MINNEAPOLIS MN 55401-2722

CM/ECF E-SERVICE

(+) BHM CAPITAL LLC
MESSERLI  KRAMER PA
JOSEPH W LAWYER
100 S FIFTH STREET 1400 FIFTH STREET T
MINNEAPOLIS MN 55402

BARBARA A WEST
17112 SANDY LANE
MINNETONKA MN 55345-3353

BARBARA ANN WEST
17112 SANDY LANE
MINNETONKA MN 55345-3353

BARBARA HAMILTON SUSTAD
10618 SANOMA RIDGE
EDEN PRAIRIE MN 55347-1169

BARBARA TISEHART
1095 NENA COURT
STILLWATER MN 55082-4592

BARCLAY MASTER CARD
PO BOX 13337
PHILADELPHIA PA 19101-3337

BECKY CANTLEBERRY
34346 45TH AVE
MOTLEY MN 56466-2423

BENY SOFER
555 FIFTH AVE
NEW YORK NY 10017-2416

BENY SOFER INC
65 ROOSEVELT AVENUE
SUITE 103A
VALLEY STREAM NY 11581-1106

BERNICK  LIFSON PA
5500 WAYZATA BLVD
SUITE 1200
MINNEAPOLIS MN 55416-1251

BEST BUY VISA
PO BOX 78009
PHOENIX AZ 85062-8009

BETSY BOND
3517 FEDERAL DR 303
EAGAN MN 55122-1374

BETSY BOND
3517 FEDERAL DRIVE
SAINT PAUL MN 55122-3509

BEVERLY DANN
2701 N OCEAN BLVD
UNIT E301
BOCA RATON FL 33431-7015

BLUE MOON PACKAGING
PO BOX 24726
JACKSONVILLE FL 32241-4726

CM/ECF E-SERVICE

(+) BREMER BANK
6900 FRANCE AVE S
EDINA MN 55435-2002

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

BRINKS
PO BOX 677444
DALLAS TX 75267-7444

BRINKS GLOBAL SERVICES USA INC
580 5TH AVENUE
SUITE 400
NEW YORK CITY NY 10036-4725

BRUCE CUMMINGS
4012 LORD LYON DR
GIBSONIA PA 15044-9722

CARLA CORPORATION
33 SUTTON AVE
EAST PROVIDENCE RI 02914-3400

CARMEN BERSTAD
25288 W MEADOW LAKE DR
DETROIT LAKES MN 56501-7224

CAROLINE BANKS
4271 SHERIDAN AVE SOUTH APT 408
MINNEAPOLIS MN 55410-1624

CATHERINE SCHURMAN
18117 VALLEY VIEW ROAD
EDEN PRAIRIE MN 55346-4128

CHERIE Y ZACHARY
10223 UPTON PLACE
BLOOMINGTON MN 55431-2879

CLOWNING AROUND
CO DORIS LANE
8320 KARL RIDGE ROAD
LINCOLN NE 68506-7316

CUSTOM BUSINESS FORMS
210 EDGE PLACE NE
MPLS MN 55418-1153

CYNTHIA WIZNER
8970 HILLOWAY ROAD
EDEN PRAIRIE MN 55347-2425

CAMILLA CARLSON
25440 SMITHTOWN ROAD
SHOREWOOD MN 55331-8443

CANON FINANCIAL SERVICES INC
EISENBERG GOLD  AGRAWAL PC
1040 NORTH KINGS HIGHWAY
SUITE 200
CHERRY HILL NJ 08034-1925

CAPITAL ONE
PO BOX 6492
CAROL STREAM IL 60197-6492

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CARLA CORPORATION
PO BOX 14192
EAST PROVIDENCE RI 02914-0192

CAROL J PETERSON
3146B FARNUM DR
EAGAN MN 55121-1921

CAROL SCHUETTE
13230 KERRY LANE
EDEN PRAIRIE MN 55346-3140

CAROLINE BASSETT
4042 ABBOT AVE S
MINNEAPOLIS MN 55410-1001

CARRIE BELL
17038 SADDLE WOOD
MINNETONKA MN 55345-2680

CATHERINE R KRUSE
7692 SOUTH BAY DRIVE
BLOOMINGTON MN 55438-2900

CATHERINE ZIMBA
5454 MAYVIEW ROAD
MINNETONKA MN 55345-5935

CATHY KRUSE
7692 SOUTH BAY DRIVE
BLOOMINGTON MN 55438-2900

CATIE SCHUMAN
29228 VALLEY VIEW ROAD
EDEN PRAIRIE MN 55346

CM/ECF E-SERVICE

CENTRAL TELEPHONE SALES  SERV
12857 INDUSTRIAL PARK BLVD
MINNEAPOLIS MN 55441-3910

(+) CHARDONNAY DIAMONDS LLC
7 EAST HURON STREET
CHICAGO IL 60611-2290

CHARLOTTE OHANLON
826 9TH STREET NW
ROCHESTER MN 55901-2660

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED ELECTRONICALLY VIA NOTICE THROUGH THE CM/ECF SYSTEM

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CHERIE ZACHARY
10223 UPTON PLACE
BLOOMINGTON MN 55431-2879

CINDY WIZNER
8970 HOLLOWAY ROAD
EDEN PRAIRIE MN 55347-2425

CITY PAGES
PO BOX 790445
SAINT LOUIS MO 63179-0445

CLAIRE WHITE
543 SAXONY COURT
CHASKA MN 55318-1471

CONNOISSEURS CORP
17 PRESIDENTIAL WAY
