UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Chapter 7
 BKY 19-40658
**Scheherazade, Inc.,**

      Debtor.

# REPORT OF SALE

The undersigned trustee of the estate of the debtor named above sold the following property of the estate:

Pearl Jewelry to various purchasers for gross receipts of $5,457.00. The costs of sale were $1,091.40 and net proceeds are $4,365.60. See Auction Final Settlement attached as Exhibit A.

Sales were to the highest offer obtained at the on-line auction held by Auction Masters on March 23, 2021 pursuant to the trustee's Notice of Sale dated February 9, 2021 which was previously approved.

Dated: April 7, 2021

    /e/ Nauni Manty_____
Nauni Manty, Trustee
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
612.465.0990

CONSIGNMENT CONTRACT

# AUCTION MASTERS

19150 TERRITORIAL ROAD, Maple Grove, MN 55369
PHONE: 96120 428-2271 • WEBSITE: www.auctionmasters.com

Name: Manty and Associates
Address: 150 S 5th St. Suite 3125
City/State: Mpls. MN          Zip: 55402
Phone: Mary Sieling 612 465 0901

Received By: _____
Date: _____
Contract:

List precise description of each article, including serial numbers of items as required by state law. Failure to list specially may result in errors in your payment. **We DO NOT Accept Minimum Bids.**

Case # 19-40658, Scheherazade, Inc

Peal Jewelry

## TERMS REGARDING SALE OF ITEMS

The seller covenants and agrees that he has good title and the rights to sell, and said goods are free from all encumbrances except as follows: (if none WRITE NONE) _____

| Item | Mortgage or Lien Holder | Address | Approximate Unpaid Balance |
|---|---|---|---|
| | | | |

| Auction Date | 3-26-21 | | | |
|---|---|---|---|---|
| Total | 5457.60 | | | Final Net Total |
| Commission | 1091.40 | | | Pickup Fee |
| Net | 4365.60 | | | Check Amount |

Seller agrees to provide merchantable title to all items sold and deliver title to purchasers. Seller agrees to hold harmless, the auctioneers against any claims of the nature referred to in this contract.
1. Commission 20%.
2. Auction Masters reserves the right to sell items according to best judgment and to dumpster "no sale" items.
3. Payment mailed within 10 days after complete consignment is sold. No checks issued for items at the time they are sold.
4. Seller agrees to maintain personal property insurance on items consigned.
   Check this box if you are a dealer.

Consignee Signature_____

EXHIBIT A

**AuctionMasters.com**

# Settlement

#210323-1-420
03/24/2021

| Bidder | Item | Qty | Description | Comm Amount |
|---|---|---|---|---|
| 83329 | 1 | 1 | Pair 18K South Sea Cultured Pearl Button Earrings, 11.7x10.8mm, Retail Price $1,575.00 | 235.00 |
| 74781 | 2 | 1 | Pair 18K South Sea Cultured Pearl Drop Earrings 13.4x11.7mm in Setting with 0.35tw Diamonds, Retail Price $3,780.00 | 450.00 |
| 3658 | 3 | 1 | 18K South Sea Cultured Pearl Button and Tahitian Natural Color Cultured Pearl Buttom Earrings, Approx. 11.7x10.8mm, Retail Price $3,750.00 | 160.00 |
| 3113 | 4 | 1 | Pair 18K Tahitian Natural Color Cultured Pearl Button Earrings 12x11.7mm in Settong with 0.85tw Diamonds, Retail Price $5,100.00 | 620.00 |
| 3113 | 5 | 1 | Tahitian Natural Color Cultured Pearl 16" Necklace, 29 Pearls with 2.08tw Diamonds, Retail Price $20,400.00 | 2925.00 |
| 61791 | 6 | 1 | 18K Akoya Cultured Pearl 16" Necklace, 8-8.5mm, Retail Price $4,800.00 | 350.00 |
| 83176 | 7 | 1 | 18K Akoya Cultured Pearl 16.5" Necklace, 6-6.5mm, Retail Price $1,720.00 | 227.00 |
| 33521 | 8 | 1 | 18K Akoya Cultured Pearl 18" Necklace, 6-6.5mm, Retail Price $1,290.00 | 490.00 |

**Items: 8 / Bid total:** 5457.00

**Total:** 5457.00

**Balance Due To Seller:** 5457.00

EXHIBIT A