# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.

Debtor.

Chapter 7
Case No. 19-40658

## APPLICATION FOR ALLOWANCE OF COMPENSATION BY
## TIBBLE & WESLER, CPA PC, ACCOUNTANT FOR CHAPTER 7 TRUSTEE

Tibble & Wesler, CPA PC, now known as Wesler & Associates, CPA PC, by and through the undersigned hereby moves the court for entry of an order approving its application for allowance of compensation.

### JURISDICTION

1. The above-captioned case was commenced by the filing of a petition for relief under chapter 7 on March 10, 2019. This court has jurisdiction over this application under 28 U.S.C. §§ 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1. This application arises under 11 U.S.C. §§ 329, 330 and 331. This proceeding is a core proceeding and is filed pursuant to Local Rules 2016-1 and 9013-4.

### APPLICANT'S APPOINTMENT AS ACCOUNTANT FOR THE TRUSTEE

2. On January 4, 2021, the court approved applicant's employment as accountant for the trustee. A copy of the order approving the trustee's retention of applicant is attached as Exhibit A.

3. In connection with its appointment as accountant for the trustee, applicant did not receive a retainer.

## PRIOR ALLOWANCE OF FEES AND EXPENSES

4. Applicant has not been awarded prior for fees in this case.

## UNPAID ADMINISTRATIVE EXPENSES

5. To the best of applicant's belief, there are no other unpaid administrative expenses, except that of the trustee and attorney for trustee.

## DESCRIPTION OF SERVICES

6. Applicant assisted the trustee in the preparation of bankruptcy estate tax returns.

7. Attached as Exhibit B is a statement of fees incurred as accountant for the trustee. Applicant requests allowance of compensation for services rendered on behalf of the trustee in the total amount of $6,979.25 and expenses rendered on behalf of the trustee of $416.05.

WHEREFORE, applicant requests the court to enter an order:

1. Allowing applicant compensation for services rendered as accountant for the trustee in the amount of $6,979.25;

2. Allowing applicant compensation for expenses incurred as accountant for the trustee in the amount of $416.05; and

3. Directing the trustee to pay to applicant the sum of $7,395.30 representing total fees and expenses.

Dated: *June 21, 2021*

WESLER & ASSOCIATES, CPA PC

Cheryl G. Wesler
2813 West Main Street
Kalamazoo, MI 49006-2901
(877) 237-8167, Ext. 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Scheherazade, Inc.,

  Debtor.

Chapter 7
Case No. 19-40658

## ORDER

The trustee's application to employ Tibble & Wesler, CPA PC as her accountant came before the court. Based on the application, the recommendation of the United States Trustee, and 11 U.S.C. §327,

IT IS ORDERED: The employment is approved.

Date: *January 4, 2021*

/e/ Kathleen H. Sanberg
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/04/2021
Lori Vosejpka, Clerk, by GG

