UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Scheherazade, Inc.,

    Debtor.

Chapter 7
BKY 19-40658

## REPORT OF SALE

The undersigned trustee of the estate of the debtor named above sold the following property of the estate:

Jewelry inventory to various purchasers for gross receipts of $1,370,698.35.  The costs of sale are itemized on attached as <u>Exhibit A</u>.

Sales were to the highest offers obtained at the in-store sale conducted at the debtor's store location at the Galleria Shopping Center in Edina, Minnesota pursuant to the trustee's Notice of Sale On Shortened Notice dated April 12, 2019 which was previously approved.

Dated:  August 11, 2021

/e/ Nauni Manty_____
Nauni Manty, Trustee
150 South Fifth Street, Suite 3125
Minneapolis, MN 55402
612.465.0990

| | | | | |
|---|---|---|---|---|
| **Store Name:** | Scheherazade | **Date:** | 6/26 | **Day:** Friday |
| **Address:** | 3181 Galleria | **Number Of Days of Sale to Date:** | | 61 |
| **City:** Edina | **State:** MN | **Number Of Days to Go:** | | 2 |
| | | **Total Planned Days:** | | 63 |

| RECEIPTS | Today | Sales to Date |
|---|---|---|
| Total Sales including Sales Tax, if any | $ - | $ 1,370,698.35 |
| Less Sale Taxes, If any | $ - | $ 95,372.94 |
| Less Other Charges, If any | $ - | $ 445.01 |
| Net Commissionable Receipts | $ - | $ 1,274,880.40 |
| Bank Deposit | $ - | $ - |
| Layaway Balance (Unpaid) | $ - | $ - |
| Fill - in Sold (Retail W/O Sales Tax) | $ - | $ 456,267.92 |

| Eaton Hudson Account | Today | Sales to Date | Paid to Date | Now Owed |
|---|---|---|---|---|
| Commission Earned | $ - | $ 63,744.02 | $ - | $ - |
| Fill - in Sold | $ - | $ 275,436.20 | $ - | $ - |
| Advtg/Shpg/Surety Bond | $ - | $ 76,910.75 | $ - | $ - |
| CC Fee | $ - | $ 31,245.56 | | $ - |
| Hudson CC Machine | $ - | $ 1,240,660.69 | $ - | Less EH/CC  $ - |
| Total Due: Eaton Hudson | $ - | $ 447,336.53 | $ - | $ - |

| Fill-in From Others | Today | Sales To Date |
|---|---|---|
| GBC | $ - | $ 85,960.00 |
| DDG | $ - | $ 5,029.40 |
| Eaton Hudson | $ - | $ 172,971.80 |
| Henerson Collection | $ - | $ 11,475.00 |
| | | $ - |
| | | $ - |
| **Total Fill-in** | $ - | $ 275,436.20 |

Comments

Accepted By:

_____

Store Owner

Prepared By:

_____

(Supervisor)

EXHIBIT A