WOBURN MA 01801-1040

CORPORATE FOUR INSURANCE
7220 METRO BLVD
EDINA MN 55439-2133

CORRIN ROBINSON
249 6TH ST NE
MINNEAPOLIS MN 55413-4202

CULLIGAN
DEPT 8511
PO BOX 77043
MINNEAPOLIS MN 55480-7743

DAVID MELDAHL CARLSON
1003 BOSTON HILL ROAD
EAGAN MN 55123-1539

DEBRA CHESEN
7507 HAROLD AVENUE
GOLDEN VALLEY MN 55427-4858

DIANE YURECKO
9326 COLORADO RD
BLOOMINGTON MN 55438-1506

DOUGLAS J EDWARDS
22038 WILD RIDGE ROAD
ALBERT LEA MN 56007-4931

DAVI J WAGERS
DAVID WAGERS CO CHARLES DAISY
300 FORD ROAD  5
ST LOUIS PARK MN 55426-4806

DAVID M CARLSON
1003 BOSTON HILL ROAD
EAGAN MN 55123-1539

DAVID YOUNG
13943 BIRCHWOOD AVE
ROSEMOUNT MN 55068-3584

DEDE YURECKO
9326 COLORADO RD
BLOOMINGTON MN 55438-1506

DEBBIE CHESEN
7507 HAROLD AVE
GOLDEN VALLEY MN 55427-4858

DEBORAH CLARK MATHEWS
6948 CAVANAUGH GREEN
ROCKFORD MN
55373
ROCKFORD MN 55373-9521

DEBRA ARONE
9724 XERXES ROAD
BLOOMINGTON MN 55431-2466

DIANE LOUISE HARAYDA
6701 THOMAS AVE S
RICHFIELD MN 55423-1958

DONNA BECK
4700 LINWOOD CIRCLE
GREENWOOD MN 55331-9296

DOUGLAS EDWARDS
22038 WILDRIDGE RD
ALBERT LEA MN 56007-4931

DOVES
98 CUTTERMILL RD
SUITE 493
GREAT NECK NY 11021-3006

EATON HUDSON JEWELRY ADVISERS
3015 DUNES WEST BLVD
SUITE 201
MOUNT PLEASANT SC 29466-8218

EFILIGREE INC
PO BOX 1588
MORRISTOWN NJ 07962-1588

ELEMENT TECHNOLOGIES LLC
4470 W 78TH ST CIRCLE
SUITE 200
BLOOMINGTON MN 55435-5419

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SENT THEIR RESPECTIVE EMAIL/PDF DOCUMENTS FOR ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ELITE DESIGN INC
424 SUNSET DRIVE
HALLANDALE FL 33009-6540

ELITE PROTECTIVE SERVICES INC
PO BOX 117
NEW LONDON MN 56273-0117

ELLEN HAWKINSON
623 N 8TH AVE
PMB 184
STURGEON BAY WI 54235-2131

EMILY HAUGH
301 14TH AVE N
HOPKINS MN 55343-7353

ERIC WATKINS
188 AMHERST STREET
SAINT PAUL MN 55105-1912

ERIN E BRYAN
DORSEY  WHITNEY LLP
50 SOUTH SIXTH ST SUITE 1500
MINNEAPOLIS MN 55402-1553

ERIN M BARCLAY
3811 WOODBINE STREET
CHEVY CHASE MD 20815-4958

FIRST NATIONAL BANK OMAHA
PO BOX 2557
OMAHA NE 68103-2557

FRANK SUNBERG
3209 GALLERIA
1403
MINNEAPOLIS MN 55435-2553

FREDERICK GOLDMAN INC
55 HARTZ WAY
SECAUCUS NJ 07094-2425

FREIDA ROTHMAN
80 39TH STREET
SUITE 601-23
BROOKLYN NY 11232-2604

GARY JOHNSON
7310 YORK AVE S
201
EDINA MN 55435-4729

GABRIELLE CASEY
1360 UNIVERSITY AVE 104420
ST PAUL MN 55104-4086

GAIL BERMAN
11915 ST ALBANS HOLLOW DR
MINNETONKA MN 55305-3983

GALLERIA SHOPPING CENTER LLC
62810 COLLECTION CENTER DRIVE
CHICAGO IL 60693-6281

GAYLE MEYER
8001 33RD AVE S
D468
BLOOMINGTON MN 55425-4639

CM/ECF E-SERVICE
(+) GEMCO
1660 SOUTH HIGHWAY100
SUITE 578
ST LOUIS PARK MN 55416-1566

GEMS ONE CORPORATION
16 WEST 46TH STREET
NEW YORK NY 10036-4503

GREGG EGGINTON
18327 NICKLAUS WAY
EDEN PRAIRIE MN 55347-3440

GRETCHEN COHENOUR
609 W 77TH ST
WINONA MN 55987

HAMILTON USA
PO BOX 72476161
PHILADELPHIA PA 19170-6161

HANSEN CUSTOM JEWELERS
6440 FLYING CLOUD DR
115
EDEN PRAIRIE MN 55344-3321

HARVEY WEISS
11988 PENDLETON COURT
EDEN PRAIRIE MN 55347-4945

HELEN WINDER
6533 PAMELL AVE
EDINA MN 55435

I REISS
45 NORTH STATION PLAZA
SUITE 406
GREAT NECK NY 11021-5011

IREISS CO INC
45 N STATION PLAZA
SUITE 406
GREAT NECK NY 11021-5011

CM/ECF E-SERVICE
(+) IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INDOFF INC
PO BOX 842808
KANSAS CITY MO 64184-2808