**Exhibit A**

**Statement of Services Rendered**
**Scheherazade, Inc.**
**Case No. 19-40658**

| Work Performed | Individual | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| Initial review and discussion on case | CW | 01/11/21 | 0.50 | $275.00 | $ 137.50 |
| Email to trustee requesting depreciation schedule and inventory listing | CW | 01/12/21 | 0.10 | $275.00 | $ 27.50 |
| Discussion on case with staff | CW | 01/12/21 | 0.25 | $275.00 | $ 68.75 |
| Preparation of financial statements | KS | 01/19/21 | 2.25 | $175.00 | $ 393.75 |
| Wage reconciliation with W2 | KS | 01/20/21 | 0.50 | $175.00 | $ 87.50 |
| Call with Mary from trustee's office regarding 1099s and W2s | KS | 01/21/21 | 0.25 | $175.00 | $ 43.75 |
| Preparation of 2019 bankruptcy estate tax returns | KS | 02/01/21 | 2.00 | $175.00 | $ 350.00 |
| Preparation of financial statements | KS | 02/04/21 | 1.00 | $175.00 | $ 175.00 |
| Preparation of financial statements | KS | 02/17/21 | 2.50 | $175.00 | $ 437.50 |
| Preparation of financial statements | KS | 02/23/21 | 3.50 | $175.00 | $ 612.50 |
| Preparation of bankruptcy estate tax returns | KS | 02/23/21 | 3.75 | $175.00 | $ 656.25 |
| Preparation of supplemental statement | KS | 02/23/21 | 0.30 | $175.00 | $ 52.50 |
| Preparation of power of attorney form 2848 | KS | 02/25/21 | 0.67 | $175.00 | $ 117.25 |
| Review of power of attorney form 2848 | CW | 02/25/21 | 0.25 | $275.00 | $ 68.75 |
| Call with trustee regarding time period of tax returns and expenses | CW | 03/04/21 | 0.25 | $275.00 | $ 68.75 |
| Discussion on case with staff | CW | 03/04/21 | 0.25 | $275.00 | $ 68.75 |
| Review of inventory lists and email to trustees office regarding same | KS | 03/04/21 | 0.75 | $175.00 | $ 131.25 |
| Preparation of extension | KS | 03/05/21 | 0.50 | $175.00 | $ 87.50 |
| Review of extension | CW | 03/05/21 | 0.10 | $275.00 | $ 27.50 |
| Electronic filing of extension | KS | 03/05/21 | 0.20 | $175.00 | $ 35.00 |
| Discussion on case with staff regarding balance sheet and inventory | CW | 03/05/21 | 0.25 | $275.00 | $ 68.75 |
| Preparation of financial statements | KS | 03/22/21 | 1.45 | $175.00 | $ 253.75 |
| Analysis of inventory and cost of good sold and reconciliation of balance sheet | CW | 03/28/21 | 1.50 | $275.00 | $ 412.50 |
| Review of 2019 bankruptcy estate tax return | CW | 03/31/21 | 1.00 | $275.00 | $ 275.00 |
| Review IRS notice and call to IRS | CW | 04/20/21 | 0.50 | $275.00 | $ 137.50 |
| Preparation of 2020 bankruptcy estate tax returns | KS | 04/21/21 | 2.00 | $175.00 | $ 350.00 |
| Discussion on case with staff regarding inventory and expenses | CW | 05/13/21 | 0.33 | $275.00 | $ 90.75 |
| Review of 2020 bankruptcy estate tax returns | CW | 05/13/21 | 1.00 | $275.00 | $ 275.00 |
| Preparation of 2021 bankruptcy estate tax returns | KS | 05/18/21 | 1.25 | $175.00 | $ 218.75 |
| Continued preparation of bankruptcy estate tax returns | KS | 05/19/21 | 1.25 | $175.00 | $ 218.75 |
| Review of bankruptcy estate tax returns | CW | 05/19/21 | 0.50 | $275.00 | $ 137.50 |
| Continued preparation of bankruptcy estate tax returns | KS | 05/20/21 | 1.25 | $175.00 | $ 218.75 |
| Preparation of supplemental statement | KS | 05/20/21 | 0.25 | $175.00 | $ 43.75 |
| Preparation of K-1 letters | KS | 05/20/21 | 0.25 | $175.00 | $ 43.75 |
| Preparation of bankruptcy estate tax returns | KS | 05/25/21 | 0.50 | $175.00 | $ 87.50 |
| Copy, compile, and mail/fax the bankruptcy estate tax returns to the appropriate Internal Revenue Service branch including preparation and faxing of prompt determination to the Insolvency Unit (3 years of federal and state returns) | SS | Various | 4.00 | $125.00 | $ 500.00 |
| Cost including Postage, Software allocation and filing charges | | | | | $ 416.05 |

**Breakdown**

| | | |
|---|---|---|
| Total Hours | 37.15 | |
| Rendered Services | | $6,979.25 |
| Expenses | | $ 416.05 |
| **Total Due** | | **$7,395.30** |

**Exhibit B**

## CERTIFICATE OF VERIFICATION

I, Cheryl G. Wesler of Wesler & Associates, CPA PC, declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge, information and belief.

Dated: June 21, 2021

WESLER & ASSOCIATES, CPA PC

Cheryl G. Wesler
2813 West Main Street
Kalamazoo, MI 49006-2901
(877) 237-8167, Ext. 2