JEAN JOHNSON
9332 80TH AVE SW
STEWARTVILLE MN 55976-8207

JOLEEN M MOEN
790 WOODLAND DRIVE SE
FOREST LAKE MN 55025-1622

JORDAN ALAN LARSEN
504 SOUTH 7TH ST
OLIVIA MN 56277-1582

JOSEPH YURECKO
JOE YURECKO
315 CLOVERLEAF DR
GOLDEN VALLEY MN 55422-5106

JOSEPH YUREKO
315 CLOVER LEAF DRIVE
GOLDEN VALLEY MN 55422-5106

JUDITH H FREEBERG
8624 PINE HILL ROAD
BLOOMINGTON MN 55438-1340

JACKIE GOLDARIS
5701 WYCLIFFE ROAD
EDINA MN 55436-2264

JAMES CONWAY
4075 W 51ST ST
209
EDINA MN 55424-1410

JANET DOUGLAS
5513 COUNTRYSIDE ROAD
EDINA MN 55436-2503

JANET POKORNY
20329 ISLANDVIEW CIRCLE
LAKEVILLE MN 55044-4921

JAYNE KENNELLY
14207 GLEN LAKE DR
MINNETONKA MN 55345-4978

JEANNE KENADY
3964 PRINCETON AVE
ST LOUIS PARK MN 55416-3019

JEFF YURECKO
4532 RUTLEDGE AVE
EDINA MN 55436-1419

JEFFREY C ROBBINS ESQ
AVISEN
901 MARQUETTE AVE SUITE 1675
MINNEAPOLIS MN 55402-3275

JENNELLE R GOOODRIE
10500 VIRGINIA CIR
BLOOMINGTON MN 55438-2022

JENNELLE R GOODRIE
10500 VIRGINIA CIR
BLOOMINGTON MN 55438-2022

JENNIFER SIMON
3209 GALLERIA
1701
EDINA MN 55435-2556

JESSICA DANLER
14850 GILLASPIE RD
WAMEGO KS 66547-9343

JESSICA POTTS
320 EAST 152ND ST
BURNSVILLE MN 55306-5008

JEWELERS MUTUAL INSURANCE
25804 NETWORK PLACE
CHICAGO IL 60673-1258

JEWELERS SERVICE CO INC
1300 GODWARD ST NE
MINNEAPOLIS MN 55413-1741

JEWELRY WORKS LLC
2502 HILLSBORO AVE N
GOLDEN VALLEY MN 55427-3107

JO MUNDY
5500 GROVE STREET
EDINA MN 55436-2212

JODY  KURT HARDER
2202 CEDAR KNOLL COURT
BEL AIR MARYLAND 21015-6428

JOLEEN MOEN
790 WOODLAND DR SE
FOREST LAKE MN 55025-1622

JOYCE SWANSON
249 INTERLACHEN ROAD
HOPKINS MN 55343-8525

PARTIES DESIGNATED "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SENT THEIR NOTICE THROUGH THE CM/ECF SYSTEM

JULIA JEVNICK
3508 IVY PLACE
WAYZATA MN 55391-9746

JULIE JEVNICK
9487 MCGEE WAY
EDEN PRAIRIE MN 55347-3494

KAREN M TATE
6315 JAMES AVENUE SOUTH
RICHFIELD MN 55423-1229

KATHLEEN DEYOUNG
5224 KNOX S
MPLS MN 55419-1042

KELLI M DALY
5520 GIRARD AVE S
MPLS MN 55419-1651

KENNETH J ROBINSON
11383 ENTREVAUX DRIVE
EDEN PRAIRIE MN 55347-2862

KIR
6525 GUN PARK DR
SUITE 370-413
BOULDER CO 80301-3346

KONSTANTINO INC
CO DAVID H WANDER ESQ
DAVIDOFF HUTCHER  CITRON LLP
605 THIRD AVE
NEW YORK NY 10158-3499

KAREN J DEKRO
4226 HARRIET AVE S
MINNEAPOLIS MN 55409-1836

KAREN MOODY
2505 SKYBLUE CT
WHITE BEAR LAKE MN 55110-4770

KAREN QUIST
3417 BRYANT AVE S
MINNEAPOLIS MN 55408-4111

KAREN TATE
6315 JAMES AVE
RICHFIELD MN 55423-1229

KATE MAYBERRY
PO BOX 15
HAYWARD WI 54843-0015

KATE WALLIN
1950 GRANT ALCOVE
EAGAN MN 55122-2458

KATE WALTERS
18986 FIRETHORN PT
EDEN PRAIRIE MN 55347-2106

KATHERINE REYNOLDS
23 HIGHVIEW TERRACE
BLOOMFIELD NJ 07003-3121

KATHY WINNICK
4680 OLD KENT ROAD
DEEPHAVEN MN 55331-9267

KELLI WENTZ
3641 422ND AVE S
MINNEAPOLIS MN 55406

KERI SMASAL
9607 CHICAGO AVE S
BLOOMINGTON MN 55420-4524

KEVIN DYBAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KEVIN DYBDAL
793 HAVENVIEW CT
MENDOTA HEIGHTS MN 55120-1800

KIM LEE
14350 ROBIN ROAD NE
PRIOR LAKE MN 55372-1292

KONSTANTINO
3315 N 124TH ST
SUITE N
BROOKFIELD WI 53005-3105

CM/ECF E-SERVICE

(+) LDM COMPANY
4517 MINNETONKA BLVD
STE 300
MINNEAPOLIS MN 55416-5411

LORI SANDBERG
PO BOX 1125
CHANHASSEN MN 55317-1125

LAI CHING WOO
16965 GALLEON CIRCLE
ROSEMOUNT MN 55068-1993

LAPP LIBRA THOMSON
120 S 6TH ST
SUITE 2500
MINNEAPOLIS MN 55402-5155

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" WERE SENT THEIR RECEIPT OF NOTICE THROUGH THE CM/ECF SYSTEM

LAUREN GJOVIG
1215 HILLCOURT
WILLISTON ND 58801

LAVENDER MEDIA INC
7701 YORK AVE S
SUITE 225
EDINA MN 55435-5884

LEDDEL DESIGNS
675 MARINERS ISLAND BLVD
400
SAN MATEO CA 94404-1062

LETHERT SKWIRA SCHULTZ
170 E SEVENTH PLACE
SUITE 100
SAINT PAUL MN 55101-2361

LINDA GARETZ
6300 YORK AVE S
102
EDINA MN 55435-2287

LINDA R GARETZ
6300 YORK AVE S
102
EDINA MN 55435-2287

LINDA SCHILTZ
11957 TIFFANY LANE
EDEN PRAIRIE MN 55344-5384

LINDA STANDAGE
93846 VIKING WAY
STURGEON LAKE MN 55783-3534

LINDA THIELEN
11201 INDEPENDENCE AVE
CHAMPLIN MN 55316-3119

LINEA BAUSSAN
265 CESAR CHAVEZ ST
SAINT PAUL MN 55107-2352

LISA A ESTLOW
100 SHASTA CIR W
CHANHASSEN MN 55317-9470

LISA ERICKSON
3225 W 38TH ST
MINNEAPOLIS MN 55410-1158

LISA ESTLOW
100 SHASTA CIRCLE
CHANHASSEN MN 55317-9470

LORI SCHAAR
PO BOX 1125 CHANHASSEN
CHANHASSEN MN 55317-1125

LYNNE ASPNES
PO BOX 261
PETOSKEY MI 49770-0261

MARTHA EK BELTZ
12415 TANAGER DR NW
GIG HARBOR WA 98332-7865

MINNEAPOLIS GEMOLOGICAL SERVICES
CO CARL WEIMER
1316 LIBERTY CT
NORTHFIELD MN 55057-2915

MAD MONKEY MEDIA
PO BOX 302
SAINT MICHAEL MN 55376-0302

MAGGIE HENJUM
3224 WEBSTER AVE
ST LOUIS PARK MN 55416-2131

MARGARET BUCHANAN
5400 VERNON AVE S
5400 VERNON AVE S APT 301 MN 55436-2341

MARGARET KENNEALLY
6220 W 34TH ST
1
ST LOUIS PARK MN 55416-2078

MARGARET MACRAE
4940 DODD ROAD
SAINT PAUL MN 55123-2350

MARGARET MARSH
526 COUNTY ROAD 9 SE
WILLMAR MN 56201-4749

MARGARET THOMAS
267 WEAVER ST
MANKATO MN 56001-4664

MARILYN J RUDD
141 EAST 105TH STREET CIR
MINNEAPOLIS MN 55420-5309

MARILYN PALMER
1 RIVERCREST LANE
STILLWATER MN 55082-4258

MARILYN AND BILL KUEHL
1524 CREEK LANE
NORTHFIELD MN 55057-3403

PARTIES DESIGNATED "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MARLENE PAULEY
5700 DUNCAN LANE
EDINA MN 55436-1604

MARSHA SHOTLEY
13928 21ST ST N
STILLWATER MN 55082-1502

MARSHA UNTHANK
1014 W 53RD ST
MINNEAPOLIS MN 55419-1166

MARTI BELTZ
1901 PENN AVE
MINNEAPOLIS MN 55405-2210

MARY ANN CAMPO
510 W 53RD ST
MINNEAPOLIS MN 55419-1225

MARY BARND
413 E 99TH ST
BLOOMINGTON MN 55420-4951

MARY JANE HASCHIG
4909 STEEPLECHASE CT
EAGAN MN 55122-3046

MARY JEANNE LEVITT
1999 WELLSLEY AVE
SAINT PAUL MN 55105-1619

MARY SONNEN
5920 OSGOOD ST S
AFTON MN 55001-9679

MAXINE JEFFRIS
6629 LOGAN AVE S
RICHFIELD MN 55423-2164

MELANIE TSCHIDA
1134 IVY HILL DR
MENDOTA HEIGHTS MN 55118-1829

MERYLL PAGE
2825 MONTERY PARKWAY
ST LOUIS PARK MN 55416-3959

MICHAEL BONDANZA INC
10 EAST 36TH ST
NEW YORK NY 10016-3302

MICHAEL HENDERSON
2783 WAGON WHEEL CURVE
CHASKA MN 55318-1580

MIMI BAKER
3900 W 25TH ST
MINNEAPOLIS MN 55416-3865

MINNEAPOLIS GEMOLOGICAL SERV
1316 LIBERTY COURT
NORTHFIELD MN 55057-2915

MOORE CREATIVE TALENT
3130 EXCELSIOR BLVD
MINNEAPOLIS MN 55416-4667

NSP DBAXCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-0001

NAMBE
200 W DEVARGAS ST
SUITE B
SANTA FE NM 87501-2643

NANCI KNOTT  CO
280 SHEFFIELD ST
MOUNTAINSIDE NJ 07092-2328

NANCY HEINERSCHEID
3116 W LAKE ST
313
MINNEAPOLIS MN 55416-5258

NANCY MCDANIELS
1938 SHERIDAN AVE
SAINT PAUL MN 55116-2657

NANTAWAN LEWIS
1225 LASALLE AVE
2104
MINNEAPOLIS MN 55403-2332

INTERNATIONAL
NEW ITALIAN ART
VIA TRIESTE 615048
VALENZA ITALY

NICOLE J PAULBICK
238 CRETIN AVENUE SOUTH 2
SAINT PAUL MN 55105-1259

NICOLE J PAULBICK
238 CRETIN AVE S
2
SAINT PAUL MN 55105-1259

ODELIA JEWELRY
62 W 47TH ST
SUITE 601
NEW YORK CITY NY 10036-3201

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA ELECTRONIC RECEIPT OF NOTICE THROUGH THE CM/ECF SYSTEM

OSCAR HEYMAN  BROTHERS INC
501 MADISON AVE
NEW YORK CITY NY 10022-5676

PAULA MURRAY
710 KELSEY AVENUE 204
CLEARWATER MN 55320-1321

PENELOPE  STEVEN RAKES
6201 MILDRED AVE
EDINA MN 55436-2606

PREFERRED ONE INSURANCE
COMMERCIAL COLLECTORS INC
PO BOX 337
MONTROSE MN 55363-0337

PARCEL PRO LLC
PO BOX 419398
BOSTON MA 02241-9398

PAT DAY
10632 UTICA ROAD
BLOOMINGTON MN 55437-2854

PATRICIA EBBERT
3806 ABBOTT AVE S
MINNEAPOLIS MN 55410-1035

PAULA MURRAY
725 MINNESOTA STREET
MONTICELLO MN 55362-5800

PAWNWORKS
1301 RIVERWOOD DR
UNIT 1
BURNSVILLE MN 55337-1547

PITNEY BOWES GLOBAL FINANCIAL SERVICES
LLC
27 WATERVIEW DRIVE
SHELTON CT 06484-4301

PLASTICREST PRODUCTS INC
4519 W HARRISON ST
CHICAGO IL 60624-3099

PRECIOUS JEWELRY
PO BOX 5381
NEW YORK NY 10185-5381

RQC LTD
370 S YOUNGS ROAD
WILLIAMSVILLE NY 14221-7092

REBECCA M BJORNSON
5343 PORTLAND AVENUE SOUTH
MINNEAPOLIS MN 55417-1722

REBECCA M BJORNSON
5343 PORTLAND AVE
MINNEAPOLIS MN 55417-1722

RENEE LINDQUIST
8680 MAGNOLIA CT
212
EDEN PRAIRIE MN 55344-6677

RICHARD DAHLIN
4652 BLUEBELL TRAIL N
MEDINA MN 55340-4573

RICHARD L DAHLIN
4652 BLUEBELL TRAIL N
MEDINA MN 55340-4573

RIO GRANDE
7500 BLUEWATER ROAD NW
ALBUQUERQUE NM 87121-1962

ROBERT C KLEIN  ASSOC
8900 PENN AVE S
SUITE 101
MINNEAPOLIS MN 55431-2099

ROBERT J STRUYK TRUSTEE
DORSEY  WHITNEY
401 E EIGHTH ST SUITE 319
SIOUX FALLS SD 57103-7031

ROBIN YOUNG
4184 CAVANAUGH DRIVE
HAMEL MN 55340-5100

ROFFERS GROUP LLC
218 WASHINGON AVE N
SUITE 220
MINNEAPOLIS MN 55401-2215

ROGER POMEROY
8050 PENNSYLVANIA RD
BLOOMINGTON MN 55438-1135

RUTH A AND RAYMOND A REISTER CHARITABLE
TR
401 E 8TH ST
SUITE 319
SIOUX FALLS SD 57103-7031

RUTH A AND RAYMOND A REISTER CHARITABLE
TR
ERIN BRYAN ESQ
DORSEY  WHITNEY LLP
50 SOUTH SIXTH STREET SUITE 1500
MINNEAPOLIS MN 55402-1553

RUTH LORDAN
6453 BARRIE ROAD
EDINA MN 55435-2301

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

S KASHI
175 GREAT NECK ROAD
SUITE 204
GREAT NECK NY 11021-3313

SARAH SIVRIGHT
5051 DREW AVE S
MINNEAPOLIS MN 55410-2026

SCOTT A HOLDAHL
705 E 57TH ST
MINNEAPOLIS MN 55417-2424

SOMERSET MFG INC
36 GLEN COVE ROAD
ROSLYN HEIGHTS NY 11577-1703

SUSAN BEISANG
4 FALCON LANE
NORTH OAKS MN 55127-6317

SALLY BRUTGER
7314 PENN AVE S
RICHFIELD MN 55423-2821

SALLY R BRUTGER
7314 PENN AVE S
RICHFIELD MN 55423-2821

SANDI CALVELAGE
10727 LINDAHL BLUFFS TRAIL
BLOOMINGTON MN 55420-5652

SARAH ROCKLER
2950 DEAN PARKWAY APT 1901
MINNEAPOLIS MN 55416-4428

SCOTT BROWN
4132 VERNON AVE S
STE 207
ST LOUIS PARK MN 55416-3193

SCOTT H RUDD
7300 GALLAGHER DRIVE
APT 311
EDINA MN 55435-3104

SHARON CAREY
5237 16TH AVE S
MINNEAPOLIS MN 55417-1813

SHEILA HAGSTROM
10391 108TH PLACE N
MAPLE GROVE MN 55369-2638

SIMON G JEWELRY INC
WILLIAM J STAVOLE
TUCKER ELLIS LLP
950 MAIN AVENUE SUITE 1100
CLEVELAND OH 44113-7213

SIMON G
528 STATE ST
GLENDALE CA 91203-1524

SOFER JEWELRY LLC
65 ROOSEVELT AVENUE
SUITE 103A
VALLEY STREAM NY 11581-1106

SOFER JEWELRY LLC
555 FIFTH AVE
NEW YORK NY 10017-2416

SOMERSET MANUFACTURING
36 GLEN COVE ROAD
EAST HILLS NY 11577-1703

SPARK CREATIONS INC
10 W 46TH ST
NEW YORK NY 10036-4515

STACIE OLSON
5300 FARLEY AVE SE
DELANO MN 55328-8156

STAR TRIBUNE
650 3RD AVE S
SUITE 1300
MINNEAPOLIS MN 55488-0002

STARDUST DESIGN
550 SOUTH HILL ST
SUITE 967
LOS ANGELES CA 90013-2429

STEVEN I HILSENRATH
65 ROOSEVELT AVENUE
SUITE 103A
VALLEY STREAM NY 11581-1106

STRINGING BY LUCY
8850 RIVER HEIGHTS WAY
INVER GROVE HEIGHTS MN 55076-3478

SUSAN ENGELKING
565 EBEN COURT
STILLWATER MN 55082-3702

SUSAN HAYNES
CO KATHY SANDLIN
9324 PARK AVENUE SOUTH
BLOOMINGTON MN 55420-3835

SUSAN K ENGELKING
565 EBEN COURT
STILLWATER MN 55082-3702

PARTIES DESIGNATED "EXCL" WERE SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED VIA RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SUSAN MCINTOSH<br>1405 NE 4TH PLACE<br>FORT LAUDERDALE FL 33301-1371 | SUSAN SCHAEFER<br>1920 1ST STREET SOUTH<br>1806<br>MINNEAPOLIS MN 55454-1270 | SUSAN USTIPAK<br>6301 UPPER 44TH ST N<br>SAINT PAUL MN 55128-2519 |
| TAMMY SCHOENROCK<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARA CLARK<br>4808 ROLLING GREEN PKWY<br>EDINA MN 55436-1348 | TARYN NELSON<br>514 AMERICAS WAY 5751<br>BOX ELDER SD 57719-7600 |
| THE ESTATE OF FRANKLIN S SUNBERG<br>CO MARK A SUNBERG<br>17 MERILANE AVENUE<br>EDINA MN 55436-1335 | TAMMY SCHOENROCK NEILSON<br>26820 WOODLANDS PKWY<br>ZIMMERMAN MN 55398-7603 | TARYN NELSON<br>1915 CASA DEL RIO<br>194<br>BENSON AZ 85602-7539 |
| TAVA CLARK<br>4808 ROLLING GREEN PARKWAY<br>EDINA MN 55436-1348 | TENNIE CHUBB<br>13432 WAHBURN AVENUE S<br>BURNSVILLE MN 55337-2193 | TENNIE L CHUBB<br>13432 WASHBURN AVE S<br>BURNSVILLE MN 55337-2193 |
| TERESA FLEMING<br>4035 WEST 65TH STREET<br>122<br>EDINA MN 55435-1749 | THOMAS W VON KUSTER JR<br>5413 WOODCREST DR<br>MPLS MN 55424-1649 | TOM GREENSHIELDS<br>2920 HIGHLAND CT<br>MOUND MN 55364-8500 |
| TRANS ALARM INC<br>PO BOX 776146<br>CHICAGO IL 60677-6146 | TRAVELERS BUSINESS INSURANCE<br>PO BOX 660317<br>DALLAS TX 75266-0317 | TWIN CITY STAFFING<br>PO BOX 120474<br>NEW BRIGHTON MN 55112-0018 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | CM/ECF E-SERVICE<br>(+) US TRUSTEE<br>1015 US COURTHOUSE<br>300 S 4TH ST<br>MINNEAPOLIS MN 55415-3070 | VICKY SLOMIANY<br>4604 BRUCE AVE<br>EDINA MN 55424-1123 |
| VINOANDES LLC<br>5127 IRVING AVENUE SOUTH<br>MINNEAPOLIS MN 55419<br>MINNEAPOLIS MN 55419-1125 | WILLIAM AND MARILYN KUEHL<br>1524 CREEK LANE<br>NORTHFIELD MN 55057-3403 | WALTER DONNELLY<br>6 ACADEMY WAY S<br>SAINT PETERSBURG FL 33711-5130 |
| WELLS FARGO VENDOR FINANCIAL SERVICES<br>LLC<br>ATTN BANKRUPTCY ADMIN<br>PO BOX 13708<br>MACON GA 31208-3708 | WENDY LEGGE<br>4100 COFFMAN LANE<br>MINNEAPOLIS MN 55406-3644 | WILLIAM J STAVOLE<br>TUCKER ELLIS LLP<br>950 MAIN AVENUE SUITE 1100<br>CLEVELAND OH 44113-7213 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED VIA RECEIPT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

WILLSON DECLARATION OF TRUST
CO WENDY LEGGE
4100 COFFMAN LANE
MINNEAPOLIS MN 55406-3644

YEDDA MARKS
4508 GARRISON LANE
EDINA MN 55424-1847

ZINA
470 BEVERLY DRIVE
BEVERLY HILLS CA 90212-4402


CM/ECF E-SERVICE

CHAD A KELSCH
KELSCH LAW FIRM PA
3350 ANNAPOLIS LANE N
STE C
PLYMOUTH MN 55447-5389

(+) IPFS CORPORATION CHANDLER
LISA RENEE CHANDLER
30 MONTGOMERY STREET
SUITE 501
JERSEY CITY NJ 07302-3821

JOHN D LAMEY III
980 INWOOD AVENUE NORTH
OAKDALE MN 55128-6625


CM/ECF E-SERVICE

(+) NAUNI JO MANTY
MANTY  ASSOCIATES PA
150 SOUTH FIFTH STREET
SUITE 3125
MINNEAPOLIS MN 55402-4221

RENEE LINDQUIST
8680 MAGNOLIA TRAIL 212
EDEN PRAIRIE MN 55344-6677

RALPH V MITCHELL
LAPP LIBRA THOMSON STOEBNER  PUSCH
120 SOUTH 6TH STREET SUITE 2500
MINNEAPOLIS MN 55402-5155

THE FOLLOWING ENTITIES WERE SERVED BY ELECTRONIC MEANS ("E-MAIL") THROUGH THE COURT'S CM/ECF (BANKRUPTCY DOCUMENTS) NOTICE
OF ELECTRONIC FILING ("NEF") SYSTEM.

(Interested Party)
Wells Fargo Vendor Financial Serv, LLC
fka GE Capital Information Tech
Solutions
c/o a Ricoh USA Program fdba Ikon
Financ
PO Box 13708
Macon, GA 31208-3708

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

ustpregion12.mn.ecf@usdoj.gov

(Accountant)
TIBBLE & WESLER, CPA PC
2813 W MAIN
KALAMAZOO, MI 49006

(Trustee)
John R. Stoebner
Lapp, Libra, Stoebner & Pusch,
Chartered
120 South Sixth Street
Suite 2500
Minneapolis, MN 55402
represented by:
John R. Stoebner
Lapp, Libra, Stoebner & Pusch,
Chartered
120 South Sixth Street
Suite 2500
Minneapolis, MN 55402

jstoebner@lapplibra.com

(Trustee)
Randall L. Seaver
12400 Portland Avenue South
Suite 132
Burnsville, MN 55337

rseaver@fssklaw.com

Scheherazade, Inc.
3181 West 69th Street
Edina, MN 55438
Tax ID / EIN: 41-0993412
(Debtor 1)
represented by:
Chad A. Kelsch
Kelsch Law Firm PA
3350 Annapolis Lane N
Ste C
Plymouth, MN 55447

chad@kelschlawfirm.com

(Creditor)
JOYCE SWANSON
249 INTERLACHEN ROAD
HOPKINS, MN 55343

(Creditor)
RENEE LINDQUIST
8680 MAGNOLIA TRAIL # 212
EDEN PRAIRIE, MN 55344

(Interested Party)
Ralph V. Mitchell
Lapp, Libra, Thomson, Stoebner & Pusch
120 South 6th Street, Suite 2500
Minneapolis,, MN 55402
represented by:
Ralph Mitchell
Lapp, Libra, Stoebner & Pusch
120 S 6th Street
Suite 2500
Minneapolis, MN 55402

rmitchell@lapplibra.com

Richard J. Reding
ASK LLP
2600 Eagan Woods Dr
Ste 400
St Paul, MN 55121

rreding@askllp.com

Joseph T Moldovan
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

David J Kozlowski
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

THE FOLLOWING PARTIES WERE SERVED ELECTRONICALLY "ON THE DATE STATED ON THE ACCOMPANYING BANKRUPTCY COURT DOCUMENT NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Interested Party)
Michael Bondanza, Inc.
c/o Morrison Cohen, LLP
909 Third Avenue
New York, NY 10022
represented by:
Robert K Dakis
Morrison Cohen, LLP
909 Third Ave
New York, NY 10022

bankruptcy@morrisoncohen.com

Mary F. Sieling
Manty & Associates P A
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

mary@mantylaw.com

Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

ecf@mantylaw.com

Nauni Jo Manty
Manty & Associates PA
401 Second Avenue North
Suite 400
Minneapolis, MN 55401

ecf@mantylaw.com

(Trustee)
Nauni Jo Manty
Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402
represented by:
Nauni J. Manty
Manty & Associates PA
150 South Fifth Street
Suite 3125
Minneapolis, MN 55402

ecf@mantylaw.com

(Creditor)
RENEE LINDQUIST
8680 MAGNOLIA TRAIL #212
EDEN PRAIRIE, MN 55344

(Interested Party)
LDM Company
Suite 300
4517 Minnetonka Blvd
St. Louis Park, MN 55416 United States
represented by:
Adam Altman
Altman and Izek
901 N 3rd St
Ste 140
Minneapolis, MN 55401

adam@altmanizek.com

(Interested Party)
JOHN D LAMEY, III
980 INWOOD AVENUE NORTH
OAKDALE, MN 55128
represented by:
John D. Lamey, III
Lamey Law Firm, P.A.
980 Inwood Ave N
Oakdale, MN 55128

bankrupt@lameylaw.com

Andrew A Green
Cottrell Green PA
2287 Waters Dr
Mendota Heights, MN 55120-1363

andrew@cottrelllawfirm.com

(Interested Party)
K Takahashi & Co Inc
250 E 54th St Apt 12D
New York, NY 10022-4812
represented by:
William G. Cottrell
Cottrell Law Firm, P.A.
2287 Waters Drive
Mendota Heights, MN 55120-1363

becca@cottrelllawfirm.com

(Interested Party)
Barbara Hamilton-Sustad
represented by:
Jeffrey D. Klobucar
Bassford Remele, P.A.
100 South 5th Street
Suite 1500
Minneapolis, MN 55402

jklobucar@bassford.com

(Interested Party)
Gemco International Inc
St Louis Park, MN 55416-1566
represented by:
William G. Cottrell
Cottrell Law Firm, P.A.
2287 Waters Drive
Mendota Heights, MN 55120-1363

becca@cottrelllawfirm.com

THE FOLLOWING PARTIES WERE SERVED VIA THE "METHOD OF SERVICE" THEN SELECTED BY THE BANKRUPTCY COURT'S NOTICE
OF ELECTRONIC FILING ("NEF")SYSTEM.

(Interested Party)
Galleria Shopping Center, LLC
c/o Faegre Baker Daniels LLP
Attn: Colin Dougherty
90 South 7th St Ste 2200
Minneapolis, MN 55402
represented by:
Colin F Dougherty
Faegre Drinker Biddle & Reath LLP
90 S 7th St
Ste 2200
Minneapolis, MN 55402

colin.dougherty@faegredrinker.com

Andrew J. Glasnovich
Stinson Leonard Street
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402

andrew.glasnovich@stinson.com

(Interested Party)
Estate of Frank S. Sunberg
represented by:
Benjamin J. Court
Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402

benjamin.court@stinson.com

THE FOLLOWING ENTITIES WERE SERVED ELECTRONICALLY VIA THE U.S. BANKRUPTCY COURT'S COMBINED NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

Eaton Hudson, Inc
3015 Dunes W Blvd
Ste 201
Mount Pleasant, SC 29466
(Auctioneer)

EMBELLIR GALLERY OF GEMS
750 MAIN ST
STE 111
MENDOTA HEIGHTS, MN 55118
(Agent)

(Interested Party)
Chardonnay Diamonds LLC
represented by:
George E. Warner, Jr.
Warner Law, LLC
120 South Sixth Street
Suite 1500
Minneapolis, MN 55402

george@warnerlawmn.com

(Creditor)
IPFS Corporation Chandler
Lisa Renee Chandler
30 Montgomery Street
Suite 501
Jersey City, NJ 07302

lisa.chandler@ipfs.com

(Interested Party)
Bremer Bank
represented by:
Christopher J. Knapp
Barnes & Thornburg LLP
225 S 6th St
Ste 2800
Minneapolis, MN 55402

christopher.knapp@btlaw.com

(Creditor)
Caroline Banks
4271 Sheridan Ave S
#408
Minneapolis, MN 55410

Kenneth C. Edstrom
Sapientia Law Group
120 South 6th Street
Suite 100
Minneapolis, MN 55402

kene@sapientialaw.com

(Interested Party)
BHM Capital LLC
785 Weston Ridge Parkway
Chaska, MN 55318United States
represented by:
Joseph W. Lawver
Messerli & Kramer PA
100 S. 5th Street
1400 5th Street Towers
Minneapolis, MN 55402-4218

jlawver@messerlikramer.com

(Creditor)
Debra Arone
9724 Xerxes Rd
Bloomington, MN 55431

AUCTION MASTER INC
C/O GREG CHRISTIAN
19150 TERRITORIAL RD
OSSEO, MN 55369
(Auctioneer)